AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Delaware

| | |
|---|---|
| BARTON CICERO, on behalf of herself and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> SEGWAY INC., a Delaware company, <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00369-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Segway, Inc.
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Grant Dick IV (#5123)
Cooch and Taylor P.A.,
1000 N. West Street, Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    03/27/2025

*CLERK OF COURT*

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:25-CV-00369-UNA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  SEGWAY, INC.

was received by me on *(date)*    03/27/2025

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   THE CORPORATION TRUST COMPANY AS REGISTERED AGENT, ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED BY REGISTERED AGENT)  , who is

designated by law to accept service of process on behalf of *(name of organization)*  SEGWAY, INC.

1209 ORANGE ST., WILMINGTON, DE 19801             on *(date)*   03/27/2025

☐ I returned the summons unexecuted because                                  , or

☐ Other *(specify):*

My fees are $            for travel and $            for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:  03/27/2025                    _____
                                        *Server's signature*

                                   GILBERT DEL VALLE        PROCESS SERVER
                                        *Printed name and title*

                                   BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
                                        *Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; DISTRICT OF DELAWARE LOCAL RULE 73.1; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE;