**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARTON CICERO, on behalf of himself and others similarly situated, | : : : | |
| Plaintiffs, | : : : | |
| v. | : | CASE NO. 1:25-cv-00369-UNA |
| | : | |
| SEGWAY INC., a Delaware company, | : : | |
| Defendant. | : : : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission

pro hac vice of Joel D. Smith to represent Plaintiff, Barton Cicero, in this matter.

Dated: March 28, 2025          Respectfully  submitted,

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

*Attorneys for Plaintiff*
*and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARTON CICERO, on behalf of himself and others similarly situated, | : | |
| | : | |
| | . | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO. 1:25-cv-00369-UNA |
| | : | |
| SEGWAY INC., a Delaware company, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____

                                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practicing and in good standing as a member of the Bars of California, Massachusetts and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 28, 2025                    Respectfully  submitted,


*/s/ Joel D. Smith*
Joel D. Smith
**SMITH KRIVOSHEY, PC**
867 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 377-7404
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com