**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARTON CICERO, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:25-cv-00369-GBW |
| v. | ) ) | |
| SEGWAY INC., a Delaware corporation. | ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO EXTEND DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Barton Cicero and Defendant Segway Inc., through their respective undersigned counsel, that Defendant Segway Inc. shall move, answer, or otherwise respond to the complaint on or before May 21, 2025. Plaintiff shall file his response within 30 days of the filing of any such motion. The parties respectfully request that the Court enter an order accordingly.

Dated:  April 16, 2025

        */s/ R. Grant Dick IV*
        R. Grant Dick IV (#5123)
        Kevin D. Levitski (#7228)
        Cooch and Taylor P.A.
        1000 N. West Street, Suite 1500
        Wilmington, DE 19801
        Telephone: 302-984-3800
        Email: gdick@coochtaylor.com
               klevitsky@coochtaylor.com

1

Yeremey O. Krivoshey (Cal. SBN 295032)
Smith Krivoshey, PC
(pro hac vice forthcoming)
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
Smith Krivoshey, PC
(pro hac vice forthcoming)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: April 16, 2025

 /s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

Adam Buck (pro hac vice forthcoming)
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

*Attorneys for Defendant Segway Inc.*

2