**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARTON CICERO, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:25-cv-00369-GBW |
| v. | ) ) | |
| SEGWAY INC., a Delaware corporation. | ) ) ) | |
| Defendant. | ) | |

## ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT TO MAY 21, 2025

IT IS HEREBY ORDERED that Defendant Segway Inc. shall move, answer, or otherwise respond to the complaint on or before May 21, 2025. Plaintiff shall file his response within 30 days of the filing of any such motion.


Dated:  April ___, 2025                    _____

1