**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BARTON CICERO, on behalf of himself　)
and others similarly situated,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)　　　C.A. No. 1:25-cv-00369-GBW
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
SEGWAY INC., a Delaware corporation.　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Adam C. Buck, Kirk Schuler, and Anna Boyle of Dorsey & Whitney LLP, to

represent Segway Inc. in this matter.


Signed: */s/ Alessandra Glorioso*
　　　　Alessandra Glorioso (DE Bar No. 5757)
　　　　300 Delaware Avenue, Suite 1010
　　　　Wilmington, Delaware 19801
　　　　Telephone: (302) 425-7171
　　　　E-mail: glorioso.alessandra@dorsey.com

Attorney for:　Defendant Segway Inc.

Dated: May 5, 2025

1

## CERTIFICATION BY COUNSEL TO BE ADMITED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed:  /s/ Adam C. Buck

Date:  May 5, 2025

Adam C. Buck, Esquire
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (901) 933-7360
Email: buck.adam@dorsey.com

2

## CERTIFICATION BY COUNSEL TO BE ADMITED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Iowa, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: */s/ Kirk Schuler*

Date:  May 5, 2025

Kirk Schuler, Esquire
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

3

## <u>CERTIFICATION BY COUNSEL TO BE ADMITED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Anna Boyle_

Date:  May 5, 2025

Anna Boyle, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

4

5

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                          United States District Judge

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on May 5, 2025, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system.

Dated:  May 5, 2025

/s/ *Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)