# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BARTON CICERO, on behalf of himself     )
and others similarly situated,          )
                                        )
    Plaintiff,                          )    C.A. No. 1:25-cv-00369-GBW
                                        )
v.                                      )
                                        )
SEGWAY INC., a Delaware corporation.    )
                                        )
    Defendant.                          )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiff Plaintiff Barton Cicero ("Plaintiff") and Defendant Segway Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Consolidation and Appointment of Interim Co-Lead Counsel [ECF No. 9] in this action shall be extended from May 19, 2025 to May 21, 2025.

This is Defendant's first request for an extension of this nature and is intended to align the deadline to respond to Plaintiff's Motion with Defendant's deadline to answer or otherwise respond to the Complaint. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

1

Dated:  May 19, 2025

*/s/ R. Grant Dick*

R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
Cooch and Taylor P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
          klevitsky@coochtaylor.com

Yeremey O. Krivoshey (Cal. SBN 295032)
Smith Krivoshey, PC
(pro hac vice)
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
Smith Krivoshey, PC
(pro hac vice)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

*Attorneys for Plaintiffs and the Proposed Class*

2

Dated:  May 19, 2025

 /s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (*pro hac vice* forthcoming)
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (*pro hac vice* forthcoming)
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (*pro hac vice* forthcoming)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc.*


SO ORDERED this _____ day of _____, _____.

_____
*The Honorable Gregory B. Williams*
*United States District Court Judge*

3