## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARTON CICERO, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEGWAY INC.,<br><br>    Defendant. | Civil Action No. 1:25-CV-00369-GBW |
| AARON JOHN SABU and CHRISTOPHER HOLMES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEGWAY INC.,<br><br>    Defendant. | Civil Action No. 1:25-CV-00394-GBW |
| MARY RZEWUSKI and EDWARD STEVEN HEYMER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEGWAY INC.,<br><br>    Defendant. | Civil Action No. 1:25-CV-00463-GBW |

## DEFENDANT'S OPPOSITION TO MOTION FOR CONSOLIDATION
## AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL

Pursuant to Rule 7 and 42 of the Federal Rules of Civil Procedure, Defendant Segway Inc.

("Segway"), by and through its undersigned counsel, submits this Memorandum in Opposition to

1

4899-0653-1908\5

the Motion for Consolidation and Appointment of Interim Co-Lead Counsel ("Consolidation and Appointment Motions"), filed jointly by Plaintiffs Barton Cicero, Aaron John Sabu, Christopher Holmes, Mary Rzewuski, and Edward Steven Heymer (collectively "Plaintiffs") in case numbers 1:25-CV-00369-GBW, 1:25-CV-00394-GBW, and 1:25-CV-00463-GBW.

## I. ARGUMENT IN OPPOSITION AND REQUEST TO HOLD ADJUDICATION OF MOTIONS IN ABEYANCE UNLESS AND UNTIL SUCH ADJUDICATIONS ARE NECESSARY

Segway files this Opposition to Plaintiffs' Motion for Consolidation and Appointment of Interim Co-Lead Counsel based on the arguments raised in Segway's Motions to Compel Arbitration ("Motions to Compel Arbitration"), filed in case numbers 1:25-CV-00369-GBW, 1:25-CV-00394-GBW, which Segway incorporates fully herein in this Opposition. As described in those motions, the named plaintiffs Cicero, Sabu, and Holmes each allege that they purchased G30P KickScooters and entered into an Arbitration Agreement with Segway in conjunction with their purchase. See Motion to Compel Arbitration, Case No. 1:25-CV-00369-GBW (D.I. 15, 16, 17); Case No. 1:25-CV-00394-GBW (D.I. 14, 15, 16). Thus, their proposed class actions cannot proceed in this Court (or at all) because the claims are subject to arbitration. Indeed, Segway prominently informs purchasers of the G30P KickScooters that the purchase is subject to specific legal terms, including binding arbitration for all "Claims and Dispute Resolution," which "shall not under any circumstances proceed as part of a class action or class arbitration." *Id.* at 4-5. Specifically concerning consolidation, the Arbitration Agreement states that any "arbitration shall not be combined or consolidated with a claim or dispute involving any other person's or entity's product or claim or dispute". *Id.*

As a result, based on the inability of Plaintiffs Cicero, Aaron John Sabu, and Christopher Holmes to pursue their class action lawsuits as argued in Segway's incorporated Motions to

4899-0653-1908\5

Compel Arbitration in those cases,[1] there is no basis to consolidate the three cases or appoint interim class counsel. In addition, as argued in Segway's referenced and incorporated Motions to Compel Arbitration, all deadlines and activity should be stayed in these cases pending resolution of said Motions to Compel Arbitration, including the motion Segway intends to file in response to Plaintiffs' Mary Rzewuski and Edward Steven Heymer's complaint. Because the Court should first determine whether it should compel arbitration in response to the Motions to Compel Arbitration, Segway is filing its Oppositions to the Consolidation and Appointment Motions in each of the three cases out of an abundance of caution. Segway respectfully requests and reserves all rights to respond to Plaintiffs' Motions for Consolidation and Appointment of Interim Co-Lead Counsel after, if necessary, the adjudication of Segway's Motions to Compel Arbitration, and requests that the adjudication of the Consolidation and Appointment Motions be held in abeyance until the Court is able to rule on Segway's Motions to Compel Arbitration.

Dated:  May 21, 2025

*/s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

*Attorneys for Defendant Segway Inc.*

---

[1] Segway is preparing a similar Motion to Compel Arbitration to respond to the allegations in the class action complaint filed by Plaintiffs Mary Rzewuski and Edward Steven Heymer in Case No. 1:25-CV-00463-GBW, but was unable to do so prior to the filing of this Opposition. Segway's response to the Rzewuski/Heymer complaint is due June 6, 2025.

3

4899-0653-1908\5

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on May 21, 2025, a true and correct copy of the

foregoing was served on the following through the Court's CM/ECF system:

R. Grant Dick IV, Esquire
Kevin D. Levitsky, Esquire
Cooch and Taylor P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com
klevitsky@coochtaylor.com

Joel D. Smith, Esquire
Smith Krivoshey, PC
867 Boylston Street, 5th Floor #1520
Boston, MA 02116
joel@skclassactions.com

Yeremey O. Krivoshey, Esquire
Smith Krivoshey, PC
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
yeremey@skclassactions.com

/s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)

4930-5142-4069\1