## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BARTON CICERO, on behalf of himself and others similarly situated,

        Plaintiff,

v.

SEGWAY INC., a Delaware corporation.

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 1:25-cv-00369-GBW

### JOINT STIPULATION TO EXTEND REPLY DEADLINE

IT IS HEREBY STIPULATED, by and between Plaintiff Barton Cicero ("Plaintiff") and Defendant Segway Inc. ("Defendant"), through their respective undersigned counsel, that Defendant shall have up to and including July 3, 2025, at ~~11:59 p.m.~~ 4:59 p.m. ET to file its reply in support of its Motion to Compel Arbitration and Stay Proceedings [ECF 15] in order to respond to Plaintiff's Opposition [ECF 19]. The parties respectfully request that the Court enter an order as set forth below accordingly.

Dated: June 26, 2025

Respectfully submitted,

/s/ R. Grant Dick IV
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
Cooch and Taylor P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com

/s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
E: glorioso.alessandra@dorsey.com

1

klevitsky@coochtaylor.com

Yeremey Krivoshey (Cal. SBN 295032)
Smith Krivoshey, PC
(pro hac vice)
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
Smith Krivoshey, PC
(pro hac vice)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

*Attorneys for Plaintiffs and the
Proposed Class*

Adam C. Buck (pro hac vice)
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (pro hac vice)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc.*

SO ORDERED this 27th day of June, 2025.

_____
*The Honorable Gregory B. Williams
United States District Court Judge*

2