# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARTON CICERO, individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEGWAY INC., <br><br> Defendant. | C.A. No. 25-cv-00369-GBW |
| AARON JOHN SABU and CHRISTOPHER HOLMES, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEGWAY INC., <br><br> Defendant. | C.A. No. 25-cv-00394-GBW |
| MARY RZEWUSKI and EDWARD STEVEN HEYMER, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEGWAY INC., <br><br> Defendant. | C.A. No. 25-cv-00463-GBW |

## DECLARATION OF M. BARNEY IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL

1. My name is Mason Barney. I am over the age of eighteen and competent to offer the following testimony based on personal knowledge and review of my law firm's business records. I submit this declaration in support of *Plaintiffs' Amended Motion For Consolidation and Appointment of Interim Co-Lead.*

2.  S&G is serving as (1) settlement class counsel (*e.g., Carter, et al. v. Vivendi Ticketing US LLC d/b/a See Tickets*, No. 8:22-cv-01981 (C.D. Cal.), which received final approval for a settlement involving 437,310 class members and a $3,000,000 non-reversionary settlement fund; *Gilleo et al. v. California Pizza Kitchen, Inc.*, No. 8:2021-cv-01928-DOC-KES (C.D. Cal.), which settled with over $2,000,000 of relief going to the class members; *Armstrong et al. v. Gas South, LLC*, Civil Action No. 22106661 (Sup. Ct. Cobb Cty., Ga.) which received final approval for a settlement involving 38,671 class members and valued at over $9 million; *Medina v. Albertsons Companies, Inc.*, Case No. 1:23-cv-00480 (D. Del.), which received final approval for a settlement involving 33,000 class members and a $750,000 non-reversionary settlement fund; and *In re Sovos Compliance Data Security Incident Litigation*, Case No. 1:23- cv-12100-AK, which received final approval for a settlement involving roughly 490,000 class members and a $3,534,128.50 non-reversionary settlement fund), and (2) court-appointed interim class counsel (e.g. *Fares et als. v. Char-Broil*, Case No. 1:24-cv-04878) (N.D. Ill.) (appointed as interim co-lead class counsel); *Pulliam et al. v. West Technology Group*, Case No. 8:23-cv-159 (D. Neb.) (same); *Perez v. Carvin Wilson Software LLC*, Case No. cv-23- 00792 (D. Ariz.) (same), *Nulf v. Alvaria, Inc., et al.*, Case No. 1:23-cv-10999 (D. Mass.) (same), *Rasmussen et al. v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322 (D. Ut.) (same), *In re Family Vision Data Security Incident Litigation*, Case No. 2023CP0401671 (S.C., County of Anderson) (same); *Boudreaux v. Systems East, Inc.*, Case No. 5:23-cv-01498 (N.D. N.Y.) (same); *Scott et al v. Union Bank and Trust Company*, Case No. 4:23-cv-03126 (D. Neb.) (same, the court commenting that "proposed interim co-lead counsel are experienced and qualified

attorneys, and each has knowledge of the applicable law, experience in managing and prosecuting cases involving data security and privacy, notable successes against large corporate defendants, and resources they are willing to expend to litigate these cases"); *In re Data Security Litigation Against Brightline, Inc.*, Case No. 3:23-cv-02132 (appointed as track lead in the Fortra multidistrict litigation pending in the Southern District of Florida); *Cain et al v. CGM, L.L.C. et al*, Case No. 1:23-cv-02604 (N.D. Ga.) (same), *Krenk et al. v. Murfreesboro Medical Clinic, P.A. d/b/a Murfreesboro Medical Clinic & Surgicenter*, Case No. 2023-cv-81005 (Tenn. 16th Judicial Cir. Court, Rutherford Cty.) (same), and *In re Zeroed- in Technologies, LLC Data Breach Litigation*, Case No. 2:23-cv-01131 (M.D. Fl.) (same).

3. With respect to this matter, the S&G independently identified and investigated the claims before filing their complaint. From there, our firm conducted significant legal research into potential claims and defenses, which included analyzing the defective Noticed Products and recall, interviewing consumers who have or had the Noticed Products, researching legal claims, and initial pleadings.

4. We continue to work collaboratively with Smith Krivoshey, PC on transfer, consolidation, and litigation of this matter.

5. S&G has never used outside litigation funding and will not do so here. S&G has ample capital to fund this litigation on behalf of the Class, and we intend to devote substantial attention and the necessary resources to this matter.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2025.

*/s/ Mason Barney*

3