

**ALESSANDRA GLORIOSO**
**Partner**
**(302) 425-7166**
**glorioso.alessandra@dorsey.com**

August 1, 2025

**VIA CM/ECF**

Judge Gregory B. Williams
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

   Re: *Cicero v. Segway, et al.* - Civil No. 25-cv-00369

Dear Judge Williams:

   This firm represents Segway Inc. in the above referenced matter.  On May 5, 2025, Plaintiff(s) in this matter filed a Motion to Consolidate and Appoint Interim Class Counsel (D.I. 9).  On May 21, 2025, Segway Inc. filed its opposition to the Motion (D.I. 18).  Plaintiff(s) have now filed an Amended Motion to Consolidate and Appoint Interim Class Counsel.  Based on correspondence with the Court, we understand the Court requires a brief letter from Segway Inc. explaining its position on the Amended Motion.  Segway Inc.'s position has not changed, and for the reasons expressed in Segway Inc.'s Opposition to the original Motion, Segway Inc. opposes the Amended Motion as well.

       Respectfully,

       Alessandra Glorioso (DE Bar. No. 5757)

cc:  All Counsel of Record