**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369–GBW CONSOLIDATED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission

pro hac vice of Kevin Laukaitis to represent Plaintiffs in this matter.

Dated: November 5, 2025

Respectfully Submitted,

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369–GBW CONSOLIDATED |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practicing and in good standing as a member of the Bars of New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 4, 2025                    */s/ Kevin Laukaitis*
                                           Kevin Laukaitis
                                           954 Avenida Ponce DeLeon
                                           Suite 205 - #10518
                                           San Juan, PR 00907
                                           Phone: (215) 789-4462
                                           Email: *klaukaitis@laukaitislaw.com*