# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE SEGWAY SCOOTER RECALL
LITIGATION

C.A. No. 25-cv-00369-GBW
CONSOLIDATED

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiffs and Defendant Segway Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Consolidated Complaint in this action shall be extended from November 10, 2025 to November 17, 2025. In the event of Defendant responds to the Consolidated Complaint with a motion, the parties stipulate and request an order stating that Plaintiffs' Opposition will be due on December 8, 2025 and Defendant's Reply, if any, will be due on December 22, 2025.

This is Defendant's first request for an extension to respond to the Consolidated Complaint, and the parties request the briefing schedule identified above to account for Thanksgiving and upcoming holidays. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

Dated: November 6, 2025.

/s/ R. Grant Dick IV (with permission)
R. Grant Dick IV (#5123)
Cooch and Taylor P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com

1

Yeremey O. Krivoshey (Cal. SBN 295032)
Smith Krivoshey, PC
(pro hac vice)
28 Geary Street
Suite 650 #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
Smith Krivoshey, PC
(pro hac vice)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

Mason Barney
Siri Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com

*Interim Liaison Counsel and Interim Class Counsel for Plaintiffs and the Proposed Class*

Dated:  November 6, 2025

 /s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
Dorsey & Whitney LLP

2

111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (pro hac vice)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc.*

*SO ORDERED this _____ day of _____, _____.*

_____
*The Honorable Gregory B. Williams*
*United States District Court Judge*

3