# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

## SEGWAY INC.'S MOTION TO COMPEL ARBITRATION AND STAY ALL DEADLINES AND PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 12, and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA"), Defendant Segway Inc. ("Segway"), by and through its undersigned counsel, respectfully moves the Court to compel arbitration of this matter on an individual basis and to stay all case deadlines pending arbitration because Plaintiff's claims are subject to an enforceable arbitration agreement that covers Plaintiff's claims.

This Motion is based on the accompanying Brief in Support of Motion to Compel Arbitration and Stay All Deadlines and Proceedings.

Dated: November 17, 2025

/s/ *Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

2

                Kirk Schuler (pro hac vice)
                Dorsey & Whitney LLP
                801 Grand Avenue, Suite 4100
                Des Moines, IA 50309
                Telephone: (515) 697-3622
                Email: schuler.kirk@dorsey.com

                Anna Boyle (pro hac vice)
                Dorsey & Whitney LLP
                50 South Sixth Street, Suite 1500
                Minneapolis, MN 55402
                Telephone: (612) 492-6639
                Email: boyle.anna@dorsey.com

                *Attorneys for Defendant Segway Inc.*

4899-9109-3626\1