**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW<br>CONSOLIDATED |

**DECLARATION OF WEI ZHAO**

I, Wei Zhao, declare as follows:

1. I make this declaration based on personal knowledge and my familiarity with Segway, Inc.'s ("Segway") business practices relating to the sale and distribution of the Segway Ninebot G30P and G30LP KickScooters (the "G30P KickScooters", the "G30LP KickScooters", or, collectively the "KickScooters").

2. I am General Counsel at Segway. I began employment with Segway in 2019, and I have worked for Segway from 2019 to the present.

3. As a part of my employment, I am familiar with Segway's business practices relating to the sale and distribution of the KickScooters.

4. Although Segway does not manufacture the KickScooters, through my work for Segway, I am familiar with the KickScooters, product packaging, and general sales practices.

5. Segway began selling the KickScooters in the United States in approximately 2020.

6. I have reviewed the allegations of the Consolidated Complaint. Based on the Complaint, I understand that Plaintiff Barton Cicero alleges that he purchased a G30P

KickScooter on or about April 17, 2023. I understand that Plaintiff Aaron John Sabu alleges to have purchased a G30P KickScooter on or about March 20, 2025. I understand that Plaintiff Christopher Holmes alleges to have purchased a G30P KickScooter on or about June 30, 2021. I understand that Plaintiff Mary Rzewuski alleges that she purchased a G30P KickScooter on or about January 1, 2025. I understand that Plaintiff Steven Heymer alleges that he purchased a G30LP KickScooter on or about August 7, 2022.

7. As described more fully below, customers who purchase G30P KickScooters are provided with a Manufacturer's Limited Warranty (Americas) ("Limited Warranty"), which includes an agreement to arbitrate all claims (or proceed in small claims court) as part of the Claims and Dispute Resolution procedures. The agreement to arbitrate within the Limited Warranty (the "Arbitration Agreement") also states that customers agree to waive the right to bring any claims as part of a class action or to consolidate their claims with another customer's alleged claims. A copy of the Manufacturer's Limited Warranty (Americas) containing the Arbitration Agreement is attached hereto as Exhibit 1.

8. Customers are also given the opportunity to "opt out" of the Arbitration Agreement within 30 days of his or her purchase. Specifically, customers may opt out by emailing optout@segway.com.

9. Subject to certain limitations outlined in the Arbitration Agreement, the Arbitration Agreement also provides that the manufacturer, "Ninebot[,] shall pay for [customer] cost[s] of the arbitration."

10. Segway makes the Arbitration Agreement known to purchasers of the G30P KickScooters in multiple ways.

11. Displayed on the G30P KickScooter box (the model allegedly purchased by Plaintiff) is a label that explains that an “ARBITRATION AGREEMENT SHALL APPLY” to each purchase transaction and includes a URL where each purchaser may review and study the Arbitration Agreement. A depiction of this portion of the box is as follows:




12. If a customer navigates to the referenced URL, the customer can review the KickScooter G30P Warranty Policy.

13. Next, opening the G30P KickScooter’s box reveals a packet containing a tool, fasteners, reflective strips, the KickScooter’s Quick Start guide, a User Manual, and the Limited Warranty.

14. This packet should be clearly visible to consumers upon opening the KickScooter’s box, as it is contained in the very top of the box and sits on top of or adjacent to



4899-4477-8106\1

the charger for the G30P KickScooter. It also must be removed with or from the Styrofoam packing material. Moreover, the fasteners included within this packet are used to install the head of the handlebar, meaning that purchasers should not be able to use the scooter without first accessing the packet and removing the fasteners from the same package that contains the Limited Warranty and Arbitration Agreement.

15. A G30P KickScooter cannot ordinarily be removed from its box without also removing the packing material, including the packet containing the Limited Warranty. I am aware of certain YouTube videos that appear to accurately depict the unboxing process and placement of the Limited Warranty within the G30P KickScooter packaging. *See Segway Ninebot KickScooter Max - Unboxing, Setup and First Impressions*, YOUTUBE, https://www.youtube.com/watch?v=cMhjEoG3cQc (last visited Nov. 17, 2025); *Segway Ninebot Max G30 – Unboxing & Review*, YOUTUBE, https://www.youtube.com/watch?v=Mb86niuplgE (last visited Nov. 17, 2025).

16. Like the G30P KickScooter, Segway understood that customers purchasing G30LP KickScooters receive a similar Limited Warranty and Arbitration Agreement with similar provisions. The G30LP KickScooters are packaged similar to the G30P KickScooters and contain product inserts in the same or similar manner. Although G30LP KickScooters do not identify the Limited Warranty or the Arbitration Agreement by name on the outside of the box, page 4 of the G30LP KickScooter's User Manual informs the purchaser that a Limited Warranty applies and the exterior of the box tells consumers that for additional information, they may visit www.segway.com. An example of a G30LP box label is as follows:




17. Accessible through this website, Segway includes various Limited Warranty documents, including a Limited Warranty pertaining generally to KickScooters and containing an Arbitration Agreement.

18. Moreover, at certain times, G30LP KickScooters have included product inserts that included a Limited Warranty, including an Arbitration Agreement. For example, it is my understanding that for early production units of the G30LP KickScooter (i.e., certain units produced in or about 2020 and possibly 2021), the G30LP packaging included a document styled "Ninebot KickScooter Max Manufacturer's Limited Warranty (Americas)" (hereafter "Limited

Warranty Version 1"). This Limited Warranty Version 1 contains an Arbitration Agreement and is attached hereto as Exhibit 2. During this same period, certain G30LP KickScooters also contained a document styled "Ninebot KickScooter Max Limited Warranty and Dispute Resolution Agreement" (hereafter "Limited Warranty Version 2"). This Limited Warranty Version 2 also contains an Arbitration Agreement and is attached hereto as Exhibit 3. A YouTube video appears to depict a G30LP KickScooter purchaser unboxing his product and holding the Limited Warranty Version 2. *See Install handlebar & unbox, charging new Max G30LP by Segway - Ninebot. Beeping begins!*, YOUTUBE, https://www.youtube.com/watch?v=mL-KhSrDZmg (last visited Nov. 17, 2025).

19. Following this period, G30LP KickScooters appear to have been packaged with a Limited Warranty that expressly stated it did not apply to purchases in the United States, and instead applied to purchases in Europe, the Middle East, and Africa.

20. Regardless, page 4 of the G30LP KickScooter's User Manual[1] still informs the purchaser that a Limited Warranty applies and the exterior of the box tells consumers that for additional information, they may visit www.segway.com. I understand purchasers could then navigate to additional web pages providing access to a Limited Warranty applicable to all Segway KickScooters, including the G30LP KickScooter, at https://www.segway.com/warranty/information and https://support.segway.com/service/warranty. I understand the URL https://www.segway.com/warranty/information was active from approximately June 2019 to February 2025 and the URL https://support.segway.com/service/warranty was active from November 2023 to March 2025. Moreover, I understand purchasers could access a copy of a Limited Warranty and Arbitration

[1] A copy of a User Manual is attached hereto as Exhibit 5.

Agreement applicable to KickScooters from November 2021 through the present at https://store.segway.com/warranty-information.

21. As mentioned above, by navigating to Segway's website, consumers may search for and review various Limited Warranty documents, including a Limited Warranty pertaining generally to KickScooters which contained an Arbitration Agreement. This Limited Warranty is attached hereto as Exhibit 4, and it is my understanding that it has been available on Segway's website since 2019.

22. Finally, at various times, customers may also have received notice of the Limited Warranty and accompanying Arbitration Agreement through links or downloads from retailers selling Segway's products. For example, I understand that Amazon's website, at least at certain times, has provided access to the Limited Warranty and Arbitration Agreement which Segway believed was applicable to the G30LP KickScooter. A copy of the Amazon Limited Warranty is attached hereto as Exhibit 6. Similarly, from September 2024 to the present, I understand that consumers who purchased the G30LP KickScooter online directly from Segway should encounter, prior to checkout, a notice stating that "Segway's Sales of Goods T&C (including Arbitration & Restocking Fee)," would apply. An example of this is shown as follows:

/

/

/

/

/

/

/




23. I have reviewed Segway's records, and I have not located any record of Plaintiffs Cicero, Sabu, Holmes, Rzewuski or Heymer "opting out" of the Arbitration Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, recollection, and belief.

Dated: November 17, 2025

DocuSigned by:
Wei Zhao
A36F6E97C71F40C...

# Exhibit 1

ninebot® KickScooter MAX

# Manufacturer's Limited Warranty (Americas)

This is the manufacturer's limited warranty ("Limited Warranty") for the Ninebot KickScooter Max ("Product") for consumers in North and South America. This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM COUNTRY TO COUNTRY AND STATE TO STATE.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

## Contacts

Service E-mail: technicalsupport@segway.com

Service Telephone Toll Free: 1-866-473-4929

Visit www.segway.com for the latest contact information.

The Product is manufactured by Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot"), and distributed by Segway Inc. located at 14 Technology Drive, Bedford, NH 03110 ("Segway").

# 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -1 Year

- Hub Motor
- Controller Assembly
- Handlebar
- Stem
- Dashboard
- Drum Brake
- Front Fork Assembly
- Front fork/tube rotating parts

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 Days

- Control Cable
- Battery
- Built-in Charger
- Brake Handle
- Electronic Throttle
- AC Cable

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Days

- Parking Stand Assembly
- Brake Wire
- Tire
- Fender
- Headlight Assembly
- Folding Hook

- Hook
- Rear Light
- Kickstand Assembly
- Charging Base
- Front Fork Cover
- Stop Collar
- Bell

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension

Replacements and Repairs

The longer of: (i) the remainder of the original Limited Warranty for the Product; or (ii) 90 days from the consumer's date of receipt of the replacement or repaired Product.

## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com/support/service-warranties.

If you discover what you believe is a defect for your Product, please contact Segway at 1-866-473-4929 or at technicalsupport@segway.com. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty.

In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and

contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs.

You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway.

An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you.

For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described above, and Segway must receive your Product in accordance with the Limited Warranty Service Process defined above.

3.2. Your Product must be purchased from an authorized reseller of the Product within Americas region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

4.1. Caused by abuse, misuse, neglect or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair.

THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE COUNTRY/STATE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES/STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES/ STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS.

NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY, ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE

REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Claims and Dispute Resolution

SEGWAY AND YOU AGREE THAT ALL CLAIMS OR DISPUTES ARISING IN ANY WAY FROM THIS LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT, WHETHER BASED IN CONTRACT, TORT, STATUTORY, FRAUD, MISREPRESENTATION OR ANY OTHER LEGAL THEORY, AND ALL CLAIMS THAT ARE SUBJECT OF A PURPORTED CLASS ACTION LITIGATION THAT YOU ARE NOT A MEMBER OF THE CERTIFIED CLASS, SHALL BE RESOLVED THROUGH ARBITRATION AS PROVIDED FOR HEREIN, OR IN SMALL CLAIMS COURT, AND NOT BY A TRIAL BY JURY. YOU WAIVE THE RIGHT TO A TRIAL BY JURY, AND WAIVE THE RIGHT TO PARTICIPATE IN CLASS ACTIONS ARISING FROM OR RELATING TO ANY AND ALL CLAIMS AND DISPUTES WITH NINEBOT AND SEGWAY. YOU AGREE THAT YOU MAY ARBITRATE CLAIMS AGAINST NINEBOT AND SEGWAY ONLY IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF, A CLASS REPRESENTATIVE, OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE PROCEEDING. THIS AGREEMENT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION. THIS PARAGRAPH SHALL SURVIVE THE TERMINATION OF THIS LIMITED WARRANTY. NINEBOT REQUIRES THAT YOU ARBITRATE YOUR CLAIMS AGAINST NINEBOT PURSUANT TO THE ARBITRATION DESCRIBED BELOW PRIOR TO YOUR EXERCISE OF YOUR RIGHTS PURSUANT TO TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT. TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT DOES NOT REQUIRE YOU TO PURSUE RIGHTS AND REMEDIES AVAILABLE TO YOU THAT ARE NOT PROVIDED BY TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT.

Any such arbitration shall not be combined or consolidated with a claim or dispute involving any other person's or entity's product or claim or dispute, and specifically, without limitation of the foregoing, shall not under any circumstances proceed as part of a class action or class arbitration.

If you intend to seek arbitration, you must first send to Ninebot, by certified mail, a written notice of dispute at least thirty (30) days in advance of initiating the arbitration. The notice to Ninebot should be addressed to: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. The notice must include: (i) a description of your claim and the basis of the dispute; and (ii) a description of the relief you are seeking. If Ninebot and you do not reach an agreement to resolve the claim within thirty (30) days after Ninebot receives your notice, you or Ninebot may commence an arbitration proceeding. You are encouraged to seek redress directly from Ninebot, provided, however, Ninebot does not require you to seek your redress solely from Ninebot.

During the arbitration, the amount of any settlement offer made by Ninebot or you will not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Ninebot is entitled to receive

from the other party.

The arbitration shall be conducted by the American Arbitration Association (AAA) pursuant to its Commercial Arbitration Rules and the Supplementary Procedures for Consumer-Related Disputes (collectively "AAA Rules"). The AAA Rules are available online at adr.org, or by calling the AAA at 1-800-778-7879. The Federal Arbitration Act governs this provision. Even after the termination of the Limited Warranty, the arbitrator shall decide all issues of interpretation and application of the Limited Warranty, and a court may determine the scope and enforceability of this arbitration provision. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the applicable law.

Ninebot shall pay for your cost of the arbitration. For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, is $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant its attorney fees, expert witness fees or costs unless it is determined that any of the claims was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Ninebot shall pay the remainder of such fees.

Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim"), shall be determined according to AAA Rules. In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim.

Judgment may be entered on the arbitrator's award in a Small Claim or Large Claim case in any court of competent jurisdiction.

This arbitration provision also applies to claims and disputes by you, the purchaser of the product, and all those in privity with you, including your family members, beneficiaries and assigns, against Ninebot's parent(s), subsidiaries and affiliates, and any person or entity that licensed, supplied, sold or distributed the product, and each of their officers, employees, representatives, licensors/licensees, agents, beneficiaries, predecessors in interest, successors, and/or assigns.

You may opt out of this dispute resolution procedure by providing notice to Ninebot no later than thirty (30) calendar days after the date of the first consumer purchaser's purchase of the product. To opt out you must send notice by e-mail to Ninebot at optout@segway.com, with the subject line: "Arbitration Opt Out." The opt out notice by e-mail must include (a) your name, email address, mailing address and phone number; (b) the date on which the product was purchased; (c) the product model name or model number; and (d) the Serial Number. Alternatively, you may opt out by calling 1-866-473-4929, prompt 2 no later than thirty (30) calendar days from the date of the first consumer purchaser's purchase of the product and providing the same information. These are the only two forms of notice that will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the benefits of the Limited Warranty.

The following is a description of the arbitration process:

A. Mail a Notice of Dispute to Ninebot. Prior to initiating arbitration against Ninebot, you must first notify Ninebot of your dispute. Please include your contact information, your concerns, and the relief you seek from Ninebot, and any information you believe would be helpful in the resolution of your dispute. Ninebot will review your Notice of Dispute to determine whether Ninebot can satisfy your concerns without the need for arbitration. The notice should be sent by certified mail to Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

B. Wait 30 Days. Ninebot will review your Notice of Dispute within thirty (30) days of Ninebot's receipt of your Notice of Dispute. If you do not hear from Ninebot within thirty (30) days of Ninebot's receipt of your Notice of Dispute, you may proceed with filing an arbitration claim against Ninebot. Should Ninebot provide you a written settlement offer, please keep this settlement offer as Ninebot and you will be required to show this settlement offer to the arbitrator, although such offers cannot be shown to the arbitrator until after the determination of the merits of your claim.

C. Complete a Demand for Arbitration. You can initiate arbitration by completing a Demand for Arbitration that includes a basic statement of the (i) names and addresses and telephone numbers of the parties involved); (ii) your description of the dispute; and (iii) your short statement detailing why you are entitled to relief.

D. Send Ninebot Your Demand for Arbitration. You can send Ninebot your Demand for Arbitration at the following address: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

E. Send AAA Two (2) Copies of Your Demand for Arbitration. The Demand for Arbitration includes the address that you are to send two (2) copies of your Demand for Arbitration. This address is AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. You should also include a copy of this warranty policy, and the appropriate filing fee. Ninebot will promptly reimburse you for this filing fee. If you cannot afford to pay the filing fee, please contact Ninebot, and Ninebot will pay the filing fee for you if your claims seek a remedy less than $75,000. AAA has an online filing option that you can find on its website: www.adr.org.

F. AAA Appointment of Arbitrator. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify you and Ninebot of the arbitrator's name and qualifications. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will inform Ninebot and you. If either you or Ninebot objects to the AAA's choice of arbitrator, we'll have seven (7) days to inform the AAA.

G. Choose the Type of Hearing You Would Like. Unless you and Ninebot agree to have any arbitration hearings somewhere else, the arbitration will take place in the county (or parish) that you purchased the Product. If your claim is for $10,000 or less, you may choose to have the hearing conducted by telephone or in person. Alternatively, you may choose to proceed to conduct the entire arbitration through written correspondence with the arbitrator that doesn't include an interactive hearing. Once the AAA has commenced the arbitration, you have ten (10) days to inform the AAA of your choice of hearing. If you don't make a choice,

the AAA will conduct the arbitration by written correspondence without an interactive hearing. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if your claim exceeds $10,000, but you and Ninebot may agree whether that hearing is in person or by telephone, or whether to instead proceed with written correspondence.

H. Arbitrator's Decision. Within fourteen (14) days from the conclusion of the in-person or telephone hearing, or from the submission of all written evidence to the arbitrator if you have elected to conduct the arbitration through written correspondence, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award. Ninebot will immediately respond to the arbitrator notifying the arbitrator whether, and to what extent, Ninebot will abide by the decision, perform the obligations it has agreed to do. Any decision by the arbitrator may be utilized by any party for any reason.

ninebot® KickScooter MAX

# Manufacture’s Limited Warranty (EMEA)

This is the manufacturer’s limited warranty (“Limited Warranty”) for the Ninebot KickScooter Max (“Product”) for consumers in Europe, Middle East, and Africa (“Territory”). This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty is an additional warranty, that does not in any way affect or limit the statutory rights you may have as a consumer, for example with respect to conformity.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product’s Serial Number

Record your Product’s Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

## Contacts

Visit www.segway.com for the latest contact information.

The Product is manufactured by Ninebot (Changzhou) Technology Co., Ltd. (“Ninebot”), and distributed by Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, The Netherlands (“Segway”).

# 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -1 Year

- Hub Motor
- Controller Assembly
- Handlebar
- Stem
- Dashboard
- Drum Brake
- Front Fork Assembly
- Front fork/tube rotating parts

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 Days

- Control Cable
- Battery
- Built-in Charger
- Brake Handle
- Electronic Throttle
- AC cable

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Days

- Parking Stand Assembly
- Brake Wire
- Tire
- Fender
- Headlight Assembly
- Folding Hook

- Hook
- Rear Light
- Kickstand Assembly
- Charging Base
- Front Fork Cover
- Stop Collar
- Bell

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension

## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com.

If you discover what you believe is a defect for your Product, please check our contact details on our website. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty. In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs. You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will

be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway. An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you. For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will refund your shipment costs for sending the defective Product to Segway and will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described in clause 1, and Segway must receive your Product in accordance with the Limited Warranty Service Process as described in clause 2.

3.2. Your product must be purchased from an authorized reseller of the Product within EMEA region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

4.1. Caused by abuse, misuse, neglect, or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing, or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair. EXCEPT ONLY TO THE EXTENT MANDATORILY REQUIRED BY AN APPLICABLE LAW, THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS. NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY—EXCEPT TO THE EXTENT SUCH CLAIMS ARISE FROM GROSS NEGLIGENCE OR WILLFULL MISCONDUCT OF NINEBOT OR SEGWAY OR ITS SENIOR MANAGEMENT—ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION

OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Applicable Law and Disputes

Any and all claims or disputes of whatever nature arising out of or otherwise relating to this warranty shall be governed by and construed in accordance with the laws of the Netherlands with the exclusion of its conflicts of law provisions and the UN Convention on the International Sale of Goods. The sole and exclusive venue for and jurisdiction over any such claim or dispute shall be the Courts in Amsterdam, the Netherlands. The latter choice of law and forum applies only insofar as this does not conflict with any mandatory consumer laws in your jurisdiction.

ninebot® KickScooter MAX

# Garantie limitée de la fabrication (EMEA)

Il s'agit de la garantie limitée du fabricant (« Garantie limitée ») pour le Ninebot KickScooter Max (« Produit ») pour les consommateurs en Europe, au Moyen-Orient et en Afrique (« Territoire »). Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée est une garantie supplémentaire qui n'affecte ni ne limite les droits légaux que vous pourriez avoir en tant que consommateur, par exemple en ce qui concerne la conformité.

Cette fiche et le reçu d'achat original de l'achat de votre produit sont les documents définissant la garantie limitée. Veuillez conserver ce document et le reçu d'achat original afin de préserver votre service de garantie.

## Enregistrez le numéro de série de votre produit

Enregistrez le numéro de série de votre produit ci-dessous. Vous pouvez trouver le numéro de série à l'extérieur de la boîte d'expédition, en bas du produit, Ou dans l'application Segway-Ninebot, lorsqu'elle est connectée au produit.

Numéro de série ici

## Contacts

Rendez-vous sur www.segway.com pour obtenir les dernières informations de contact.

Le produit est fabriqué par Ninebot (Changzhou) Technology, société de capitaux (« Ninebot »), et distribué par Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Pays-Bas (« Segway »).

## 1. Période de garantie limitée

Cette garantie limitée couvre tous les défauts de matériaux et de fabrication du produit qui se produisent ou résultant de votre utilisation normale et ordinaire du produit. Dans le cas où un défaut couvert par cette garantie limitée venait à se produire, Segway réparera ou remplacera votre produit conformément aux termes de cette garantie limitée. La période applicable pour la garantie limitée débute à partir de : (i) la date d'achat originale du produit auprès d'un distributeur ou d'un revendeur autorisé par Segway ; ou (ii) la date d'activation du produit via l'application Segway-Ninebot, selon la dernière occurrence, et s'applique au produit de la manière suivante :

Corps du Véhicule - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 année

- Moteur du moyeu
- Assemblage du contrôleur
- Guidon
- Tige
- Tableau de bord
- Frein à tambour
- Montage de la fourche avant
- Pièces rotatives de la fourche/tube avant

Pièces jointes - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 jours

- Câble de commande
- Batterie
- Chargeur intégré
- Poignée de frein
- Accélérateur électronique
- Ligne CA

Composants soumis à usure - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 jours

- Montage de la béquille
- Câble de frein
- Pneu
- Fender
- Assemblage de la Phare
- Crochet pliant

- Crochet
- Feu arrière
- Assemblage de la Béquille
- Base de charge
- Cache de la fourche avant
- Collier d’arrêt
- Cloche

Composants soumis à usure - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 jours

- Bande de pare-chocs
- Couvercle du tableau de bord
- Poignées de guidon
- Couverture décorative
- Couvercle du compartiment des piles
- Tapis pour les pieds
- Bouchon en caoutchouc
- Réflecteur
- Extension tige de soupape

## 2. Processus de service de la garantie limitée

Les ressources d’aide en ligne de Segway sont disponibles à l’adresse suivante : http://www.segway.com.

Si vous découvrez ce que vous pensez être un défaut dans votre produit, veuillez vérifier nos coordonnées sur notre site Web. Le personnel de support technique de Segway est disponible pour vous aider à diagnostiquer et résoudre tous les problèmes que vous pourriez rencontrer lors de l’utilisation de votre produit. Dans le cas où nous ne pouvons pas vous aider à résoudre le problème, vous pouvez avoir droit à un service sous garantie en vertu de cette garantie limitée. Afin de soumettre votre produit au service de garantie en vertu de la présente garantie limitée, vous devrez fournir à Segway : (i) la preuve d’achat auprès d’un détaillant autorisé ; ainsi que (ii) le numéro de série du produit. Après avoir vérifié votre admissibilité, vous devrez fournir votre nom, votre adresse électronique, votre adresse postale et votre numéro de téléphone afin de recevoir un numéro d’autorisation de retour de matériel (« RMA »). Segway devra recevoir votre produit défectueux dans les trente (30) jours suivant la délivrance d’une RMA par Segway. Segway peut vous diriger vers un tiers désigné pour les réparations sous garantie. Vous serez responsable du coût de l’expédition et de l’assurance de l’expédition de votre produit à Segway, et vous assumez le risque de perte en cas de perte ou d’endommagement de votre

produit pendant l'expédition à Segway. Vous devez mettre votre produit défectueux dans l'emballage d'origine ou dans un emballage approuvé par Segway, qui sera payant, pour l'expédition du produit à Segway. Ni Ninebot ni Segway ne sont responsables des dommages causés par votre emballage inapproprié ou l'expédition du produit à Segway. Un fournisseur de service agréé effectuera une inspection de votre produit. Si Segway décide que le problème n'est pas couvert par la garantie limitée, Segway vous en informera et vous indiquera des solutions de rechange de service alternatifs qui vous sont proposés moyennant des frais supplémentaires, ou Segway vous renverra votre produit sans réparation et, dans une telle instance, vous serez responsable du coût de l'expédition et de l'assurance de l'expédition de votre produit de Segway à votre adresse. Pour les réclamations de garantie admissibles, Segway fournira un produit avec des pièces neuves ou reconditionnées de même style ou similaires, sans vous facturer de frais de service. Les pièces remplacées par Segway seront conservées par, et deviendront la propriété de Segway. Pour les réclamations de garantie admissibles, Segway remboursera vos frais d'expédition pour l'envoi du produit défectueux à Segway et vous versera des frais d'expédition de retour raisonnables pour le retour du produit.

## 3. Admissibilité à la garantie limitée

3.1. Votre demande de service doit être reçue par Segway dans la période de garantie limitée telle que décrite dans la clause 1, tandis que l'on doit recevoir votre Produit conformément au processus de service de garantie limitée tel que décrit dans la clause 2.

3.2. Votre produit doit être acheté auprès d'un revendeur agréé dans la région EMEA.

3.3. Vous devez conserver le reçu d'achat original et votre garantie limitée, et fournir cette documentation à Segway pour vérifier votre admissibilité à la garantie.

3.4. Cette garantie limitée décrit le service valable dans le cas où votre produit nécessite un service de garantie.

3.5. Votre produit devrait avoir le numéro de série clairement lisible, non masqué, non effacé et non modifié.

3.6. Votre produit doit avoir ses joints inamovibles en place et non modifiés.

## 4. Exclusions de garantie limitée

Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée ne couvre pas et exclut les dommages de votre produit:

4.1. Causés par abus, mauvaise utilisation, négligence ou usage commercial.

4.2. Causés par une mauvaise charge, un stockage ou une fonctionnement inadéquat, y compris, sans s'y limiter, lune utilisation contraire aux documents destinés aux utilisateurs, une utilisation par une personne excédant la taille, le poids et les limites d'âge spécifiées, lune utilisation sur des escaliers, des murs et des bordures, ou toute utilisation sportive ou  des fins de démonstration.

4.3. Causés par accident, collision, sur des obstacles, les courses, le feu, la submersion dans l'eau, l'eau pulvérisée à haute pression, le gel, les tremblements de terre, la chute, l'oxydation sévère ou la corrosion par solvants chimiques.

4.4. Causés par une réparation qui n'était pas autorisée par Ninebot ou Segway.

4.5. Causés par un emballage inapproprié ou une mauvaise manipulation lors de l'expédition au fournisseur de service de garantie.

4.6. Les dégâts cosmétiques, y compris les rayures, les bosses et l'élimination des revêtements protecteurs qui sont conçus pour diminuer avec le temps, à moins que ce dommage ne se produise en raison d'un défaut de matériaux.

4.7. Causés par l'utilisation du produit avec, ou toute modification du produit à l'aide de tout produit, composant ou accessoire tiers qui n'est pas vendu par Ninebot ou Segway.

4.8. Les dommages qui ne résultent pas de la conception, de la technologie, de la fabrication ou de la qualité de Ninebot.

## 5. Exemption de la responsabilité et limitation

Ni Ninebot ni Segway n'assument ou n'autorisent quiconque à assumer en leur nom toute autre obligation ou responsabilité relative à un produit, ses composants, ses accessoires, sa réparation ou cette garantie limitée. Ninebot et Segway ne sont pas responsables de la perte d'utilisation d'un produit, de ses composants, de ses accessoires ou de tout inconvénient ou autre perte ou dommage pouvant être causé(e) par tout défaut d'un produit, de ses composants, ses accessoires, sa réparation de service, ou pour tout autre dommage fortuit ou consécutif que l'acheteur peut avoir à la suite d'un défaut d'un produit, de ses composants, de ses accessoires ou de sa réparation. DANS LA MESURE OÙ CELA N'EST PAS REQUIS PAR UNE LOI APPLICABLE, ET UNIQUEMENT À CETTE EXCEPTION PRÈS, LA PRÉSENTE GARANTIE LIMITÉE EST LA SEULE GARANTIE APPLICABLE AU PRODUIT ET À SES PIÈCES, ACCESSOIRES ET SERVICE DE RÉPARATION. NINEBOT, SEGWAY ET LEURS SOCIÉTÉS AFFILIÉES RESPECTIVES DÉCLINENT TOUTES LES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS LES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER, AUTRES QUE CES GARANTIES IMPLICITES ET INCAPABLES D'EXCLUSION, DE RESTRICTION OU DE MODIFICATION EN VERTU DE LA LOI APPLICABLE. TOUTES GARANTIES IMPLICITES QUI POURRAIENT ÊTRE REQUISES PAR LA LOI ET NE SONT PAS REJETÉES PAR LA PRÉSENTE LIMITATION, DANS LA MESURE AUTORISÉE PAR LA LOI, SERONT LIMITÉES À LA PÉRIODE APPLICABLE DE LA PRÉSENTE GARANTIE LIMITÉE OU À LA DURÉE APPLICABLE PRÉVUE PAR LA LOI APPLICABLE, LA PÉRIODE LA PLUS COURTE SERA ADOPTÉE. ÉTANT DONNÉ QUE CERTAINS ÉTATS NE PERMETTENT PAS DE LIMITER LA DURÉE D'UNE GARANTIE IMPLICITE, LES LIMITATIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS. CERTAINES JURIDICTIONS N'AUTORISENT PAS LA LIMITATION OU L'EXCLUSION DE DOMMAGES DIRECTS OU INDIRECTS, AINSI LA LIMITATION OU L'EXCLUSION CI-DESSUS POURRAIT NE PAS S'APPLIQUER À DES ACHETEURS PARTICULIERS. LA RESPONSABILITÉ TOTALE DE NINEBOT ET SEGWAY DE TOUTES LES RÉCLAMATIONS, CONJOINTES ET SOLIDAIRES-SAUF DANS LA

MESURE OÙ CES RÉCLAMATIONS PROVIENNENT DE LA NÉGLIGENCE EXTRÊME OU DE LA MAUVAISE CONDUITE DE NINEBOT OU DE SEGWAY OU DE SA HAUTE DIRECTION- DÉCOULANT DE CERTAINES ET TOUTES GARANTIES APPLICABLES EN DROIT SONT LIMITÉES À LA RÉPARATION OU AU REMPLACEMENT D'UN PRODUIT DÉFECTUEUX, DÉTERMINÉ À LA DISCRÉTION DE NINEBOT OU DE SEGWAY, ET TOUS LES DOMMAGES DIRECTS OU INDIRECTS SONT EXCLUS, À MOINS QUE CES LIMITES ET EXCLUSIONS SOIENT INTERDITES PAR LA LOI APPLICABLE. COMME CERTAINS ÉTATS N'AUTORISENT PAS L'EXCLUSION OU LA LIMITATION DE DOMMAGES DIRECTS OU INDIRETS, ALORS LES LIMITATIONS OU EXCLUSIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS.

## 6. LOI APPLICABLE ET LITIGES

Toute réclamation ou litige de n'importe quelle nature découlant ou autrement relatf(ve) à cette garantie sera régi€ et interprété€ conformément aux lois des Pays-Bas à l'exclusion de ses dispositions en matière de conflits de lois et de la Convention des Nations Unies sur la vente internationale des biens. Le lieu unique et exclusif de juridiction pour une telle réclamation ou de tels litiges sera les tribunaux d'Amsterdam, aux Pays-Bas. Ce dernier choix de la législation et du tribunal s'applique uniquement dans la mesure où cela ne va pas à l'encontre de lois de consommation obligatoires dans votre juridiction.

ninebot® KickScooter MAX

# Beschränkte Garantie des Herstellers (EMEA)

Dies ist die beschränkte Garantie des Herstellers für den Ninebot KickScooter Max („Produkt“) für Verbraucher in Europa, im Mittleren Osten und Afrika („Gebiet“). Diese beschränkte Garantie beschreibt den Service, der Ihnen bereitgestellt wird, falls Ihr Produkt Garantieleistungen erfordert, und Sie können entsprechend Ihren örtlichen Gesetzen über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie ist eine zusätzliche Garantie, die in keiner Weise die gesetzlichen Rechte, über die Sie als Verbraucher eventuell verfügen, z.B. in Bezug auf die Konformität, beeinträchtigen oder einschränken kann.

Dieses Blatt und der ursprüngliche Kaufbeleg für den Kauf Ihres Produktes sind die Dokumente, die die beschränkte Garantie definieren. Bitte bewahren Sie dieses Dokument und den ursprünglichen Kaufbeleg auf, um Ihren Garantieservice zu erhalten.

## Notieren Sie die Seriennummer Ihres Produkts

Notieren Sie die unten aufgeführte Seriennummer Ihres Produkts. Sie finden die Seriennummer auf der Außenseite der Versandbox, auf der Unterseite des Produktes oder in der Segway-Ninebot App, während Sie mit dem Produkt verbunden sind.

Seriennummer hier

## Kontakte

Besuchen Sie www.segway.com für die aktuellsten Kontaktinformationen.

Das Produkt wird von Ninebot (Changzhou) Technology Co., Ltd. („Ninebot“) hergestellt und vertrieben durch Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Niederlande („Segway“).

# 1. Zeitraum der beschränkten Garantie

Diese beschränkte Garantie deckt alle Material- und Verarbeitungsfehler des Produkts ab, die durch die normale und gewöhnliche Verwendung des Produkts entstehen oder auftreten. Für den Fall, dass ein Schaden, der im Rahmen dieser beschränkten Garantie erfasst wird, auftritt, wird Segway Ihr Produkt gemäß den Bestimmungen dieser beschränkten Garantie reparieren oder ersetzen. Die anwendbare Frist für die beschränkte Garantie beginnt zum späteren der genannten Zeitpunkte: (i) zum ursprünglichen Kaufdatum des Produkts von einem autorisierten Segway-Vertreiber oder Händler; oder (ii) zum Aktivierungsdatum des Produkts über die Segway-Ninebot App und gilt für das Produkt auf folgende Weise:

Fahrzeugkarosserie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 Jahr

- Narbenmotor
- Montage der Steuerung
- Lenker
- Stiel
- Instrumententafel
- Trommelbremse
- Vorderradgabelmontage
- Vorderradgabel/Steuersatz

Befestigungsteile - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 Tage

- Steuerkabel
- Batterie
- Integriertes Ladegerät
- Bremsgriff
- Elektronische Drosselklappe
- AC-Leitung

Komponenten die sich abnutzen können - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Tage

- Parkständermontage
- Bremskabel / Bremszug
- Reifen
- Stoßstange
- Frontscheinwerfermontage

- Faltbarer Haken
- Haken
- Rückleuchte
- Seitenstützemontage
- Aufladestation
- Vordere Gabelabdeckung
- Anschlaghülse
- Glocke

Komponenten die sich abnutzen können - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -15 Tage

- Stoßfängerleiste
- Armaturenbrett Abdeckung
- Lenkergriffe
- Dekoratives Cover
- Batteriefachabdeckung
- Fußmatte
- Gummi Verschlussstopfen
- Reflektor
- Ventilschaftverlängerung

## 2. Leistungen der beschränkten Garantie

Die Online-Hilfe von Segway finden Sie unter : http://www.segway.com.

Wenn Sie etwas entdecken, von dem Sie glauben, dass es sic hum einem Defect an Ihrem Pordukt handelt, überprüfen Sie bitte unsere Kontaktdaten auf unserer Website. Das Personal des technischen Supports von Segway steht zu Ihrer Verfügung, um Ihnen bei der Diagnose und Behebung von Problemen zu helfen, auf die Sie treffen könnten, wenn Sie Ihr Produkt verwenden. Für den Fall, dass wir Ihnen bei der Behebung des Problems nicht helfen können, könnten Sie Anspruch auf eine Garantieleistung im Rahmen dieser beschränkten Garantie haben. Um Ihr Produkt für die Garantieleistung im Rahmen dieser beschränkten Garantie einzureichen, werden Sie gebeten, (i) den Kaufbeleg eines autorisierten Einzelhändlers; und (ii) die Seriennummer des Produkts zur Verfügung zu stellen. Nach der Bestätigung Ihrer Berechtigung müssen Sie Ihren Namen, Ihre E-Mail-Adresse, Ihre Postanschrift und Ihre Telefonnummer angeben, um eine Rücksendezulassungsnummer (eine sog. Return Materials Authorization, kurz RMA) zu erhalten. Segway muss Ihr defektes Produkt innerhalb von dreißig (30) Tagen ab der Ausstellung einer RMA seitens Segway an Sie erhalten. Segway kann Sie für die

Garantiereparatur an einen Dritten zuweisen. Sie sind verantwortlich für die Kosten für die Versendung und die Versicherung der Versendung Ihres Produkts an Segway, und Sie übernehmen das Risiko des Verlustes in dem Fall, dass Ihr Produkt während der Versendung durch Sie an Segway verloren geht oder beschädigt wird. Sie müssen Ihr defektes Produkt in die Originalverpackung oder eine von Segway zugelassene Verpackung hineinlegen, die kostenpflichtig für die Versendung des Produkts an Segway bereitgestellt wird. Weder Ninebot noch Segway haften für Schäden, die durch eine unsachgemäße Verpackung oder Versendung des Produkts ihrerseits an Segway verursacht werden. Ein autorisierter Dienstleister wird Ihr Produkt inspizieren. Wenn Segway feststellt, dass das Problem nicht von der beschränkten Garantie abgedeckt wird, werden Sie von Segway benachrichtigt und über Service- oder Ersatzalternativen informiert, die Ihnen kostenpflichtig zur Verfügung gestellt werden, oder Segway wird Ihr Produkt unverzüglich zurückgeben, und in diesem Fall sind Sie für die Kosten der Versendung und Versicherung Ihres Produktes von Segway an Sie verantwortlich. Bei berechtigten Garantieansprüchen wird Segway das fehlerhafte Produkt mit neuen oder überholten Teilen gleicher oder ähnlicher Art ohne Kosten für Sie für den Service reparieren. Teile, die durch Segway ersetzt werden, werden von Segway einbehalten und Eigentum von Segway. Bei berechtigten Garantieansprüchen erstattet Segway Ihre Frachtkosten für die Versendung des defekten Produkts an Segway zurück und bezahlt angemessene Rücksendungsgebühren für die Rücksendung des Produkts an Sie.

## 3. Berechtigung zur beschränkten Garantie

3.1. Ihre Serviceanforderung muss von Segway innerhalb der beschränkten Garantiezeit gemäß Absatz 1 eingegangen sein, und Segway muss Ihr Produkt gemäß dem beschränkten Garantieservice erhalten, wie in Abschnitt 2 beschrieben.

3.2. Ihr Produkt muss bei einem autorisierten Händler des Produkts innerhalb der EMEA-Region gekauft werden.

3.3. Sie müssen den ursprünglichen Kaufbeleg und Ihre beschränkte Garantie aufbewahren und diese Unterlagen Segway zur Verfügung stellen, damit Ihre Garantieberechtigung überprüft wird.

3.4. Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt.

3.5. Die Seriennummer Ihres Produkts muss deutlich lesbar, freigelegt, unbesetzt und unverändert sein.

3.6. Ihr Produkt muss über manipulationssichere und nicht modifizierte Dichtungen an Ort und Stelle verfügen.

## 4. Ausschlüsse von der beschränkten Garantie

Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt. Sie können entsprechend den lokalen Gesetzen zudem über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie deckt die folgenden Schäden an Ihrem Produkt nicht ab und schließt sie aus:

4.1. Verursacht durch Missbrauch, fehlerhaften Gebrauch, Vernachlässigung oder kommerzielle Nutzung.

4.2. Verursacht durch unsachgemäße Aufladung, Lagerung oder Betrieb, einschließlich, jedoch nicht beschränkt auf die Verwendung im Widerspruch zu den Materialien der Benutzer, die Verwendung über die angegebenen Werte für Höhe, Gewicht und Altersgrenzen hinaus, die Verwendung auf Treppen, Wänden und Bordsteinen oder durch Extremsport oder die Verwendung zu Ausstellungszwecken.

4.3. Verursacht durch Unfall, Zusammenstoß, Fahrt über Hindernisse, Raserei, Feuer, Eintauchen in Waser, Hochdruckwasserstrahl, Frost, Erdbeben, Sturz, schwere Oxidation oder Korrosion durch chemische Lösungsmittel.

4.4. Verursacht durch eine Reparatur, die nicht durch Ninebot oder Segway autorisiert wurde.

4.5. Verursacht durch eine unsachgemäße Verpackung oder eine fehlerhafte Handhabung während des Versands an einen Garantieservice-Anbieter.

4.6. Die kosmetischer Natur sind, einschließlich Kratzer, Dellen und die Beseitigung von Schutzbeschichtungen, die dafür konzipiert sind, im Laufe der Zeit abzunehmen, sofern der Schaden nicht aufgrund eines Materialfehlers auftrat.

4.7. Verursacht durch die Verwendung des Produkts mit einem Drittanbieterprodukt, Komponenten oder Zubehörteilen oder jedwede Änderung an dem Produkt, das diese benutzt, die nicht von Ninebot oder Segway verkauft werden.

4.8. Die sich nicht aus Ninebots Produktdesign, Technologie, Fertigung oder Qualität ergeben.

## 5. Haftungsausschluss und Beschränkung

Weder Ninebot noch Segway übernimmt oder ermächtigt jemanden, in seinem Namen eine andere Verpflichtung oder Haftung im Zusammenhang mit einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur oder dieser beschränkten Garantie zu übernehmen. Ninebot und Segway sind nicht verantwortlich für den Nutzungsausfall eines Produkts, seiner Bestandteile, des Zubehörs oder für irgendwelche Unannehmlichkeiten oder andere Verluste oder Schäden, die durch irgendeinen Defekt an einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur verursacht werden können, oder für sonstige zufällige oder Folgeschäden, die der Besteller aufgrund eines Mangels an einem Produkt, dessen Bestandteile, Zubehör oder Servicereparatur haben kann. ABGESEHEN VOM GESETZLICH VORGESCHRIEBENEN AUSMASS IST DIESE BESCHRÄNKTE GARANTIE DIE EINZIG GÜLTIGE GARANTIE FÜR DAS PRODUKT UND SEINE BESTANDTEILE, ZUBEHÖRTEILE UND DIE SERVICEREPERATUR. NINEBOT, SEGWAY UND IHRE ENTSPRECHENDEN PARTNERUNTERNEHMEN LEHNEN ALLE ANDEREN GARANTIEN, AUSDRÜCKLICH ODER IMPLIZIT, AB, EINSCHLIESSLICH DER IMPLIZITEN GEWÄHRLEISTUNGEN DER MARKTGÄNGIGKEIT UND DER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, DER VON DEN GARANTIEN ABWEICHT, DIE NACH GELTENDEM RECHT IMPLIZIERT WERDEN ODER NICHT AUSGESCHLOSSEN, EINGESCHRÄNKT ODER MODIFIZIERT WERDEN KÖNNEN. JEDE DERARTIGE IMPLIZIERTE GARANTIE, DIE DURCH DAS RECHT ERFORDERLICH WERDEN KANN UND HIERDURCH NICHT AUSGESCHLOSSEN WIRD, SIND BESCHRÄNKT AUF DAS GESETZLICH

ZULÄSSIGE AUSMASS, AUF DEN GÜLTIGEN ZEITRAUM DIESER BESCHRÄNKTEN GARANTIE ODER DEN GELTENDEN ZEITRAUM DER DURCH DAS GELTENDE RECHT VORGESEHEN IST, JE NACHDEM WELCHER ZEITRAUM KÜRZER IST. EINIGE LÄNDER ERLAUBEN KEINE EINSCHRÄNKUNGEN IN BEZUG DARAUF, WIE LANGE EIN IMPLIZIERTE GARANTIE ANDAUERT, SODASS DIE OBIGE EINSCHRÄNKUNG EVENTUELL FÜR SIE NICHT GILT. EINIGE LÄNDER GESTATTEN KEINEN AUSSCHLUSS ODER KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS FÜR DIESE KÄUFER OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT GILT. DIE VOLLUMFÄNGLICHE UND GESAMTE HAFTUNG VON NINEBOT UND SEGWAY FÜR ALLE FORDERUNGEN, GEMEINSAM UND GETRENNT, - AUSSER IN DEM AUSMASS, IN DEM SOLCHE FORDERUNGEN AUFGRUND VON GROBER FAHRLÄSSIGKEIT ODER ABSICHTLICHEM FEHLVERHALTEN VON NINEBOT ODER SEGWAY ODER SEINER LEITENDEN MITARBEITER ENTSTEHEN- DIE HIERUNTER ENTSTEHEN, UND ALLE RECHTLICH GELTENDEN GARANTIEN SIND NACH NINEBOTS ODER SEGWAYS ERMESSEN AUF DIE REPARATUR ODER DEN AUSTAUSCH JEDWEDEN DEFFEKTEN PRODUKTS BESCHRÄNKT, UND ALLE ZUFÄLLIGEN UND FOLGESCHÄDEN SIND HIERMIT AUSGESCHLOSSEN, SOFERN SOLCHE BESCHRÄNKUNGEN UND AUSSCHLÜSSE NICHT NACH GELTENDEM RECHT VERBOTEN SIND. EINIGE LÄNDERN ERLAUBEN KEINEN AUSSCHLUSS UND KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS DIE OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT FÜR SIE GILT.

## 6. Geltendes Recht und Streitigkeiten

Alle Ansprüche oder Streitigkeiten jeglicher Art, die sich aus dieser Garantie ergeben oder anderweitig im Zusammenhang mit dieser Garantie stehen, unterliegen dem niederländischen Recht unter Ausschluss von Kollisionsnormen und der UN-Konvention für den internationalen Verkauf von Waren. Der alleinige und ausschließliche Gerichtsstand für alle derartigen Ansprüche oder Streitigkeiten sind die Gerichte in Amsterdam, Niederlande. Die letztgenannte Wahl des Rechts und des Forums gilt nur insoweit, als dies nicht im Widerspruch zu den obligatorischen Verbrauchergesetzen in Ihrer Gerichtsbarkeit steht.

ninebot® KickScooter MAX

# Garanzia limitata del produttore (EMEA)

Questa è la garanzia limitata (“Garanzia limitata”) per il Ninebot KickScooter Max (“Prodotto”) per i clienti in Europa, Medio Oriente e Africa (“Territorio”). Questa Garanzia limitata descrive i servizi disponibili nel caso il Prodotto necessiti della manutenzione prevista dalla garanzia, è possibile che il cliente possa avere protezioni aggiuntive previste dalle legislazioni locali. Questa Garanzia limitata è una garanzia aggiuntiva che in alcun modo limita o influisce sui diritti legali che può avere un cliente, ad esempio per quanto riguarda la conformità.

Questo documento e la ricevuta d’acquisto originale del Prodotto sono i documenti che definiscono la Garanzia limitata. Conservare questo documento e la ricevuta d’acquisto originale per mantenere il diritto di avvalersi a questa garanzia.

## Registrare il numero seriale del proprio prodotto

Registrare qui di seguito il numero seriale del prodotto. È possibile trovare il numero seriale sulla parte esterna della confezione di spedizione, sulla parte inferiore del Prodotto o nell’app Segway-Ninebot quando è collegato al Prodotto.

Numero seriale qui

## Contatti

Visitare www.segway.com per le informazioni di contatto più aggiornate.

Il prodotto è creato da Ninebot (Changzhou) Technology Co., Ltd. (“Ninebot”), e distribuito da Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Olanda (“Segway”).

## 1. Periodo della Garanzia limitata

Questa Garanzia limitata copre tutti i difetti nei materiali e mano d'opera del Prodotto che avvengono a causa di un uso ordinario e normale del Prodotto. Nel caso di un difetto coperto da questa Garanzia, Segway riparerà o sostituirà il tuo Prodotto in accordo con i termini di questa Garanzia limitata. Il periodo in cui si può utilizzare questa Garanzia inizia dall'ultimo di uno dei cas seguenti: (i) la data di acquisto originale del Prodotto da un distributore o rivenditore autorizzato Segway o (ii)la data di attivazione del Prodotto attraverso la app di Segway-Ninebot e si applica al Prodotto nei modi seguenti:

Corpo del veicolo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 anno

- Motore hub
- Gruppo controller
- Barra del manico
- Stelo
- Cruscotto
- Freno a tamburo
- Forcella Anteriore
- Forcella Anteriroe/ Componenti

Parti accessorie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 giorni

- Cavo di controllo
- Batteria
- Alimentatore di serie
- Leva del freno
- Acceleratore elettronico
- Tensione di rete

Componenti soggetti a usura- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -90 giorni

- Cavalletto
- Cavo del freno
- Pneumatico
- Parafanghi
- Gruppo Luce
- Gancio pieghevole

- Gancio
- Luce retro
- Gruppo Appoggiapiedi
- Base di ricarica
- Copertura forcella anteriore
- Dadi di fissaggio
- Campana

Componenti soggetti a usura - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 giorni

- Striscia paraurti
- Protezione cruscotto
- Prese del manico
- Copertura decorativa
- Protezioen comparto batteria
- Pedana
- Tappo in gomma
- Riflettore
- Estensione della valvola

## 2. Processo del servizio della Garanzia limitata

Le risorse online d'aiuto di Segway sono disponibili all'indirizzo: http://www.segway.com.

Se si scopre qualcosa che si pensa essere un difetto per proprio Prodotto, ti preghiamo di controllare i nostri dati di contatto sul nostro sito web. Il personale di supporto tecnico di Segway è disponibile per assistere il cliente nel trovare e aggiustare qualsiasi problema che si possa incontrare nell'utilizzo del Prodotto. Nel caso non fossimo in grado di aiutare il cliente può richiedere una manutenzione tramite la garanzie utilizzando questa Garanzia limitata. Per inviare il proprio prodotto alla manutenzione Segway richiederà (i) prova dell'acquisto da un rivenditore autorizzato e (ii) il numero seriale del Prodotto. Una volta verificata la legittimità della richiesta il cliente dovrà fornire nome, indirizzo email, indirizzo di casa e il numero di telefono per ricevere il numero di autorizzazione dei materiali resi (AMR). Segway deve ricevere il Prodotto difettoso entro 30 giorni da quando Segway ha rilasciato l'AMR. Segway deve indicare al cliente una parte terza incaricata delle riparazioni sotto garanzia. I costi di spedizione e l'assicurazione della spedizione del Prodotto a Segway saranno a carico del cliente e accetta che esiste il rischio di perdita nel caso in cui il Prodotto sia perso o danneggiato durante la spedizione a Segway. È necessario spedire il proprio Prodotto difettoso nell'imballaggio originale o in uno

approvato da Segway che sarà fornito a un costo, per la spedizione del Prodotto a Segway. Né Ninebot né. Segway sono responsabili per qualsiasi danno causato da un imballaggio scorretto o dalla spedizione di un Prodotto a Segway. Un fornitore di manutenzione autorizzato eseguirà un esame del Prodotto. Se Segway determina che il problema non è coperto da questa Garanzia limitata, Segway lo notificherà al Cliente e lo informerà che la manutenzione o sostituzione sono disponibili a pagamento o Segway restituirà il Prodotto non riparato e in questo caso sarà dovere del Cliente pagare la spedizione e assicurare la spedizione del Prodotto da Segway al Cliente. Per richieste di utilizzo della garanzia legittime Segway riparerà prodotti difettosi con parti nuove o riadattate dello stesso o simile stile senza costi aggiuntivi. Le parti sostituite da Segway saranno tenute e diventeranno proprietà di Segway. Per richieste di utilizzo della garanzia legittime Segway rimborserà i costi di spedizione del Prodotto difettoso a Segway e pagherà tariffe ragionevoli per rendere il Prodotto al cliente.

## 3. Eleggibilità della Garanzia limitata

3.1. La tua richiesta per la manutenzione deve essere ricevuta da Segway entro il periodo di validità della Garanzia limitata come descritto nella clausola 1 e Segway deve ricevere il Prodotto in accordo con il Processo descritto nella clausola 2.

3.2. Il tuo prodotto deve essere acquistato da un rivenditore autorizzato all'interno della regione EMEA.

3.3. È necessario tenere la ricevuta d'acquisto originale e la Garanzia limitata e fornire questa documentazione a Segway per verificare la propria eleggibilità.

3.4. Questa Garanzia limitata descrive la manutenzione disponibile nel caso che il Prodotto richieda una manutenzione.

3.5. Il Prodotto deve avere il numero seriale chiaramente leggibile, non oscurato, coperto o modificato.

3.6. Il Prodotto deve avere i suoi sigilli anti manomissione intatti e al loro posto.

## 4. Esclusioni della Garanzia limitata

Questa Garanzia limitata descrive la manutenzione disponibile in caso il Prodotto richieda una manutenzione utilizzando la Garanzia e si potrebbero avere protezioni aggiuntive secondo le leggi locali. Questa Garanzia limitata non copre ed esclude danni al Prodotto:

4.1. Causato dall'abuso, uso sbagliato o uso non attento o commerciale.

4.2. Causato da un caricamento, immagazzinamento o funzionamento sbagliato inclusi, ma non limitati, a un uso diverso da quello previsto dei materiali, un utilizzo con peso, altezza o età superiori a quelli descritti, uso sule scale, muri e cordoli o qualsiasi sport estremo o esibizione.

4.3. Causato da incidenti o guida su ostacoli, gare, incendio, immersione in acqua, spruzzi di acqua ad alta pressione, congelamento, terremoto, causata, ossidazione pesante o corrosione di solventi chimici.

4.4. Causato da qualsiasi riparazione che non è stata autorizzata da Ninebot o Segway.

4.5. Causato da un imballaggio inadatto o gestione errata durante la spedizione al fornitore della manutenzione.

4.6. Che sia cosmetico, tra cui graffi, ammaccature e la rimozione di coperture protettive che sono pensate per diminuire a meno che tali danni non siano dovuti a un difetto nei materiali.

4.7. Causato dall'uso del Prodotto con, o qualsiasi modifica al Prodotto utilizzando prodotti di parti terze o accessori che non sono venduti da Ninebot o Segway.

4.8. Che non è causato dal design del prodotto di Ninebot, tecnologia, produzione o qualità del Prodotto Ninebot.

## 5. Esclusione e limitazione di garanzia

Né Ninebot né Segway si assume o autorizza qualcuno ad assumersi qualsiasi obbligo o responsabilità causati da questo prodotto, dalle sue parti, da accessori, da riparazione o da questa Garanzia limitata. Ninebot e Segway non sono responsabili per alcuna perdita d'uso di un Prodotto, delle sue parti, degli accessori o per qualsiasi inconveniente o altra perdita o danno causato da difetti nel Prodotto, nelle sue parti, negli accessori, nella riparazione o per altri danni accidentali o consequenziali in cui l'acquistante può avere un Prodotto, componenti, accessori o manutenzione difettoso. AD ECCEZIONE DEGLI OBBLIGHI DETTATI DA UNA LEGISLAZIONE APPLICABILE, QUESTA GARANZIA LIMITATA È LA SOLA GARANZIA APPLICABILE AL PRODOTTO E ALLE SUE PARTI, ACCESSORI E MANUTENZIONE. NINEBOT, SEGWAY E LE SOCIETÀ A LORO AFFILIATE SI DISPENSANO DA QUALSIASI ALTRA GARANZIA ESPRESSA O IMPLICITA, INCLUSE LE GARANZIE IMPLICITE DI COMMERCIABILITÀ E APPLICABILITÀ PER UNOO SCOPO PRECISO, AD ECCEZIONE DELLE GARANZIE IMPLICATE DA E INCAPACI DI ESCLUSIONE, RESTRIZIONE O MODIFICA SOTTO LA LEGGE APPLICABILE. QUALSIASI GARANZIA CHE POTREBBE ESSERE RICHIESTA PER LEGGE E NN DICHIARATA IN QUESTO DOCUMENTO È LIMITATA ALL'ESTENSIONE PERMESSA DALLA LEGGE, AL PERIODO APPLICABILE DA QUESTA GARANZIA LIMITATA O AL PERIODO APPLICABILE FORNITO DALLA LEGGE APPLICABILE, QUALE DEI DUE È IL PERIODO PIÙ BREVE. ALCUNE NAZIONI NON PERMETTONO LIMITAZIONI SULLA DURATA DI UNA GARANZIA IMPLICITA, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. ALCUNE NAZIONI NON PERMETTONO L'ESCLUSIONE O LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. LA RESPONSABILITÀ TOTALE E AGGREGATA DI NINEBOT E SEGWAY PER TUTTE LE RICHIESTE, UNITA E SEPARATA, AD ECCEZIONE DELLE RICHIESTE CAUSATE DA EVIDENTE NEGLIGENZA O CATTIVA CONDOTTA VOLUTA DI NINEBOT O SEGWAY O DEI LORO GRUPPI DIRIGENTI, DERIVANTI DA CASI DESCRITTI IN PRECEDENZA E ALCUNE E TUTTE LE GARANZIE APPLICABILI AI SENSI DI LEGGE SONO LIMITATE ALLA RIPARAZIONE O SOSTITUZIONE DI PRODOTTI NON FUNZIONANTI COME DESCRITTO A DISCREZIONE DI NINEBOT O SEGWAY E TUTTI I DANNI INCIDENTALI E CONSEQUENZIALI SONO ESCLUSI, A MENO CHE TALI LIMITAZIONI ED ESCLUSIONI SIANO PROIBITE DALLA LEGGE APPLICABILE. ALCUNE NAZIONE NON PERMETTONO L'ESCLUSIONE O LA LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTI CASI LE LIMITAZIONI O ESCLUSIONI PRECEDENTI NON SI APPLICANO.

## 6. Legge applicabile e dispute

Qualsiasi e tutte le richieste o dispute di qualsiasi natura che sorgono o altrimenti riconducibili a questa garanzia devono essere decise in conformità delle leggi olandesi con l'esclusione dei suoi conflitti legali e la Convenzione ONU sulla vendita internazionale di merce. L'unico luogo esclusivo e la giurisdizione di qualsiasi richiesta o disputa deve essere decisa dalla Corte di Amsterdam, Olanda. L'ultima decisione legame e il foro si applicano solamente fino a quando non entra in conflitto con le leggi nella giurisdizione del Cliente.

ninebot® KickScooter MAX

# Garantía limitada del Fabricante (EMEA)

Esta es la garantía limitada del fabricante («Garantía limitada») para Ninebot KickScooter Max (el «Producto») para los consumidores de Europa, Oriente Próximo y África (el «Territorio»). La Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada es una garantía adicional que no afecta o limita sus derechos legales que pueda tener como consumidor, como por ejemplo, en lo referente a la conformidad.

Esta hoja y el recibo original de compra del Producto son los documentos definitorios de la Garantía limitada. Conserve este documento y el recibo original de compra para mantener el servicio de garantía.

## Registre el Número de serie de su Producto

Registre el Número de serie de su Producto en la parte inferior. Encontrará el Número de serie en la parte exterior de la caja de transporte, en la parte inferior del Producto o en la aplicación Segway-Ninebot, cuando esté conectada al Producto.

Escriba aquí el Número de serie

## Contactos

VVisite www.segway.com para obtener la información de contacto más reciente.

El Producto es fabricado por Ninebot (Changzhou) Technology Co., Ltd. («Ninebot»), y distribuido por Segway Europe BV, Hogehilweg 8, 1101 CC Ámsterdam, Holanda («Segway»).

## 1. Período de la Garantía limitada

La Garantía limitada cubre todos los defectos de materiales y acabados del Producto derivados u ocurridos durante el uso normal del Producto. Si se produce un defecto cubierto por la presente Garantía limitada, Segway reparará o sustituirá el Producto conforme a los términos de la Garantía limitada. El período de aplicación para la Garantía limitada comienza con la fecha posterior: 1) la fecha de compra original del Producto de un distribuidor o vendedor autorizado por Segway, o (2) la fecha de activación del Producto mediante la aplicación Segway-Ninebot, y se aplica al Producto en los siguientes términos:

Carrocería del vehículo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 año

- Motor del buje
- Conjunto de controlador
- Manillar
- Toma de aire
- Salpicadero
- Freno de tambor
- Horquilla delantera
- Horquilla delantera/partes giratorias

Piezas externas - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 días

- Cable de control
- Batería
- Cargador incorporado
- Freno de mano
- Acelerador electrónico
- Línea CA

Piezas desgastables- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -90 días

- Soporte de estacionamiento
- Cable de freno
- Neumático
- Guardabarros
- Conjunto de Luz delantera
- Gancho multiusos (plegar patinete)

- Gancho
- Luz trasera
- Conjunto de Soporte
- Base de carga
- Cubierta de la horquilla delantera
- Parada de emergencia
- Campana

Piezas desgastables - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 días

- Parachoques lateral
- Cubierta del panel de control
- Puños del manillar
- Cubierta decorativa
- Cubierta del compartimento de la batería
- Reposapiés
- Enchufe de goma
- Reflector
- Extensión de la toma de aire del neumático

## 2. Proceso de servicio de la Garantía limitada

Encontrará los recursos de ayuda en línea de Segway en http://www.segway.com.

Si detecta lo que parece ser un defecto en el Producto, verifica nuestros datos de contacto en nuestro sitio web. El personal de asistencia técnica de Segway le ayudará a diagnosticar y solucionar los posibles problemas que detecte durante el uso del Producto. Si no pudiese solucionar el problema, es posible que la presente Garantía limitada cubra los servicios. Para enviar su Producto al servicio de garantía conforme a lo establecido en la Garantía limitada, deberá facilitarle a Segway: 1) el comprobante de compra de un distribuidor autorizado; y 2) el Número de serie del Producto. Una vez verificado su derecho, necesitará facilitar su nombre, dirección de correo electrónico, dirección postal y número de teléfono de contacto para recibir un número de autorización de devolución de materiales («RMA»). Segway deberá recibir el Producto defectuoso en los treinta (30) días posteriores al envío del RMA por parte de Segway. Es posible que Segway le remita a un tercero para que realice las reparaciones oportunas. Usted se hará cargo de los costes de envío y de garantizar el envío del Producto a Segway y asume además el riesgo de pérdida si el Producto se perdiese o dañase durante el envío a Segway. Usted deberá incluir el Producto defectuoso en el embalaje original –o el embalaje aprobado por Segway con

coste para usted– para el envío a Segway del Producto. Ninebot o Segway no son responsables de los posibles daños causados por el embalaje o envío inadecuados del Producto a Segway. Un proveedor de servicio autorizado realizará una inspección del Producto. Si Segway determina que el problema no está cubierto por la Garantía limitada, Segway se lo notificará y le informará de las alternativas de servicio o sustitución disponibles previo cobro; o bien Segway le devolverá el Producto sin reparar, en cuyo caso usted se hará responsable de los costes de envío y seguro de envío del Producto por parte de Segway. Si tiene derecho a la garantía, Segway reparará el Producto defectuoso con piezas nuevas o reacondicionadas idénticas o similares sin coste alguno para usted por el servicio. Las piezas reemplazadas por Segway quedarán en posesión de Segway y pasarán a ser de su propiedad. Si tiene derecho a la garantía, Segway le reembolsará los costes de envío a Segway del Producto defectuoso y se hará cargo de los costes razonables del envío de devolución del Producto.

## 3. Validez de la Garantía limitada

3.1. Segway deberá recibir la solicitud de servicio dentro el Período de la Garantía limitada tal y como se describe en el apartado 1. Segway recibirá su Producto conforme al Proceso de servicio de la Garantía limitada descrito en el apartado 2.

3.2. Su producto debe comprarse a un distribuidor autorizado del producto dentro de la región de EMEA.

3.3. Deberá conservar el recibo original de compra y la Garantía limitada y facilitar esta documentación a Segway para verificar la validez de la garantía.

3.4. La presente Garantía limitada describe el servicio al que usted tiene derecho en caso de que el Producto requiera del servicio de la garantía.

3.5. El Producto debe tener un Número de serie claramente legible, que no esté oculto ni haya sido borrado o modificado.

3.6. El Producto mantendrá intactos y en su sitio original los precintos a prueba de modificaciones.

## 4. Exclusiones de la Garantía limitada

Esta Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada no cubre (esto es, excluye) los daños al Producto:

4.1. Causados por abuso, uso inadecuado, negligencia o uso comercial.

4.2. Causados por la carga, almacenamiento u operación inadecuados, incluido, entre otros, el uso contrario a los materiales de usuario, el uso que exceda los límites especificados de altura, peso o edad, su uso en escaleras, paredes o bordillos o su uso en deportes de riesgo o exhibiciones.

4.3. Causados por accidentes, colisiones, conducir por obstáculos, hacer carreras, fuegos, sumergirlo en agua, agua a alta presión, congelación, terremotos, caídas, oxidación avanzada o corrosión por disolventes

químicos.

4.4. Causados por reparaciones no autorizadas por Ninebot o Segway.

4.5. Causados por un embalaje o manejo inadecuado durante el envío al proveedor de servicios de la garantía.

4.6. Que sean superficiales, como por ejemplo, arañazos, muescas o la retirada de acabados de protección diseñados para desgastarse con el tiempo, a menos que los daños se produjesen por defectos en los materiales.

4.7. Causados por el uso o modificaciones del Producto utilizando productos, componentes o accesorios de terceros que no hay vendido Ninebot o Segway.

4.8. Que no se deriven del diseño de producto, tecnología, fabricación o calidad de Ninebot.

## 5. Exención y limitación de responsabilidad

Ninebot o Segway no asumen ni autorizan a nadie a asumir en su nombre ninguna obligación o responsabilidad relacionada con el Producto, sus componentes, accesorios, reparación de servicio o la presente Garantía limitada. Ninebot o Segway no son responsables de la pérdida de uso del Producto, sus componentes y accesorios, o de los inconvenientes, pérdidas o daños causados por defectos en el Producto, sus componentes y accesorios, la reparación de servicio u otros daños imprevistos o consecuentes que sufra el comprador como resultado de los defectos del Producto, sus componentes, accesorios o reparación de servicio. A EXCEPCIÓN DE LOS CASOS DE APLICACIÓN EXIGIDOS POR LA LEY, LA PRESENTE GARANTÍA LIMITADA ES LA ÚNICA GARANTÍA APLICABLE AL PRODUCTO, A SUS COMPONENTES, ACCESORIOS Y SERVICIO DE REPARACIÓN. NINEBOT, SEGWAY Y SUS RESPECTIVAS EMPRESAS ASOCIADAS NO SE HACEN RESPONSABLES DE OTRAS GARANTÍAS, EXPRESAS O IMPLÍCITAS, INCLUIDAS GARANTÍAS IMPLÍCITAS DE COMERCIABILIDAD O ADECUACIÓN A UN USO PARTICULAR QUE NO SEAN LAS GARANTÍAS IMPLÍCITAS QUE NO PUEDAN SER EXCLUIDAS, RESTRINGIDAS O MODIFICADAS POR LA LEGISLACIÓN APLICABLE. TALES GARANTÍAS IMPLÍCITAS REQUERIDAS POR LEY Y QUE NO QUEDEN EXENTAS QUEDARÁN LIMITADAS, DENTRO DEL MARCO DE LA LEY, AL PERÍODO DE APLICACIÓN DE LA PRESENTE GARANTÍA LIMITADA O AL PERÍODO DE TIEMPO CORRESPONDIENTE QUE INDIQUE LA LEY VIGENTE (AQUEL PERÍODO DE TIEMPO QUE SEA MÁS CORTO). ALGUNOS PAÍSES NO PERMITEN LIMITAR LA DURACIÓN DE LA GARANTÍA IMPLÍCITA, POR LO QUE LA LIMITACIÓN DESCRITA ANTERIORMENTE PODRÍA NO SER DE APLICACIÓN PARA UD. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA ALGUNOS COMPRADORES. LA RESPONSABILIDAD COMPLETA Y TOTAL, CONJUNTA Y SOLIDARIA DE NINEBOT Y DE SEGWAY POR RECLAMACIONES (A EXCEPCIÓN DE AQUELLAS RECLAMACIONES POR NEGLIGENCIA GRAVE O MALA CONDUCTA INTENCIONADA POR PARTE DE NINEBOT O SEGWAY O SUS PERSONAL DIRECTIVO SUPERIOR) DERIVADAS EN LO SUCESIVO Y CUALQUIERA DE LAS GARANTÍAS APLICABLES POR LEY ESTARÁN LIMITADAS A LA REPARACIÓN O SUSTITUCIÓN DEL PRODUCTO DEFECTUOSO, A DISCRECIÓN DE NINEBOT O SEGWAY. QUEDAN EXCLUIDOS EN ADELANTE LOS DAÑOS IMPREVISTOS O CONSECUENTES, A MENOS QUE TALES LIMITACIONES O EXCLUSIONES ESTÉN

PROHIBIDAS POR LA LEY VIGENTE. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA USTED.

## 6. Ley aplicable y disputas legales

Las reclamaciones o disputas de cualquier naturaleza derivadas o relacionadas con esta garantía se regularán e interpretarán de acuerdo con las leyes de Holanda, a excepción de las disposiciones sobre conflictos entre legislaciones y la Convención de las Naciones Unidas sobre los Contratos de Compraventa Internacional de Mercaderías. La instrucción del proceso por reclamaciones o disputas tendrá lugar exclusivamente en los tribunales de Ámsterdam, Holanda. Esta elección de legislación y jurisdicción será de aplicación siempre que no entre en conflicto con los derechos obligatorios de los consumidores en su jurisdicción.

ninebot® KickScooter MAX

# Ограниченная гарантия изготовителя (EMEA)

Настоящий документ представляет собой ограниченную гарантию изготовителя («Ограниченная гарантия») на Ninebot KickScooter Max («Продукт») для потребителей в Европе, на Ближнем Востоке и в Африке («Территория»). Настоящая Ограниченная гарантия описывает предоставляемую вам услугу в случае, если ваш Продукт потребует гарантийного обслуживания, и вы можете получить дополнительные средства защиты в соответствии с вашими местными законами. Настоящая Ограниченная гарантия является дополнительной гарантией, которая не затрагивает и не ограничивает предоставленные законом права, которыми вы можете обладать как потребитель, например, в отношении соответствия.

Настоящая информация и чек о первичном приобретении вашего Продукта являются документами, определяющими Ограниченную гарантию. Просьба сохранить настоящий документ и чек о первичном приобретении для сохранения вашего гарантийного обслуживания.

## Запишите серийный номер вашего Продукта

Серийный номер указан на внешней стороне упаковочной коробки или на нижней части Продукта, oder in der Segway-Ninebot-App, während Sie mit dem Produkt verbunden sind.

Серийный номер здесь

## Контакты

См. www.segway.com для получения новейшей контактной информации.

Продукт изготовлен Ninebot (Changzhou) Technology Co., Ltd. (“Ninebot”) и распространяется Segway Europe BV, Hogehilweg 8, 1101 CC Амстердам, Нидерланды (“Segway”)..

# 1. Период действия Ограниченной гарантии

Настоящая Ограниченная гарантия покрывает все дефекты материала и качества изготовления Продукта, возникающие или имеющие место в результате вашего нормального и обычного использования Продукта. В случае возникновения дефекта, покрываемого настоящей Ограниченной гарантией, Segway осуществит ремонт или замену вашего Продукта в соответствии с условиями настоящей Ограниченной гарантии. Период действия Ограниченной гарантии начинается с даты первичного приобретения Продукта у официального дилера и применяется к Продукту следующим образом:

**Кузов - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 год**

- Мотор-колесо
- Контроллер в сборе
- Руль
- Стержень
- Приборная панель
- Барабанный тормоз
- Сборка передней вилки
- Передняя вилка / трубка с вращающимися деталями

**Другие компоненты - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 дней**

- Кабель управления
- Аккумулятор
- Встроенное зарядное устройство
- Ручка тормоза
- Электронный дроссель
- Шнур питания

**Компоненты, подверженные износу - - - - - - - - - - - - - - - - - - - - - - - - - - - - -90 дней**

- Сборка парковочной стойки
- Тормозной провод
- Покрышка
- Крыло
- Комплект фары

- Складной крюк
- Крюк
- Задний фонарь
- Подножка
- Зарядная база
- Защитная накладка передней вилки
- ограничительное кольцо
- Колокол

**Компоненты, подверженные износу - - - - - - - - - - - - - - - - - - - - - - - - - - - - -15 дней**

- Упругая прокладка
- Крышка приборной панели
- Рукоятки
- Декоративной крышки
- Крышка батарейного отсека
- Коврик для ног
- Резиновая заглушка
- Светоотражающие наклейки
- Удлинитель штока клапана

## 2. Процесс обслуживания по Ограниченной гарантии

Вспомогательные Интернет ресурсы Segway находятся на: http://www.segway.com.

Если вы обнаружите то, что по вашему мнению является дефектом вашего Продукта, просьба проверить наши контактные данные на нашем сайте. Персонал технической поддержки Segway поможет вам диагностировать и решить любые проблемы, с которыми вы можете столкнуться при использовании вашего Продукта. В случае если мы не сможем помочь ваш устранить проблему, вы имеете право на гарантийное обслуживание по настоящей Ограниченной гарантии. Чтобы предоставить ваш Продукт для гарантийного обслуживания в соответствии с настоящей Ограниченной гарантией, вас попросят предоставить в Segway (i) доказательство приобретения у уполномоченного розничного продавца; и (ii) серийный номер Продукта. После проверки наличия у вас права вы должны будете предоставитьваше имя, электронный адрес, почтовый адрес и номер контактного телефона для получения номера разрешения на возврат материалов (“RMA”). Компания Segway должна получить

ваш дефектный Продукт в течение 30 (тридцати) дней с даты выдачи вам RMA Segway. Segway может направить вас к уполномоченному третьему лицу для Гарантийного ремонта. Вы несете ответственность за оплату стоимости транспортировки и страхование транспортировки вашего Продукта в Segway, и вы принимаете на себя риск утраты в случае, если ваш Продукт будет утерян или поврежден при транспортировке от вас в Segway. Вы должны вложить ваш дефектный Продукт в первоначальную упаковку или утвержденную Segway упаковку, которая будет предоставлена платно, для транспортировки Продукта в Segway. Ни Ninebot. ни Segway не несет ответственности за любые повреждения, причиненные вашей ненадлежащей упаковкой или транспортировкой Продукта в Segway. Уполномоченный поставщик услуг осмотрит ваш Продукт. Если Segway определит, что проблема не покрывается Ограниченной гарантией, Segway уведомит вас и сообщит вам об альтернативах ремонту или замене, которые могут быть предоставлены платно, или Segway возвратит вам Продукт неотремонтированным, и в таком случае вы будете нести ответственность за оплату стоимости и страхование транспортировки вашего Продукта от Segway вам. В случае обоснованных гарантийных требований Segway проведет обслуживание дефектного Продукта с использованием новых или восстановленных деталей того же или аналогичного стиля, не взимая с вас плату за обслуживание. Замененные детали Segway будут сохранены и станут собственностью Segway. В случае обоснованных гарантийных требований Segway возместит вам расходы на транспортировку дефектного Продукта в Segway и оплатит разумные расходы за обратную транспортировку Продукта вам.

## 3. Право на Ограниченную гарантию

**3.1.** Ваша заявка на обслуживание должна быть получена Segway в течение Периода действия Ограниченной гарантии, указанного в пункте 1, и Segway должна получить ваш Продукт в соответствии с Процессом обслуживания по Ограниченной гарантии, описанным в пункте 2.

**3.2.** Ваш продукт должен быть приобретен у авторизованного торгового представителя в EMEA регионе.

**3.3.** Вы должны сохранить чек о первичном приобретении и вашу Ограниченную гарантию и предоставить эту документацию в Segway для проверки вашего права на гарантию.

**3.4.** Настоящая Ограниченная гарантия описывает предоставляемую вам услугу в случае, если ваш Продукт требует гарантийного обслуживания.

**3.5.** Ваш Продукт должен иметь четко различимый, нескрытый, нестертый и неизмененный серийный номер.

**3.6.** Ваш Продукт должен иметь взломостойкие пломбы на месте и без изменений.

## 4. Исключения Ограниченной гарантаии

Настоящая Ограниченная гарантия описывает предоставляемую вам услугу в случае, если ваш Продукт

требует гарантийного обслуживания, и вы можете иметь дополнительную защиту в соответствии с вашими местными законами. Настоящая Ограниченная гарантия не покрывает и исключает повреждение вашего Продукта:

**4.1.** Вызванное использованием не по назначению, ненадлежащим, небрежным или коммерческим использованием.

**4.2.** Вызванное ненадлежащей зарядкой, хранением или эксплуатацией, в том числе, без ограничений, использование с нарушением материалов пользователя, использование избыточного удельного веса и возрастных пределов, использование на ступеньках, стенах или обочинах или экстремальных видах спорта или выступлений.

**4.3.** Вызванное аварией, столкновением, ездой через препятствия, гонками, пожаром, погружением в воду, орошение водой под высоким давлением, замораживанием, падением, сильным окислением или коррозией, вызванной химическими растворителями.

**4.4.** Вызванное ремонтом, не разрешенным Ninebot или Segway.

**4.5.** Вызванное ненадлежащей упаковкой или обращением при транспортировке поставщику гарантийного обслуживания.

**4.6.** Косметическое повреждение, включая царапины, вмятины и удаление защитных покрытий, которые, как предусмотрены, уменьшаются со временем, если такое повреждение не произошло вследствие дефекта материалов.

**4.7.** Вызванное использованием Продукта или изменения Продукта с использованием изделия, компонента или аксессуара третьего лица, который не был продан Ninebot или Segway.

**4.8.** Которое возникает не вследствие конструкции, технологии, изготовления или качества Ninebot.

## 5. Отказ от исполнения обязательства и ограничения

Ни Ninebot, ни Segway не принимает и не уполномочивает какое-либо лицо принимать от ее имени любое обязательство или ответственность в связи с любым Продуктом, его составными деталями, аксессуарами, сервисным ремонтом или настоящей Ограниченной гарантией. Ninebot и Segway не несут ответственности за утрату возможности эксплуатации Продукта, его составных деталей, аксессуаров или любое неудобство или иной убыток или ущерб, которые могут быть вызваны дефектом Продукта, его составных деталей, аксессуаров, сервисным ремонтом, или за любые случайные или косвенные убытки, которые покупатель может иметь в результате какого-либо дефекта Продукта, его составных деталей, аксессуаров или сервисного ремонта. ЗА ИСКЛЮЧЕНИЕМ, ПРИЧЕМ ИСКЛЮЧИТЕЛЬНО В ПРЕДЕЛАХ, В ОБЯЗАТЕЛЬНОМ ПОРЯДКЕ ТРЕБУЕМЫХ ПРИМЕНИМЫМ ЗАКОНОМ, НАСТОЯЩАЯ ОГРАНИЧЕННАЯ ГАРАНТИЯ ЯВЛЯЕТСЯ ЕДИНСТВЕННОЙ ГАРАНТИЕЙ, ПРИМЕНИМОЙ К ПРОДУКТУ, ЕГО СОСТАВНЫХ ДЕТАЛЯМ, АКСЕССУАРАМ И СЕРВИСНОМУ РЕМОНТУ. NINEBOT, SEGWAY И ИХ СООТВЕТСТВУЮЩИЕ АФФИЛИРОВАННЫЕ КОМПАНИИ ОТКАЗЫВАЮТСЯ ОТ ВСЕХ ИНЫХ

ГАРАНТИЙ, ЯВНО ВЫРАЖЕННЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ, ВКЛЮЧАЯ ПОДРАЗУМЕВАЕМЫЕEEXENTAS

QUEDARÁN LIMITADAS, DENTRO DEL MARCO DE LA LEY, AL PERÍODO DE APLICACIÓN DE LA PRESENTE GARANTÍA LIMITADA O AL PERÍODO DE TIEMPO CORRESPONDIENTE QUE INDIQUE LA LEY VIGENTE (AQUEL PERÍODO DE TIEMPO QUE SEA MÁS CORTO). ALGUNOS PAÍSES NO PERMITEN LIMITAR LA DURACIÓN DE LA GARANTÍA IMPLÍCITA, POR LO QUE LA LIMITACIÓN DESCRITA ANTERIORMENTE PODRÍA NO SER DE APLICACIÓN PARA UD. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA ALGUNOS COMPRADORES. LA RESPONSABILIDAD COMPLETA Y TOTAL, CONJUNTA Y SOLIDARIA DE NINEBOT Y DE SEGWAY POR RECLAMACIONES (A EXCEPCIÓN DE AQUELLAS RECLAMACIONES POR ГАРАНТИИ КОММЕРЧЕСКОЙ ЦЕННОСТИ И ПРИГОДНОСТИ ДЛЯ КОНКРЕТНОЙ ЦЕЛИ, ЗА ИСКЛЮЧЕНИЕМ ГАРАНТИЙ, ПОЖДРАЗУЕМВАЕМЫХ ДЕЙСТВУЮЩИМ ЗАКОНОМ И КОТОРЫЕ НЕ МОГУТ БЫТЬ ИСКЛЮЧЕНЫ, ОГРАНИЧЕНЫ ИЛИ ИЗМЕНЕНЫ ДЕЙСТВУЮЩИМ ЗАКОНОМ. ЛЮБЫЕ ТАКИЕ ПОДРАЗУМЕВАЕМЫЕ ГАРАНТИИ, КОТОРЫЕ НЕ ЯВЛЯЮТСЯ ОБЯЗАТЕЛЬНЫМИ ПО ЗАКОНУ И ОТКАЗ ОТ КОТОРЫХ НЕВОЗМОЖЕН, НАСТОЯЩИМ ОГРАНИЧЕНЫ В СЛУЧАЯХ, РАЗРЕШЕННЫХ ЗАКОНОМ, НА ДЕЙСТВУЮЩИЙ ПЕРИОД НАСТОЯЩЕЙ ОГРАНИЧЕННОЙ ГАРАНТИИ ИЛИ НА ПРИМЕНИМЫЙ ПЕРИОД, ПРЕДУСМОТРЕННЫЙ ДЕЙСТВУЮЩИМ ЗАКОНОМ, В ЗАВИСИМОСТИ ОТ ТОГО, КАКОЙ ПЕРИОД КОРОЧЕ. НЕКОТОРЫЕ СТРАНЫ НЕ РАЗРЕШАЮТ ОГРАНИЧЕНИЙ ПРОДОЛЖИТЕЛЬНОСТИ ОГРАНИЧЕННОЙ ГАРАНТИИ, ПОЭТОМУ УКАЗАННОЕ ВЫШЕ ОГРАНИЧЕНИЕ МОЖЕТ НЕ ПРИМЕНЯТЬСЯ К ВАМ. НЕКОТОРЫЕ СТРАНЫ НЕ РАЗРЕШАЮТ ИСКЛЮЧЕНИЯ ИЛИ ОГАРНИЧЕНИЯ СЛУЧАЙНЫХ ИЛИ КОСВЕННЫХ УБЫТКОВ, ПОЭТОМУ УКАЗАННОЕ ВЫШЕ ОГРАНИЧЕНИЕ ИЛИ ИСКЛЮЧЕНИЕ МОЖЕТ НЕ ПРИМЕНЯТЬСЯ К НЕКОТОРЫМ ПОКУПАТЕЛЯМ. ОБЩАЯ И СОВОКУПНАЯ ОТВЕТСТВЕННОСТЬ NINEBOT И SEGWAY ПО ВСЕМ ИСКАМ, ВМЕСТЕ И ОТДЕЛЬНО, ЗА ИСКЛЮЧЕНИЕМ СЛУЧАЕВ, КОГДА ТАКИЕ ИСКИ ВОЗНИКАЮТ В РЕЗУЛЬТАТЕ ГРУБОЙ НЕБРЕЖНОСТИ ИЛИ ЗЛОНАМЕРЕННОГО ДЕЙСТВИЯ NINEBOT ИЛИ SEGWAY ИЛИ ЕЕ СТАРШЕГО РУКОВОДСТВА, ВОЗНИКАЮЩАЯ ПО ГАРАНТИИ И ЛЮБЫЕ И ВСЕ ГАРАНТИИ ПО ЗАКОНУ, ОГРАНИЧЕНА РЕМОНТОМ ИЛИ ЗАМЕНОЙ ЛЮБОГО ДЕФЕКТНОГО ПРОДУКТА ПО УСМОТРЕНИЮ NINEBOT ИЛИ SEGWAY, И ВСЕ СЛУЧАЙНЫЕ И КОСВЕННЫЕ УБЫТКИ НАСТОЯЩИМ ИСКЛЮЧАЮТСЯ, ЕСЛИ ТАКИЕ ОГРАНИЧЕНИЯ И ИСКЛЮЧЕНИЯ НЕ ЗАПРЕЩЕНЫ

ДЕЙСТВУЮЩИМ ЗАКОНОМ. НЕКОТОРЫЕ СТРАНЫ НЕ РАЗРЕШАЮТ ИСКЛЮЧЕНИЯ ИЛИ ОГРАНИЧЕНИЯ СЛУЧАЙНЫХ ИЛИ КОСВЕННЫХ УБЫТКОВ, ПОЭТОМУ УКАЗАННОЕ ВЫШЕ ОГРАНИЧЕНИЕ ИЛИ ИСКЛЮЧЕНИЕ МОГУТ НЕ ПРИМЕНЯТЬСЯ К ВАМ.

## 6. Применимое право и споры

Любые и все иски или споры любой природы, возникающие из настоящей гарантии или иным образом относящиеся к ней, регулируются и истолковываются в соответствии с законодательством Нидерландов за исключением положений коллизионного права и Конвенции ООН о международной купли-продажи товаров. Единственным и исключительным местом рассмотрения и юрисдикции любого такого иска или спора являются Суды Амстердама, Нидерланды. Последний выбор права и площадки применяется только в случаях, когда это не противоречит обязательным законам о защите прав потребителей в вашей юрисдикции.

# Exhibit 2

K025P0293-A0

ninebot®

# Ninebot KickScooter MAX

## Manufacturer's Limited Warranty (Americas)

This is the manufacturer's limited warranty ("Limited Warranty") for the Ninebot KickScooter ("Product") for consumers in North and South America. This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM COUNTRY TO COUNTRY AND STATE TO STATE.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

### Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

### Contacts

Service E-mail: technicalsupport@segway.com
Service Telephone Toll Free: 1-866-473-4929
Visit www.segway.com for the latest contact information.
The product is designed by Ninebot (Changzhou) Tech Co., Ltd. ("Ninebot"), and distributed by Segway Inc. located at 14 Technology Drive, Bedford, NH 03110 ("Segway").

# 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 years

- Hub Motor
- Controller Assembly
- Handlebar
- Stem
- Dashboard
- Drum Brake
- Front Fork Assembly
- Front fork/tube rotating parts

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 days

- Control Cable
- Battery
- Battery Charger
- Brake Handle
- Electronic Throttle

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Days

- Parking Stand Assembly
- Brake Wire
- Tire
- Fender
- Headlight Assembly
- Folding Hook



- Hook
- Rear Light
- Kickstand Assembly
- Charging Base
- Front Fork Cover
- Stop Collar
- Bell

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension

Replacements and Repairs

The longer of: (i) the remainder of the original Limited Warranty for the Product; or (ii) 90 days from the consumer's date of receipt of the replacement or repaired Product.

# 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com/support/service-warranties.

If you discover what you believe is a defect for your Product, please contact Segway at 1-866-473-4929 or at technicalsupport@segway.com. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty.

In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and

contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs.

You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway.

An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you.

For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described above, and Segway must receive your Product in accordance with the Limited Warranty Service Process defined above.

3.2. Your Product must be purchased from an authorized reseller of the Product within Americas region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:



4.1. Caused by abuse, misuse, neglect, or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing, or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair.

THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE COUNTRY/STATE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES/STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT

APPLY TO SOME PURCHASERS.

NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY, ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Applicable Law and Disputes

SEGWAY (FOR PURPOSES OF THIS SECTION 6 OF THIS LIMITED WARRANTY, "NINEBOT" AND "SEGWAY" ARE COLLECTIVELY REFERRED TO AS "SEGWAY") AND YOU AGREE THAT ALL CLAIMS OR DISPUTES ARISING IN ANY WAY FROM THIS LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT, WHETHER BASED IN CONTRACT, TORT, STATUTORY, FRAUD, MISREPRESENTATION OR ANY OTHER LEGAL THEORY, AND ALL CLAIMS THAT ARE SUBJECT OF A PURPORTED CLASS ACTION LITIGATION THAT YOU ARE NOT A MEMBER OF THE CERTIFIED CLASS, SHALL BE RESOLVED THROUGH ARBITRATION AS PROVIDED FOR HEREIN, OR IN SMALL CLAIMS COURT, AND NOT BY A TRIAL BY JURY. YOU WAIVE THE RIGHT TO A TRIAL BY JURY, AND WAIVE THE RIGHT TO PARTICIPATE IN CLASS ACTIONS ARISING FROM OR RELATING TO ANY AND ALL CLAIMS AND DISPUTES WITH SEGWAY. YOU AGREE THAT YOU MAY ARBITRATE CLAIMS AGAINST SEGWAY ONLY IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF, A CLASS REPRESENTATIVE, OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE PROCEEDING. THIS AGREEMENT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION. THIS PARAGRAPH SHALL SURVIVE THE TERMINATION OF THIS LIMITED WARRANTY. SEGWAY REQUIRES THAT YOU ARBITRATE YOUR CLAIMS AGAINST SEGWAY PURSUANT TO THE ARBITRATION DESCRIBED BELOW PRIOR TO YOUR EXERCISE OF YOUR RIGHTS PURSUANT TO TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT. TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT DOES NOT REQUIRE YOU TO PURSUE RIGHTS AND REMEDIES AVAILABLE TO YOU THAT ARE NOT PROVIDED BY TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT.

Any such arbitration shall not be combined or consolidated with a claim or dispute involving any other person's or entity's product or claim or dispute, and specifically, without limitation of the foregoing, shall not under any circumstances proceed as part of a class action or class arbitration.

If you intend to seek arbitration, you must first send to Segway, by certified mail, a written notice of dispute at least thirty (30) days in advance of initiating the arbitration. The notice to Segway should be addressed to: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. The notice must include: (i) a description of your claim and the basis of the dispute; and (ii) a description of the relief you are seeking. If Segway and you do not reach an agreement to resolve the claim within thirty (30) days after Segway receives



your notice, you or Segway may commence an arbitration proceeding. You are encouraged to seek redress directly from Segway, provided, however, Segway does not require you to seek your redress solely from Segway.

During the arbitration, the amount of any settlement offer made by Segway or you will not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Segway is entitled to receive from the other party.

The arbitration shall be conducted by the American Arbitration Association (AAA) pursuant to its Commercial Arbitration Rules and the Supplementary Procedures for Consumer-Related Disputes (collectively "AAA Rules"). The AAA Rules are available online at adr.org, or by calling the AAA at 1-800-778-7879. The Federal Arbitration Act governs this provision. Even after the termination of the Limited Warranty, the arbitrator shall decide all issues of interpretation and application of the Limited Warranty, and a court may determine the scope and enforceability of this arbitration provision. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the applicable law.

Segway shall pay for your cost of the arbitration. For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, is $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant its attorney fees, expert witness fees or costs unless it is determined that any of the claims was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Segway shall pay the remainder of such fees.

Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim"), shall be determined according to AAA Rules. In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim.

Judgment may be entered on the arbitrator's award in a Small Claim or Large Claim case in any court of competent jurisdiction.

This arbitration provision also applies to claims and disputes by you, the purchaser of the product, and all those in privity with you, including your family members, beneficiaries and assigns, against Segway's parent (s), subsidiaries and affiliates, and any person or entity that licensed, supplied, sold or distributed the product, and each of their officers, employees, representatives, licensors/licensees, agents, beneficiaries, predecessors in interest, successors, and/or assigns.

You may opt out of this dispute resolution procedure by providing notice to Segway no later than thirty (30) calendar days after the date of the first consumer purchaser's purchase of the product. To opt out you must send notice by e-mail to Segway at optout@segway.com, with the subject line: "Arbitration Opt Out." The opt out notice by e-mail must include (a) your name, email address, mailing address and phone number; (b) the

date on which the product was purchased; (c) the product model name or model number; and (d) the Serial Number. Alternatively, you may opt out by calling 1-866-473-4929, prompt 2 no later than thirty (30) calendar days from the date of the first consumer purchaser's purchase of the product and providing the same information. These are the only two forms of notice that will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the benefits of the Limited Warranty.

The following is a description of the arbitration process:

A. Mail a Notice of Dispute to Segway. Prior to initiating arbitration against Segway, you must first notify Segway of your dispute. Please include your contact information, your concerns, and the relief you seek from Segway, and any information you believe would be helpful in the resolution of your dispute. Segway will review your Notice of Dispute to determine whether Segway can satisfy your concerns without the need for arbitration. The notice should be sent by certified mail to Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

B. Wait 30 Days. Segway will review your Notice of Dispute within thirty (30) days of Segway's receipt of your Notice of Dispute. If you do not hear from Segway within thirty (30) days of Segway's receipt of your Notice of Dispute, you may proceed with filing an arbitration claim against Segway. Should Segway provide you a written settlement offer, please keep this settlement offer as Segway and you will be required to show this settlement offer to the arbitrator, although such offers cannot be shown to the arbitrator until after the determination of the merits of your claim.

C. Complete a Demand for Arbitration. You can initiate arbitration by completing a Demand for Arbitration that includes a basic statement of the (i) names and addresses and telephone numbers of the parties involved); (ii) your description of the dispute; and (iii) your short statement detailing why you are entitled to relief.

D. Send Segway Your Demand for Arbitration. You can send Segway your Demand for Arbitration at the following address: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

E. Send AAA Two (2) Copies of Your Demand for Arbitration. The Demand for Arbitration includes the address that you are to send two (2) copies of your Demand for Arbitration. This address is AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. You should also include a copy of this warranty policy, and the appropriate filing fee. Segway will promptly reimburse you for this filing fee. If you cannot afford to pay the filing fee, please contact Segway, and Segway will pay the filing fee for you if your claims seek a remedy less than $75,000. AAA has an online filing option that you can find on its website: www.adr.org.

F. AAA Appointment of Arbitrator. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify you and Segway of the arbitrator's name and qualifications. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will inform Segway and you. If either you or Segway objects to the AAA's choice of arbitrator, we'll have seven (7) days to inform the AAA.



G. Choose the Type of Hearing You Would Like. Unless you and Segway agree to have any arbitration hearings somewhere else, the arbitration will take place in the county (or parish) that you purchased the Product. If your claim is for $10,000 or less, you may choose to have the hearing conducted by telephone or in person. Alternatively, you may choose to proceed to conduct the entire arbitration through written correspondence with the arbitrator that doesn't include an interactive hearing. Once the AAA has commenced the arbitration, you have ten (10) days to inform the AAA of your choice of hearing. If you don't make a choice, the AAA will conduct the arbitration by written correspondence without an interactive hearing. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if your claim exceeds $10,000, but you and Segway may agree whether that hearing is in person or by telephone, or whether to instead proceed with written correspondence.

H. Arbitrator's Decision. Within fourteen (14) days from the conclusion of the in-person or telephone hearing, or from the submission of all written evidence to the arbitrator if you have elected to conduct the arbitration through written correspondence, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award. Segway will immediately respond to the arbitrator notifying the arbitrator whether, and to what extent, Segway will abide by the decision, perform the obligations it has agreed to do. Any decision by the arbitrator may be utilized by any party for any reason.

ninebot®

Ninebot KickScooter MAX

# Manufacture's Limited Warranty (EMEA)

This is the manufacturer's limited warranty ("Limited Warranty") for the Electric KickScooter ("Product") for consumers in Europe, Middle East, and Africa ("Territory"). This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty is an additional warranty, that does not in any way affect or limit the statutory rights you may have as a consumer, for example with respect to conformity.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

## Contacts

Visit www.segway.com for the latest contact information.

The product is manufactured by Ninebot (Changzhou) Tech Co., Ltd. ("Ninebot"), and distributed by Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, The Netherlands ("Segway").

# 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 2 years

- Hub Motor
- Controller Assembly
- Handlebar
- Stem
- Dashboard
- Drum Brake
- Front Fork Assembly
- Front fork/tube rotating parts

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 2 years

- Control Cable
- Battery
- Battery Charger
- Brake Handle
- Electronic Throttle

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Parking Stand Assembly
- Brake Wire
- Tire
- Fender
- Headlight Assembly
- Folding Hook



- Hook
- Rear Light
- Kickstand Assembly
- Charging Base
- Front Fork Cover
- Stop Collar
- Bell

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension

# 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com.

If you discover what you believe is a defect for your Product, please check our contact details on our website. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty. In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs. You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be

provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway. An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you. For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will refund your shipment costs for sending the defective Product to Segway and will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described in clause 1, and Segway must receive your Product in accordance with the Limited Warranty Service Process as described in clause 2.

3.2. Your product must be purchased from an authorized reseller of the Product within EMEA region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

4.1. Caused by abuse, misuse, neglect, or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.



4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing, or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair. EXCEPT ONLY TO THE EXTENT MANDATORILY REQUIRED BY AN APPLICABLE LAW, THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS. NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY—EXCEPT TO THE EXTENT SUCH CLAIMS ARISE FROM GROSS NEGLIGENCE OR WILLFULL MISCONDUCT OF NINEBOT OR SEGWAY OR ITS SENIOR MANAGEMENT—ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Applicable Law and Disputes

Any and all claims or disputes of whatever nature arising out of or otherwise relating to this warranty shall be governed by and construed in accordance with the laws of the Netherlands with the exclusion of its conflicts of law provisions and the UN Convention on the International Sale of Goods. The sole and exclusive venue for and jurisdiction over any such claim or dispute shall be the Courts in Amsterdam, the Netherlands. The latter choice of law and forum applies only insofar as this does not conflict with any mandatory consumer laws in your jurisdiction.



ninebot®

# Ninebot KickScooter MAX

# Garantie limitée de la fabrication (EMEA)

Il s'agit de la garantie limitée du fabricant (« Garantie limitée ») pour le Ninebot KickScooter Max (« Produit ») pour les consommateurs en Europe, au Moyen-Orient et en Afrique (« Territoire »). Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée est une garantie supplémentaire qui n'affecte ni ne limite les droits légaux que vous pourriez avoir en tant que consommateur, par exemple en ce qui concerne la conformité.

Cette fiche et le reçu d'achat original de l'achat de votre produit sont les documents définissant la garantie limitée. Veuillez conserver ce document et le reçu d'achat original afin de préserver votre service de garantie.

## Enregistrez le numéro de série de votre produit

Enregistrez le numéro de série de votre produit ci-dessous. Vous pouvez trouver le numéro de série à l'extérieur de la boîte d'expédition, en bas du produit, Ou dans l'application Segway-Ninebot, lorsqu'elle est connectée au produit.

Numéro de série ici

## Contacts

Rendez-vous sur www.segway.com pour obtenir les dernières informations de contact.

Le produit est fabriqué par Ninebot (Changzhou) Technology, société de capitaux (« Ninebot »), et distribué par Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Pays-Bas (« Segway »).

# 1. Période de garantie limitée

Cette garantie limitée couvre tous les défauts de matériaux et de fabrication du produit qui se produisent ou résultant de votre utilisation normale et ordinaire du produit. Dans le cas où un défaut couvert par cette garantie limitée venait à se produire, Segway réparera ou remplacera votre produit conformément aux termes de cette garantie limitée. La période applicable pour la garantie limitée débute à partir de : (i) la date d'achat originale du produit auprès d'un distributeur ou d'un revendeur autorisé par Segway ; ou (ii) la date d'activation du produit via l'application Segway-Ninebot, selon la dernière occurrence, et s'applique au produit de la manière suivante :

Corps du Véhicule - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 année

- Moteur du moyeu
- Assemblage du contrôleur
- Guidon
- Tige
- Tableau de bord
- Frein à tambour
- Montage de la fourche avant
- Pièces rotatives de la fourche/tube avant

Pièces jointes - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 jours

- Câble de commande
- Batterie
- Chargeur de batterie
- Poignée de frein
- Accélérateur électronique

Composants soumis à usure - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 jours

- Montage de la béquille
- Câble de frein
- Pneu
- Fender
- Assemblage de la Phare
- Crochet pliant



- Crochet
- Feu arrière
- Assemblage de la Béquille
- Base de charge
- Cache de la fourche avant
- Collier d'arrêt
- Cloche

Composants soumis à usure

- Bande de pare-chocs
- Couvercle du tableau de bord
- Poignées de guidon
- Couverture décorative
- Couvercle du compartiment des piles
- Tapis pour les pieds
- Bouchon en caoutchouc
- Réflecteur
- Extension tige de soupape

# 2. Processus de service de la garantie limitée

Les ressources d'aide en ligne de Segway sont disponibles à l'adresse suivante : http://www.segway.com.

Si vous découvrez ce que vous pensez être un défaut dans votre produit, veuillez vérifier nos coordonnées sur notre site Web. Le personnel de support technique de Segway est disponible pour vous aider à diagnostiquer et résoudre tous les problèmes que vous pourriez rencontrer lors de l'utilisation de votre produit. Dans le cas où nous ne pouvons pas vous aider à résoudre le problème, vous pouvez avoir droit à un service sous garantie en vertu de cette garantie limitée. Afin de soumettre votre produit au service de garantie en vertu de la présente garantie limitée, vous devrez fournir à Segway : (i) la preuve d'achat auprès d'un détaillant autorisé ; ainsi que (ii) le numéro de série du produit. Après avoir vérifié votre admissibilité, vous devrez fournir votre nom, votre adresse électronique, votre adresse postale et votre numéro de téléphone afin de recevoir un numéro d'autorisation de retour de matériel (« RMA »). Segway devra recevoir votre produit défectueux dans les trente (30) jours suivant la délivrance d'une RMA par Segway. Segway peut vous diriger vers un tiers désigné pour les réparations sous garantie. Vous serez responsable du coût de l'expédition et de l'assurance de l'expédition de votre produit à Segway, et vous assumez le risque de perte en cas de perte ou d'endommagement de votre

produit pendant l'expédition à Segway. Vous devez mettre votre produit défectueux dans l'emballage d'origine ou dans un emballage approuvé par Segway, qui sera payant, pour l'expédition du produit à Segway. Ni Ninebot ni Segway ne sont responsables des dommages causés par votre emballage inapproprié ou l'expédition du produit à Segway. Un fournisseur de service agréé effectuera une inspection de votre produit. Si Segway décide que le problème n'est pas couvert par la garantie limitée, Segway vous en informera et vous indiquera des solutions de rechange de service alternatifs qui vous sont proposés moyennant des frais supplémentaires, ou Segway vous renverra votre produit sans réparation et, dans une telle instance, vous serez responsable du coût de l'expédition et de l'assurance de l'expédition de votre produit de Segway à votre adresse. Pour les réclamations de garantie admissibles, Segway fournira un produit avec des pièces neuves ou reconditionnées de même style ou similaires, sans vous facturer de frais de service. Les pièces remplacées par Segway seront conservées par, et deviendront la propriété de Segway. Pour les réclamations de garantie admissibles, Segway remboursera vos frais d'expédition pour l'envoi du produit défectueux à Segway et vous versera des frais d'expédition de retour raisonnables pour le retour du produit.

## 3. Admissibilité à la garantie limitée

3.1. Votre demande de service doit être reçue par Segway dans la période de garantie limitée telle que décrite dans la clause 1, tandis que l'on doit recevoir votre Produit conformément au processus de service de garantie limitée tel que décrit dans la clause 2.

3.2. Votre produit doit être acheté auprès d'un revendeur agréé dans la région EMEA.

3.3. Vous devez conserver le reçu d'achat original et votre garantie limitée, et fournir cette documentation à Segway pour vérifier votre admissibilité à la garantie.

3.4. Cette garantie limitée décrit le service valable dans le cas où votre produit nécessite un service de garantie.

3.5. Votre produit devrait avoir le numéro de série clairement lisible, non masqué, non effacé et non modifié.

3.6. Votre produit doit avoir ses joints inamovibles en place et non modifiés.

## 4. Exclusions de garantie limitée

Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée ne couvre pas et exclut les dommages de votre produit:

4.1. Causés par abus, mauvaise utilisation, négligence ou usage commercial.

4.2. Causés par une mauvaise charge, un stockage ou une fonctionnement inadéquat, y compris, sans s'y limiter, lune utilisation contraire aux documents destinés aux utilisateurs, une utilisation par une personne excédant la taille, le poids et les limites d'âge spécifiées, lune utilisation sur des escaliers, des murs et des bordures, ou toute utilisation sportive ou des fins de démonstration.



4.3. Causés par accident, collision, sur des obstacles, les courses, le feu, la submersion dans l'eau, l'eau pulvérisée à haute pression, le gel, les tremblements de terre, la chute, l'oxydation sévère ou la corrosion par solvants chimiques.

4.4. Causés par une réparation qui n'était pas autorisée par Ninebot ou Segway.

4.5. Causés par un emballage inapproprié ou une mauvaise manipulation lors de l'expédition au fournisseur de service de garantie.

4.6. Les dégâts cosmétiques, y compris les rayures, les bosses et l'élimination des revêtements protecteurs qui sont conçus pour diminuer avec le temps, à moins que ce dommage ne se produise en raison d'un défaut de matériaux.

4.7. Causés par l'utilisation du produit avec, ou toute modification du produit à l'aide de tout produit, composant ou accessoire tiers qui n'est pas vendu par Ninebot ou Segway.

4.8. Les dommages qui ne résultent pas de la conception, de la technologie, de la fabrication ou de la qualité de Ninebot.

## 5. Exemption de la responsabilité et limitation

Ni Ninebot ni Segway n'assument ou n'autorisent quiconque à assumer en leur nom toute autre obligation ou responsabilité relative à un produit, ses composants, ses accessoires, sa réparation ou cette garantie limitée. Ninebot et Segway ne sont pas responsables de la perte d'utilisation d'un produit, de ses composants, de ses accessoires ou de tout inconvénient ou autre perte ou dommage pouvant être causé(e) par tout défaut d'un produit, de ses composants, ses accessoires, sa réparation de service, ou pour tout autre dommage fortuit ou consécutif que l'acheteur peut avoir à la suite d'un défaut d'un produit, de ses composants, de ses accessoires ou de sa réparation. DANS LA MESURE OÙ CELA N'EST PAS REQUIS PAR UNE LOI APPLICABLE, ET UNIQUEMENT À CETTE EXCEPTION PRÈS, LA PRÉSENTE GARANTIE LIMITÉE EST LA SEULE GARANTIE APPLICABLE AU PRODUIT ET À SES PIÈCES, ACCESSOIRES ET SERVICE DE RÉPARATION. NINEBOT, SEGWAY ET LEURS SOCIÉTÉS AFFILIÉES RESPECTIVES DÉCLINENT TOUTES LES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS LES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER, AUTRES QUE CES GARANTIES IMPLICITES ET INCAPABLES D'EXCLUSION, DE RESTRICTION OU DE MODIFICATION EN VERTU DE LA LOI APPLICABLE. TOUTES GARANTIES IMPLICITES QUI POURRAIENT ÊTRE REQUISES PAR LA LOI ET NE SONT PAS REJETÉES PAR LA PRÉSENTE LIMITATION, DANS LA MESURE AUTORISÉE PAR LA LOI, SERONT LIMITÉES À LA PÉRIODE APPLICABLE DE LA PRÉSENTE GARANTIE LIMITÉE OU À LA DURÉE APPLICABLE PRÉVUE PAR LA LOI APPLICABLE, LA PÉRIODE LA PLUS COURTE SERA ADOPTÉE. ÉTANT DONNÉ QUE CERTAINS ÉTATS NE PERMETTENT PAS DE LIMITER LA DURÉE D'UNE GARANTIE IMPLICITE, LES LIMITATIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS. CERTAINES JURIDICTIONS N'AUTORISENT PAS LA LIMITATION OU L'EXCLUSION DE DOMMAGES DIRECTS OU INDIRECTS, AINSI LA LIMITATION OU L'EXCLUSION CI-DESSUS POURRAIT NE PAS S'APPLIQUER À DES ACHETEURS PARTICULIERS. LA RESPONSABILITÉ TOTALE DE NINEBOT ET SEGWAY DE TOUTES LES

RÉCLAMATIONS, CONJOINTES ET SOLIDAIRES-SAUF DANS LA MESURE OÙ CES RÉCLAMATIONS PROVIENNENT DE LA NÉGLIGENCE EXTRÊME OU DE LA MAUVAISE CONDUITE DE NINEBOT OU DE SEGWAY OU DE SA HAUTE DIRECTION- DÉCOULANT DE CERTAINES ET TOUTES GARANTIES APPLICABLES EN DROIT SONT LIMITÉES À LA RÉPARATION OU AU REMPLACEMENT D'UN PRODUIT DÉFECTUEUX, DÉTERMINÉ À LA DISCRÉTION DE NINEBOT OU DE SEGWAY, ET TOUS LES DOMMAGES DIRECTS OU INDIRECTS SONT EXCLUS, À MOINS QUE CES LIMITES ET EXCLUSIONS SOIENT INTERDITES PAR LA LOI APPLICABLE. COMME CERTAINS ÉTATS N'AUTORISENT PAS L'EXCLUSION OU LA LIMITATION DE DOMMAGES DIRECTS OU INDIRETS, ALORS LES LIMITATIONS OU EXCLUSIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS.

## 6. LOI APPLICABLE ET LITIGES

Toute réclamation ou litige de n'importe quelle nature découlant ou autrement relatf(ve) à cette garantie sera régi€ et interprété€ conformément aux lois des Pays-Bas à l'exclusion de ses dispositions en matière de conflits de lois et de la Convention des Nations Unies sur la vente internationale des biens. Le lieu unique et exclusif de juridiction pour une telle réclamation ou de tels litiges sera les tribunaux d'Amsterdam, aux Pays-Bas. Ce dernier choix de la législation et du tribunal s'applique uniquement dans la mesure où cela ne va pas à l'encontre de lois de consommation obligatoires dans votre juridiction.



ninebot®

# Ninebot KickScooter MAX

## Beschränkte Garantie des Herstellers (EMEA)

Dies ist die beschränkte Garantie des Herstellers für den Ninebot KickScooter Max („Produkt") für Verbraucher in Europa, im Mittleren Osten und Afrika („Gebiet"). Diese beschränkte Garantie beschreibt den Service, der Ihnen bereitgestellt wird, falls Ihr Produkt Garantieleistungen erfordert, und Sie können entsprechend Ihren örtlichen Gesetzen über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie ist eine zusätzliche Garantie, die in keiner Weise die gesetzlichen Rechte, über die Sie als Verbraucher eventuell verfügen, z.B. in Bezug auf die Konformität, beeinträchtigen oder einschränken kann.

Dieses Blatt und der ursprüngliche Kaufbeleg für den Kauf Ihres Produktes sind die Dokumente, die die beschränkte Garantie definieren. Bitte bewahren Sie dieses Dokument und den ursprünglichen Kaufbeleg auf, um Ihren Garantieservice zu erhalten.

### Notieren Sie die Seriennummer Ihres Produkts

Notieren Sie die unten aufgeführte Seriennummer Ihres Produkts. Sie finden die Seriennummer auf der Außenseite der Versandbox, auf der Unterseite des Produktes oder in der Segway-Ninebot App, während Sie mit dem Produkt verbunden sind.

Seriennummer hier

### Contacts

Besuchen Sie www.segway.com für die aktuellsten Kontaktinformationen.
Das Produkt wird von Ninebot (Changzhou) Technology Co., Ltd. („Ninebot") hergestellt und vertrieben durch Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Niederlande („Segway").

## 1. Zeitraum der beschränkten Garantie

Diese beschränkte Garantie deckt alle Material- und Verarbeitungsfehler des Produkts ab, die durch die normale und gewöhnliche Verwendung des Produkts entstehen oder auftreten. Für den Fall, dass ein Schaden, der im Rahmen dieser beschränkten Garantie erfasst wird, auftritt, wird Segway Ihr Produkt gemäß den Bestimmungen dieser beschränkten Garantie reparieren oder ersetzen. Die anwendbare Frist für die beschränkte Garantie beginnt zum späteren der genannten Zeitpunkte: (i) zum ursprünglichen Kaufdatum des Produkts von einem autorisierten Segway-Vertreiber oder Händler; oder (ii) zum Aktivierungsdatum des Produkts über die Segway-Ninebot App und gilt für das Produkt auf folgende Weise:

Fahrzeugkarosserie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 Jahr

- Narbenmotor
- Montage der Steuerung
- Lenker
- Stiel
- Instrumententafel
- Trommelbremse
- Vorderradgabelmontage
- Vorderradgabel/Steuersatz

Befestigungsteile - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 Tage

- Steuerkabel
- Batterie
- Batterieladegerät
- Bremsgriff
- Elektronische Drosselklappe

Komponenten die sich abnutzen können - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Tage

- Parkständermontage
- Bremskabel / Bremszug
- Reifen
- Stoßstange
- Frontscheinwerfermontage
- Faltbarer Haken
- Haken
- Rückleuchte
- Seitenstützemontage
- Aufladestation
- Vordere Gabelabdeckung
- Anschlaghülse
- Glocke

Komponenten die sich abnutzen können - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -15 Tage

- Stoßfängerleiste
- Armaturenbrett Abdeckung
- Lenkergriffe
- Dekoratives Cover
- Batteriefachabdeckung
- Fußmatte
- Gummi Verschlussstopfen
- Reflektor
- Ventilschaftverlängerung

## 2. Leistungen der beschränkten Garantie

Die Online-Hilfe von Segway finden Sie unter : http://www.segway.com.

Wenn Sie etwas entdecken, von dem Sie glauben, dass es sic hum einem Defect an Ihrem Pordukt handelt, überprüfen Sie bitte unsere Kontaktdaten auf unserer Website. Das Personal des technischen Supports von Segway steht zu Ihrer Verfügung, um Ihnen bei der Diagnose und Behebung von Problemen zu helfen, auf die Sie treffen könnten, wenn Sie Ihr Produkt verwenden. Für den Fall, dass wir Ihnen bei der Behebung des Problems nicht helfen können, könnten Sie Anspruch auf eine Garantieleistung im Rahmen dieser beschränkten Garantie haben. Um Ihr Produkt für die Garantieleistung im Rahmen dieser beschränkten Garantie einzureichen, werden Sie gebeten, (i) den Kaufbeleg eines autorisierten Einzelhändlers; und (ii) die Seriennummer des Produkts zur Verfügung zu stellen. Nach der Bestätigung Ihrer Berechtigung müssen Sie Ihren Namen, Ihre E-Mail-Adresse, Ihre Postanschrift und Ihre Telefonnummer angeben, um eine Rücksendezulassungsnummer (eine sog. Return Materials Authorization, kurz RMA) zu erhalten. Segway muss Ihr defektes Produkt innerhalb von dreißig (30) Tagen ab der Ausstellung einer RMA seitens Segway an Sie erhalten. Segway kann Sie für die Garantiereparatur

an einen Dritten zuweisen. Sie sind verantwortlich für die Kosten für die Versendung und die Versicherung der Versendung Ihres Produkts an Segway, und Sie übernehmen das Risiko des Verlustes in dem Fall, dass Ihr Produkt während der Versendung durch Sie an Segway verloren geht oder beschädigt wird. Sie müssen Ihr defektes Produkt in die Originalverpackung oder eine von Segway zugelassene Verpackung hineinlegen, die kostenpflichtig für die Versendung des Produkts an Segway bereitgestellt wird. Weder Ninebot noch Segway haften für Schäden, die durch eine unsachgemäße Verpackung oder Versendung des Produkts ihrerseits an Segway verursacht werden. Ein autorisierter Dienstleister wird Ihr Produkt inspizieren. Wenn Segway feststellt, dass das Problem nicht von der beschränkten Garantie abgedeckt wird, werden Sie von Segway benachrichtigt und über Service- oder Ersatzalternativen informiert, die Ihnen kostenpflichtig zur Verfügung gestellt werden, oder Segway wird Ihr Produkt unverzüglich zurückgeben, und in diesem Fall sind Sie für die Kosten der Versendung und Versicherung Ihres Produktes von Segway an Sie verantwortlich. Bei berechtigten Garantieansprüchen wird Segway das fehlerhafte Produkt mit neuen oder überholten Teilen gleicher oder ähnlicher Art ohne Kosten für Sie für den Service reparieren. Teile, die durch Segway ersetzt werden, werden von Segway einbehalten und Eigentum von Segway. Bei berechtigten Garantieansprüchen erstattet Segway Ihre Frachtkosten für die Versendung des defekten Produkts an Segway zurück und bezahlt angemessene Rücksendungsgebühren für die Rücksendung des Produkts an Sie.

## 3. Berechtigung zur beschränkten Garantie

3.1. Ihre Serviceanforderung muss von Segway innerhalb der beschränkten Garantiezeit gemäß Absatz 1 eingegangen sein, und Segway muss Ihr Produkt gemäß dem beschränkten Garantieservice erhalten, wie in Abschnitt 2 beschrieben.

3.2. Ihr Produkt muss bei einem autorisierten Händler des Produkts innerhalb der EMEA-Region gekauft werden.

3.3. Sie müssen den ursprünglichen Kaufbeleg und Ihre beschränkte Garantie aufbewahren und diese Unterlagen Segway zur Verfügung stellen, damit Ihre Garantieberechtigung überprüft wird.

3.4. Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt.

3.5. Die Seriennummer Ihres Produkts muss deutlich lesbar, freigelegt, unbesetzt und unverändert sein.

3.6. Ihr Produkt muss über manipulationssichere und nicht modifizierte Dichtungen an Ort und Stelle verfügen.

## 4. Ausschlüsse von der beschränkten Garantie

Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt. Sie können entsprechend den lokalen Gesetzen zudem über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie deckt die folgenden Schäden an Ihrem Produkt nicht ab und schließt sie aus:



4.1. Verursacht durch Missbrauch, fehlerhaften Gebrauch, Vernachlässigung oder kommerzielle Nutzung.

4.2. Verursacht durch unsachgemäße Aufladung, Lagerung oder Betrieb, einschließlich, jedoch nicht beschränkt auf die Verwendung im Widerspruch zu den Materialien der Benutzer, die Verwendung über die angegebenen Werte für Höhe, Gewicht und Altersgrenzen hinaus, die Verwendung auf Treppen, Wänden und Bordsteinen oder durch Extremsport oder die Verwendung zu Ausstellungszwecken.

4.3. Verursacht durch Unfall, Zusammenstoß, Fahrt über Hindernisse, Raserei, Feuer, Eintauchen in Waser, Hochdruckwasserstrahl, Frost, Erdbeben, Sturz, schwere Oxidation oder Korrosion durch chemische Lösungsmittel.

4.4. Verursacht durch eine Reparatur, die nicht durch Ninebot oder Segway autorisiert wurde.

4.5. Verursacht durch eine unsachgemäße Verpackung oder eine fehlerhafte Handhabung während des Versands an einen Garantieservice-Anbieter.

4.6. Die kosmetischer Natur sind, einschließlich Kratzer, Dellen und die Beseitigung von Schutzbeschichtungen, die dafür konzipiert sind, im Laufe der Zeit abzunehmen, sofern der Schaden nicht aufgrund eines Materialfehlers auftrat.

4.7. Verursacht durch die Verwendung des Produkts mit einem Drittanbieterprodukt, Komponenten oder Zubehörteilen oder jedwede Änderung an dem Produkt, das diese benutzt, die nicht von Ninebot oder Segway verkauft werden.

4.8. Die sich nicht aus Ninebots Produktdesign, Technologie, Fertigung oder Qualität ergeben.

## 5. Haftungsausschluss und Beschränkung

Weder Ninebot noch Segway übernimmt oder ermächtigt jemanden, in seinem Namen eine andere Verpflichtung oder Haftung im Zusammenhang mit einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur oder dieser beschränkten Garantie zu übernehmen. Ninebot und Segway sind nicht verantwortlich für den Nutzungsausfall eines Produkts, seiner Bestandteile, des Zubehörs oder für irgendwelche Unannehmlichkeiten oder andere Verluste oder Schäden, die durch irgendeinen Defekt an einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur verursacht werden können, oder für sonstige zufällige oder Folgeschäden, die der Besteller aufgrund eines Mangels an einem Produkt, dessen Bestandteile, Zubehör oder Servicereparatur haben kann. ABGESEHEN VOM GESETZLICH VORGESCHRIEBENEN AUSMASS IST DIESE BESCHRÄNKTE GARANTIE DIE EINZIG GÜLTIGE GARANTIE FÜR DAS PRODUKT UND SEINE BESTANDTEILE, ZUBEHÖRTEILE UND DIE SERVICEREPERATUR. NINEBOT, SEGWAY UND IHRE ENTSPRECHENDEN PARTNERUNTERNEHMEN LEHNEN ALLE ANDEREN GARANTIEN, AUSDRÜCKLICH ODER IMPLIZIT, AB, EINSCHLIESSLICH DER IMPLIZITEN GEWÄHRLEISTUNGEN DER MARKTGÄNGIGKEIT UND DER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, DER VON DEN GARANTIEN ABWEICHT, DIE NACH GELTENDEM RECHT IMPLIZIERT WERDEN ODER NICHT AUSGESCHLOSSEN, EINGESCHRÄNKT ODER MODIFIZIERT WERDEN KÖNNEN. JEDE DERARTIGE IMPLIZIERTE GARANTIE, DIE DURCH DAS RECHT ERFORDERLICH WERDEN KANN UND HIERDURCH NICHT AUSGESCHLOSSEN WIRD, SIND BESCHRÄNKT AUF DAS GESETZLICH

ZULÄSSIGE AUSMASS, AUF DEN GÜLTIGEN ZEITRAUM DIESER BESCHRÄNKTEN GARANTIE ODER DEN GELTENDEN ZEITRAUM DER DURCH DAS GELTENDE RECHT VORGESEHEN IST, JE NACHDEM WELCHER ZEITRAUM KÜRZER IST. EINIGE LÄNDER ERLAUBEN KEINE EINSCHRÄNKUNGEN IN BEZUG DARAUF, WIE LANGE EIN IMPLIZIERTE GARANTIE ANDAUERT, SODASS DIE OBIGE EINSCHRÄNKUNG EVENTUELL FÜR SIE NICHT GILT. EINIGE LÄNDER GESTATTEN KEINEN AUSSCHLUSS ODER KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS FÜR DIESE KÄUFER OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT GILT. DIE VOLLUMFÄNGLICHE UND GESAMTE HAFTUNG VON NINEBOT UND SEGWAY FÜR ALLE FORDERUNGEN, GEMEINSAM UND GETRENNT, - AUSSER IN DEM AUSMASS, IN DEM SOLCHE FORDERUNGEN AUFGRUND VON GROBER FAHRLÄSSIGKEIT ODER ABSICHTLICHEM FEHLVERHALTEN VON NINEBOT ODER SEGWAY ODER SEINER LEITENDEN MITARBEITER ENTSTEHEN- DIE HIERUNTER ENTSTEHEN, UND ALLE RECHTLICH GELTENDEN GARANTIEN SIND NACH NINEBOTS ODER SEGWAYS ERMESSEN AUF DIE REPARATUR ODER DEN AUSTAUSCH JEDWEDEN DEFFEKTEN PRODUKTS BESCHRÄNKT, UND ALLE ZUFÄLLIGEN UND FOLGESCHÄDEN SIND HIERMIT AUSGESCHLOSSEN, SOFERN SOLCHE BESCHRÄNKUNGEN UND AUSSCHLÜSSE NICHT NACH GELTENDEM RECHT VERBOTEN SIND. EINIGE LÄNDERN ERLAUBEN KEINEN AUSSCHLUSS UND KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS DIE OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT FÜR SIE GILT.

## 6. Geltendes Recht und Streitigkeiten

Alle Ansprüche oder Streitigkeiten jeglicher Art, die sich aus dieser Garantie ergeben oder anderweitig im Zusammenhang mit dieser Garantie stehen, unterliegen dem niederländischen Recht unter Ausschluss von Kollisionsnormen und der UN-Konvention für den internationalen Verkauf von Waren. Der alleinige und ausschließliche Gerichtsstand für alle derartigen Ansprüche oder Streitigkeiten sind die Gerichte in Amsterdam, Niederlande. Die letztgenannte Wahl des Rechts und des Forums gilt nur insoweit, als dies nicht im Widerspruch zu den obligatorischen Verbrauchergesetzen in Ihrer Gerichtsbarkeit steht.



ninebot®

# Ninebot KickScooter MAX

## Garanzia limitata del produttore (EMEA)

Questa è la garanzia limitata ("Garanzia limitata") per il Ninebot KickScooter Max ("Prodotto") per i clienti in Europa, Medio Oriente e Africa ("Territorio"). Questa Garanzia limitata descrive i servizi disponibili nel caso il Prodotto necessiti della manutenzione prevista dalla garanzia, è possibile che il cliente possa avere protezioni aggiuntive previste dalle legislazioni locali. Questa Garanzia limitata è una garanzia aggiuntiva che in alcun modo limita o influisce sui diritti legali che può avere un cliente, ad esempio per quanto riguarda la conformità.

Questo documento e la ricevuta d'acquisto originale del Prodotto sono i documenti che definiscono la Garanzia limitata. Conservare questo documento e la ricevuta d'acquisto originale per mantenere il diritto di avvalersi a questa garanzia.

### Registrare il numero seriale del proprio prodotto

Registrare qui di seguito il numero seriale del prodotto. È possibile trovare il numero seriale sulla parte esterna della confezione di spedizione, sulla parte inferiore del Prodotto o nell'app Segway-Ninebot quando è collegato al Prodotto.

Numero seriale qui

### Contatti

Visitare www.segway.com per le informazioni di contatto più aggiornate. Il prodotto è creato da Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot"), e distribuito da Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Olanda ("Segway").

## 1. Periodo della Garanzia limitata

Questa Garanzia limitata copre tutti i difetti nei materiali e mano d'opera del Prodotto che avvengono a causa di un uso ordinario e normale del Prodotto. Nel caso di un difetto coperto da questa Garanzia, Segway riparerà o sostituirà il tuo Prodotto in accordo con i termini di questa Garanzia limitata. Il periodo in cui si può utilizzare questa Garanzia inizia dall'ultimo di uno dei cas seguenti: (i) la data di acquisto originale del Prodotto da un distributore o rivenditore autorizzato Segway o (ii)la data di attivazione del Prodotto attraverso la app di Segway-Ninebot e si applica al Prodotto nei modi seguenti:

Corpo del veicolo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 anno

- Motore hub
- Gruppo controller
- Barra del manico
- Stelo
- Cruscotto
- Freno a tamburo
- Forcella Anteriore
- Forcella Anteriroe/ Componenti

Parti accessorie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 giorni

- Cavo di controllo
- Batteria
- Caricatore batteria
- Leva del freno
- Acceleratore elettronico

Componenti soggetti a usura- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -90 giorni

- Cavalletto
- Cavo del freno
- Pneumatico
- Parafanghi
- Gruppo Luce
- Gancio pieghevole



- Gancio
- Luce retro
- Gruppo Appoggiapiedi
- Base di ricarica
- Copertura forcella anteriore
- Dadi di fissaggio
- Campana

Componenti soggetti a usura - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 giorni

- Striscia paraurti
- Protezione cruscotto
- Prese del manico
- Copertura decorativa
- Protezioen comparto batteria
- Pedana
- Tappo in gomma
- Riflettore
- Estensione della valvola

## 2. Processo del servizio della Garanzia limitata

Le risorse online d'aiuto di Segway sono disponibili all'indirizzo: http://www.segway.com.

Se si scopre qualcosa che si pensa essere un difetto per proprio Prodotto, ti preghiamo di controllare i nostri dati di contatto sul nostro sito web. Il personale di supporto tecnico di Segway è disponibile per assistere il cliente nel trovare e aggiustare qualsiasi problema che si possa incontrare nell'utilizzo del Prodotto. Nel caso non fossimo in grado di aiutare il cliente può richiedere una manutenzione tramite la garanzie utilizzando questa Garanzia limitata. Per inviare il proprio prodotto alla manutenzione Segway richiederà (i) prova dell'acquisto da un rivenditore autorizzato e (ii) il numero seriale del Prodotto. Una volta verificata la legittimità della richiesta il cliente dovrà fornire nome, indirizzo email, indirizzo di casa e il numero di telefono per ricevere il numero di autorizzazione dei materiali resi (AMR). Segway deve ricevere il Prodotto difettoso entro 30 giorni da quando Segway ha rilasciato l'AMR. Segway deve indicare al cliente una parte terza incaricata delle riparazioni sotto garanzia. I costi di spedizione e l'assicurazione della spedizione del Prodotto a Segway saranno a carico del cliente e accetta che esiste il rischio di perdita nel caso in cui il Prodotto sia perso o danneggiato durante la spedizione a Segway. È necessario spedire il proprio Prodotto difettoso nell'imballaggio originale o in uno

approvato da Segway che sarà fornito a un costo, per la spedizione del Prodotto a Segway. Né Ninebot né. Segway sono responsabili per qualsiasi danno causato da un imballaggio scorretto o dalla spedizione di un Prodotto a Segway. Un fornitore di manutenzione autorizzato eseguirà un esame del Prodotto. Se Segway determina che il problema non è coperto da questa Garanzia limitata, Segway lo notificherà al Cliente e lo informerà che la manutenzione o sostituzione sono disponibili a pagamento o Segway restituirà il Prodotto non riparato e in questo caso sarà dovere del Cliente pagare la spedizione e assicurare la spedizione del Prodotto da Segway al Cliente. Per richieste di utilizzo della garanzia legittime Segway riparerà prodotti difettosi con parti nuove o riadattate dello stesso o simile stile senza costi aggiuntivi. Le parti sostituite da Segway saranno tenute e diventeranno proprietà di Segway. Per richieste di utilizzo della garanzia legittime Segway rimborserà i costi di spedizione del Prodotto difettoso a Segway e pagherà tariffe ragionevoli per rendere il Prodotto al cliente.

## 3. Eleggibilità della Garanzia limitata

3.1. La tua richiesta per la manutenzione deve essere ricevuta da Segway entro il periodo di validità della Garanzia limitata come descritto nella clausola 1 e Segway deve ricevere il Prodotto in accordo con il Processo descritto nella clausola 2.

3.2. Il tuo prodotto deve essere acquistato da un rivenditore autorizzato all'interno della regione EMEA.

3.3. È necessario tenere la ricevuta d'acquisto originale e la Garanzia limitata e fornire questa documentazione a Segway per verificare la propria eleggibilità.

3.4. Questa Garanzia limitata descrive la manutenzione disponibile nel caso che il Prodotto richieda una manutenzione.

3.5. Il Prodotto deve avere il numero seriale chiaramente leggibile, non oscurato, coperto o modificato.

3.6. Il Prodotto deve avere i suoi sigilli anti manomissione intatti e al loro posto.

## 4. Esclusioni della Garanzia limitata

Questa Garanzia limitata descrive la manutenzione disponibile in caso il Prodotto richieda una manutenzione utilizzando la Garanzia e si potrebbero avere protezioni aggiuntive secondo le leggi locali. Questa Garanzia limitata non copre ed esclude danni al Prodotto:

4.1. Causato dall'abuso, uso sbagliato o uso non attento o commerciale.

4.2. Causato da un caricamento, immagazzinamento o funzionamento sbagliato inclusi, ma non limitati, a un uso diverso da quello previsto dei materiali, un utilizzo con peso, altezza o età superiori a quelli descritti, uso sule scale, muri e cordoli o qualsiasi sport estremo o esibizione.

4.3. Causato da incidenti o guida su ostacoli, gare, incendio, immersione in acqua, spruzzi di acqua ad alta pressione, congelamento, terremoto, causata, ossidazione pesante o corrosione di solventi chimici.



4.4. Causato da qualsiasi riparazione che non è stata autorizzata da Ninebot o Segway.

4.5. Causato da un imballaggio inadatto o gestione errata durante la spedizione al fornitore della manutenzione.

4.6. Che sia cosmetico, tra cui graffi, ammaccature e la rimozione di coperture protettive che sono pensate per diminuire a meno che tali danni non siano dovuti a un difetto nei materiali.

4.7. Causato dall'uso del Prodotto con, o qualsiasi modifica al Prodotto utilizzando prodotti di parti terze o accessori che non sono venduti da Ninebot o Segway.

4.8. Che non è causato dal design del prodotto di Ninebot, tecnologia, produzione o qualità del Prodotto Ninebot.

## 5. Esclusione e limitazione di garanzia

Né Ninebot né Segway si assume o autorizza qualcuno ad assumersi qualsiasi obbligo o responsabilità causati da questo prodotto, dalle sue parti, da accessori, da riparazione o da questa Garanzia limitata. Ninebot e Segway non sono responsabili per alcuna perdita d'uso di un Prodotto, delle sue parti, degli accessori o per qualsiasi inconveniente o altra perdita o danno causato da difetti nel Prodotto, nelle sue parti, negli accessori, nella riparazione o per altri danni accidentali o consequenziali in cui l'acquistante può avere un Prodotto, componenti, accessori o manutenzione difettoso. AD ECCEZIONE DEGLI OBBLIGHI DETTATI DA UNA LEGISLAZIONE APPLICABILE, QUESTA GARANZIA LIMITATA È LA SOLA GARANZIA APPLICABILE AL PRODOTTO E ALLE SUE PARTI, ACCESSORI E MANUTENZIONE. NINEBOT, SEGWAY E LE SOCIETÀ A LORO AFFILIATE SI DISPENSANO DA QUALSIASI ALTRA GARANZIA ESPRESSA O IMPLICITA, INCLUSE LE GARANZIE IMPLICITE DI COMMERCIABILITÀ E APPLICABILITÀ PER UNOO SCOPO PRECISO, AD ECCEZIONE DELLE GARANZIE IMPLICATE DA E INCAPACI DI ESCLUSIONE, RESTRIZIONE O MODIFICA SOTTO LA LEGGE APPLICABILE. QUALSIASI GARANZIA CHE POTREBBE ESSERE RICHIESTA PER LEGGE E NN DICHIARATA IN QUESTO DOCUMENTO È LIMITATA ALL'ESTENSIONE PERMESSA DALLA LEGGE, AL PERIODO APPLICABILE DA QUESTA GARANZIA LIMITATA O AL PERIODO APPLICABILE FORNITO DALLA LEGGE APPLICABILE, QUALE DEI DUE È IL PERIODO PIÙ BREVE. ALCUNE NAZIONI NON PERMETTONO LIMITAZIONI SULLA DURATA DI UNA GARANZIA IMPLICITA, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. ALCUNE NAZIONI NON PERMETTONO L'ESCLUSIONE O LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. LA RESPONSABILITÀ TOTALE E AGGREGATA DI NINEBOT E SEGWAY PER TUTTE LE RICHIESTE, UNITA E SEPARATA, AD ECCEZIONE DELLE RICHIESTE CAUSATE DA EVIDENTE NEGLIGENZA O CATTIVA CONDOTTA VOLUTA DI NINEBOT O SEGWAY O DEI LORO GRUPPI DIRIGENTI, DERIVANTI DA CASI DESCRITTI IN PRECEDENZA E ALCUNE E TUTTE LE GARANZIE APPLICABILI AI SENSI DI LEGGE SONO LIMITATE ALLA RIPARAZIONE O SOSTITUZIONE DI PRODOTTI NON FUNZIONANTI COME DESCRITTO A DISCREZIONE DI NINEBOT O SEGWAY E TUTTI I DANNI INCIDENTALI E CONSEQUENZIALI SONO ESCLUSI, A MENO CHE TALI LIMITAZIONI ED ESCLUSIONI SIANO PROIBITE DALLA LEGGE APPLICABILE. ALCUNE NAZIONE NON PERMETTONO L'ESCLUSIONE O LA LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTI CASI LE LIMITAZIONI O ESCLUSIONI PRECEDENTI NON SI APPLICANO.

## 6. Legge applicabile e dispute

Qualsiasi e tutte le richieste o dispute di qualsiasi natura che sorgono o altrimenti riconducibili a questa garanzia devono essere decise in conformità delle leggi olandesi con l'esclusione dei suoi conflitti legali e la Convenzione ONU sulla vendita internazionale di merce. L'unico luogo esclusivo e la giurisdizione di qualsiasi richiesta o disputa deve essere decisa dalla Corte di Amsterdam, Olanda. L'ultima decisione legame e il foro si applicano solamente fino a quando non entra in conflitto con le leggi nella giurisdizione del Cliente.



ninebot®

# Ninebot KickScooter MAX

# Garantía limitada del Fabricante (EMEA)

Esta es la garantía limitada del fabricante («Garantía limitada») para Ninebot KickScooter Max (el «Producto») para los consumidores de Europa, Oriente Próximo y África (el «Territorio»). La Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada es una garantía adicional que no afecta o limita sus derechos legales que pueda tener como consumidor, como por ejemplo, en lo referente a la conformidad.

Esta hoja y el recibo original de compra del Producto son los documentos definitorios de la Garantía limitada. Conserve este documento y el recibo original de compra para mantener el servicio de garantía.

## Registre el Número de serie de su Producto

Registre el Número de serie de su Producto en la parte inferior. Encontrará el Número de serie en la parte exterior de la caja de transporte, en la parte inferior del Producto o en la aplicación Segway-Ninebot, cuando esté conectada al Producto.

Escriba aquí el Número de serie

## Contactos

VVisite www.segway.com para obtener la información de contacto más reciente.

El Producto es fabricado por Ninebot (Changzhou) Technology Co., Ltd. («Ninebot»), y distribuido por Segway Europe BV, Hogehilweg 8, 1101 CC Ámsterdam, Holanda («Segway»).

## 1. Período de la Garantía limitada

La Garantía limitada cubre todos los defectos de materiales y acabados del Producto derivados u ocurridos durante el uso normal del Producto. Si se produce un defecto cubierto por la presente Garantía limitada, Segway reparará o sustituirá el Producto conforme a los términos de la Garantía limitada. El período de aplicación para la Garantía limitada comienza con la fecha posterior: 1) la fecha de compra original del Producto de un distribuidor o vendedor autorizado por Segway, o (2) la fecha de activación del Producto mediante la aplicación Segway-Ninebot, y se aplica al Producto en los siguientes términos:

Carrocería del vehículo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 año

- Motor del buje
- Conjunto de controlador
- Manillar
- Toma de aire
- Salpicadero
- Freno de tambor
- Horquilla delantera
- Horquilla delantera/partes giratorias

Piezas externas - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 días

- Cable de control
- Batería
- Cargador de baterías
- Freno de mano
- Acelerador electrónico

Piezas desgastables- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -90 días

- Soporte de estacionamiento
- Cable de freno
- Neumático
- Guardabarros
- Conjunto de Luz delantera
- Gancho multiusos (plegar patinete)



- Gancho
- Luz trasera
- Conjunto de Soporte
- Base de carga
- Cubierta de la horquilla delantera
- Parada de emergencia
- Campana

Piezas desgastables - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -15 días

- Parachoques lateral
- Cubierta del panel de control
- Puños del manillar
- Cubierta decorativa
- Cubierta del compartimento de la batería
- Reposapiés
- Enchufe de goma
- Reflector
- Extensión de la toma de aire del neumático

## 2. Proceso de servicio de la Garantía limitada

Encontrará los recursos de ayuda en línea de Segway en http://www.segway.com.

Si detecta lo que parece ser un defecto en el Producto, verifica nuestros datos de contacto en nuestro sitio web. El personal de asistencia técnica de Segway le ayudará a diagnosticar y solucionar los posibles problemas que detecte durante el uso del Producto. Si no pudiese solucionar el problema, es posible que la presente Garantía limitada cubra los servicios. Para enviar su Producto al servicio de garantía conforme a lo establecido en la Garantía limitada, deberá facilitarle a Segway: 1) el comprobante de compra de un distribuidor autorizado; y 2) el Número de serie del Producto. Una vez verificado su derecho, necesitará facilitar su nombre, dirección de correo electrónico, dirección postal y número de teléfono de contacto para recibir un número de autorización de devolución de materiales («RMA»). Segway deberá recibir el Producto defectuoso en los treinta (30) días posteriores al envío del RMA por parte de Segway. Es posible que Segway le remita a un tercero para que realice las reparaciones oportunas. Usted se hará cargo de los costes de envío y de garantizar el envío del Producto a Segway y asume además el riesgo de pérdida si el Producto se perdiese o dañase durante el envío a Segway. Usted deberá incluir el Producto defectuoso en el embalaje original –o el embalaje aprobado por Segway con

coste para usted– para el envío a Segway del Producto. Ninebot o Segway no son responsables de los posibles daños causados por el embalaje o envío inadecuados del Producto a Segway. Un proveedor de servicio autorizado realizará una inspección del Producto. Si Segway determina que el problema no está cubierto por la Garantía limitada, Segway se lo notificará y le informará de las alternativas de servicio o sustitución disponibles previo cobro; o bien Segway le devolverá el Producto sin reparar, en cuyo caso usted se hará responsable de los costes de envío y seguro de envío del Producto por parte de Segway. Si tiene derecho a la garantía, Segway reparará el Producto defectuoso con piezas nuevas o reacondicionadas idénticas o similares sin coste alguno para usted por el servicio. Las piezas reemplazadas por Segway quedarán en posesión de Segway y pasarán a ser de su propiedad. Si tiene derecho a la garantía, Segway le reembolsará los costes de envío a Segway del Producto defectuoso y se hará cargo de los costes razonables del envío de devolución del Producto.

## 3. Validez de la Garantía limitada

3.1. Segway deberá recibir la solicitud de servicio dentro el Período de la Garantía limitada tal y como se describe en el apartado 1. Segway recibirá su Producto conforme al Proceso de servicio de la Garantía limitada descrito en el apartado 2.

3.2. Su producto debe comprarse a un distribuidor autorizado del producto dentro de la región de EMEA.

3.3. Deberá conservar el recibo original de compra y la Garantía limitada y facilitar esta documentación a Segway para verificar la validez de la garantía.

3.4. La presente Garantía limitada describe el servicio al que usted tiene derecho en caso de que el Producto requiera del servicio de la garantía.

3.5. El Producto debe tener un Número de serie claramente legible, que no esté oculto ni haya sido borrado o modificado.

3.6. El Producto mantendrá intactos y en su sitio original los precintos a prueba de modificaciones.

## 4. Esclusioni della Garanzia limitata

Esta Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada no cubre (esto es, excluye) los daños al Producto:

4.1. Causados por abuso, uso inadecuado, negligencia o uso comercial.

4.2. Causados por la carga, almacenamiento u operación inadecuados, incluido, entre otros, el uso contrario a los materiales de usuario, el uso que exceda los límites especificados de altura, peso o edad, su uso en escaleras, paredes o bordillos o su uso en deportes de riesgo o exhibiciones.

4.3. Causados por accidentes, colisiones, conducir por obstáculos, hacer carreras, fuegos, sumergirlo en agua, agua a alta presión, congelación, terremotos, caídas, oxidación avanzada o corrosión por disolventes químicos.



4.4. Causados por reparaciones no autorizadas por Ninebot o Segway.

4.5. Causados por un embalaje o manejo inadecuado durante el envío al proveedor de servicios de la garantía.

4.6. Que sean superficiales, como por ejemplo, arañazos, muescas o la retirada de acabados de protección diseñados para desgastarse con el tiempo, a menos que los daños se produjesen por defectos en los materiales.

4.7. Causados por el uso o modificaciones del Producto utilizando productos, componentes o accesorios de terceros que no hay vendido Ninebot o Segway.

4.8. Que no se deriven del diseño de producto, tecnología, fabricación o calidad de Ninebot.

## 5. Exención y limitación de responsabilidad

Ninebot o Segway no asumen ni autorizan a nadie a asumir en su nombre ninguna obligación o responsabilidad relacionada con el Producto, sus componentes, accesorios, reparación de servicio o la presente Garantía limitada. Ninebot o Segway no son responsables de la pérdida de uso del Producto, sus componentes y accesorios, o de los inconvenientes, pérdidas o daños causados por defectos en el Producto, sus componentes y accesorios, la reparación de servicio u otros daños imprevistos o consecuentes que sufra el comprador como resultado de los defectos del Producto, sus componentes, accesorios o reparación de servicio. A EXCEPCIÓN DE LOS CASOS DE APLICACIÓN EXIGIDOS POR LA LEY, LA PRESENTE GARANTÍA LIMITADA ES LA ÚNICA GARANTÍA APLICABLE AL PRODUCTO, A SUS COMPONENTES, ACCESORIOS Y SERVICIO DE REPARACIÓN. NINEBOT, SEGWAY Y SUS RESPECTIVAS EMPRESAS ASOCIADAS NO SE HACEN RESPONSABLES DE OTRAS GARANTÍAS, EXPRESAS O IMPLÍCITAS, INCLUIDAS GARANTÍAS IMPLÍCITAS DE COMERCIABILIDAD O ADECUACIÓN A UN USO PARTICULAR QUE NO SEAN LAS GARANTÍAS IMPLÍCITAS QUE NO PUEDAN SER EXCLUIDAS, RESTRINGIDAS O MODIFICADAS POR LA LEGISLACIÓN APLICABLE. TALES GARANTÍAS IMPLÍCITAS REQUERIDAS POR LEY Y QUE NO QUEDEN EXENTAS QUEDARÁN LIMITADAS, DENTRO DEL MARCO DE LA LEY, AL PERÍODO DE APLICACIÓN DE LA PRESENTE GARANTÍA LIMITADA O AL PERÍODO DE TIEMPO CORRESPONDIENTE QUE INDIQUE LA LEY VIGENTE (AQUEL PERÍODO DE TIEMPO QUE SEA MÁS CORTO). ALGUNOS PAÍSES NO PERMITEN LIMITAR LA DURACIÓN DE LA GARANTÍA IMPLÍCITA, POR LO QUE LA LIMITACIÓN DESCRITA ANTERIORMENTE PODRÍA NO SER DE APLICACIÓN PARA UD. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA ALGUNOS COMPRADORES. LA RESPONSABILIDAD COMPLETA Y TOTAL, CONJUNTA Y SOLIDARIA DE NINEBOT Y DE SEGWAY POR RECLAMACIONES (A EXCEPCIÓN DE AQUELLAS RECLAMACIONES POR NEGLIGENCIA GRAVE O MALA CONDUCTA INTENCIONADA POR PARTE DE NINEBOT O SEGWAY O SUS PERSONAL DIRECTIVO SUPERIOR) DERIVADAS EN LO SUCESIVO Y CUALQUIERA DE LAS GARANTÍAS APLICABLES POR LEY ESTARÁN LIMITADAS A LA REPARACIÓN O SUSTITUCIÓN DEL PRODUCTO DEFECTUOSO, A DISCRECIÓN DE NINEBOT O SEGWAY. QUEDAN EXCLUIDOS EN ADELANTE LOS DAÑOS IMPREVISTOS O CONSECUENTES, A MENOS QUE TALES LIMITACIONES O EXCLUSIONES ESTÉN PROHIBIDAS POR LA LEY VIGENTE. ALGUNOS

PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA USTED.

## 6. Ley aplicable y disputas legales

Las reclamaciones o disputas de cualquier naturaleza derivadas o relacionadas con esta garantía se regularán e interpretarán de acuerdo con las leyes de Holanda, a excepción de las disposiciones sobre conflictos entre legislaciones y la Convención de las Naciones Unidas sobre los Contratos de Compraventa Internacional de Mercaderías. La instrucción del proceso por reclamaciones o disputas tendrá lugar exclusivamente en los tribunales de Ámsterdam, Holanda. Esta elección de legislación y jurisdicción será de aplicación siempre que no entre en conflicto con los derechos obligatorios de los consumidores en su jurisdicción.



# KARTA GWARANCYJNA

| | | |
|---|---|---|
| Model: | | |
| | SYMBOL | NUMER |
| Pełny nr seryjny: | | |
| Data sprzedaży: | | |

## TABELA OBSŁUGI SERWISOWEJ

| Data usługi | Zakres czynności | Pieczęć punktu serwisowego | Podpis serwisanta |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Szanowni Państwo,**
**Dziękujemy za dokonanie zakupu produktu Segway. Mamy nadzieję, że użytkowanie urządzenia Segway przyniesie Państwu wiele zadowolenia.**
**Niniejszym udziela się gwarancji na Produkt Segway określony w Karcie Gwarancyjnej na poniższych zasadach:**

1. Gwarancja uprawnia do skorzystania z serwisu gwarancyjnego świadczonego przez autoryzowany serwis Gwaranta na terenie Rzeczpospolitej Polskiej polegającego na bezpłatnej naprawie Produktu poprzez usunięcie wad fizycznych powstałych z przyczyn tkwiących w Produkcie.
2. Produkt Segway objęty jest 24 miesięczną gwarancją obowiązującą od dnia zakupu Produktu objętego gwarancją przez klienta detalicznego.
3. Gwarancja obejmuje urządzenia pochodzące wyłącznie z oficjalnej sieci dystrybucji DLF Sp. z o.o. z siedzibą w Gdyni na terytorium Polski (aktualna lista podmiotów znajdujących się w oficjalnej sieci dystrybucyjnej DLF Sp. z o.o. znajduje się na www.segway.com w zakładce „Znajdź nas”).
4. Warunkiem skorzystania z uprawnień gwarancyjnych jest przedstawienie przez nabywcę:
   a) Karty Gwarancyjnej,
   b) Dowodu Zakupu (faktura VAT, paragon fiskalny lub inny dokument poświadczający rzeczywistą datę zakupu), chyba że data zakupu Produktu wynika z Karty Gwarancyjnej.
5. W przypadku stwierdzenia wady objętej gwarancją uprawniony z gwarancji może zgłosić odpowiednie żądanie do Gwaranta za pośrednictwem jednego z dostępnych kanałów - listownię telefonicznię elektronicznie lub osobiście.
6. Rekomendujemy, by wysyłając Produkt do autoryzowanego serwisu zadbali Państwo o prawidłowe jego zabezpieczenie - w tym celu radzimy wykorzystać oryginalne opakowanie wraz z wypełnieniem zapewniającym bezpieczny transport. Gdy wybiorą Państwo zastosowanie opakowania zastępczego radzimy by gwarantowało ono odpowiednią ochronę Produktu przed uszkodzeniem podczas transportu. Zalecamy oklejenie opakowania odpowiednimi nalepkami wskazującymi na wrażliwość Produktu na wstrząsy np. „uwaga szkło".
7. Koszty związane z dostarczeniem Produktu do autoryzowanego serwisu i odbiorem tego Produktu z autoryzowanego serwisu i dostarczeniem go do osoby uprawnionej z tytułu niniejszej gwarancji obciążają Gwaranta.
8. Zgłoszenie wady objętej gwarancją zostanie rozpatrzone niezwłocznie, nie później niż w terminie 14 dni, licząc od dnia dostarczenia rzeczy przez uprawnionego z gwarancji.
9. Gwarancja nie obejmuje wykonywania czynności konserwacyjnych i podobnych przewidzianych w Instrukcji obsługi, do wykonania których użytkownik zobowiązany jest we własnym zakresie.
10. Gwarancją nieobjęte są akcesoria eksploatacyjne takie jak: koło/opona, hamulce, reflektory, błotniki, podnóżki, mata antypoślizgowa, jeżeli wada powstała w wyniku naturalnego zużycia w toku ich wykorzystywania. Wyjątkiem są akumulatory Segway będące akcesorium eksploatacyjnym, które objęte są 6 miesięczną gwarancją. Gwarancja udzielana na oryginalny akumulator Segway rozpoczyna się od dnia zakupu Produktu bądź oryginalnego akumulatora, w przypadku zakupu wyłącznie akumulatora, przez klienta detalicznego.
    Każde akcesorium eksploatacyjne, o którym mowa w niniejszym punkcie 10, podlega bezpłatnej wymianie w przypadku wady fizycznej.
11. Gwarancja nie obejmuje:
    a) uszkodzeń mechanicznych powstałych z winy użytkownika i wad Produktu spowodowanych tymi uszkodzeniami,
    b) uszkodzeń spowodowanych niezgodnym z Instrukcją obsługi sposobem użytkowania Produktu, w tym uszkodzeń powstałych w związku z użytkowaniem Produktu w celach komercyjnych.



12. Uprawnienia z tytułu gwarancji wygasają w przypadku:
    a) usunięcia lub modyfikacji numeru seryjnego i/lub plomb z Produktu,
    b) podjęcia czynności prowadzących do usunięcia wady fizycznej Produktu poza autoryzowanym serwisem,
    c) wykorzystywania nieoryginalnych części i akcesoriów eksploatacyjnych.
13. Gwarancja na sprzedany towar konsumpcyjny nie wyłącza, nie ogranicza ani nie zawiesza uprawnień kupującego wobec sprzedawcy, wynikających z przepisów o rękojmi za wady rzeczy sprzedanej.
14. Zobowiązania Gwaranta wynikające z niniejszej gwarancji obowiązują w granicach Rzeczypospolitej Polskiej.

**DANE GWARANTA:**

**Segway Europe BV**
**Hogehilweg 8 - 6th floor**
**1101 CC Amsterdam**
**Holandia**

**CENTRUM SERWISOWE W POLSCE:**

**segway-pl@sertec360.com**
**+48 22 11 68 077***

**OBSŁUGA POSPRZEDAŻOWA:**

**segway-cr@segway.eu.com**

*koszt połączenia jak za 1 impuls wg taryfy operatora 2019/03

| 图示 | |
|---|---|
| —— | 裁切线 |
| —— | 压线 |
| -·-·- | 反压线 |
| —— | 齿刀线 x/x mm |
| ══ | 开槽 |
| ▨ | 粘合区域 |

| | | | | | |
|---|---|---|---|---|---|
| 成型尺寸 | 140*140 mm | 标签类 | ±0.5mm | PE袋类 | 0~200mm ±2mm<br>20~500mm ±3mm<br>＞500mm ±5mm |
| 展开尺寸 | xx*xx mm | 说明书类 | ±1mm | | |
| 图纸方向 | 印刷方向 | EPE类 | +5mm/-3mm | 模具成型类<br>(EPS/纸塑等) | 外尺寸:0~400mm ±2mm<br>400~600mm ±3mm<br>＞600mm ±4mm<br>腔体尺寸:+2/-0mm |
| 公差（无特殊说明下） | | 纸箱类 | 单瓦楞 ±3mm<br>双瓦楞 ±5mm | | |



技术说明:

1、材质: 封面157哑粉, 覆亚膜; 内页68g晨鸣云镜; 钉装。

2、印刷颜色: PANTONE Cool Gray 11 C

3、物理指标:

4、外观工艺要求: 图案、字体完整, 清晰; 表面洁净; 不许有明显的外观不良

5、纸箱接口方式:

6、其它:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 工艺类别 | | | 保修手册-G30LD |
| | | | | | 说明书类 | | | |
| | | | | | 等级 | 质量 | | / |
| 标记 | 处数 | 更改文件号 | 姓名 | 日期 | B | | | |
| 设计 | 鲁凡如 | 200401 | 审核 | | 版本 | 图幅 | 比例 | K025P0293<br>CE.00.0011.50 |
| | | | | | A0 | A0 | 1:1 | |
| 校对 | 焦郁贝 | 200401 | | | 投影视角 | | | Segway-Ninebot |
| 标准化 | | | 批准 | | 第 页 | 共 页 | | |

# Exhibit 3

POWERED BY SEGWAY

K025P0293-A1

# Ninebot KickScooter MAX

## Limited Warranty and Dispute Resolution Agreement

ninebot®

## Limited Warranty of Ninebot KickScooter Max and Dispute Resolution Agreement

This is a limited warranty provided by the manufacturer of the Ninebot KickScooter Max (the “Product”) to the consumer or End Users (the “Limited Warranty”). This Limited Warranty only and exclusively applies to the Product distributed and/or sold by and/or through Segway Parties or Segway Dealers (as defined below) in the North America market, if you are not a resident in the North America market, please contact us before use of the Product as you may not have warranty or have different warranty than the one provided herein.

THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR IN OTHER COUNTRIES. THIS LIMITED WARRANTY IS A BINDING LEGAL AGREEMENT BETWEEN YOU AND SEGWAY AND OTHER SEGWAY PARTIES (AS DEFINED BELOW). AND IT IS YOUR RESPONSIBILITY TO READ THIS ENTIRE LIMITED WARRANTY AND UNDERSTAND IT BEFORE USE OF THE PRODUCT.

**THE LIMITED WARRANTY CAN ALSO BE FOUND ONLINE AT:**

https://www.segway.com/warranty-information. AND IN THE DOCUMENTATION PROVIDED WITH THE PRODUCT.

**WARNING:**

USE OF THE PRODUCT BY A PERSON WHO HAS NOT RECEIVED SUFFICIENT TRAINING, DOES NOT POSSESS NECCESARY EXPERIENCE AND SKILLS, OR AGAINST, IN VIOLATION OF OR NOT PURSUANT TO THE USER MANUAL, INSTRUCTIONS, GUIDANCE AND/OR SAFETY WARNINGS MAY CAUSE SEVERE BODILY INJURY OR EVEN DEATH OR PROPERTY DAMAGES. PLEASE READ EACH AND EVERY SECTION OF THIS DOCUMENT CAREFULLY BEFORE USE OF THE PRODUCT. YOU ARE ENCOURAGED TO CONSULT WITH YOUR OWN PROFESSIONALS AND ADVISORS REGARDING THE INFORMATION PROVIDED HEREIN ESPECIALLY THOSE RELATED TO THE SAFETY AND YOUR LEGAL RIGHTS AND DUTIES.

## 1. Limited Warranty Period.

This Limited Warranty covers only defects of any material or workmanship of the Product and components thereof when the Product and components thereof are being used under normal and ordinary conditions. In an event that a defect covered by this Limited Warranty occurs, Segway and/or other Segway Parties in its sole discretion will repair or replace the defective Product or components thereof in accordance with this Limited Warranty. The applicable Limited Warranty Period for the Limited Warranty commences on the date



of the original purchase of the Product from either of Segway, Segway’s authorized reseller, Segway’s authorized distributor, or an authorized Dealer (each a “Segway Dealer” or collectively the “Segway Dealers”).

| Name of the Component | Limited Warranty Period |
|---|---|
| Frame assembly | 1 year |
| Hub motor | |
| Controller assembly | |
| Handlebar | |
| Stem top and dash assembly | |
| Front wheel | |
| Dashboard | |
| Drum brake | |
| Stem | |
| Front fork assembly | |
| Front fork/tube rotating parts | |
| Control Cable | |
| Battery | 180 days |
| Charger | |
| Brake | |
| Brake lever | |
| Brake cable | 90 days |
| Tire | |
| Fender | |
| Front light | |
| Buckle | |
| Snap hook | |
| Rear light | |
| Kickstand | |
| Charger base | |
| Front fork cover | |
| Stop collar | |
| Bumper Strip | 15 days |
| Dashboard Cover | |
| Handlebar Grips | |
| Decorative Cover | |
| Battery Compartment Cover | |
| Foot Mat | |
| Rubber Plug | |
| Reflective Stickers | |
| Valve Stem Extension | |

## 2. Limited Warranty Service Process.

Segway's online services are available at: http://www.segway.com/support/service-warranties. If during your use of the Product you believe the Product or its component is defective and/or does not work properly, PLEASE IMMEDIATELY STOP USING THE PRODUCT, AND STORE THE PRODUCT PROPERLY. YOUR CONTINUED USE OF THE PRODUCT UNDER SUCH CIRCUMSTANCE MAY CAUSE SEVERE BODILY INJURY OR EVEN DEATH TO YOU OR THE OTHERS. Thereafter, please immediately contact Segway at toll free number 888-523-5583, or at technicalsupport@segway.com. Segway's technical support personnel are available to assist you online or over the phone in diagnosing the defect, and if any, and providing further instructions. In the event the warranty services are required, please prepare for the following materials including (i) proof of the original purchase of the Product from Segway Dealers, (ii) the Product's serial number, and (iii) a description of the defect if applicable. Upon the verification of your eligibility to the Limited Warranty protection and/or services, you should provide your name, email address, mailing address and contact phone number in order to receive a Return Material Authorization number (the "RMA"). Segway must receive your defective Product or component thereof within thirty (30) days upon Segway's issuance of RMA to you. If defective Product or component thereof cannot be shipped to Segway, Segway may direct you to a designated third party service provider for the warranty services.

You will be responsible for the cost of shipping and risk of loss and damage that may occur during the shipment from you to Segway. You must include your defective Product or component within the original packaging or Segway approved packaging, which will be provided at your cost, for shipment of the Product to Segway. Segway is not responsible for any loss and/or damages that may be caused by your improper packaging or shipment of the Product or component to Segway.

An authorized service provider or Segway Dealer will conduct an inspection of your returned Product. If Segway reasonably determines that the problem is not covered by the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insurance for shipment of your Product from Segway to you.

For a return eligible for the warranty protection and/or services, Segway will service the defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. In such situation, Segway will pay reasonable return shipping charges for the return of the Product to you.



## 3. Limited Warranty Eligibility.

**3.1** Your request for service must be received by Segway within the Limited Warranty Period as described above, and Segway must receive you Product in accordance with the Limited Warranty Service Process defined above.

**3.2** Your Product must be purchased from a Segway Dealer.

**3.3** You must provide the original purchase receipt.

**3.4** Your Product must have the serial number clearly legible, unobscured, untampered and unmodified.

**3.5** All tamper-resistant seals must be intact, in place and unmodified.

## 4. Limited Warranty Exclusions.

This Limited Warranty describes the service available to you in the event your Product requires warranty service and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product or any component thereof caused by:

**4.1** Abuse, misuse, reckless, negligence, or commercial use.

**4.2** Improper charging, storage, maintenance, or operation of the Product not in compliance with instructions or limitations as provided in the user materials.

**4.3** Use of the Product not in compliance with applicable laws and regulations.

**4.4** Use of the Product by persons with inadequate experience.

**4.5** Accident, collision, riding at unsafe speed on paved roads, riding at unsafe speed on unpaved roads, riding over obstacles, amateur racing, professional racing, use in back country sports, fire damage, water damage, chemical damage, use of the product outside of the product's working temperature range, high pressure water spray, earthquake, dropping, loading with excessive weights.

**4.6** Modifications to mechanical parts, modification of electronic parts, or modifications to software embedded in the Product.

**4.7** Service, repair, and maintenance by unauthorized providers.

**4.8** Cosmetic damages.

**4.9** Use of the Product with third party product, component, or accessory.

**4.10** The normal deterioration of wear and tear parts.

**4.11** Use of the Product with overdue wear and tear parts.

## 5. LIABILITY DISCLAIMER AND LIMITATION.

SEGWAY AND OTHER SEGWAY PARTIES DO NOT ASSUME, OR AUTHORIZE ANYONE TO ASSUME ON ITS BEHALF, ANY OTHER OBLIGATION OR LIABILITY IN CONNECTION WITH A PRODUCT, ITS COMPONENT PARTS, ACCESSORIES, SERVICE REPAIR, OR THIS LIMITED WARRANTY.

SEGWAY AND OTHER SEGWAY PARTIES ARE NOT RESPONSIBLE FOR ANY LOSS OF USE OF A PRODUCT, ITS COMPONENT PARTS, ACCESSORIES, OR FOR ANY INCONVENIENCE OR OTHER LOSS OR DAMAGE WHICH MIGHT BE CAUSED FROM ANY DEFECT IN A PRODUCT, ITS COMPONENT PARTS, ACCESSORIES, SERVICE REPAIR, OR FOR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES THE PURCHASER MAY HAVE AS A RESULT OF ANY DEFECT IN A PRODUCT, ITS COMPONENT PARTS, ACCESSORIES, OR SERVICE REPAIR. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU

THIS LIMITED WARRANTY HEREIN IS THE ONLY EXPRESS WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. SEGWAY AND OTHER SEGWAY PARTIES DISCLAIM ALL OTHER EXPRESS WARRANTIES. SEGWAY AND OTHER SEGWAY PARTIES LIMIT THE DURATOIN AND REMEDIES OF ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION TO THE WARRANTIES OF MERCHANTABILIT AND FITNESS FOR A PARTICULAR PURPOSE, WHETHER ARISING BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE OR OTHERWISE, TO THE DURATION OF THIS EXPRESS LIMIED WARRANTY. THE FOREGOING LIMITATOIN OR EXCLUSIONS OF WARRANTY SHALL SUBJECT TO ANY MANDATORY LAW THAT PROHIBITS SUCH EXCLUSION, LIMITATION, RESTRICTION OR MODIFICATION OF WARRANTY. FOR ANY WARRANTY THAT MAY APPLY HEREIN ON THE GROUND THAT SUCH WARRANTY IS MANDATED BY LAW AND CANNOT BE EFFECTIVELY EXCLUDED, RESTRICTED OR MODIFIED BY THE FOREGOING DISCLAIMER, THE DURATION OF ITS APPLICABILITY SHALL BE THE PERIOD PROVIDED BY THE LIMITED WARRANTY HEREIN OR THAT REQUIRED BY THE APPLICABLE COUNTRY/STATE LAW, WHICHEVER IS SHORTER. SOME COUNTRIES/STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

IN NO EVENT SEGWAY OR OTHER SEGWAY PARTIES' TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS UNDER ANY AND ALL APPLICABLE LAW OR THEORY, JOINTLY OR SEVERALLY, ARISING OUT OF OR RELATED TO THE PURCHASE OF THE PRODUCT, BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHEWISE EXCEEDS THE DUTY TO REPAIR OR REPLACE ANY DEFECTIVE PRODUCT, FURTHER SUBJECT TO SEGWAY'S SOLE AND EXCLUSIVE DISCRETION. IN NO EVENT SHALL BE SEGWAY OR OTHER SEGWAY PARTIES BE LIABLE TO ANY PERSON FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGED ARISING OUT OF, OR RELATING TO, AND/OR IN CONNECTION WITH THE PURCHASE OF THE PRODUCT, ANY BREACH OF THIS AGREEMENT OR MANUFACTURER'S DUTIES REGARDLESS OF (A) WHETHER SUCH DAMAGES WERE FORESEEABLE, (B) WHETHER OR NOT SEGWAY OR OTHER SEGWAY PARTIES WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND (C) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. THE FOREGOING LIMITATIONS OR EXCLUSIONS APPLY EVEN IF AN AGGRIEVED CUSTOMER OR ANY OTHER PERSON'S (WHO MIGHT HAVE RIGHT OR CLAIM UNDER THIS AGREEMENT BY OPERATION OF LAW OR EQUITY) REMEDIES UNDER THIS AGREEMENT FAIL OF THEIR ESSENTIAL PURPOSE. IN THE EVENT SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN OR ALL OF THE FOREGOING DAMAGES, SO TO THE EXTENT THAT SUCH LIMITATIONS OR EXCLUSIONS ARE NOT ALLOWED BY LAW, THEY MAY NOT APPLY TO YOU. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

To the extent permitted by applicable law, SEGWAY PARTIES hereby DISCLAIM any liability and thereby shall not be responsible for any damages, including but not limited death, bodily injury or damages to property, arising out of or related to any conduct (including misconduct), action, inaction, act (including failure to act), omission or negligence by any authorized or unauthorized dealer, distributor, wholesaler, retailer or third party that involves into distribution of Product or the services thereto. To the extent permitted by applicable law, the explicit representations and warranties, if any, provided herein, shall be the only warranties and representations made by SEGWAY PARTIES to any consumer or end user. SEGWAY PARTIES shall not be responsible for any other warranties and/or representations that may be given and/or provided by another person, unless Segway Parties have in a written form explicitly authorized such additional warranty and/or representation to be given to consumer or end user.

## 6. Claims and Dispute Resolution.

THIE CLAUSE CONTAINED HEREIN ARE LEGALLY BINDING BETWEEN YOU AND SEGWAY, ITS AFFILIATS, THE PRODUCT'S MANUFACTURER, DISRIBUTORS, SELLERS AND DESIGNERS AND INCLUDING BUT NOT LIMITED TO EACH OF THOSE SPECIFICALLY NAMES AND NOT SPECIFICALLY NAMED ENTITIES' PREDECESSOR COMPANIES, SUBSEQUENT COMPANIES, AFFILIATED COMPANIES, SUBSIDIARIES, PARENT COMPANIES, ADMINISTRATORS, SUCCESSORS, ASSIGNS, EMPLOYEES, AGENTS, ATTORNEYS, OFFICERS, DIRECTORS, MANAGERS, MEMBERS AND REPRESENTATIVES, AND ANY INSURER OR REINSURER THEREOF (TOGETHER “SEGWAY PARTIES”). THE CLAUSE CONTAINED HEREIN MAY AFFECT YOUR RIGHTS TO REMEDY AND IT IS YOUR RESPONSIBILITY TO READ THE FOLLOWING SECTIONS CAREFULLY BEFORE USE OF THE PRODUCT.

### 6.1 Binding Arbitration.

Segway Parties and you agree that any dispute, controversy or claim arising out of, relating to or in connection with this agreement, the limited warranty, the sale, condition or performance of the product, whether based in contract, tort, fraud, misrepresentation or any other legal theory at law or in equity, including but not limited to any claims for death, injury or property damages, shall be submitted to binding arbitration upon the request of either party upon the service of that request on the other party. This arbitration clause shall apply all the persons in privity with you, including your family members, beneficiaries and assigns.

The arbitration shall be conducted by the American Arbitration Association (AAA) pursuant to its Commercial Arbitration Rules and the Supplementary Procedures for Consumer-Related Disputes (collectively "AAA Rules"). The AAA Rules are available online at adr.org, or by calling the AAA at 1-800-778-7879. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the "Liability Disclaimer and Limitation" clause herein subject to the applicable law. The arbitration tribunal shall have the power to rule on any challenge to its own jurisdiction or to the validity or enforceability of any portion of the agreement to arbitrate. Any decision of the arbitrator shall be final and may be entered into any judgment in any court of competent jurisdiction. You waive the right to have your claim heard in a court of law and by jury.

You waive the right to participate in class actions arising from or relating to any and all claims and disputes with Segway Parties. You agree to arbitrate solely on an individual basis, and that this agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event the prohibition on class arbitration is deemed invalid or unenforceable, then the remaining portions of the arbitration agreement will remain in force.

Section 6 "Claims and Dispute Resolution" clause shall survive upon termination or expiration of this agreement and/or limited warranty or in an event that this agreement and/or limited warranty is held as void, avoidable, invalid or unenforceable, either in whole or partially, by a competent adjudication institution with actual authority and jurisdiction over this matter.

Segway Parties require and you hereby agree that you shall arbitrate your claims against Segway Parties pursuant to the arbitration described above prior to your exercise of your rights pursuant to title of the Magnuson-Moss Warranty Act. Title i of the Magnuson-Moss Warranty Act does not require you to pursue rights and remedies available to you that are not provided by title i of the Magnuson-Moss Warranty Act.

### 6.2 Small Claim

For any arbitration in which your total claims, exclusive of attorney fees and expert witness fees, is $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award on the condition of the arbitrator's actual and affirmative finding that the claim is non-frivolous. In a Small Claim case, you are required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Segway Parties shall pay the remainder of such fees. In a Small Claim case, Segway Parties shall not recover any attorney fees provided that your claim is non-frivolous. Administrative, facility and arbitrator fees for arbitrations in which your total claimed damages, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim"), shall be determined according to AAA Rules. In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs. The arbitrator shall be entitled to award declaratory or injunctive relief upon request by any party.

### 6.3 Opt Out

YOU MAY OPT OUT OF THIS DISPUTE RESOLUTION PROCEDURE BY PROVIDING NOTICE TO SEGWAY AND OTHER SEGWAY PARTIES NO LATER THAN THIRTY (30) CALENDAR DAYS AFTER THE DATE OF THE FIRST CONSUMER PURCHASER'S PURCHASE OF THE PRODUCT. TO OPT OUT YOU MUST SEND NOTICE BY E-MAIL TO SEGWAY AT OPTOUT@SEGWAY.COM, WITH THE SUBJECT LINE: "ARBITRATION OPT OUT." THE OPT OUT NOTICE BY E-MAIL MUST INCLUDES (A) YOUR NAME, EMAIL ADDRESS, MAILING ADDRESS AND PHONE NUMBER; (B) THE DATE ON WHICH THE PRODUCT WAS PURCHASED; (C) THE PRODUCT MODEL NAME OR MODEL NUMBER; AND (D) THE SERIAL NUMBER. ALTERNATIVELY, YOU MAY OPT OUT BY SENDING AN ELECTION TO OPT OUT LETTER TO SEGWAY AT: SEGWAY INC., 14 TECHNOLOGY DRIVE, BEDFORD, NH 03110 VIA CERTIFIED MAIL WITHIN THIRTY (30) CALENDAR DAYS FROM THE DATE OF THE FIRST END USER'S PURCHASE OF THE PRODUCT FROM SEGWAY DEALER . THE OPT OUT LETTER SHALL CONTAIN THE FOLLOWING INFORMAITON: (A) YOUR NAME, EMAIL ADDRESS, MAILING ADDRESS AND PHONE NUMBER; (B) THE DATE ON WHICH THE PRODUCT WAS PURCHASED; (C) THE PRODUCT MODEL NAME OR MODEL NUMBER; (D) THE SERIAL NUMBER; AND (E) AN STATEMENT AS FOLLOWS: THE ABOVE CONSUMER ELECTS TO OPT OUT THE DISPUTE RESOLUTION PROCEDURE AS PROVIDED BY THIS LIMITED WARRANTY, THESE ARE THE ONLY TWO EFFECTIVE WAYS TO OPT OUT THIS DISPUTE RESOLUTION PROCEDURE. ELECTION TO OPT OUT THIS DISPUTE RESOLUTION PROCEDURE WILL NOT AFFECT THE COVERAGE OF THE LIMITED WARRANTY IN ANY WAY, AND YOU WILL CONTINUE TO ENJOY THE BENEFITS OF THE LIMITED WARRANTY.

### 6.4 Federal Arbitration Act

The Federal Arbitration Act governs this arbitration clause. This agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs its interpretation and enforcement.

### 6.5 Procedure

The following is a description of the arbitration process

A. Mail a Notice of Dispute to Segway and/or the other relevant Segway Parties. Prior to initiating arbitration against Segway Parties, you must first notify Segway and/or the other relevant Segway Parties of your dispute in good faith. Please include your contact information, your concerns, and the relief you intend to seek from Segway Parties, and any information you believe would be helpful in resolving the dispute. Segway and/or the other relevant Segway Parties will review your Notice of Dispute to determine whether Segway Parties may settle it with you to avoid arbitration. The notice should be sent by certified mail to Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

B. Wait 30 Days. Segway Parties will review your Notice of Dispute within thirty (30) days of Segway's receipt of your Notice of Dispute. If you do not hear from Segway within thirty (30) days of its receipt of your Notice of Dispute, you may proceed with filing an arbitration claim against Segway Parties. Should Segway provide you a written settlement offer, please keep this settlement offer because Segway Parties and you will be required to show this settlement offer to the arbitrator. Notwithstanding the foregoing, such offer, if any, shall not be shown to the arbitrator until after the arbitrator's determination on the merits of your claim.

C. Complete a Demand for Arbitration. You can initiate arbitration by completing a Demand for Arbitration that includes a basic statement of the (i) names and addresses and telephone numbers of the parties

involved; (ii) your description of the dispute; and (iii) your short statement detailing why you are entitled to relief.

D. Send Segway Parties Your Demand for Arbitration. You can send Segway and/or the other relevant Segway Parties your Demand for Arbitration at the following address: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your record.

E. Send AAA Two (2) Copies of Your Demand for Arbitration. The Demand for Arbitration includes the address that you are to send two (2) copies of your Demand for Arbitration. This address is AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. You should also include a copy of this warranty policy, and the appropriate filing fee. Segway Parties will reimburse you for this filing fee. If you cannot afford to pay the filing fee, please contact Segway, and Segway will pay the filing fee for you if your claims seek a remedy less than $75,000. AAA has an online filing option that you can find on its website: www.adr.org.

F. AAA Appointment of Arbitrator. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify you and Segway Parties of the arbitrator's name and qualification. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will inform Segway Parties and you. If either you or Segway Parties object to the AAA's choice of arbitrator, we'll have seven (7) days to inform the AAA.

G. Choose the Type of Hearing You Would Like. Unless you and Segway Parties agree to have any arbitration hearings somewhere else, the arbitration will take place in the county (or parish) that you purchased the Product. If your claim is for $10,000 or less, you may choose to have the hearing conducted by telephone or in person. Alternatively, you may choose to proceed to conduct the entire arbitration through written correspondence with the arbitrator that doesn't include an interactive hearing. Once the AAA has commenced the arbitration, you have ten (10) days to inform the AAA of your choice of hearing. If you don't make a choice, the AAA will conduct the arbitration by written correspondence without an interactive hearing. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if your claim exceeds $10,000, but you and Segway Parties may agree whether that hearing is in person or by telephone, or whether to instead proceed with written correspondence.

H. Arbitrator's Decision. Within fourteen (14) days from the conclusion of the in-person or telephone hearing, or from the submission of all written evidence to the arbitrator if you have elected to conduct the arbitration through written correspondence, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award. Segway Parties will immediately respond to the arbitrator notifying the arbitrator whether, and to what extent, Segway Parties will abide by the decision, perform the obligations it has agreed to do. Any decision by the arbitrator may be utilized by any party for any reason.



ninebot®

# Ninebot KickScooter MAX

## Manufacture's Limited Warranty (EMEA)

This is the manufacturer's limited warranty ("Limited Warranty") for the Electric KickScooter ("Product") for consumers in Europe, Middle East, and Africa ("Territory"). This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty is an additional warranty, that does not in any way affect or limit the statutory rights you may have as a consumer, for example with respect to conformity.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

### Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

### Contacts

Visit www.segway.com for the latest contact information.

The product is manufactured by Ninebot (Changzhou) Tech Co., Ltd. ("Ninebot"), and distributed by Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, The Netherlands ("Segway").

## 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 years

- Frame assembly
- Hub motor
- Controller assembly
- Handlebar
- Stem top and dash assembly
- Front wheel
- Dashboard
- Drum brake
- Stem
- Front fork assembly
- Front fork/tube rotating parts
- Control Cable

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 days

- Battery
- Charger
- Brake
- Brake lever

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 days

- Brake cable
- Tire
- Fender
- Front light
- Buckle
- Snap hook
- Rear light
- Kickstand
- Charger base
- Front fork cover
- Stop collar

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension



## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com.

If you discover what you believe is a defect for your Product, please check our contact details on our website. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty. In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs. You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be

provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway. An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you. For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will refund your shipment costs for sending the defective Product to Segway and will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described in clause 1, and Segway must receive your Product in accordance with the Limited Warranty Service Process as described in clause 2.

3.2. Your product must be purchased from an authorized reseller of the Product within EMEA region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

4.1. Caused by abuse, misuse, neglect, or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.



4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing, or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair. EXCEPT ONLY TO THE EXTENT MANDATORILY REQUIRED BY AN APPLICABLE LAW, THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS. NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY—EXCEPT TO THE EXTENT SUCH CLAIMS ARISE FROM GROSS NEGLIGENCE OR WILLFULL MISCONDUCT OF NINEBOT OR SEGWAY OR ITS SENIOR MANAGEMENT—ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Applicable Law and Disputes

Any and all claims or disputes of whatever nature arising out of or otherwise relating to this warranty shall be governed by and construed in accordance with the laws of the Netherlands with the exclusion of its conflicts of law provisions and the UN Convention on the International Sale of Goods. The sole and exclusive venue for and jurisdiction over any such claim or dispute shall be the Courts in Amsterdam, the Netherlands. The latter choice of law and forum applies only insofar as this does not conflict with any mandatory consumer laws in your jurisdiction.



ninebot®

# Ninebot KickScooter MAX

# Garantie limitée de la fabrication (EMEA)

Il s'agit de la garantie limitée du fabricant (« Garantie limitée ») pour le Ninebot KickScooter Max (« Produit ») pour les consommateurs en Europe, au Moyen-Orient et en Afrique (« Territoire »). Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée est une garantie supplémentaire qui n'affecte ni ne limite les droits légaux que vous pourriez avoir en tant que consommateur, par exemple en ce qui concerne la conformité.

Cette fiche et le reçu d'achat original de l'achat de votre produit sont les documents définissant la garantie limitée. Veuillez conserver ce document et le reçu d'achat original afin de préserver votre service de garantie.

## Enregistrez le numéro de série de votre produit

Enregistrez le numéro de série de votre produit ci-dessous. Vous pouvez trouver le numéro de série à l'extérieur de la boîte d'expédition, en bas du produit, Ou dans l'application Segway-Ninebot, lorsqu'elle est connectée au produit.

Numéro de série ici

## Contacts

Rendez-vous sur www.segway.com pour obtenir les dernières informations de contact.

Le produit est fabriqué par Ninebot (Changzhou) Technology, société de capitaux (« Ninebot »), et distribué par Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Pays-Bas (« Segway »).

## 1. Période de garantie limitée

Cette garantie limitée couvre tous les défauts de matériaux et de fabrication du produit qui se produisent ou résultant de votre utilisation normale et ordinaire du produit. Dans le cas où un défaut couvert par cette garantie limitée venait à se produire, Segway réparera ou remplacera votre produit conformément aux termes de cette garantie limitée. La période applicable pour la garantie limitée débute à partir de : (i) la date d'achat originale du produit auprès d'un distributeur ou d'un revendeur autorisé par Segway ; ou (ii) la date d'activation du produit via l'application Segway-Ninebot, selon la dernière occurrence, et s'applique au produit de la manière suivante :

Corps du Véhicule - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 année

- Assemblage du cadre
- Moteur du moyeu
- Assemblage du contrôleur
- Guidon
- Assemblage tronc et tableau de bord
- Roues avant
- Tableau de bord
- Frein à tambour
- Tige
- Montage de la fourche avant
- Pièces rotatives de la fourche/tube avant
- Câble de commande

Pièces jointes - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 jours

- Batterie
- Chargeur
- Frein
- Frein à main

Pièces jointes - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 jours

- Câble de frein
- Pneu
- Fender
- Phare avant



- Boucle
- Mousqueton
- Feu arrière
- Béquille
- Base de charge
- Cache de la fourche avant
- Collier d'arrêt

Composants soumis à usure - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 jours

- Bande de pare-chocs
- Couvercle du tableau de bord
- Poignées de guidon
- Couverture décorative
- Couvercle du compartiment des piles
- Tapis pour les pieds
- Bouchon en caoutchouc
- Réflecteur
- Extension tige de soupape

## 2. Processus de service de la garantie limitée

Les ressources d'aide en ligne de Segway sont disponibles à l'adresse suivante : http://www.segway.com.

Si vous découvrez ce que vous pensez être un défaut dans votre produit, veuillez vérifier nos coordonnées sur notre site Web. Le personnel de support technique de Segway est disponible pour vous aider à diagnostiquer et résoudre tous les problèmes que vous pourriez rencontrer lors de l'utilisation de votre produit. Dans le cas où nous ne pouvons pas vous aider à résoudre le problème, vous pouvez avoir droit à un service sous garantie en vertu de cette garantie limitée. Afin de soumettre votre produit au service de garantie en vertu de la présente garantie limitée, vous devrez fournir à Segway : (i) la preuve d'achat auprès d'un détaillant autorisé ; ainsi que (ii) le numéro de série du produit. Après avoir vérifié votre admissibilité, vous devrez fournir votre nom, votre adresse électronique, votre adresse postale et votre numéro de téléphone afin de recevoir un numéro d'autorisation de retour de matériel (« RMA »). Segway devra recevoir votre produit défectueux dans les trente (30) jours suivant la délivrance d'une RMA par Segway. Segway peut vous diriger vers un tiers désigné pour les réparations sous garantie. Vous serez responsable du coût de l'expédition et de l'assurance de l'expédition de votre produit à Segway, et vous assumez le risque de perte en cas de perte ou d'endommagement de votre

produit pendant l'expédition à Segway. Vous devez mettre votre produit défectueux dans l'emballage d'origine ou dans un emballage approuvé par Segway, qui sera payant, pour l'expédition du produit à Segway. Ni Ninebot ni Segway ne sont responsables des dommages causés par votre emballage inapproprié ou l'expédition du produit à Segway. Un fournisseur de service agréé effectuera une inspection de votre produit. Si Segway décide que le problème n'est pas couvert par la garantie limitée, Segway vous en informera et vous indiquera des solutions de rechange de service alternatifs qui vous sont proposés moyennant des frais supplémentaires, ou Segway vous renverra votre produit sans réparation et, dans une telle instance, vous serez responsable du coût de l'expédition et de l'assurance de l'expédition de votre produit de Segway à votre adresse. Pour les réclamations de garantie admissibles, Segway fournira un produit avec des pièces neuves ou reconditionnées de même style ou similaires, sans vous facturer de frais de service. Les pièces remplacées par Segway seront conservées par, et deviendront la propriété de Segway. Pour les réclamations de garantie admissibles, Segway remboursera vos frais d'expédition pour l'envoi du produit défectueux à Segway et vous versera des frais d'expédition de retour raisonnables pour le retour du produit.

## 3. Admissibilité à la garantie limitée

3.1. Votre demande de service doit être reçue par Segway dans la période de garantie limitée telle que décrite dans la clause 1, tandis que l'on doit recevoir votre Produit conformément au processus de service de garantie limitée tel que décrit dans la clause 2.

3.2. Votre produit doit être acheté auprès d'un revendeur agréé dans la région EMEA.

3.3. Vous devez conserver le reçu d'achat original et votre garantie limitée, et fournir cette documentation à Segway pour vérifier votre admissibilité à la garantie.

3.4. Cette garantie limitée décrit le service valable dans le cas où votre produit nécessite un service de garantie.

3.5. Votre produit devrait avoir le numéro de série clairement lisible, non masqué, non effacé et non modifié.

3.6. Votre produit doit avoir ses joints inamovibles en place et non modifiés.

## 4. Exclusions de garantie limitée

Cette garantie limitée décrit le service à votre disposition dans le cas où votre produit nécessiterait un service de garantie, et vous pouvez avoir des protections supplémentaires en vertu de vos lois locales. Cette garantie limitée ne couvre pas et exclut les dommages de votre produit:

4.1. Causés par abus, mauvaise utilisation, négligence ou usage commercial.

4.2. Causés par une mauvaise charge, un stockage ou une fonctionnement inadéquat, y compris, sans s'y limiter, lune utilisation contraire aux documents destinés aux utilisateurs, une utilisation par une personne excédant la taille, le poids et les limites d'âge spécifiées, lune utilisation sur des escaliers, des murs et des bordures, ou toute utilisation sportive ou des fins de démonstration.



4.3. Causés par accident, collision, sur des obstacles, les courses, le feu, la submersion dans l'eau, l'eau pulvérisée à haute pression, le gel, les tremblements de terre, la chute, l'oxydation sévère ou la corrosion par solvants chimiques.

4.4. Causés par une réparation qui n'était pas autorisée par Ninebot ou Segway.

4.5. Causés par un emballage inapproprié ou une mauvaise manipulation lors de l'expédition au fournisseur de service de garantie.

4.6. Les dégâts cosmétiques, y compris les rayures, les bosses et l'élimination des revêtements protecteurs qui sont conçus pour diminuer avec le temps, à moins que ce dommage ne se produise en raison d'un défaut de matériaux.

4.7. Causés par l'utilisation du produit avec, ou toute modification du produit à l'aide de tout produit, composant ou accessoire tiers qui n'est pas vendu par Ninebot ou Segway.

4.8. Les dommages qui ne résultent pas de la conception, de la technologie, de la fabrication ou de la qualité de Ninebot.

## 5. Exemption de la responsabilité et limitation

Ni Ninebot ni Segway n'assument ou n'autorisent quiconque à assumer en leur nom toute autre obligation ou responsabilité relative à un produit, ses composants, ses accessoires, sa réparation ou cette garantie limitée. Ninebot et Segway ne sont pas responsables de la perte d'utilisation d'un produit, de ses composants, de ses accessoires ou de tout inconvénient ou autre perte ou dommage pouvant être causé(e) par tout défaut d'un produit, de ses composants, ses accessoires, sa réparation de service, ou pour tout autre dommage fortuit ou consécutif que l'acheteur peut avoir à la suite d'un défaut d'un produit, de ses composants, de ses accessoires ou de sa réparation. DANS LA MESURE OÙ CELA N'EST PAS REQUIS PAR UNE LOI APPLICABLE, ET UNIQUEMENT À CETTE EXCEPTION PRÈS, LA PRÉSENTE GARANTIE LIMITÉE EST LA SEULE GARANTIE APPLICABLE AU PRODUIT ET À SES PIÈCES, ACCESSOIRES ET SERVICE DE RÉPARATION. NINEBOT, SEGWAY ET LEURS SOCIÉTÉS AFFILIÉES RESPECTIVES DÉCLINENT TOUTES LES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS LES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER, AUTRES QUE CES GARANTIES IMPLICITES ET INCAPABLES D'EXCLUSION, DE RESTRICTION OU DE MODIFICATION EN VERTU DE LA LOI APPLICABLE. TOUTES GARANTIES IMPLICITES QUI POURRAIENT ÊTRE REQUISES PAR LA LOI ET NE SONT PAS REJETÉES PAR LA PRÉSENTE LIMITATION, DANS LA MESURE AUTORISÉE PAR LA LOI, SERONT LIMITÉES À LA PÉRIODE APPLICABLE DE LA PRÉSENTE GARANTIE LIMITÉE OU À LA DURÉE APPLICABLE PRÉVUE PAR LA LOI APPLICABLE, LA PÉRIODE LA PLUS COURTE SERA ADOPTÉE. ÉTANT DONNÉ QUE CERTAINS ÉTATS NE PERMETTENT PAS DE LIMITER LA DURÉE D'UNE GARANTIE IMPLICITE, LES LIMITATIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS. CERTAINES JURIDICTIONS N'AUTORISENT PAS LA LIMITATION OU L'EXCLUSION DE DOMMAGES DIRECTS OU INDIRECTS, AINSI LA LIMITATION OU L'EXCLUSION CI-DESSUS POURRAIT NE PAS S'APPLIQUER À DES ACHETEURS PARTICULIERS. LA RESPONSABILITÉ TOTALE DE NINEBOT ET SEGWAY DE TOUTES LES

RÉCLAMATIONS, CONJOINTES ET SOLIDAIRES-SAUF DANS LA MESURE OÙ CES RÉCLAMATIONS PROVIENNENT DE LA NÉGLIGENCE EXTRÊME OU DE LA MAUVAISE CONDUITE DE NINEBOT OU DE SEGWAY OU DE SA HAUTE DIRECTION- DÉCOULANT DE CERTAINES ET TOUTES GARANTIES APPLICABLES EN DROIT SONT LIMITÉES À LA RÉPARATION OU AU REMPLACEMENT D'UN PRODUIT DÉFECTUEUX, DÉTERMINÉ À LA DISCRÉTION DE NINEBOT OU DE SEGWAY, ET TOUS LES DOMMAGES DIRECTS OU INDIRECTS SONT EXCLUS, À MOINS QUE CES LIMITES ET EXCLUSIONS SOIENT INTERDITES PAR LA LOI APPLICABLE. COMME CERTAINS ÉTATS N'AUTORISENT PAS L'EXCLUSION OU LA LIMITATION DE DOMMAGES DIRECTS OU INDIRETS, ALORS LES LIMITATIONS OU EXCLUSIONS SUSMENTIONNÉES POURRAIENT NE PAS S'APPLIQUER À VOTRE CAS.

## 6. LOI APPLICABLE ET LITIGES

Toute réclamation ou litige de n'importe quelle nature découlant ou autrement relatf(ve) à cette garantie sera régi€ et interprété€ conformément aux lois des Pays-Bas à l'exclusion de ses dispositions en matière de conflits de lois et de la Convention des Nations Unies sur la vente internationale des biens. Le lieu unique et exclusif de juridiction pour une telle réclamation ou de tels litiges sera les tribunaux d'Amsterdam, aux Pays-Bas. Ce dernier choix de la législation et du tribunal s'applique uniquement dans la mesure où cela ne va pas à l'encontre de lois de consommation obligatoires dans votre juridiction.



ninebot®

# Ninebot KickScooter MAX

## Beschränkte Garantie des Herstellers (EMEA)

Dies ist die beschränkte Garantie des Herstellers für den Ninebot KickScooter Max („Produkt") für Verbraucher in Europa, im Mittleren Osten und Afrika („Gebiet"). Diese beschränkte Garantie beschreibt den Service, der Ihnen bereitgestellt wird, falls Ihr Produkt Garantieleistungen erfordert, und Sie können entsprechend Ihren örtlichen Gesetzen über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie ist eine zusätzliche Garantie, die in keiner Weise die gesetzlichen Rechte, über die Sie als Verbraucher eventuell verfügen, z.B. in Bezug auf die Konformität, beeinträchtigen oder einschränken kann.

Dieses Blatt und der ursprüngliche Kaufbeleg für den Kauf Ihres Produktes sind die Dokumente, die die beschränkte Garantie definieren. Bitte bewahren Sie dieses Dokument und den ursprünglichen Kaufbeleg auf, um Ihren Garantieservice zu erhalten.

### Notieren Sie die Seriennummer Ihres Produkts

Notieren Sie die unten aufgeführte Seriennummer Ihres Produkts. Sie finden die Seriennummer auf der Außenseite der Versandbox, auf der Unterseite des Produktes oder in der Segway-Ninebot App, während Sie mit dem Produkt verbunden sind.

Seriennummer hier

### Contacts

Besuchen Sie www.segway.com für die aktuellsten Kontaktinformationen.

Das Produkt wird von Ninebot (Changzhou) Technology Co., Ltd. („Ninebot") hergestellt und vertrieben durch Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Niederlande („Segway").

## 1. Zeitraum der beschränkten Garantie

Diese beschränkte Garantie deckt alle Material- und Verarbeitungsfehler des Produkts ab, die durch die normale und gewöhnliche Verwendung des Produkts entstehen oder auftreten. Für den Fall, dass ein Schaden, der im Rahmen dieser beschränkten Garantie erfasst wird, auftritt, wird Segway Ihr Produkt gemäß den Bestimmungen dieser beschränkten Garantie reparieren oder ersetzen. Die anwendbare Frist für die beschränkte Garantie beginnt zum späteren der genannten Zeitpunkte: (i) zum ursprünglichen Kaufdatum des Produkts von einem autorisierten Segway-Vertreiber oder Händler; oder (ii) zum Aktivierungsdatum des Produkts über die Segway-Ninebot App und gilt für das Produkt auf folgende Weise:

Fahrzeugkarosserie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 Jahr

- Rahmenkonstruktion
- Narbenmotor
- Montage der Steuerung
- Lenker
- Vorbau oben und Armaturenbrett
- Vorderräder
- Instrumententafel
- Trommelbremse
- Stiel
- Vorderradgabelmontage
- Vorderradgabel/Steuersatz
- Steuerkabel

Befestigungsteile - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 Tage

- Batterie
- Ladegerät
- Bremse
- Bremshebel

Befestigungsteile - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Tage

- Bremskabel / Bremszug
- Reifen
- Stoßstange
- Scheinwerfer



- Schnalle
- Karabinerhaken
- Rückleuchte
- Seitenstütze
- Aufladestation
- Vordere Gabelabdeckung
- Anschlaghülse

Komponenten die sich abnutzen können - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Tage

- Stoßfängerleiste
- Armaturenbrett Abdeckung
- Lenkergriffe
- Dekoratives Cover
- Batteriefachabdeckung
- Fußmatte
- Gummi Verschlussstopfen
- Reflektor
- Ventilschaftverlängerung

## 2. Leistungen der beschränkten Garantie

Die Online-Hilfe von Segway finden Sie unter : http://www.segway.com.

Wenn Sie etwas entdecken, von dem Sie glauben, dass es sic hum einem Defect an Ihrem Pordukt handelt, überprüfen Sie bitte unsere Kontaktdaten auf unserer Website. Das Personal des technischen Supports von Segway steht zu Ihrer Verfügung, um Ihnen bei der Diagnose und Behebung von Problemen zu helfen, auf die Sie treffen könnten, wenn Sie Ihr Produkt verwenden. Für den Fall, dass wir Ihnen bei der Behebung des Problems nicht helfen können, könnten Sie Anspruch auf eine Garantieleistung im Rahmen dieser beschränkten Garantie haben. Um Ihr Produkt für die Garantieleistung im Rahmen dieser beschränkten Garantie einzureichen, werden Sie gebeten, (i) den Kaufbeleg eines autorisierten Einzelhändlers; und (ii) die Seriennummer des Produkts zur Verfügung zu stellen. Nach der Bestätigung Ihrer Berechtigung müssen Sie Ihren Namen, Ihre E-Mail-Adresse, Ihre Postanschrift und Ihre Telefonnummer angeben, um eine Rücksendezulassungsnummer (eine sog. Return Materials Authorization, kurz RMA) zu erhalten. Segway muss Ihr defektes Produkt innerhalb von dreißig (30) Tagen ab der Ausstellung einer RMA seitens Segway an Sie erhalten. Segway kann Sie für die Garantiereparatur

an einen Dritten zuweisen. Sie sind verantwortlich für die Kosten für die Versendung und die Versicherung der Versendung Ihres Produkts an Segway, und Sie übernehmen das Risiko des Verlustes in dem Fall, dass Ihr Produkt während der Versendung durch Sie an Segway verloren geht oder beschädigt wird. Sie müssen Ihr defektes Produkt in die Originalverpackung oder eine von Segway zugelassene Verpackung hineinlegen, die kostenpflichtig für die Versendung des Produkts an Segway bereitgestellt wird. Weder Ninebot noch Segway haften für Schäden, die durch eine unsachgemäße Verpackung oder Versendung des Produkts ihrerseits an Segway verursacht werden. Ein autorisierter Dienstleister wird Ihr Produkt inspizieren. Wenn Segway feststellt, dass das Problem nicht von der beschränkten Garantie abgedeckt wird, werden Sie von Segway benachrichtigt und über Service- oder Ersatzalternativen informiert, die Ihnen kostenpflichtig zur Verfügung gestellt werden, oder Segway wird Ihr Produkt unverzüglich zurückgeben, und in diesem Fall sind Sie für die Kosten der Versendung und Versicherung Ihres Produktes von Segway an Sie verantwortlich. Bei berechtigten Garantieansprüchen wird Segway das fehlerhafte Produkt mit neuen oder überholten Teilen gleicher oder ähnlicher Art ohne Kosten für Sie für den Service reparieren. Teile, die durch Segway ersetzt werden, werden von Segway einbehalten und Eigentum von Segway. Bei berechtigten Garantieansprüchen erstattet Segway Ihre Frachtkosten für die Versendung des defekten Produkts an Segway zurück und bezahlt angemessene Rücksendungsgebühren für die Rücksendung des Produkts an Sie.

## 3. Berechtigung zur beschränkten Garantie

3.1. Ihre Serviceanforderung muss von Segway innerhalb der beschränkten Garantiezeit gemäß Absatz 1 eingegangen sein, und Segway muss Ihr Produkt gemäß dem beschränkten Garantieservice erhalten, wie in Abschnitt 2 beschrieben.

3.2. Ihr Produkt muss bei einem autorisierten Händler des Produkts innerhalb der EMEA-Region gekauft werden.

3.3. Sie müssen den ursprünglichen Kaufbeleg und Ihre beschränkte Garantie aufbewahren und diese Unterlagen Segway zur Verfügung stellen, damit Ihre Garantieberechtigung überprüft wird.

3.4. Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt.

3.5. Die Seriennummer Ihres Produkts muss deutlich lesbar, freigelegt, unbesetzt und unverändert sein.

3.6. Ihr Produkt muss über manipulationssichere und nicht modifizierte Dichtungen an Ort und Stelle verfügen.

## 4. Ausschlüsse von der beschränkten Garantie

Diese beschränkte Garantie beschreibt den Service, der Ihnen zur Verfügung steht, falls Ihr Produkt Garantieleistungen benötigt. Sie können entsprechend den lokalen Gesetzen zudem über zusätzliche Schutzmaßnahmen verfügen. Diese beschränkte Garantie deckt die folgenden Schäden an Ihrem Produkt nicht ab und schließt sie aus:



4.1. Verursacht durch Missbrauch, fehlerhaften Gebrauch, Vernachlässigung oder kommerzielle Nutzung.

4.2. Verursacht durch unsachgemäße Aufladung, Lagerung oder Betrieb, einschließlich, jedoch nicht beschränkt auf die Verwendung im Widerspruch zu den Materialien der Benutzer, die Verwendung über die angegebenen Werte für Höhe, Gewicht und Altersgrenzen hinaus, die Verwendung auf Treppen, Wänden und Bordsteinen oder durch Extremsport oder die Verwendung zu Ausstellungszwecken.

4.3. Verursacht durch Unfall, Zusammenstoß, Fahrt über Hindernisse, Raserei, Feuer, Eintauchen in Waser, Hochdruckwasserstrahl, Frost, Erdbeben, Sturz, schwere Oxidation oder Korrosion durch chemische Lösungsmittel.

4.4. Verursacht durch eine Reparatur, die nicht durch Ninebot oder Segway autorisiert wurde.

4.5. Verursacht durch eine unsachgemäße Verpackung oder eine fehlerhafte Handhabung während des Versands an einen Garantieservice-Anbieter.

4.6. Die kosmetischer Natur sind, einschließlich Kratzer, Dellen und die Beseitigung von Schutzbeschichtungen, die dafür konzipiert sind, im Laufe der Zeit abzunehmen, sofern der Schaden nicht aufgrund eines Materialfehlers auftrat.

4.7. Verursacht durch die Verwendung des Produkts mit einem Drittanbieterprodukt, Komponenten oder Zubehörteilen oder jedwede Änderung an dem Produkt, das diese benutzt, die nicht von Ninebot oder Segway verkauft werden.

4.8. Die sich nicht aus Ninebots Produktdesign, Technologie, Fertigung oder Qualität ergeben.

## 5. Haftungsausschluss und Beschränkung

Weder Ninebot noch Segway übernimmt oder ermächtigt jemanden, in seinem Namen eine andere Verpflichtung oder Haftung im Zusammenhang mit einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur oder dieser beschränkten Garantie zu übernehmen. Ninebot und Segway sind nicht verantwortlich für den Nutzungsausfall eines Produkts, seiner Bestandteile, des Zubehörs oder für irgendwelche Unannehmlichkeiten oder andere Verluste oder Schäden, die durch irgendeinen Defekt an einem Produkt, seinen Bestandteilen, Zubehör, Servicereparatur verursacht werden können, oder für sonstige zufällige oder Folgeschäden, die der Besteller aufgrund eines Mangels an einem Produkt, dessen Bestandteile, Zubehör oder Servicereparatur haben kann. ABGESEHEN VOM GESETZLICH VORGESCHRIEBENEN AUSMASS IST DIESE BESCHRÄNKTE GARANTIE DIE EINZIG GÜLTIGE GARANTIE FÜR DAS PRODUKT UND SEINE BESTANDTEILE, ZUBEHÖRTEILE UND DIE SERVICEREPERATUR. NINEBOT, SEGWAY UND IHRE ENTSPRECHENDEN PARTNERUNTERNEHMEN LEHNEN ALLE ANDEREN GARANTIEN, AUSDRÜCKLICH ODER IMPLIZIT, AB, EINSCHLIESSLICH DER IMPLIZITEN GEWÄHRLEISTUNGEN DER MARKTGÄNGIGKEIT UND DER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, DER VON DEN GARANTIEN ABWEICHT, DIE NACH GELTENDEM RECHT IMPLIZIERT WERDEN ODER NICHT AUSGESCHLOSSEN, EINGESCHRÄNKT ODER MODIFIZIERT WERDEN KÖNNEN. JEDE DERARTIGE IMPLIZIERTE GARANTIE, DIE DURCH DAS RECHT ERFORDERLICH WERDEN KANN UND HIERDURCH NICHT AUSGESCHLOSSEN WIRD, SIND BESCHRÄNKT AUF DAS GESETZLICH

ZULÄSSIGE AUSMASS, AUF DEN GÜLTIGEN ZEITRAUM DIESER BESCHRÄNKTEN GARANTIE ODER DEN GELTENDEN ZEITRAUM DER DURCH DAS GELTENDE RECHT VORGESEHEN IST, JE NACHDEM WELCHER ZEITRAUM KÜRZER IST. EINIGE LÄNDER ERLAUBEN KEINE EINSCHRÄNKUNGEN IN BEZUG DARAUF, WIE LANGE EIN IMPLIZIERTE GARANTIE ANDAUERT, SODASS DIE OBIGE EINSCHRÄNKUNG EVENTUELL FÜR SIE NICHT GILT. EINIGE LÄNDER GESTATTEN KEINEN AUSSCHLUSS ODER KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS FÜR DIESE KÄUFER OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT GILT. DIE VOLLUMFÄNGLICHE UND GESAMTE HAFTUNG VON NINEBOT UND SEGWAY FÜR ALLE FORDERUNGEN, GEMEINSAM UND GETRENNT, - AUSSER IN DEM AUSMASS, IN DEM SOLCHE FORDERUNGEN AUFGRUND VON GROBER FAHRLÄSSIGKEIT ODER ABSICHTLICHEM FEHLVERHALTEN VON NINEBOT ODER SEGWAY ODER SEINER LEITENDEN MITARBEITER ENTSTEHEN- DIE HIERUNTER ENTSTEHEN, UND ALLE RECHTLICH GELTENDEN GARANTIEN SIND NACH NINEBOTS ODER SEGWAYS ERMESSEN AUF DIE REPARATUR ODER DEN AUSTAUSCH JEDWEDEN DEFFEKTEN PRODUKTS BESCHRÄNKT, UND ALLE ZUFÄLLIGEN UND FOLGESCHÄDEN SIND HIERMIT AUSGESCHLOSSEN, SOFERN SOLCHE BESCHRÄNKUNGEN UND AUSSCHLÜSSE NICHT NACH GELTENDEM RECHT VERBOTEN SIND. EINIGE LÄNDERN ERLAUBEN KEINEN AUSSCHLUSS UND KEINE EINSCHRÄNKUNG VON ZUFÄLLIGEN ODER FOLGESCHÄDEN, SODASS DIE OBIGE BESCHRÄNKUNG ODER AUSSCHLUSS EVENTUELL NICHT FÜR SIE GILT.

## 6. Geltendes Recht und Streitigkeiten

Alle Ansprüche oder Streitigkeiten jeglicher Art, die sich aus dieser Garantie ergeben oder anderweitig im Zusammenhang mit dieser Garantie stehen, unterliegen dem niederländischen Recht unter Ausschluss von Kollisionsnormen und der UN-Konvention für den internationalen Verkauf von Waren. Der alleinige und ausschließliche Gerichtsstand für alle derartigen Ansprüche oder Streitigkeiten sind die Gerichte in Amsterdam, Niederlande. Die letztgenannte Wahl des Rechts und des Forums gilt nur insoweit, als dies nicht im Widerspruch zu den obligatorischen Verbrauchergesetzen in Ihrer Gerichtsbarkeit steht.



ninebot®

# Ninebot KickScooter MAX

## Garanzia limitata del produttore (EMEA)

Questa è la garanzia limitata ("Garanzia limitata") per il Ninebot KickScooter Max ("Prodotto") per i clienti in Europa, Medio Oriente e Africa ("Territorio"). Questa Garanzia limitata descrive i servizi disponibili nel caso il Prodotto necessiti della manutenzione prevista dalla garanzia, è possibile che il cliente possa avere protezioni aggiuntive previste dalle legislazioni locali. Questa Garanzia limitata è una garanzia aggiuntiva che in alcun modo limita o influisce sui diritti legali che può avere un cliente, ad esempio per quanto riguarda la conformità.

Questo documento e la ricevuta d'acquisto originale del Prodotto sono i documenti che definiscono la Garanzia limitata. Conservare questo documento e la ricevuta d'acquisto originale per mantenere il diritto di avvalersi a questa garanzia.

### Registrare il numero seriale del proprio prodotto

Registrare qui di seguito il numero seriale del prodotto. È possibile trovare il numero seriale sulla parte esterna della confezione di spedizione, sulla parte inferiore del Prodotto o nell'app Segway-Ninebot quando è collegato al Prodotto.

Numero seriale qui

### Contatti

Visitare www.segway.com per le informazioni di contatto più aggiornate. Il prodotto è creato da Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot"), e distribuito da Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, Olanda ("Segway").

## 1. Periodo della Garanzia limitata

Questa Garanzia limitata copre tutti i difetti nei materiali e mano d'opera del Prodotto che avvengono a causa di un uso ordinario e normale del Prodotto. Nel caso di un difetto coperto da questa Garanzia, Segway riparerà o sostituirà il tuo Prodotto in accordo con i termini di questa Garanzia limitata. Il periodo in cui si può utilizzare questa Garanzia inizia dall'ultimo di uno dei cas seguenti: (i) la data di acquisto originale del Prodotto da un distributore o rivenditore autorizzato Segway o (ii)la data di attivazione del Prodotto attraverso la app di Segway-Ninebot e si applica al Prodotto nei modi seguenti:

Corpo del veicolo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 anno

- Assemblaggio del telaio
- Motore hub
- Gruppo controller
- Barra del manico
- Parte superiore dello stelo e gruppo del cruscotto
- Ruote anteriori
- Cruscotto
- Freno a tamburo
- Stelo
- Forcella Anteriore
- Forcella Anteriroe/ Componenti
- Cavo di controllo

Parti accessorie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 giorni

- Batteria
- Alimentatore
- Freno
- Leva del freno

Parti accessorie - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 giorni

- Cavo del freno
- Pneumatico
- Parafanghi
- Faro
- Fibbia
- Moschettone
- Luce retro
- Appoggiapiedi
- Base di ricarica
- Copertura forcella anteriore
- Dadi di fissaggio

Componenti soggetti a usura - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 giorni

- Striscia paraurti
- protezione cruscotto
- Prese del manico
- Copertura decorativa
- Protezioen comparto batteria
- Pedana
- Tappo in gomma
- Riflettore
- Estensione della valvola

## 2. Processo del servizio della Garanzia limitata

Le risorse online d'aiuto di Segway sono disponibili all'indirizzo: http://www.segway.com.

Se si scopre qualcosa che si pensa essere un difetto per proprio Prodotto, ti preghiamo di controllare i nostri dati di contatto sul nostro sito web. Il personale di supporto tecnico di Segway è disponibile per assistere il cliente nel trovare e aggiustare qualsiasi problema che si possa incontrare nell'utilizzo del Prodotto. Nel caso non fossimo in grado di aiutare il cliente può richiedere una manutenzione tramite la garanzie utilizzando questa Garanzia limitata. Per inviare il proprio prodotto alla manutenzione Segway richiederà (i) prova dell'acquisto da un rivenditore autorizzato e (ii) il numero seriale del Prodotto. Una volta verificata la legittimità della richiesta il cliente dovrà fornire nome, indirizzo email, indirizzo di casa e il numero di telefono per ricevere il numero di autorizzazione dei materiali resi (AMR). Segway deve ricevere il Prodotto difettoso entro 30 giorni da quando Segway ha rilasciato l'AMR. Segway deve indicare al cliente una parte terza incaricata delle riparazioni sotto garanzia. I costi di spedizione e l'assicurazione della spedizione del Prodotto a Segway saranno a carico del cliente e accetta che esiste il rischio di perdita nel caso in cui il Prodotto sia perso o danneggiato durante la spedizione a Segway. È necessario spedire il proprio Prodotto difettoso nell'imballaggio originale o in uno

approvato da Segway che sarà fornito a un costo, per la spedizione del Prodotto a Segway. Né Ninebot né. Segway sono responsabili per qualsiasi danno causato da un imballaggio scorretto o dalla spedizione di un Prodotto a Segway. Un fornitore di manutenzione autorizzato eseguirà un esame del Prodotto. Se Segway determina che il problema non è coperto da questa Garanzia limitata, Segway lo notificherà al Cliente e lo informerà che la manutenzione o sostituzione sono disponibili a pagamento o Segway restituirà il Prodotto non riparato e in questo caso sarà dovere del Cliente pagare la spedizione e assicurare la spedizione del Prodotto da Segway al Cliente. Per richieste di utilizzo della garanzia legittime Segway riparerà prodotti difettosi con parti nuove o riadattate dello stesso o simile stile senza costi aggiuntivi. Le parti sostituite da Segway saranno tenute e diventeranno proprietà di Segway. Per richieste di utilizzo della garanzia legittime Segway rimborserà i costi di spedizione del Prodotto difettoso a Segway e pagherà tariffe ragionevoli per rendere il Prodotto al cliente.

## 3. Eleggibilità della Garanzia limitata

3.1. La tua richiesta per la manutenzione deve essere ricevuta da Segway entro il periodo di validità della Garanzia limitata come descritto nella clausola 1 e Segway deve ricevere il Prodotto in accordo con il Processo descritto nella clausola 2.

3.2. Il tuo prodotto deve essere acquistato da un rivenditore autorizzato all'interno della regione EMEA.

3.3. È necessario tenere la ricevuta d'acquisto originale e la Garanzia limitata e fornire questa documentazione a Segway per verificare la propria eleggibilità.

3.4. Questa Garanzia limitata descrive la manutenzione disponibile nel caso che il Prodotto richieda una manutenzione.

3.5. Il Prodotto deve avere il numero seriale chiaramente leggibile, non oscurato, coperto o modificato.

3.6. Il Prodotto deve avere i suoi sigilli anti manomissione intatti e al loro posto.

## 4. Esclusioni della Garanzia limitata

Questa Garanzia limitata descrive la manutenzione disponibile in caso il Prodotto richieda una manutenzione utilizzando la Garanzia e si potrebbero avere protezioni aggiuntive secondo le leggi locali. Questa Garanzia limitata non copre ed esclude danni al Prodotto:

4.1. Causato dall'abuso, uso sbagliato o uso non attento o commerciale.

4.2. Causato da un caricamento, immagazzinamento o funzionamento sbagliato inclusi, ma non limitati, a un uso diverso da quello previsto dei materiali, un utilizzo con peso, altezza o età superiori a quelli descritti, uso sule scale, muri e cordoli o qualsiasi sport estremo o esibizione.

4.3. Causato da incidenti o guida su ostacoli, gare, incendio, immersione in acqua, spruzzi di acqua ad alta pressione, congelamento, terremoto, causata, ossidazione pesante o corrosione di solventi chimici.



4.4. Causato da qualsiasi riparazione che non è stata autorizzata da Ninebot o Segway.

4.5. Causato da un imballaggio inadatto o gestione errata durante la spedizione al fornitore della manutenzione.

4.6. Che sia cosmetico, tra cui graffi, ammaccature e la rimozione di coperture protettive che sono pensate per diminuire a meno che tali danni non siano dovuti a un difetto nei materiali.

4.7. Causato dall'uso del Prodotto con, o qualsiasi modifica al Prodotto utilizzando prodotti di parti terze o accessori che non sono venduti da Ninebot o Segway.

4.8. Che non è causato dal design del prodotto di Ninebot, tecnologia, produzione o qualità del Prodotto Ninebot.

## 5. Esclusione e limitazione di garanzia

Né Ninebot né Segway si assume o autorizza qualcuno ad assumersi qualsiasi obbligo o responsabilità causati da questo prodotto, dalle sue parti, da accessori, da riparazione o da questa Garanzia limitata. Ninebot e Segway non sono responsabili per alcuna perdita d'uso di un Prodotto, delle sue parti, degli accessori o per qualsiasi inconveniente o altra perdita o danno causato da difetti nel Prodotto, nelle sue parti, negli accessori, nella riparazione o per altri danni accidentali o consequenziali in cui l'acquistante può avere un Prodotto, componenti, accessori o manutenzione difettoso. AD ECCEZIONE DEGLI OBBLIGHI DETTATI DA UNA LEGISLAZIONE APPLICABILE, QUESTA GARANZIA LIMITATA È LA SOLA GARANZIA APPLICABILE AL PRODOTTO E ALLE SUE PARTI, ACCESSORI E MANUTENZIONE. NINEBOT, SEGWAY E LE SOCIETÀ A LORO AFFILIATE SI DISPENSANO DA QUALSIASI ALTRA GARANZIA ESPRESSA O IMPLICITA, INCLUSE LE GARANZIE IMPLICITE DI COMMERCIABILITÀ E APPLICABILITÀ PER UNOO SCOPO PRECISO, AD ECCEZIONE DELLE GARANZIE IMPLICATE DA E INCAPACI DI ESCLUSIONE, RESTRIZIONE O MODIFICA SOTTO LA LEGGE APPLICABILE. QUALSIASI GARANZIA CHE POTREBBE ESSERE RICHIESTA PER LEGGE E NN DICHIARATA IN QUESTO DOCUMENTO È LIMITATA ALL'ESTENSIONE PERMESSA DALLA LEGGE, AL PERIODO APPLICABILE DA QUESTA GARANZIA LIMITATA O AL PERIODO APPLICABILE FORNITO DALLA LEGGE APPLICABILE, QUALE DEI DUE È IL PERIODO PIÙ BREVE. ALCUNE NAZIONI NON PERMETTONO LIMITAZIONI SULLA DURATA DI UNA GARANZIA IMPLICITA, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. ALCUNE NAZIONI NON PERMETTONO L'ESCLUSIONE O LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTO CASO LE LIMITAZIONI PRECEDENTI NON SONO APPLICABILI. LA RESPONSABILITÀ TOTALE E AGGREGATA DI NINEBOT E SEGWAY PER TUTTE LE RICHIESTE, UNITA E SEPARATA, AD ECCEZIONE DELLE RICHIESTE CAUSATE DA EVIDENTE NEGLIGENZA O CATTIVA CONDOTTA VOLUTA DI NINEBOT O SEGWAY O DEI LORO GRUPPI DIRIGENTI, DERIVANTI DA CASI DESCRITTI IN PRECEDENZA E ALCUNE E TUTTE LE GARANZIE APPLICABILI AI SENSI DI LEGGE SONO LIMITATE ALLA RIPARAZIONE O SOSTITUZIONE DI PRODOTTI NON FUNZIONANTI COME DESCRITTO A DISCREZIONE DI NINEBOT O SEGWAY E TUTTI I DANNI INCIDENTALI E CONSEQUENZIALI SONO ESCLUSI, A MENO CHE TALI LIMITAZIONI ED ESCLUSIONI SIANO PROIBITE DALLA LEGGE APPLICABILE. ALCUNE NAZIONE NON PERMETTONO L'ESCLUSIONE O LA LIMITAZIONE DI DANNI INCIDENTALI O CONSEQUENZIALI, IN QUESTI CASI LE LIMITAZIONI O ESCLUSIONI PRECEDENTI NON SI APPLICANO.

## 6. Legge applicabile e dispute

Qualsiasi e tutte le richieste o dispute di qualsiasi natura che sorgono o altrimenti riconducibili a questa garanzia devono essere decise in conformità delle leggi olandesi con l'esclusione dei suoi conflitti legali e la Convenzione ONU sulla vendita internazionale di merce. L'unico luogo esclusivo e la giurisdizione di qualsiasi richiesta o disputa deve essere decisa dalla Corte di Amsterdam, Olanda. L'ultima decisione legame e il foro si applicano solamente fino a quando non entra in conflitto con le leggi nella giurisdizione del Cliente.



ninebot®

# Ninebot KickScooter MAX

# Garantía limitada del Fabricante (EMEA)

Esta es la garantía limitada del fabricante («Garantía limitada») para Ninebot KickScooter Max (el «Producto») para los consumidores de Europa, Oriente Próximo y África (el «Territorio»). La Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada es una garantía adicional que no afecta o limita sus derechos legales que pueda tener como consumidor, como por ejemplo, en lo referente a la conformidad.

Esta hoja y el recibo original de compra del Producto son los documentos definitorios de la Garantía limitada. Conserve este documento y el recibo original de compra para mantener el servicio de garantía.

## Registre el Número de serie de su Producto

Registre el Número de serie de su Producto en la parte inferior. Encontrará el Número de serie en la parte exterior de la caja de transporte, en la parte inferior del Producto o en la aplicación Segway-Ninebot, cuando esté conectada al Producto.

Escriba aquí el Número de serie

## Contactos

VVisite www.segway.com para obtener la información de contacto más reciente.
El Producto es fabricado por Ninebot (Changzhou) Technology Co., Ltd. («Ninebot»), y distribuido por Segway Europe BV, Hogehilweg 8, 1101 CC Ámsterdam, Holanda («Segway»).

## 1. Período de la Garantía limitada

La Garantía limitada cubre todos los defectos de materiales y acabados del Producto derivados u ocurridos durante el uso normal del Producto. Si se produce un defecto cubierto por la presente Garantía limitada, Segway reparará o sustituirá el Producto conforme a los términos de la Garantía limitada. El período de aplicación para la Garantía limitada comienza con la fecha posterior: 1) la fecha de compra original del Producto de un distribuidor o vendedor autorizado por Segway, o (2) la fecha de activación del Producto mediante la aplicación Segway-Ninebot, y se aplica al Producto en los siguientes términos:

VCarrocería del vehículo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 año

- Conjunto de marco
- Motor del buje
- Conjunto de controlador
- Manillar
- Montaje del manillar y salpicadero
- Ruedas delanteras
- Salpicadero
- Freno de tambor
- Toma de aire
- Horquilla delantera
- Horquilla delantera/partes giratorias
- Cable de control

Piezas externas - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 días

- Batería
- cargador
- Freno
- Palanca de freno

Piezas externas - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 días

- Cable de freno
- Neumático
- Guardabarros
- Faro delantero



- Hebilla
- Mosquetón
- Luz trasera
- Soporte
- Base de carga
- Cubierta de la horquilla delantera
- Parada de emergencia

Piezas desgastables - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 días

- Parachoques lateral
- Cubierta del panel de control
- Puños del manillar
- Cubierta decorativa
- Cubierta del compartimento de la batería
- Reposapiés
- Enchufe de goma
- Reflector
- Extensión de la toma de aire del neumático

## 2. Proceso de servicio de la Garantía limitada

Encontrará los recursos de ayuda en línea de Segway en http://www.segway.com.

Si detecta lo que parece ser un defecto en el Producto, verifica nuestros datos de contacto en nuestro sitio web. El personal de asistencia técnica de Segway le ayudará a diagnosticar y solucionar los posibles problemas que detecte durante el uso del Producto. Si no pudiese solucionar el problema, es posible que la presente Garantía limitada cubra los servicios. Para enviar su Producto al servicio de garantía conforme a lo establecido en la Garantía limitada, deberá facilitarle a Segway: 1) el comprobante de compra de un distribuidor autorizado; y 2) el Número de serie del Producto. Una vez verificado su derecho, necesitará facilitar su nombre, dirección de correo electrónico, dirección postal y número de teléfono de contacto para recibir un número de autorización de devolución de materiales («RMA»). Segway deberá recibir el Producto defectuoso en los treinta (30) días posteriores al envío del RMA por parte de Segway. Es posible que Segway le remita a un tercero para que realice las reparaciones oportunas. Usted se hará cargo de los costes de envío y de garantizar el envío del Producto a Segway y asume además el riesgo de pérdida si el Producto se perdiese o dañase durante el envío a Segway. Usted deberá incluir el Producto defectuoso en el embalaje original –o el embalaje aprobado por Segway con

coste para usted– para el envío a Segway del Producto. Ninebot o Segway no son responsables de los posibles daños causados por el embalaje o envío inadecuados del Producto a Segway. Un proveedor de servicio autorizado realizará una inspección del Producto. Si Segway determina que el problema no está cubierto por la Garantía limitada, Segway se lo notificará y le informará de las alternativas de servicio o sustitución disponibles previo cobro; o bien Segway le devolverá el Producto sin reparar, en cuyo caso usted se hará responsable de los costes de envío y seguro de envío del Producto por parte de Segway. Si tiene derecho a la garantía, Segway reparará el Producto defectuoso con piezas nuevas o reacondicionadas idénticas o similares sin coste alguno para usted por el servicio. Las piezas reemplazadas por Segway quedarán en posesión de Segway y pasarán a ser de su propiedad. Si tiene derecho a la garantía, Segway le reembolsará los costes de envío a Segway del Producto defectuoso y se hará cargo de los costes razonables del envío de devolución del Producto.

## 3. Validez de la Garantía limitada

3.1. Segway deberá recibir la solicitud de servicio dentro el Período de la Garantía limitada tal y como se describe en el apartado 1. Segway recibirá su Producto conforme al Proceso de servicio de la Garantía limitada descrito en el apartado 2.

3.2. Su producto debe comprarse a un distribuidor autorizado del producto dentro de la región de EMEA.

3.3. Deberá conservar el recibo original de compra y la Garantía limitada y facilitar esta documentación a Segway para verificar la validez de la garantía.

3.4. La presente Garantía limitada describe el servicio al que usted tiene derecho en caso de que el Producto requiera del servicio de la garantía.

3.5. El Producto debe tener un Número de serie claramente legible, que no esté oculto ni haya sido borrado o modificado.

3.6. El Producto mantendrá intactos y en su sitio original los precintos a prueba de modificaciones.

## 4. Esclusioni della Garanzia limitata

Esta Garantía limitada describe el servicio disponible en caso de que su Producto requiera servicio de garantía. Además, es posible que tenga coberturas adicionales por las leyes locales. La Garantía limitada no cubre (esto es, excluye) los daños al Producto:

4.1. Causados por abuso, uso inadecuado, negligencia o uso comercial.

4.2. Causados por la carga, almacenamiento u operación inadecuados, incluido, entre otros, el uso contrario a los materiales de usuario, el uso que exceda los límites especificados de altura, peso o edad, su uso en escaleras, paredes o bordillos o su uso en deportes de riesgo o exhibiciones.

4.3. Causados por accidentes, colisiones, conducir por obstáculos, hacer carreras, fuegos, sumergirlo en agua, agua a alta presión, congelación, terremotos, caídas, oxidación avanzada o corrosión por disolventes químicos.



4.4. Causados por reparaciones no autorizadas por Ninebot o Segway.

4.5. Causados por un embalaje o manejo inadecuado durante el envío al proveedor de servicios de la garantía.

4.6. Que sean superficiales, como por ejemplo, arañazos, muescas o la retirada de acabados de protección diseñados para desgastarse con el tiempo, a menos que los daños se produjesen por defectos en los materiales.

4.7. Causados por el uso o modificaciones del Producto utilizando productos, componentes o accesorios de terceros que no hay vendido Ninebot o Segway.

4.8. Que no se deriven del diseño de producto, tecnología, fabricación o calidad de Ninebot.

## 5. Exención y limitación de responsabilidad

Ninebot o Segway no asumen ni autorizan a nadie a asumir en su nombre ninguna obligación o responsabilidad relacionada con el Producto, sus componentes, accesorios, reparación de servicio o la presente Garantía limitada. Ninebot o Segway no son responsables de la pérdida de uso del Producto, sus componentes y accesorios, o de los inconvenientes, pérdidas o daños causados por defectos en el Producto, sus componentes y accesorios, la reparación de servicio u otros daños imprevistos o consecuentes que sufra el comprador como resultado de los defectos del Producto, sus componentes, accesorios o reparación de servicio. A EXCEPCIÓN DE LOS CASOS DE APLICACIÓN EXIGIDOS POR LA LEY, LA PRESENTE GARANTÍA LIMITADA ES LA ÚNICA GARANTÍA APLICABLE AL PRODUCTO, A SUS COMPONENTES, ACCESORIOS Y SERVICIO DE REPARACIÓN. NINEBOT, SEGWAY Y SUS RESPECTIVAS EMPRESAS ASOCIADAS NO SE HACEN RESPONSABLES DE OTRAS GARANTÍAS, EXPRESAS O IMPLÍCITAS, INCLUIDAS GARANTÍAS IMPLÍCITAS DE COMERCIABILIDAD O ADECUACIÓN A UN USO PARTICULAR QUE NO SEAN LAS GARANTÍAS IMPLÍCITAS QUE NO PUEDAN SER EXCLUIDAS, RESTRINGIDAS O MODIFICADAS POR LA LEGISLACIÓN APLICABLE. TALES GARANTÍAS IMPLÍCITAS REQUERIDAS POR LEY Y QUE NO QUEDEN EXENTAS QUEDARÁN LIMITADAS, DENTRO DEL MARCO DE LA LEY, AL PERÍODO DE APLICACIÓN DE LA PRESENTE GARANTÍA LIMITADA O AL PERÍODO DE TIEMPO CORRESPONDIENTE QUE INDIQUE LA LEY VIGENTE (AQUEL PERÍODO DE TIEMPO QUE SEA MÁS CORTO). ALGUNOS PAÍSES NO PERMITEN LIMITAR LA DURACIÓN DE LA GARANTÍA IMPLÍCITA, POR LO QUE LA LIMITACIÓN DESCRITA ANTERIORMENTE PODRÍA NO SER DE APLICACIÓN PARA UD. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA ALGUNOS COMPRADORES. LA RESPONSABILIDAD COMPLETA Y TOTAL, CONJUNTA Y SOLIDARIA DE NINEBOT Y DE SEGWAY POR RECLAMACIONES (A EXCEPCIÓN DE AQUELLAS RECLAMACIONES POR NEGLIGENCIA GRAVE O MALA CONDUCTA INTENCIONADA POR PARTE DE NINEBOT O SEGWAY O SUS PERSONAL DIRECTIVO SUPERIOR) DERIVADAS EN LO SUCESIVO Y CUALQUIERA DE LAS GARANTÍAS APLICABLES POR LEY ESTARÁN LIMITADAS A LA REPARACIÓN O SUSTITUCIÓN DEL PRODUCTO DEFECTUOSO, A DISCRECIÓN DE NINEBOT O SEGWAY. QUEDAN EXCLUIDOS EN ADELANTE LOS DAÑOS IMPREVISTOS O CONSECUENTES, A MENOS QUE TALES LIMITACIONES O EXCLUSIONES ESTÉN PROHIBIDAS POR LA LEY VIGENTE. ALGUNOS

PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE DAÑOS IMPREVISTOS O CONSECUENTES, POR LO QUE LA LIMITACIÓN O EXCLUSIÓN DESCRITAS ANTERIORMENTE PODRÍAN NO SER DE APLICACIÓN PARA USTED.

## 6. Ley aplicable y disputas legales

Las reclamaciones o disputas de cualquier naturaleza derivadas o relacionadas con esta garantía se regularán e interpretarán de acuerdo con las leyes de Holanda, a excepción de las disposiciones sobre conflictos entre legislaciones y la Convención de las Naciones Unidas sobre los Contratos de Compraventa Internacional de Mercaderías. La instrucción del proceso por reclamaciones o disputas tendrá lugar exclusivamente en los tribunales de Ámsterdam, Holanda. Esta elección de legislación y jurisdicción será de aplicación siempre que no entre en conflicto con los derechos obligatorios de los consumidores en su jurisdicción.



# KARTA GWARANCYJNA

| | | |
|---|---|---|
| Model: | SYMBOL | NUMER |
| Pełny nr seryjny: | | |
| Data sprzedaży: | | |

## TABELA OBSŁUGI SERWISOWEJ

| Data usługi | Zakres czynności | Pieczęć punktu serwisowego | Podpis serwisanta |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Szanowni Państwo,**
**Dziękujemy za dokonanie zakupu produktu Segway. Mamy nadzieję, że użytkowanie urządzenia Segway przyniesie Państwu wiele zadowolenia.**
**Niniejszym udziela się gwarancji na Produkt Segway określony w Karcie Gwarancyjnej na poniższych zasadach:**

1. Gwarancja uprawnia do skorzystania z serwisu gwarancyjnego świadczonego przez autoryzowany serwis Gwaranta na terenie Rzeczpospolitej Polskiej polegającego na bezpłatnej naprawie Produktu poprzez usunięcie wad fizycznych powstałych z przyczyn tkwiących w Produkcie.
2. Produkt Segway objęty jest 24 miesięczną gwarancją obowiązującą od dnia zakupu Produktu objętego gwarancją przez klienta detalicznego.
3. Gwarancja obejmuje urządzenia pochodzące wyłącznie z oficjalnej sieci dystrybucji DLF Sp. z o.o. z siedzibą w Gdyni na terytorium Polski (aktualna lista podmiotów znajdujących się w oficjalnej sieci dystrybucyjnej DLF Sp. z o.o. znajduje się na www.segway.com w zakładce „Znajdź nas”).
4. Warunkiem skorzystania z uprawnień gwarancyjnych jest przedstawienie przez nabywcę:
   a) Karty Gwarancyjnej,
   b) Dowodu Zakupu (faktura VAT, paragon fiskalny lub inny dokument poświadczający rzeczywistą datę zakupu), chyba że data zakupu Produktu wynika z Karty Gwarancyjnej.
5. W przypadku stwierdzenia wady objętej gwarancją uprawniony z gwarancji może zgłosić odpowiednie żądanie do Gwaranta za pośrednictwem jednego z dostępnych kanałów - listownię telefonicznię elektronicznie lub osobiście.
6. Rekomendujemy, by wysyłając Produkt do autoryzowanego serwisu zadbali Państwo o prawidłowe jego zabezpieczenie - w tym celu radzimy wykorzystać oryginalne opakowanie wraz z wypełnieniem zapewniającym bezpieczny transport. Gdy wybiorą Państwo zastosowanie opakowania zastępczego radzimy by gwarantowało ono odpowiednią ochronę Produktu przed uszkodzeniem podczas transportu. Zalecamy oklejenie opakowania odpowiednimi nalepkami wskazującymi na wrażliwość Produktu na wstrząsy np. „uwaga szkło".
7. Koszty związane z dostarczeniem Produktu do autoryzowanego serwisu i odbiorem tego Produktu z autoryzowanego serwisu i dostarczeniem go do osoby uprawnionej z tytułu niniejszej gwarancji obciążają Gwaranta.
8. Zgłoszenie wady objętej gwarancją zostanie rozpatrzone niezwłocznie, nie później niż w terminie 14 dni, licząc od dnia dostarczenia rzeczy przez uprawnionego z gwarancji.
9. Gwarancja nie obejmuje wykonywania czynności konserwacyjnych i podobnych przewidzianych w Instrukcji obsługi, do wykonania których użytkownik zobowiązany jest we własnym zakresie.
10. Gwarancją nieobjęte są akcesoria eksploatacyjne takie jak: koło/opona, hamulce, reflektory, błotniki, podnóżki, mata antypoślizgowa, jeżeli wada powstała w wyniku naturalnego zużycia w toku ich wykorzystywania. Wyjątkiem są akumulatory Segway będące akcesorium eksploatacyjnym, które objęte są 6 miesięczną gwarancją. Gwarancja udzielana na oryginalny akumulator Segway rozpoczyna się od dnia zakupu Produktu bądź oryginalnego akumulatora, w przypadku zakupu wyłącznie akumulatora, przez klienta detalicznego.
    Każde akcesorium eksploatacyjne, o którym mowa w niniejszym punkcie 10, podlega bezpłatnej wymianie w przypadku wady fizycznej.
11. Gwarancja nie obejmuje:
    a) uszkodzeń mechanicznych powstałych z winy użytkownika i wad Produktu spowodowanych tymi uszkodzeniami,
    b) uszkodzeń spowodowanych niezgodnym z Instrukcją obsługi sposobem użytkowania Produktu, w tym uszkodzeń powstałych w związku z użytkowaniem Produktu w celach komercyjnych.



12. Uprawnienia z tytułu gwarancji wygasają w przypadku:
    a) usunięcia lub modyfikacji numeru seryjnego i/lub plomb z Produktu,
    b) podjęcia czynności prowadzących do usunięcia wady fizycznej Produktu poza autoryzowanym serwisem,
    c) wykorzystywania nieoryginalnych części i akcesoriów eksploatacyjnych.
13. Gwarancja na sprzedany towar konsumpcyjny nie wyłącza, nie ogranicza ani nie zawiesza uprawnień kupującego wobec sprzedawcy, wynikających z przepisów o rękojmi za wady rzeczy sprzedanej.
14. Zobowiązania Gwaranta wynikające z niniejszej gwarancji obowiązują w granicach Rzeczypospolitej Polskiej.

**DANE GWARANTA:**

**Segway Europe BV**
**Hogehilweg 8 - 6th floor**
**1101 CC Amsterdam**
**Holandia**

**CENTRUM SERWISOWE W POLSCE:**

**segway-pl@sertec360.com**
**+48 22 11 68 077***

**OBSŁUGA POSPRZEDAŻOWA:**

**segway-cr@segway.eu.com**

*koszt połączenia jak za 1 impuls wg taryfy operatora

2019/03

# Exhibit 4

ninebot® KickScooter

# Manufacturer’s Limited Warranty (Americas)

This is the manufacturer’s limited warranty (“Limited Warranty”) for the Ninebot KickScooter (“Product”) for consumers in North and South America. This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM COUNTRY TO COUNTRY AND STATE TO STATE.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product’s Serial Number

Record your Product’s Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Ninebot by Segway App, while connected to the Product.

Serial Number Here

## Contacts


Service E-mail: **technicalsupport@segway.com**

Service Telephone Toll Free: **1-866-473-4929**


Visit www.segway.com for the latest contact information.

The Product is manufactured by Ninebot (Changzhou) Technology Co., Ltd. (“Ninebot”), and distributed by Segway Inc. located at 14 Technology Drive, Bedford, NH 03110 (“Segway”).

# 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Ninebot by Segway App, and applies to the Product in the following ways:

**Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 year**

- Deck
- Front Wheel and Hub Motor Assembly
- Front Fork and Neck Assembly
- Rear Fork Assembly
- Control Board Assembly
- Stem (Battery Cabin)
- Dashboard
- Stem
- Handlebar
- Folding Pedal
- Spring Cable
- Charge Port
- Bottom Cover (Metal)

**Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 days**

- Battery Charger
- Battery Pack
- Electronic Throttle
- Electronic Brake

**Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 days**

- Handlebar Grips
- Handlebar Ends
- Rear Wheel

- Headlight
- Front Fender
- Rear Fender
- Brake Light
- Front Decorative Strips
- Rear Decorative Strips
- Deck Grip Tape
- Bottom LED Strip
- Front Fork Cover
- Folding Pedal Cover
- Reflective Stickers
- Bottom Cover (Plastic)
- Kickstand
- Fastener Covers
- Charge Port Cover

**Replacements and Repairs**

The longer of: (i) the remainder of the original Limited Warranty for the Product; or (ii) 90 days from the consumer's date of receipt of the replacement or repaired Product.

## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com/support/service-warranties.

If you discover what you believe is a defect for your Product, please contact Segway at 1-866-473-4929 or at technicalsupport@segway.com. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty.

In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs.

You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway.

An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you.

For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

**3.1.** Your request for service must be received by Segway within the Limited Warranty Period as described above, and Segway must receive your Product in accordance with the Limited Warranty Service Process defined above.

**3.2.** Your Product must be purchased from an authorized reseller of the Product.

**3.3.** You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

**3.4.** This Limited Warranty describes the service available to you in the event your Product requires warranty service.

**3.5.** Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

**3.6.** Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

**4.1.** Caused by abuse, misuse, neglect or commercial use.

**4.2.** Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or

any extreme sport or exhibition use.

**4.3.** Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

**4.4.** Caused by any repair that was unauthorized by Ninebot or Segway.

**4.5.** Caused from improper packaging or mishandling during shipment to the warranty-service provider.

**4.6.** That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

**4.7.** Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

**4.8.** That does not arise from Ninebot's product-design, technology, manufacturing or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair.

THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE COUNTRY/STATE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES/STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS.

NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY, ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW.

SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Claims and Dispute Resolution

SEGWAY AND YOU AGREE THAT ALL CLAIMS OR DISPUTES ARISING IN ANY WAY FROM THIS LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT, WHETHER BASED IN CONTRACT, TORT, STATUTORY, FRAUD, MISREPRESENTATION OR ANY OTHER LEGAL THEORY, AND ALL CLAIMS THAT ARE SUBJECT OF A PURPORTED CLASS ACTION LITIGATION THAT YOU ARE NOT A MEMBER OF THE CERTIFIED CLASS, SHALL BE RESOLVED THROUGH ARBITRATION AS PROVIDED FOR HEREIN, OR IN SMALL CLAIMS COURT, AND NOT BY A TRIAL BY JURY. YOU WAIVE THE RIGHT TO A TRIAL BY JURY, AND WAIVE THE RIGHT TO PARTICIPATE IN CLASS ACTIONS ARISING FROM OR RELATING TO ANY AND ALL CLAIMS AND DISPUTES WITH NINEBOT AND SEGWAY. YOU AGREE THAT YOU MAY ARBITRATE CLAIMS AGAINST NINEBOT AND SEGWAY ONLY IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF, A CLASS REPRESENTATIVE, OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE PROCEEDING. THIS AGREEMENT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION. THIS PARAGRAPH SHALL SURVIVE THE TERMINATION OF THIS LIMITED WARRANTY. NINEBOT REQUIRES THAT YOU ARBITRATE YOUR CLAIMS AGAINST NINEBOT PURSUANT TO THE ARBITRATION DESCRIBED BELOW PRIOR TO YOUR EXERCISE OF YOUR RIGHTS PURSUANT TO TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT. TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT DOES NOT REQUIRE YOU TO PURSUE RIGHTS AND REMEDIES AVAILABLE TO YOU THAT ARE NOT PROVIDED BY TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT.

Any such arbitration shall not be combined or consolidated with a claim or dispute involving any other person's or entity's product or claim or dispute, and specifically, without limitation of the foregoing, shall not under any circumstances proceed as part of a class action or class arbitration.

If you intend to seek arbitration, you must first send to Ninebot, by certified mail, a written notice of dispute at least thirty (30) days in advance of initiating the arbitration. The notice to Ninebot should be addressed to: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. The notice must include: (i) a description of your claim and the basis of the dispute; and (ii) a description of the relief you are seeking. If Ninebot and you do not reach an agreement to resolve the claim within thirty (30) days after Ninebot receives your notice, you or Ninebot may commence an arbitration proceeding. You are encouraged to seek redress directly from Ninebot, provided, however, Ninebot does not require you to seek your redress solely from Ninebot.

During the arbitration, the amount of any settlement offer made by Ninebot or you will not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Ninebot is entitled to receive from the other party.

The arbitration shall be conducted by the American Arbitration Association (AAA) pursuant to its Commercial

Arbitration Rules and the Supplementary Procedures for Consumer-Related Disputes (collectively "AAA Rules"). The AAA Rules are available online at adr.org, or by calling the AAA at 1-800-778-7879. The Federal Arbitration Act governs this provision. Even after the termination of the Limited Warranty, the arbitrator shall decide all issues of interpretation and application of the Limited Warranty, and a court may determine the scope and enforceability of this arbitration provision. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the applicable law.

Ninebot shall pay for your cost of the arbitration. For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, is $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant its attorney fees, expert witness fees or costs unless it is determined that any of the claims was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Ninebot shall pay the remainder of such fees.

Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim"), shall be determined according to AAA Rules. In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim.

Judgment may be entered on the arbitrator's award in a Small Claim or Large Claim case in any court of competent jurisdiction.

This arbitration provision also applies to claims and disputes by you, the purchaser of the product, and all those in privity with you, including your family members, beneficiaries and assigns, against Ninebot's parent(s), subsidiaries and affiliates, and any person or entity that licensed, supplied, sold or distributed the product, and each of their officers, employees, representatives, licensors/licensees, agents, beneficiaries, predecessors in interest, successors, and/or assigns.

You may opt out of this dispute resolution procedure by providing notice to Ninebot no later than thirty (30) calendar days after the date of the first consumer purchaser's purchase of the product. To opt out you must send notice by e-mail to Ninebot at optout@segway.com, with the subject line: "Arbitration Opt Out." The opt out notice by e-mail must include (a) your name, email address, mailing address and phone number; (b) the date on which the product was purchased; (c) the product model name or model number; and (d) the Serial Number. Alternatively, you may opt out by calling 1-866-473-4929, prompt 2 no later than thirty (30) calendar days from the date of the first consumer purchaser's purchase of the product and providing the same information. These are the only two forms of notice that will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the benefits of the Limited Warranty.

**The following is a description of the arbitration process:**

**A.** Mail a Notice of Dispute to Ninebot. Prior to initiating arbitration against Ninebot, you must first notify Ninebot of your dispute. Please include your contact information, your concerns, and the relief you seek from Ninebot, and any information you believe would be helpful in the resolution of your dispute. Ninebot will review your Notice of Dispute to determine whether Ninebot can satisfy your concerns without the need for arbitration. The notice should be sent by certified mail to Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

**B.** Wait 30 Days. Ninebot will review your Notice of Dispute within thirty (30) days of Ninebot's receipt of your Notice of Dispute. If you do not hear from Ninebot within thirty (30) days of Ninebot's receipt of your Notice of Dispute, you may proceed with filing an arbitration claim against Ninebot. Should Ninebot provide you a written settlement offer, please keep this settlement offer as Ninebot and you will be required to show this settlement offer to the arbitrator, although such offers cannot be shown to the arbitrator until after the determination of the merits of your claim.

**C.** Complete a Demand for Arbitration. You can initiate arbitration by completing a Demand for Arbitration that includes a basic statement of the (i) names and addresses and telephone numbers of the parties involved); (ii) your description of the dispute; and (iii) your short statement detailing why you are entitled to relief.

**D.** Send Ninebot Your Demand for Arbitration. You can send Ninebot your Demand for Arbitration at the following address: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

**E.** Send AAA Two (2) Copies of Your Demand for Arbitration. The Demand for Arbitration includes the address that you are to send two (2) copies of your Demand for Arbitration. This address is AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. You should also include a copy of this warranty policy, and the appropriate filing fee. Ninebot will promptly reimburse you for this filing fee. If you cannot afford to pay the filing fee, please contact Ninebot, and Ninebot will pay the filing fee for you if your claims seek a remedy less than $75,000. AAA has an online filing option that you can find on its website: www.adr.org.

**F.** AAA Appointment of Arbitrator. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify you and Ninebot of the arbitrator's name and qualifications. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will inform Ninebot and you. If either you or Ninebot objects to the AAA's choice of arbitrator, we'll have seven (7) days to inform the AAA.

**G.** Choose the Type of Hearing You Would Like. Unless you and Ninebot agree to have any arbitration hearings somewhere else, the arbitration will take place in the county (or parish) that you purchased the Product. If your claim is for $10,000 or less, you may choose to have the hearing conducted by telephone or in person. Alternatively, you may choose to proceed to conduct the entire arbitration through written correspondence with the arbitrator that doesn't include an interactive hearing. Once the AAA has commenced the arbitration, you have ten (10) days to inform the AAA of your choice of hearing. If you

don't make a choice, the AAA will conduct the arbitration by written correspondence without an interactive hearing. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if your claim exceeds $10,000, but you and Ninebot may agree whether that hearing is in person or by telephone, or whether to instead proceed with written correspondence.

**H.** Arbitrator's Decision. Within fourteen (14) days from the conclusion of the in-person or telephone hearing, or from the submission of all written evidence to the arbitrator if you have elected to conduct the arbitration through written correspondence, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award. Ninebot will immediately respond to the arbitrator notifying the arbitrator whether, and to what extent, Ninebot will abide by the decision, perform the obligations it has agreed to do. Any decision by the arbitrator may be utilized by any party for any reason.

SEGWAY®

ninebot® KickScooter

# Manufacture's Limited Warranty (EMEA)

This is the manufacturer's limited warranty ("Limited Warranty") for the Ninebot KickScooter ("Product") for consumers in Europe, Middle East, and Africa ("Territory"). This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty is an additional warranty, that does not in any way affect or limit the statutory rights you may have as a consumer, for example with respect to conformity.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Ninebot by Segway App, while connected to the Product.

Serial Number Here

## Contacts

Visit www.segway.com for the latest contact information.

Service E-mail: **service@segway.eu.com**

The Product is manufactured by Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot"), and distributed by Segway Europe BV, Hogehilweg 8, 1101 CC Amsterdam, The Netherlands ("Segway").

## 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Ninebot by Segway App, and applies to the Product in the following ways:

**Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 1 year**

- Deck
- Front Wheel and Hub Motor Assembly
- Front Fork and Neck Assembly
- Rear Fork Assembly
- Control Board Assembly
- Stem (Battery Cabin)
- Dashboard
- Stem
- Handlebar
- Folding Pedal
- Spring Cable
- Charge Port
- Bottom Cover (Metal)

**Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 180 days**

- Battery Charger
- Battery Pack
- Electronic Throttle
- Electronic Brake

**Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 days**

- Handlebar Grips
- Handlebar Ends
- Rear Wheel

- Headlight
- Front Fender
- Rear Fender
- Brake Light
- Front Decorative Strips
- Rear Decorative Strips
- Deck Grip Tape
- Bottom LED Strip
- Front Fork Cover
- Folding Pedal Cover
- Reflective Stickers
- Bottom Cover (Plastic)
- Kickstand
- Fastener Covers
- Charge Port Cover

## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com/support/service-warranties.

If you discover what you believe is a defect for your Product, please contact Segway at service@segway.eu.com. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty. In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs. You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway. An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service

or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you. For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will refund your shipment costs for sending the defective Product to Segway and will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

**3.1.** Your request for service must be received by Segway within the Limited Warranty Period as described in clause 1, and Segway must receive your Product in accordance with the Limited Warranty Service Process as described in clause 2.

**3.2.** Your Product must be purchased from an authorized reseller of the Product.

**3.3.** You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

**3.4.** This Limited Warranty describes the service available to you in the event your Product requires warranty service.

**3.5.** Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

**3.6.** Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

**4.1.** Caused by abuse, misuse, neglect, or commercial use.

**4.2.** Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

**4.3.** Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

**4.4.** Caused by any repair that was unauthorized by Ninebot or Segway.

**4.5.** Caused from improper packaging or mishandling during shipment to the warranty-service provider.

**4.6.** That is cosmetic, including, scratches, dents and the removal of protective coatings that are

designed to diminish over time, unless such damage occurred due to a defect in materials.

**4.7.** Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

**4.8.** That does not arise from Ninebot's product-design, technology, manufacturing, or quality

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair. EXCEPT ONLY TO THE EXTENT MANDATORILY REQUIRED BY AN APPLICABLE LAW, THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS. NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY—EXCEPT TO THE EXTENT SUCH CLAIMS AIRISE FROM GROSS NEGLIGENCE OR WILLFULL MISCONDUCT OF NINEBOT OR SEGWAY OR ITS SENIOR MANAGEMENT—ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Applicable Law and Disputes

Any and all claims or disputes of whatever nature arising out of or otherwise relating to this warranty shall be governed by and construed in accordance with the laws of the Netherlands with the exclusion of its conflicts of law provisions and the UN Convention on the International Sale of Goods. The sole and exclusive venue for and jurisdiction over any such claim or dispute shall be the Courts in Amsterdam, the Netherlands. The latter choice of law and forum applies only insofar as this does not conflict with any mandatory consumer laws in your jurisdiction.

SEGWAY®

25527-00001 aa

# Exhibit 5

G30LP

# Ninebot KickScooter MAX

# User Manual

Le fabricant se réserve le droit d'apporter des modifications au produit, de publier des mises à jour du microprogramme et de réviser ce manuel à tout moment. Visitez www.segway.com ou consultez l'application pour télécharger les derniers contenus utilisateur. Vous devez installer l'application, activer votre KickScooter et obtenir les dernières mises à jour et consignes de sécurité.

www.segway.com

K025P0244-A0

# Contents


1 Riding Safety ---------- 02
2 Packing List ---------- 04
3 Diagram ---------- 05
4 Assembling Your KickScooter ---------- 06
5 First Ride ---------- 07
6 Charging ---------- 08
7 Learning to Ride ---------- 08
8 Warnings ---------- 10
9 Folding and Carrying ---------- 14
10 Maintenance ---------- 15
11 Specifications ---------- 17
12 Certifications ---------- 18
13 Trademark and Legal Statement ---------- 19
14 Contact ---------- 20


Original Instructions

# Thanks for choosing the Ninebot KickScooter Max!

Thanks for choosing the Ninebot KickScooter Max (hereinafter referred to as KickScooter)!

Your KickScooter is a recreational product with mobile app, allowing you to connect with other riders.

Enjoy your ride and connect with riders worldwide!



* The picture is for referrence only. Please refer to the actual product for more details.

# 1 Riding Safety

1. The KickScooter is a recreational product. Before mastering riding skills, you need to practice. Neither Ninebot Inc. (means Ninebot (Beijing) Tech Co., Ltd. and its subsidiaries and affiliates) nor Segway Inc. is responsible for any injuries or damage caused by a rider's inexperience or failure to follow the instructions in this document.

2. Please understand that you can reduce the risk by following all the instructions and warnings in this manual, but you cannot eliminate all the risks. Remember that whenever you ride the KickScooter you risk injury from loss of control, collisions, and falls. When entering into public spaces always comply with the local laws and regulations. As with other vehicles, faster speeds require longer braking distance. Sudden braking on low traction surfaces could lead to wheel slip, or falls. Be cautious and always keep a safe distance between you and other people or vehicles when riding. Be alert and slow down when entering unfamiliar areas.

3. Always wear a helmet when riding. Use an approved bicycle or skateboard helmet that fits properly with the chin strap in place, and provides protection for the back of your head.

4. Do not attempt your first ride in any area where you might encounter children, pedestrians, pets, vehicles, bicycles, or other obstacles and potential hazards.

5. Respect pedestrians by always yielding the right of way. Pass on the left whenever possible. When approaching a pedestrian from the front, stay to the right and slow down. Avoid startling pedestrians. When approaching from behind, announce yourself and slow down to walking speed when passing. Please obey local traffic laws and regulations if situation is different.

6. In places without laws comply with the safety guidelines outlined in this manual. Neither Ninebot Inc. nor Segway Inc. is responsible for any property damage, personal injury/death, accidents, or legal disputes caused by violations of the safety instructions.

7. Do not allow anyone to ride your KickScooter on his/her own unless they have carefully read this manual and followed the Riding Safety in the App. The safety of new riders is your responsibility. Assist new riders until they are comfortable with the basic operation of the KickScooter. Make sure each new rider wears a helmet and other protective gear.

8. Before each ride check for loose fasteners and damaged components. If the KickScooter makes abnormal sounds or signals an alarm, immediately stop riding. Diagnose your KickScooter via the Segway-Ninebot App and call your dealer/distributor for service.

9. Be alert! Scan both far ahead and in front of your KickScooter — your eyes are your best tool for safely avoiding obstacles and low traction surfaces (including, but not limited to, wet ground, loose sand, loose gravel, and ice).

10. To reduce risk of injury, you must read and follow all "CAUTION" and "WARNING" notices in this document. Do not ride at an unsafe speed. Under no circumstance should you ride on roads with motor vehicles. The manufacturer recommends riders be 14+ years old. Always follow these safety instructions:



A. People who should not ride the KickScooter include:

   i. Anyone under the influence of alcohol or drugs.

   ii. Anyone who suffers from disease that puts them at risk if they engage in strenuous physical activity.

   iii. Anyone who has problems with balance or with motor skills that would interfere with their ability to maintain balance.

   iv. Anyone whose weight is outside the stated limits (see Specifications).

   v. Pregnant women.

B. Riders under the age of 18 years old should ride under adult supervision.

C. Comply with local laws and regulations when riding this product. Do not ride where prohibited by local laws.

D. To ride safely, you must be able to clearly see what is in front of you and you must be clearly visible to others.

E. Do not ride in the snow, in the rain, or on roads which are wet, muddy, icy, or that are slippery for any reason. Do not ride over obstacles (sand, loose gravel, or sticks). Doing so could result in a loss of balance or traction and could cause a fall.

11. Do not attempt to charge your KickScooter if, the charger, or the power outlet is wet.

12. As with any electronic device, use a surge protector when charging to help protect your KickScooter from damage due to power surges and voltage spikes. Only use the Segway supplied charger. Do not use a charger from any other different product models.

13. Use only Ninebot or Segway approved parts and accessories. Do not modify your KickScooter. Modifications to your KickScooter could interfere with the operation of the KickScooter, could result in serious injury and/or damage, and could void the Limited Warranty.

14. Children should not play with the KickScooter or parts of it nor should cleaning or maintenance be done by children. The use of the machine results in the transmission of vibrations throughout the driver's body.

15. Always place the KickScooter on its stand on a flat and stable surface. The KickScooter must be placed with the stand against the slope to prevent it from tipping over. Never place the KickScooter with the front facing down the slope, as the stand may close and tip the machine. Once the KickScooter is on its stand, check its stability to avoid any risk of falling (by slip, wind or slight jolt). Do not park the KickScooter in a busy area, but rather along a wall. If possible, always choose to park your KickScooter on flat ground.

16. For a better driving experience, it is recommended to conduct a regular maintenance of the product.

17. Please read the user manual before charging the battery.

18. Do not touch the brake system, it could cause injuries.

19. The A-weighted emission sound pressure level is less than 70 dB(A). The mechanical vibrations transmitted by the KickScooter are less than 2,5 $m/s^2$.

# 2 Packing List

## Assembled KickScooter



## User Materials

USER MANUAL

QUICK START

LIMITED WARRANTY

## Accessories

Hex Wrench



Valve Stem Extension



M5 Flathead Screw x 6



Battery Charger



When unpacking your KickScooter, please verify that the above items are included in the package. If you are missing any components, please contact your dealer/distributor or nearest service center (see Contact in the user manual). After verifying that all components are present and in good condition, you can assemble your new KickScooter.

Please retain the box and packaging materials in case you need to ship your KickScooter in the future.

Remember to power off your KickScooter and unplug the charge cable before assembling, mounting accessories, or cleaning the mainframe.



# 3 Diagram




## Dashboard & Power Button




Speedometer: Display the current speed of the KickScooter, as well as to display error codes.

Modes: Three modes available. "ECO" for Energy saving mode (smooth acceleration, suitable for beginners), "D" for Standard mode and "S" for Sport mode (powerful, only recommended for skilled riders).

Pedestrian mode: Makes pushing the KickScooter easier.

Bluetooth: The icon indicates that the KickScooter has been successfully connected to the mobile device.

Error: The wrench icon indicates that the KickScooter has detected an error.

Battery Level: The battery power is indicated by 5 bars, each representing approximately 20% of a full battery.

Power Button: Press the button to turn the KickScooter on; and press and hold the button for 3 seconds to turn the KickScooter off. When the KickScooter is on, press the button to turn the headlight on/off, and double press to switch between modes.

## 4 Assembling Your KickScooter

1. Unfold the handlebar stem and fasten it. Then unfold the kickstand to support the KickScooter.




2. Firmly connect the wires inside the handle and the stem. Slide the handle onto the stem. Be aware of the correct orientation.




3. Install six screws (two on each side) with the included hex wrench.




4. Verify that your KickScooter can be powered on and off.




## 5 First Ride

⚠ There are safety risks when learning to ride the KickScooter. You must read the Riding Safety via the App before your first ride.

For your safety, your new KickScooter is not activated and will beep occasionally after Power ON.

Until activated, the KickScooter maintains very low riding speed, and cannot be ridden with full function. Install the App on your mobile device (with Bluetooth 4.1 or above), connect to the KickScooter with Bluetooth, and follow the App instructions to activate your KickScooter and enjoy the full performance.

Segway-Ninebot App

Scan the QR code to download the App.

1. Install the App and register/login.



2. Power on the KickScooter. A blinking Bluetooth icon indicates the KickScooter is waiting for a connection.




3. Click "Vehicle"→"Search vehicle" to connect to your KickScooter.
The KickScooter will beep when the connection is successful. The Bluetooth icon will stop blinking and remain illuminated.



4. Follow the App instructions to active the KickScooter and learn how to ride safely.
You can now start to use your KickScooter, check the status with App, and interact with other users. Have fun!

# 6 Charging




## Charging step tips



Open the charge port cover.



Insert the charge plug.



Close the charge port cover when finished.

⚠ WARNING

Do not charge if the charge port or charge cable is wet.
Do not charge or use your battery if it is damaged or see trace of water.
Close the charge port cover when not charging.

Your KickScooter is fully charged when the LED on the charger changes from red (charging) to green (trickle charge).

# 7 Learning to Ride



Wear an approved helmet and other protective gear to minimize any possible injury.




1. Power on the KickScooter and check the power level indicator. Charge the KickScooter if the battery level is low.





2. Stand on the footrest with one foot and push off with another foot to start gliding.



3. Put your other foot on the footrest to keep both feet stable. Press the throttle on the right hand to speed up when you are balanced. Note, for your safety, the motor will not engage until the KickScooter reaches 3.1 mph (5 km/h).



4. Slow down by releasing the throttle; and brake by squeezing the brake lever.



5. To turn, shift your body and turn the handle slightly.

⚠ WARNING

When hard braking, you risk serious injury due to loss of traction and falls.
Maintain a moderate speed and look out for potential hazards.

# 8 Warnings

⚠ WARNING
Failure to follow these instructions could lead to serious injury.



DO NOT ride the KickScooter in the rain. DO NOT get wet.



Keep your speed between 5-10 km/h when you ride through speed bumps, elevator door stills, bumpy roads or other uneven surfaces. Slightly bend your knee to better adjust mentioned surfaces.



Watch your head when passing through doorways.



Do not keep your feet on the rear fender.



DO NOT press the throttle when walking with the KickScooter.



Avoid contacting obstacles with the tire/wheel.



DO NOT carry heavy objects on the handlebar.



DO NOT ride the KickScooter with only one foot.



DO NOT ride on public roads, motorways, or highways.



DO NOT rotate the handle violently while driving at high speed.



Do not ride through puddles or any other (water) obstacles. In such a case please lower your speed and bypass the obstacle.



The KickScooter is for one rider only. Do not carry any passengers. Do not carry a child. Do not ride when pregnant.





DO NOT touch the hub motor after riding because it can get hot.



DO NOT take your hands off the handlebar while riding. Do not ride with one hand only.



DO NOT ride up and down stairs or jump over obstacles.



Do not use mobile phone or wear earphones when operating the KickScooter.

⚠ WARNING

Always keep both hands on the handlebar or you risk serious injury due to loss of balance and falls.

# 9 Folding and Carrying




### Folding

Turn off your KickScooter. Turn the safety hook counterclockwise and open the quick release lever.

Align the snap hook and the buckle and hook them.

### Unfolding

Disengage the snap hook from the buckle. Fold the handlebar stem up, close the quick release lever and turn the safety hook clockwise.

### Carrying



When your KickScooter is folded up, lift it by the stem to carry.



# 10 Maintenance

### Cleaning and Storage

Use a soft, wet cloth to wipe the mainframe clean. Dirt hard to remove can be scrubbed with a toothbrush and toothpaste, then cleaned with a soft, wet cloth.

### NOTE

Do not wash your KickScooter with alcohol, gasoline, acetone, or other corrosive/volatile solvents. These substances may damage the appearance and internal structure of your KickScooter. Do not wash your KickScooter with a power washer or hose.

### ⚠ WARNING

Make sure the KickScooter is powered OFF, the charge cable is unplugged, and the rubber cap on the charge port is tightly sealed before cleaning; otherwise you may damage the electronic components.

Store your KickScooter in a cool, dry place. Do not store it outdoors for extended periods of time. Exposure to sunlight and temperature extremes (both hot and cold) will accelerate the aging process of the plastic components and may reduce battery life.

### Tire

Inflate tires to 32–37 psi. Inflate both tires equally.

Tires supplied with the product are to be mounted on the wheel by a professional repairer. Removing the wheels is complicated and incorrect assembly can lead to instability and malfunctions:

– Please contact an authorized repairer if the product is still under manufacturer guarantee. You can ask for the list of the authorized repairers to the customer service available at www.segway.com.

– If the product is no longer under guaranteed you can contact any specialized repairer of your choice.

– Should you have questions, you can contact customer service available at www.segway.com.

### Maintenance and removal of the battery

Do not remove the battery. Removing the battery is complicated and can alter the operation of the machine: You can contact an authorized repairer if the product is still guaranteed. If the product is not guaranteed you can contact any specialized repairer of your choice. You can ask for the list of the authorized repairers to the customer service available at www.segway.com. For any further question, you can contact the customer service available at www.segway.com.

Do not store or charge the battery at temperatures outside the stated limits (see Specifications). Do not puncture the battery. Refer to your local laws and regulations regarding battery recycling and/or disposal.

A well maintained battery can perform well even after many miles of riding. Charge the battery after each ride and avoid

draining the battery completely. When used at room temperature (70°F [22°C]) the battery range and performance is at its best; whereas using it at temperatures below 32°F (0°C) can decrease range and performance. Typically, at -4°F (-20°C) range can be half that of the same battery at 70°F (22°C). Battery range will recover when temperature rises. More details are available in the App.

NOTE

Typically, a fully charged battery should retain power for 120-180 days. A low-power battery should retain power for 30–60 days. Remember to charge the battery after each use. Completely draining the battery may cause permanent damage to the battery. Electronics inside the battery record the charge-discharge condition of the battery; damage caused by over-charging or under-charging will not be covered by the Limited Warranty.

⚠ WARNING

Do not attempt to disassemble the battery. Do not touch battery contacts. Do not dismantle or puncture the casing. Keep the battery contacts away from metal objects to prevent short circuit. Risk of fire and electric shock. No user serviceable parts. Do not charge or use your battery if it is damaged or see trace of water.

⚠ WARNING

Do not ride when the ambient temperature is outside the machine operation temperature (see Specifications) because low/high temperature will limit the maximum power/torque. Doing so could cause personal injury or property damage due to slips or falls.

Others

The external flexible cable of this transformer cannot be replaced; if the cord is damaged, the transformer must be discarded and replaced by a new one. Should you have questions, you can contact customer service available at www.segway.com.

In case of accident or breakdown: Please contact an authorized repairer if the product is still under guarantee. If not, you can contact any specialized repairer of your choice. You can ask for the list of the authorized repairers to the customer service available at www.segway.com. For any question, please contact customer service available at www.segway.com.

Efforts have been made to simplify wording in the user manual for users. Where an action appears too complicated for a user, he is advised to contact an authorized or a specialized repairer or customer service.



# 11 Specifications

| | Item | G30LP |
|---|---|---|
| Dimensions | Unfold: Length x Width x Height | Approx. 43.7 × 18.6 × 45.1 in (1109 × 472 × 1146 mm) |
| | Fold: Length x Width x Height | Approx. 43.7 × 18.6 × 21.0 in (1109 × 472 × 534 mm) |
| Weight | Net | Approx. 38.6 lbs (17.5 kg) |
| Rider | Payload | 66.1–220.5 lbs (30.0–100.0 kg) |
| | Recommended Age | 14+ years |
| | Required Height | 3'11"–6'6" (120–200 cm) |
| Machine Parameters | Max. Speed | Approx. 18.6 mph (30 km/h) |
| | Typical Range [1] | Approx. 24.9 miles (40 km) |
| | Max. Slope | Approx. 20% |
| | Traversable Terrain | asphalt/flat pavement; obstacles < 0.4 in (1 cm); gaps < 1.2 in (3 cm) |
| | Operating Temperature | 14–104°F (-10–40°C) |
| | Storage Temperature | -4–122°F (-20–50°C) |
| | IP Rating | IPX5 |
| | Duration of Charging | Approx. 6.5 h |
| Battery | Nominal Voltage | 36 V ⎓ |
| | Max. Charging Voltage | 42 V ⎓ |
| | Nominal Energy | 367 Wh |
| | Nominal Capacity | 10200 mAh |
| | Battery Management System | Over-heating, short circuit, over-current and over-charge protection |
| Motor | Max. Power | 700 W (0.7 kW) |
| | Nominal Power | 350 W (0.35 kW) |
| Charger | Output Power | 71 W (0.071 kW) |
| | Input Voltage | 100–240 V ~ |
| | Output Voltage | 42 V ⎓ |
| | Output Current | 1.7 A |
| Features | Brake Light | LED rear light |
| | Riding Modes | Energy Saving mode, Standard mode and Sport mode |
| Tire | Tires | Tubeless tire, Material: Natural carbon-black synthetic rubber, 60/70-6.5, Straight nozzle |

[1] Typical Range: tested while riding under full power, 165.3 lbs (75.0 kg) load, 77°F (25°C), 60% of max. speed on average on pavement.
* Some of the factors that affect range include: speed, number of starts and stops, ambient temperature, etc.

# 12 Certifications

This product is certified to ANSI/CAN/UL-2272 by TUV Rheinland.
The battery complies with UN/DOT 38.3.
The battery complies with ANSI/UL 2271.

### Federal Communications Commission (FCC) Compliance Statement for USA

This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

NOTE
This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
— Reorient or relocate the receiving antenna.
— Increase the separation between the equipment and receiver.
— Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
— Consult the dealer or an experienced radio/TV technician for help.

This equipment complies with FCC radiation exposure limits set forth for an uncontrolled environment.

### Industry Canada (IC) Compliance Statement for Canada

This device complies with Industry Canada license-exempt RSS standard (s). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference, including interference that may cause undesired operation of the device.

CAN ICES-3 (B)/NMB-3(B)

“Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence. L'exploitation est autorisée aux deux conditions suivantes : (1) l'appareil ne doit pas produire de brouillage, et (2) l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement."

Neither Segway Inc. nor Ninebot is responsible for any changes or modifications not expressly approved by Segway Inc. or Ninebot. Such modifications could void the user's authority to operate the equipment.

FCC ID: 2ALS8-KS0004
IC: 22636-KS0004



# 13 Trademark and Legal Statement

Ninebot is the registered trademark of Ninebot (Tianjin) Tech. Co., Ltd; Segway and the Rider Design are the registered trademarks of Segway Inc.; Android, Google Play are trademarks of Google Inc., App Store is a service mark of Apple Inc., The respective owners reserve the rights of their trademarks referred to in this manual.

The KickScooter is covered by relevant patents. For patent information go to http://www.segway.com.

We have attempted to include descriptions and instructions for all the functions of the KickScooter at the time of printing. However, due to constant improvement of product features and changes of design, your KickScooter may differ slightly from the one shown in this document. Visit the Apple App Store (iOS) or the Google Play Store (Android) to download and install the App.

Please note that there are multiple Segway and Ninebot models with different functions, and some of the functions mentioned herein may not be applicable to your unit. The manufacturer reserves the right to change the design and functionality of the KickScooter product and documentation without prior notice.

© 2020 Ninebot (Beijing) Tech Co. Ltd. All rights reserved.

# 14 Contact

Contact us if you experience issues relating to riding, maintenance and safety, or errors/faults with your KickScooter.

Americas:
Segway Inc.
Toll Free: 1-866-473-4929
Fax: 1-603-222-6001
Technical Support Email: technicalsupport@segway.com
Website: www.segway.com

Have your KickScooter serial number on hand when contacting Segway.
You can find your serial number on the underside of your KickScooter or in the App under More Settings –> Basic Information.

G30LP

# Ninebot KickScooter MAX

# Manuel utilisateur

POWERED BY SEGWAY

The manufacturer reserves the right to make changes to the product, release firmware updates, and update this manual at any time. Visit www.segway.com or check the App to download the latest user materials. You must install the App, activate your KickScooter, and obtain the latest updates and safety instructions.

www.segway.com

ninebot®

## Sommaire

1 Sécurité ---------- 02
2 Liste d'emballage ---------- 04
3 Diagramme ---------- 05
4 Assemblage de votre KickScooter ---------- 06
5 Première utilisation ---------- 07
6 Charge ---------- 08
7 Apprendre à conduire ---------- 08
8 Avertissements ---------- 10
9 Repliement et transport ---------- 14
10 Entretien ---------- 15
11 Spécifications ---------- 17
12 Certifications ---------- 18
13 Marque commerciale et déclaration juridique ---------- 19
14 Contact ---------- 20

Traduction des instructions originales

## Nous vous remercions d'avoir choisi le Ninebot KickScooter Max!

Nous vous remercions d'avoir choisi le Ninebot KickScooter Max (ci-après dénommé KickScooter) !

Votre KickScooter est un dispositif de transport élégant avec une application mobile vous permettant de vous connecter à d'autres conducteurs.

Savourez le trajet et connectez-vous à des conducteurs à travers le monde!



* La photo est pour référence seulement. Veuillez vous référer au produit réel pour plus de détails.

# 1 Sécurité

1. Le KickScooter est un dispositif de transport conçu pour la récréation. En maîtriser la conduite demande de l'entraînement. Ninebot Inc. et Segway Inc. déclinent toute responsabilité en cas de blessure ou dommage causé par le manque d'expérience d'un conducteur ou par le non-respect des instructions contenues dans ce document.
2. Veuillez noter qu'il est possible de réduire les risques en suivant l'ensemble des instructions et avertissements contenus dans ce manuel, mais qu'il n'est pas possible d'éliminer tous les risques. Rappelez-vous que lorsque vous utilisez le KickScooter, vous vous exposez à un risque de blessure en cas de perte de contrôle, collision ou chute. Lorsque vous pénétrez des espaces publics, conformez-vous toujours aux lois et règlements applicables. Comme pour les autres véhicules, la distance nécessaire au freinage augmente avec la vitesse. Un freinage brusque sur des surfaces à faible adhérence peut entraîner un patinage des roues ou une chute. Soyez prudents et conservez toujours une distance suffisante entre vous et les autres personnes ou véhicules lorsque vous conduisez. Soyez attentifs et ralentissez lorsque vous pénétrez des lieux qui ne vous sont pas familiers.
3. Portez toujours un casque lorsque vous conduisez. Utilisez un casque homologué pour vélo ou skateboard, de taille adaptée, avec la mentonnière en place, protégeant l'arrière de votre tête.
4. Ne réalisez pas votre premier essai dans un lieu où vous pourriez rencontrer des enfants, des piétons, des animaux de compagnie, des véhicules, des cyclistes ou d'autres obstacles et dangers potentiels.
5. Respectez les piétons en leur laissant toujours la priorité. Doublez à gauche si possible. Lorsque vous approchez un piéton de l'avant, restez à droite et ralentissez. Évitez de surprendre les piétons. Lorsque vous approchez par derrière, annoncez-vous et ralentissez de sorte à atteindre une vitesse de marche pour doubler. Dans les autres situations, veuillez respecter les lois et règlements concernant la circulation routière.
6. Dans les lieux où les lois ne s'appliquent pas, respectez les consignes de sécurité présentées dans ce manuel. Ninebot Inc. et Segway Inc. déclinent toute responsabilité en cas de dommages matériels, dommages corporels / décès, accidents ou litiges juridiques résultant de violations des consignes de sécurité.
7. Ne permettez à personne d'utiliser votre KickScooter seul à moins qu'il ou elle n'est lu attentivement ce manuel et suivi le Sécurité dans la conduite dans l'application. La sécurité des nouveaux utilisateurs relève de votre responsabilité. Aidez les nouveaux utilisateurs jusqu'à ce qu'ils soient à l'aise avec le maniement de base du KickScooter. Assurez-vous que chaque nouvel utilisateur porte un casque et d'autres équipements de protection.
8. Avant chaque utilisation, assurez-vous qu'il n'y ait pas fixations desserrées et de composants endommagés. Si le KickScooter produit des bruits anormaux ou émet une alarme, cessez immédiatement l'utilisation. Effectuez un diagnostic de votre KickScooter via l'application Segway-Ninebot et appelez votre revendeur-/-distributeur pour la réparation.
9. Soyez attentifs ! Regardez au loin et devant votre KickScooter: vos yeux sont votre meilleur outil sécurité pour éviter les obstacles et les surfaces à faible traction (y compris, mais sans s'y limiter, les sols mouillés, le sable, le gravier et le verglas).
10. Pour réduire le risque de blessure, vous devez lire et suivre tous les avis « ATTENTION » et « AVERTISSEMENT » dans ce document. Ne conduisez pas à une vitesse dangereuse. Vous ne devez conduire en aucune circonstance sur la route avec des véhicules motorisés. L'âge recommandé par le fabricant est de 14+ ans. Suivez toujours les consignes de sécurité :



A. Les personnes devant s'abstenir de conduire le KickScooter incluent :
   i. Toute personne se trouvant sous l'emprise de l'alcool ou de drogues.
   ii. Toute personne souffrant d'une maladie qui la met en danger lorsqu'elle pratique une activité physique intense.
   iii. Toute personne ayant des problèmes d'équilibre ou d'habileté motrice pouvant lui faire perdre l'équilibre.
   iv. Toute personne dont le poids est en dehors des limites indiquées (voir Spécifications).
   v. Les femmes enceintes.

B. Les conducteurs de moins de 18 ans doivent être supervisés par un adulte.

C. Conformez-vous aux lois et règlements applicables lorsque vous utilisez ce produit. Ne conduisez pas sur des sites interdits par les lois applicables.

D. Pour conduire de manière sûre, vous devez être en mesure de voir clairement ce qui se trouve devant vous et vous devez être clairement visible pour les autres.

E. Ne conduisez pas dans la neige ou sous la pluie ou sur des chaussées mouillées, boueuses, glacées ou glissantes, pour quelque raison que ce soit. Ne conduisez pas sur des obstacles (sable, gravier ou bouts de bois). Cela pourrait causer une perte d'équilibre ou de traction pouvant entraîner une chute.

11. N'essayez pas de charger votre KickScooter si ce dernier, le chargeur ou la prise de courant est mouillé(e).
12. Comme pour tout appareil électronique, utilisez un dispositif antisurtension lors de la charge pour protéger votre KickScooter de tout dommage dû aux pics d'intensité et pointes de tension. Utilisez uniquement le chargeur fourni par Segway. N'utilisez pas de chargeur conçu pour un modèle différent.
13. Utilisez uniquement des pièces et accessoires homologué(e)s par Ninebot ou Segway. Ne modifiez pas votre KickScooter. Le fait d'apporter des modifications à votre KickScooter peut nuire au bon fonctionnement du KickScooter, peut entraîner des blessures et / ou dommages graves et peut entraîner la révocation de la Garantie limitée.
14. Les enfants ne peuvent jouer avec la trottinette ou des parties de celle-ci. Le nettoyage ou l'entretien ne peut être effectué par des enfants. L'utilisation de la machine entraîne la transmission de vibrations dans l'ensemble du corps du conducteur.
15. Placez toujours la trottinette sur sa béquille sur une surface plane et stable. La trottinette doit être placée avec la béquille à contre-pente afin d'éviter tout basculement. Ne placez jamais la trottinette avec l'avant face à la pente, la béquille pourrait se refermer et faire basculer la machine. Une fois la trottinette sur sa béquille, vérifiez sa stabilité afin d'éviter tout risque de chute (par glissement, vent ou léger à-coup). Ne stationnez pas la trottinette dans un endroit passant mais privilégiez plutôt le long d'un mur. Dans la mesure du possible, choisissez toujours de stationner sa trottinette sur un sol plat.
16. Pour une meilleure expérience de conduite, il est conseillé d'effectuer l'entretien régulier du produit.
17. Veuillez lire le manuel d'utilisation avant de charger la batterie.
18. Ne touchez pas au système de freinage, cela peut entraîner des blessures.
19. Le niveau de pression acoustique d'émission pondéré A est inférieur à 70 dB (A). Les vibrations mécaniques transmises par le KickScooter sont inférieures à 2,5 $m/s^2$.

# 2 Liste d'emballage

## KickScooter assemblé



## Contenus utilisateur

| MANUEL UTILISATEUR | DÉMARRAGE RAPIDE | GARANTIE LIMITÉE |
|---|---|---|

## Accessoires

Clé hexagonale 3mm



Extension tige de soupape



Vis M5 Flathead x 6



Chargeur de batterie



Lorsque vous déballez votre KickScooter pour la première fois, veuillez vérifier que les articles ci-dessus sont inclus dans l'emballage.  S'il vous manque des composants, veuillez contacter votre revendeur / distributeur ou le centre de service le plus proche (voir la section Contacts du manuel utilisateur).  Après avoir vérifié que tous les composants sont présents et en bon état, vous pouvez assembler votre nouveau KickScooter.

Veuillez conserver la boîte et l'emballage au cas où vous auriez besoin de faire expédier votre KickScooter à l'avenir.

Rappelez-vous d'éteindre votre KickScooter et de débrancher le câble du chargeur avant l'assemblage, le montage des accessoires ou le nettoyage de la pièce centrale.



# 3 Diagramme




## Tableau de bord et Bouton marche




Compteur de vitesse: Indique la vitesse actuelle. Affiche également les codes d'erreur lorsque des problèmes sont détectés.

Modes: Trois modes disponibles. "ECO" pour le mode économie d'énergie (accélération douce, convient aux débutants), "D" pour le mode Standard et "S" pour le mode Sport (puissant, recommandé uniquement aux pilotes expérimentés).

Mode piéton: Facilite la poussée du KickScooter.

Bluetooth: L'icône indique que le KickScooter a été connecté avec succès à l'appareil mobile.

Erreur: L'icône de la clé indique que le KickScooter a détecté une erreur.

Niveau de puissance: Indique le niveau de batterie restant avec 5 barres. Chaque barre correspond approximativement à un niveau de puissance de 20%.

Bouton marche: Appuyez brièvement pour allumer. Appuyez sur le bouton pendant 3 secondes pour éteindre le KickScooter. Lorsque l'appareil est allumé, cliquez une fois pour allumer / éteindre le phare avant. Double-cliquez pour modifier le mode de puissance.

# 4 Assemblage de votre KickScooter

1. Dépliez la potence et fixez-la. Dépliez ensuite la béquille pour soutenir le KickScooter.



2. Connectez fermement les câbles à l'intérieur du manche et du tronc. Faites glisser le manche dans le tronc. Assurez-vous de l'orienter correctement.




3. Installez six vis (deux de chaque côté) avec la clé hexagonale incluse.



4. Vérifiez que votre KickScooter peut être allumé et éteint.





# 5 Première utilisation

⚠ Le fait d'apprendre à utiliser le KickScooter pose des risques de sécurité. Lisez les Sécurité dans la conduite dans l'application avant votre première utilisation.

Pour votre sécurité, votre KickScooter n'est pas activé et il émettra occasionnellement un son après l'avoir mis sur ON.

Tant qu'il n'est pas activé, le KickScooter conserve une vitesse de marche très faible et ses pleines fonctionnalités ne peuvent pas être utilisées. Installez l'application sur votre appareil mobile (avec Bluetooth 4.1 ou ultérieur), connectez-le au KickScooter par Bluetooth, et suivez les instructions de l'application pour activer votre KickScooter pour bénéficier de la pleine performance.

Scannez le code QR pour télécharger l'application.

Segway-Ninebot App

1. Installez l'application et inscrivez-vous ou identifiez-vous.



2. Allumez le KickScooter. Une icône Bluetooth clignotante indique que le KickScooter est en attente de connexion.




3. Cliquez sur « Rechercher un véhicule » pour vous connecter à votre KickScooter. Le KickScooter émet un son lorsque la connexion est réussie. L'icône Bluetooth arrête de clignoter et reste illuminée.



4. Suivez les instructions de l'application pour activer le KickScooter et apprenez comment le manier avec prudence.
Vous pouvez maintenant commencer à utiliser votre KickScooter, vérifiez le statut dans l'application et interagissez avec les autres utilisateurs. Amusez-vous bien !

## 6 Charge




conseils pour l'étape de charge



Ouvrez le cache du port de charge.



Insérez la prise du chargeur.



Fermez le cache du port de charge lorsque vous avez terminé.

⚠ AVERTISSEMENT

Ne connectez pas le chargeur si le port de charge ou le câble du chargeur est mouillé.
Ne chargez pas et n'utilisez pas votre batterie si elle est endommagée ou si vous voyez des traces d'eau.
Fermez le couvercle du port de charge lorsque vous ne chargez pas.

Votre KickScooter est entièrement chargé lorsque la DEL sur le chargeur passe du rouge (chargement en cours) au vert (charge de maintien).

## 7 Apprendre à conduire



Portez un casque homologué et d'autres équipements de protection pour minimiser toute blessure possible.




1. Allumez le KickScooter et vérifiez le témoin d'indication du niveau de puissance. Chargez le KickScooter si le niveau de batterie est faible.





2. Tenez-vous sur l'appui-pieds avec un pied et poussez avec votre autre pied pour commencer à glisser.



3. Placez votre autre pied sur l'appui-pieds pour assurer la stabilité des deux pieds. Appuyez sur l'accélérateur de la main droite pour accélérer lorsque vous avez trouvé votre équilibre.
Remarque : pour assurer votre sécurité, le moteur ne s'embrayera pas jusqu'à ce que le KickScooter atteigne la vitesse 3.1mph (5 km/h).



4. Ralentissez en lâchant l'accélérateur, et freinez en appuyant sur le levier de frein.



5. Pour tourner, déplacez le poids de votre corps et tournez doucement le manche.

⚠ AVERTISSEMENT

Un freinage rapide peut poser un risque de blessures sérieuses dues à une perte de traction et une chute. Conservez une vitesse modérée et faites attentions aux dangers potentiels.

# 8 Avertissements

⚠ AVERTISSEMENT
Le fait de ne pas suivre ces instructions peut entraîner des blessures graves.



Ne conduisez PAS le KickScooter sous la pluie. Ne vous mouillez pas.



Maintenez votre vitesse entre 5 et 10 km/h lorsque vous roulez sur les dos d'âne, les seuils de portes d'ascenseur, les routes défoncées ou autre surfaces irrégulières. Fléchissez légèrement le genou pour une meilleure adaptation à ces surfaces.



Faites attention à votre tête lorsque vous passez sous une porte.



Ne laissez pas vos pieds sur l'aile arrière.





N'appuyez PAS sur l'accélérateur lorsque vous marchez avec le KickScooter.



Évitez tout contact entre le pneu / la roue et des obstacles.



Ne posez PAS d'objets lourds sur le guidon.



Ne conduisez PAS le KickScooter avec un seul pied.



Ne conduisez PAS sur des voies publiques ou des autoroutes.



Ne tournez PAS le manche de manière violente lorsque vous conduisez à haute vitesse.



Ne roulez pas dans les flaques d'eau ou les autres obstacles (formés par l'eau). Dans de tels cas, veuillez ralentir et contourner l'obstacle.



Le KickScooter est conçu pour un utilisateur seul. Ne conduisez pas à deux et ne prenez pas de passagers. Ne portez pas d'enfant. Ne conduisez pas lorsque vous êtes enceinte.





Ne touchez PAS le moteur du moyeu après avoir utilisé le KickScooter car il peut être chaud.



Ne levez PAS vos mains du guidon lorsque vous conduisez. Ne conduisez pas d'une seule main.



Ne conduisez PAS sur des marches d'escalier et ne sautez PAS au-dessus d'obstacles.



N'utilisez pas de téléphone portable ni d'écouteurs lors de l'utilisation du KickScooter.

⚠ AVERTISSEMENT

Conservez toujours vos deux mains sur le guidon ou vous vous exposerez à un risque de blessures sérieuses dues à une perte de traction et une chute.

# 9 Repliement et transport




### Repliement

Éteignez votre KickScooter. Tournez le crochet de sécurité dans le sens antihoraire et ouvrez le levier de déblocage rapide.

Alignez le mousqueton et la boucle et accrochez-les.

### Dépliage

Dégagez le mousqueton de la boucle. Relevez la potence vers le haut, fermez le levier de déblocage rapide et tournez le crochet de sécurité dans le sens des aiguilles d'une montre.



### Transport

Une fois votre KickScooter replié, soulevez-le simplement par le tronc pour le transporter.



# 10 Entretien

### Nettoyage et rangement

Utilisez un chiffon doux et humide pour nettoyer le cadre central. La saleté difficile à enlever peut être brossée avec une brosse à dent et du dentifrice, puis essuyée avec un chiffon doux et humide. Les rayures sur les pièces en plastiques peuvent être polies avec du papier de verre à grain fin.

### REMARQUE

Ne nettoyez pas votre KickScooter avec de l'alcool, de l'essence, de l'acétone ou d'autres solvants corrosifs / volatiles. Ces substances peuvent endommager l'apparence et la structure interne de votre KickScooter. Ne nettoyez pas votre KickScooter avec une laveuse à pression ou un jet d'eau.

### ⚠ AVERTISSEMENT

Assurez-vous que le KickScooter soit sur OFF, que le câble de chargement soit débranché et que le capuchon en caoutchouc sur le port de charge soit hermétiquement fermé avant le nettoyage ; vous risquez sinon d'endommager les composants électroniques.

Rangez votre KickScooter dans un lieu frais et sec. Ne le rangez pas dehors pour des périodes étendues. L'exposition à la lumière du soleil et des températures extrêmes (chaudes comme froides) accélère le processus de vieillissement des composants plastiques et peut réduire la durée de vie de la batterie.

### Pneus

Gonflez les pneus à 32–37 psi. Gonflez les deux pneus de la même manière.

Le démontage des roues étant complexe, un montage inapproprié pourrait causer l'instabilité et le dysfonctionnement de l'équipement:

– Veuillez contacter un centre de dépannage agréé  si le produit est encore sous garantie accordée par le fabricant. Vous pouvez demander la liste des réparateurs agréés au service client accessible via le lien suivant: www.segway.com.

– Si le produit n'est plus sous garantie, vous pouvez contacter un centre de dépannage spécialisé de votre choix.

– Si vous avez des questions, vous pouvez contacter le service clientèle via le lien suivant: www.segway.com..

### Entretien et retrait de la batterie

Ne retirez pas la batterie. Le retrait de la batterie constitue une opération difficile susceptible de porter atteinte au bon fonctionnement de l'équipement: vous pouvez contacter un centre de dépannage agréé si le produit est encore sous garantie. Vous pouvez demander la liste des réparateurs agréés au service client accessible via le lien suivant: www.segway.com. Si le produit n'est plus sous garantie, vous pouvez contacter un centre de dépannage spécialisé de votre choix. Pour en savoir plus, vous pouvez contacter le service clientèle via le lien suivant: www.segway.com.

Ne rangez pas le KickScooter ou ne chargez pas la batterie à des températures se trouvant en dehors des limites

indiquées (voir Spécifications). Ne perforez pas la batterie. Référez-vous aux lois et règlements en vigueur en ce qui concerne le recyclage et/ou la mise au rebut.

Une batterie bien entretenue produire de bonnes performances même après des kilomètres de conduite. Chargez la batterie après chaque utilisation et évitez de vider complètement la batterie. L'utilisation du KickScooter à température ambiante (22 °C), mènera à une autonomie et performance de la batterie optimales ; alors que son utilisation à des températures inférieures à 0 °C diminuera l'autonomie et la performance. En général, à -20 °C l'autonomie sera réduite de moitié par rapport à 22°C. L'autonomie de la batterie reviendra si la température augmente. Plus de détails sont disponibles dans l'application.

REMARQUE

En général, une batterie pleinement chargée devrait conserver la charge de 120 à 180 jours en mode Standby. Une batterie à faible puissance devrait conserver la charge de 30 à 60 jours en mode Standby. Rappelez-vous de charger la batterie après chaque utilisation. La batterie pourrait subir des dommages permanents si elle est complètement déchargée. Les composants électroniques à l'intérieur de la batterie enregistrent la condition de charge de la batterie ; les dommages résultants d'une surcharge ou décharge excessive ne sont pas couverts par la Garantie limitée.

⚠ AVERTISSEMENT

Ne tentez pas de démonter la batterie. Ne touchez pas les contacts de la batterie. Ne démontez pas et ne percez pas le boîtier. Gardez les contacts de la batterie à l'écart d'objets métalliques pour éviter les courts-circuits. Risque d'incendie et choc électrique. Pas de pièces changeables par l'utilisateur. Ne chargez pas et n'utilisez pas votre batterie si elle est endommagée ou si vous voyez des traces d'eau.

⚠ AVERTISSEMENT

Ne conduisez pas lorsque la température est en-dehors de températures de fonctionnement de l' appareil (voir spécifications) car une température basse/élevée limitera la puissance/le couple maximum. Cela pourrait engendrer des blessures ou des dommages matériels à cause de glissades ou de chutes.

Autres

Le câble flexible externe de ce transformateur ne peut pas être remplacé; si le cordon est endommagé, jetez le transformateur et remplacez-le par un neuf. En cas de questions, contactez le service clientèle via le lien suivant: www.segway.com.

Contactez un centre de dépannage agréé si le produit est encore sous garantie. Vous pouvez demander la liste des réparateurs agréés au service client accessible via le lien suivant: www.segway.com. A défaut, vous pouvez contacter un centre de dépannage spécialisé de votre choix. Pour en savoir plus, vous pouvez contacter le service clientèle via le lien suivant: www.segway.com.

Des efforts ont été faits pour simplifier la rédaction du Manuel d'utilisation pour les utilisateurs. Lorsqu'une action semble complexe pour l'utilisateur, il est conseillé de contacter un réparateur agréé ou spécialisé ou le service client.



# 11 Spécifications

| | Article | G30LP |
|---|---|---|
| Dimensions | Déplié : Longueur x Largeur x Hauteur | Env. 43.7 × 18.6 × 45.1 in (1109 × 472 × 1146 mm) |
| | Replié : Longueur x Largeur x Hauteur | Env. 43.7 × 18.6 × 21.0 in (1109 × 472 × 534 mm) |
| Poids | Net | Env. 38.6 lbs (17.5 kg) |
| Utilisateur | Charge utile | 66.1–220.5 livers (30.0–100.0 kg) |
| | Âge recommandé | 14+ ans |
| | Taille requise | 3'11"–6'6" (120–200 cm) |
| Paramètre s de l'appareil | Vitesse maximale | Env. 18.6 mph (30 km/h) |
| | Autonomie typique [1] | Env. 24.9 miles (40 km) |
| | Inclinaison max. | Env. 20% |
| | Terrain praticable | asphalte/chaussée plate; obstacles < 0.4 in (1 cm); trous < 1.2 in (3 cm) |
| | Température d'opération | 14–104°F (-10–40°C) |
| | Température d'entreposage | -4–122°F (-20–50°C) |
| | Indice IP | IPX5 |
| | Durée de chargement | Env. 6.5 h |
| Batterie | Tension nominale | 36 V ⎓ |
| | Max. Tension de charge | 42 V ⎓ |
| | Énergie nominale | 367 Wh |
| | Capacité nominale | 10200 mAh |
| | Système de gestion de la batterie | Surchauffe, court-circuit, surintensité et protection de surintensité |
| Moteurs | Max. Puissance | 700 W (0.7 kW) |
| | Puissance nominale | 350 W (0.35 kW) |
| Chargeur | Puissance de sortie | 71 W (0.071 kW) |
| | Tension d'entrée | 100–240 V ~ |
| | Tension de sortie | 42 V ⎓ |
| | Courant de sortie | 1.7 A |
| Fonctionnalités | Feu de freinaget | Feu arrière à LED |
| | Modes de conduite | Mode économie d'énergie, mode Standard et mode Sport |
| Pneu | Les pneus | Pneu sans chambre à air, Matériau: Caoutchouc synthétique naturel, noir de carbone, 60 / 70-6.5, Buse droite |

[1] Autonomie typique: Testé en roulant à pleine puissance, charge de 75.0 kg (165.3 lbs), température moyenne de 77°F (25°C), 60% de la vitesse max. en moyenne, sur la chaussée.

* Certains facteurs peuvent affecter l'autonomie comme: la vitesse, le nombre de démarrages et d'arrêts, la température ambiante, etc.

# 12 Certifications

Ce produit est certifié ANSI / CAN / UL-2272 par TUV Rheinland.
La batterie est conformes à la norme UN/DOT 38.3.
La batterie est conformes à la norme ANSI/UL 2271.

Déclaration de conformité « Federal Communications Commission » (FCC) pour les États-Unis

Cet appareil est conforme à la partie 15 des directives FCC. L'opération de l'équipement est soumise aux deux conditions suivantes : (1) Cet appareil ne doit pas être source d'interférences nuisibles, et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences susceptibles d'entraîner des effets indésirables pour son opération.

REMARQUE
Cet équipement a été testé et classé dans la catégorie des appareils numériques de classe B en accord avec la partie 15 des directives FCC. Ces limites sont destinées à assurer une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet équipement produit, utilise et peut émettre de l'énergie radioélectrique et, s'il n'est pas installé et utilisé conformément aux instructions, est susceptible de provoquer des interférences nuisibles aux communications radio. Il n'existe toutefois aucune garantie que de telles interférences ne se produiront pas dans une installation particulière. Si cet appareil cause des interférences nuisibles à la réception des signaux de radio ou de télévision, ce qui peut être détecté en mettant l'appareil sous et hors tension, l'utilisateur peut essayer d'éliminer les interférences par l'un des moyens suivants :
—Réorienter ou déplacer l'antenne réceptrice.
—Augmenter la distance séparant l'équipement du récepteur.
—Brancher l'appareil sur un circuit différent de celui du récepteur.
—Demander conseil à un fournisseur ou technicien radio / TV spécialisé.

Cet équipement est conforme aux limites FCC d'exposition aux radiations, avancées ci-après, pour un environnement incontrôlé.

Déclaration de conformité « Industry Canada » (IC) pour le Canada

Cet appareil répond aux exigences des normes RSS non soumises à licence d'Industry Canada. L'opération de l'équipement est soumise aux deux conditions suivantes :(1) Cet appareil ne doit pas être source d'interférences, et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences susceptibles d'entraîner des effets indésirables pour son opération.

CAN ICES-3 (B)/NMB-3(B)

Segway Inc. et Ninebot déclinent toute responsabilité pour tous changements ou toutes modifications n'ayant pas reçu l'approbation explicite de Segway Inc. ou Ninebot. De telles modifications sont susceptibles d'entraîner la révocation de l'autorisation d'utilisation de l'appareil.

FCC ID: 2ALS8-KS0004
IC: 22636-KS0004



# 13 Marque commerciale et déclaration juridique

Ninebot est une marque déposée de Ninebot (Tianjin) Tech. Co., Ltd; Segway et Rider Design sont les marques déposées de Segway Inc.; Android et Google Play sont des marques commerciales de Google Inc.; App Store est une marque de service de Apple Inc. Les propriétaires respectifs se réservent les droits de leurs marques commerciales mentionnées dans ce manuel.

Le KickScooter est couvert par les brevets s'y afférent. Pour obtenir des informations sur les brevets, visitez http://www.segway.com.

Nous avons tenté d' inclure des descriptions et des instructions pour toutes les fonctions du KickScooter au moment de l' impression. Cependant, en raison de l'amélioration constante des fonctionnalités de l'appareil et des modifications de conception, votre KickScooter peut différer légèrement de celui présenté dans ce document. Visitez l' App Store d' Apple (IOS) ou le Google Play Store (Android) pour télécharger et installer l'appli.

Veuillez noter qu'il existe de multiples modèles Segway et Ninebot possédant des fonctionnalités différentes, et certaines des fonctionnalités mentionnées ici peuvent ne pas s'appliquer à votre unité. Le fabricant se réserve le droit de modifier l'apparence et la fonctionnalité du produit et de la documentation KickScooter sans préavis.

© 2020 Ninebot (Beijing) Tech Co. Ltd. Tous droits réservés.

# 14 Contact

Contactez-nous si vous rencontrez des problèmes associés à l'utilisation, l'entretien et la sécurité ou en cas d'erreurs / de fautes en lien avec le KickScooter.

Amériques :
Segway Inc.
14 Technology Drive, Bedford, NH 03110, États-Unis
Numéro ver : 1-866-473-4929
Fax : 1-603-222-6001
Email du support technique : technicalsupport@segway.com
Website : www.segway.com

Assurez-vous de disposer du numéro de série de votre KickScooter lorsque vous contactez Segway.
Vous trouverez ce numéro de série au-dessous de votre KickScooter ou dans l'application, dans le menu Plus de paramètres –> Informations de base.

# Exhibit 6

ninebot® KickScooter MAX

# Manufacturer's Limited Warranty (Americas)

This is the manufacturer's limited warranty ("Limited Warranty") for the Ninebot KickScooter Max ("Product") for consumers in North and South America. This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM COUNTRY TO COUNTRY AND STATE TO STATE.

This sheet and the original purchase receipt for the purchase of your Product are the documents defining the Limited Warranty. Please retain this document and the original purchase receipt to preserve your warranty service.

## Record your Product's Serial Number

Record your Product's Serial Number below. You can find the Serial Number on the exterior of the shipping box, on the bottom of the Product, or in the Segway-Ninebot App, while connected to the Product.

Serial Number Here

## Contacts

Service E-mail: technicalsupport@segway.com

Service Telephone Toll Free: 1-866-473-4929

Visit www.segway.com for the latest contact information.

The Product is manufactured by Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot"), and distributed by Segway Inc. located at 14 Technology Drive, Bedford, NH 03110 ("Segway").

## 1. Limited Warranty Period

This Limited Warranty covers all defects in material and workmanship of the Product arising or occurring as a result of your normal and ordinary use of the Product. In the event a defect covered by this Limited Warranty occurs, Segway will repair or replace your Product in accordance with the terms of this Limited Warranty. The applicable period for the Limited Warranty begins from the later of either: (i) the original purchase date of the Product from an authorized Segway Distributor or Dealer; or (ii) the activation date of the Product through the Segway-Ninebot App, and applies to the Product in the following ways:

Vehicle Body - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -1 Year

- Hub Motor
- Controller Assembly
- Handlebar
- Stem
- Dashboard
- Drum Brake
- Front Fork Assembly
- Front fork/tube rotating parts

Other Components - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -180 Days

- Control Cable
- Battery
- Built-in Charger
- Brake Handle
- Electronic Throttle
- AC Cable

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 90 Days

- Parking Stand Assembly
- Brake Wire
- Tire
- Fender
- Headlight Assembly
- Folding Hook

- Hook
- Rear Light
- Kickstand Assembly
- Charging Base
- Front Fork Cover
- Stop Collar
- Bell

Components Subject to Wear - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 15 Days

- Bumper Strip
- Dashboard Cover
- Handlebar Grips
- Decorative Cover
- Battery Compartment Cover
- Foot Mat
- Rubber Plug
- Reflective Stickers
- Valve Stem Extension

Replacements and Repairs

The longer of: (i) the remainder of the original Limited Warranty for the Product; or (ii) 90 days from the consumer's date of receipt of the replacement or repaired Product.

## 2. Limited Warranty Service Process

Segway's online help resources are available at: http://www.segway.com/support/service-warranties.

If you discover what you believe is a defect for your Product, please contact Segway at 1-866-473-4929 or at technicalsupport@segway.com. Segway's technical support personnel are available to assist you in diagnosing and fixing any problems you may encounter in the use of your Product. In the event we cannot help you fix the problem, you may be entitled to warranty service under this Limited Warranty.

In order to submit your Product for warranty service pursuant to this Limited Warranty, you will be asked to provide Segway with (i) the proof of purchase from an authorized retailer; and (ii) the Product's serial number. Upon verification of your eligibility, you will need to provide your name, email address, mailing address and

contact telephone number in order to receive a return materials authorization ("RMA") number. Segway must receive your defective Product within thirty (30) days from Segway's issuance of an RMA to you. Segway may direct you to a designated third party for warranty repairs.

You will be responsible for the cost of shipping and insuring the shipment of your Product to Segway, and you assume the risk of loss in the event your Product is lost or damaged during shipment from you to Segway. You must include your defective Product within the original packaging or Segway approved packaging, which will be provided at a cost, for the shipment of the Product to Segway. Neither Ninebot nor Segway is responsible for any damages caused by your improper packaging or shipment of the Product to Segway.

An authorized service provider will conduct an inspection of your Product. If Segway determines that the problem is not covered under the Limited Warranty, Segway will notify you and inform you of service or replacement alternatives that are available to you on a fee basis, or Segway will return your Product to you unrepaired, and in such instance, you will be responsible for the cost of shipping and insuring the shipment of your Product from Segway to you.

For eligible warranty claims, Segway will service defective Product with new or reconditioned parts of same or similar style at no cost to you for the service. Parts replaced by Segway will be retained by, and become the property of Segway. For eligible warranty claims, Segway will pay reasonable return shipping charges for the return of the Product to you.

## 3. Limited Warranty Eligibility

3.1. Your request for service must be received by Segway within the Limited Warranty Period as described above, and Segway must receive your Product in accordance with the Limited Warranty Service Process defined above.

3.2. Your Product must be purchased from an authorized reseller of the Product within Americas region.

3.3. You must retain the original purchase receipt and your Limited Warranty, and provide this documentation to Segway to verify your warranty eligibility.

3.4. This Limited Warranty describes the service available to you in the event your Product requires warranty service.

3.5. Your Product must have the serial number clearly legible, unobscured, uneffaced and unmodified.

3.6. Your Product must have its tamper-resistant seals in place and unmodified.

## 4. Limited Warranty Exclusions

This Limited Warranty describes the service available to you in the event your Product requires warranty service, and you may have additional protections under your local laws. This Limited Warranty does not cover and excludes damage to your Product:

4.1. Caused by abuse, misuse, neglect or commercial use.

4.2. Caused by improper charging, storage, or operation, including, without limitation, use contrary to the users' materials, use exceeding specified height, weight and age limits, use on stairs, walls and curbs, or any extreme sport or exhibition use.

4.3. Caused by accident, collision, riding over obstacles, racing, fire, water submersion, high pressure water spray, freezing, earthquake, dropping, severe oxidation, or chemical solvent corrosion.

4.4. Caused by any repair that was unauthorized by Ninebot or Segway.

4.5. Caused from improper packaging or mishandling during shipment to the warranty-service provider.

4.6. That is cosmetic, including, scratches, dents and the removal of protective coatings that are designed to diminish over time, unless such damage occurred due to a defect in materials.

4.7. Caused by the use of the Product with, or any modification to the Product using, any third party product, component or accessory that is not sold by Ninebot or Segway.

4.8. That does not arise from Ninebot's product-design, technology, manufacturing or quality.

## 5. Liability Disclaimer and Limitation

Neither Ninebot nor Segway assumes, or authorizes anyone to assume on its behalf, any other obligation or liability in connection with a Product, its component parts, accessories, service repair, or this Limited Warranty. Ninebot and Segway are not responsible for any loss of use of a Product, its component parts, accessories, or for any inconvenience or other loss or damage which might be caused from any defect in a Product, its component parts, accessories, service repair, or for any other incidental or consequential damages the purchaser may have as a result of any defect in a Product, its component parts, accessories, or service repair.

THIS LIMITED WARRANTY IS THE ONLY WARRANTY APPLICABLE TO PRODUCT AND ITS COMPONENT PARTS, ACCESSORIES, AND SERVICE REPAIR. NINEBOT, SEGWAY AND THEIR RESPECTIVE AFFILIATED COMPANIES DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION UNDER APPLICABLE LAW. ANY SUCH IMPLIED WARRANTIES WHICH MAY BE REQUIRED BY LAW AND ARE NOT DISCLAIMED HEREBY ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE APPLICABLE PERIOD OF THIS LIMITED WARRANTY, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY THE APPLICABLE COUNTRY/STATE LAW, WHICHEVER PERIOD IS SHORTER. SOME COUNTRIES/STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO SOME PURCHASERS.

NINEBOT'S AND SEGWAY'S TOTAL AND AGGREGATE LIABILITY FOR ALL CLAIMS, JOINT AND SEVERALLY, ARISING HEREUNDER AND ANY AND ALL APPLICABLE WARRANTIES AT LAW ARE LIMITED TO THE

REPAIR OR REPLACEMENT OF ANY DEFECTIVE PRODUCT, AS DETERMINED IN NINEBOT'S OR SEGWAY'S DISCRETION, AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED, UNLESS SUCH LIMITATIONS AND EXCLUSIONS ARE PROHIBITED BY APPLICABLE LAW. SOME COUNTRIES/STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## 6. Claims and Dispute Resolution

SEGWAY AND YOU AGREE THAT ALL CLAIMS OR DISPUTES ARISING IN ANY WAY FROM THIS LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT, WHETHER BASED IN CONTRACT, TORT, STATUTORY, FRAUD, MISREPRESENTATION OR ANY OTHER LEGAL THEORY, AND ALL CLAIMS THAT ARE SUBJECT OF A PURPORTED CLASS ACTION LITIGATION THAT YOU ARE NOT A MEMBER OF THE CERTIFIED CLASS, SHALL BE RESOLVED THROUGH ARBITRATION AS PROVIDED FOR HEREIN, OR IN SMALL CLAIMS COURT, AND NOT BY A TRIAL BY JURY. YOU WAIVE THE RIGHT TO A TRIAL BY JURY, AND WAIVE THE RIGHT TO PARTICIPATE IN CLASS ACTIONS ARISING FROM OR RELATING TO ANY AND ALL CLAIMS AND DISPUTES WITH NINEBOT AND SEGWAY. YOU AGREE THAT YOU MAY ARBITRATE CLAIMS AGAINST NINEBOT AND SEGWAY ONLY IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF, A CLASS REPRESENTATIVE, OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE PROCEEDING. THIS AGREEMENT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION. THIS PARAGRAPH SHALL SURVIVE THE TERMINATION OF THIS LIMITED WARRANTY. NINEBOT REQUIRES THAT YOU ARBITRATE YOUR CLAIMS AGAINST NINEBOT PURSUANT TO THE ARBITRATION DESCRIBED BELOW PRIOR TO YOUR EXERCISE OF YOUR RIGHTS PURSUANT TO TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT. TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT DOES NOT REQUIRE YOU TO PURSUE RIGHTS AND REMEDIES AVAILABLE TO YOU THAT ARE NOT PROVIDED BY TITLE I OF THE MAGNUSON-MOSS WARRANTY ACT.

Any such arbitration shall not be combined or consolidated with a claim or dispute involving any other person's or entity's product or claim or dispute, and specifically, without limitation of the foregoing, shall not under any circumstances proceed as part of a class action or class arbitration.

If you intend to seek arbitration, you must first send to Ninebot, by certified mail, a written notice of dispute at least thirty (30) days in advance of initiating the arbitration. The notice to Ninebot should be addressed to: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. The notice must include: (i) a description of your claim and the basis of the dispute; and (ii) a description of the relief you are seeking. If Ninebot and you do not reach an agreement to resolve the claim within thirty (30) days after Ninebot receives your notice, you or Ninebot may commence an arbitration proceeding. You are encouraged to seek redress directly from Ninebot, provided, however, Ninebot does not require you to seek your redress solely from Ninebot.

During the arbitration, the amount of any settlement offer made by Ninebot or you will not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Ninebot is entitled to receive

from the other party.

The arbitration shall be conducted by the American Arbitration Association (AAA) pursuant to its Commercial Arbitration Rules and the Supplementary Procedures for Consumer-Related Disputes (collectively "AAA Rules"). The AAA Rules are available online at adr.org, or by calling the AAA at 1-800-778-7879. The Federal Arbitration Act governs this provision. Even after the termination of the Limited Warranty, the arbitrator shall decide all issues of interpretation and application of the Limited Warranty, and a court may determine the scope and enforceability of this arbitration provision. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the applicable law.

Ninebot shall pay for your cost of the arbitration. For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, is $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant its attorney fees, expert witness fees or costs unless it is determined that any of the claims was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Ninebot shall pay the remainder of such fees.

Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim"), shall be determined according to AAA Rules. In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim.

Judgment may be entered on the arbitrator's award in a Small Claim or Large Claim case in any court of competent jurisdiction.

This arbitration provision also applies to claims and disputes by you, the purchaser of the product, and all those in privity with you, including your family members, beneficiaries and assigns, against Ninebot's parent(s), subsidiaries and affiliates, and any person or entity that licensed, supplied, sold or distributed the product, and each of their officers, employees, representatives, licensors/licensees, agents, beneficiaries, predecessors in interest, successors, and/or assigns.

You may opt out of this dispute resolution procedure by providing notice to Ninebot no later than thirty (30) calendar days after the date of the first consumer purchaser's purchase of the product. To opt out you must send notice by e-mail to Ninebot at optout@segway.com, with the subject line: "Arbitration Opt Out." The opt out notice by e-mail must include (a) your name, email address, mailing address and phone number; (b) the date on which the product was purchased; (c) the product model name or model number; and (d) the Serial Number. Alternatively, you may opt out by calling 1-866-473-4929, prompt 2 no later than thirty (30) calendar days from the date of the first consumer purchaser's purchase of the product and providing the same information. These are the only two forms of notice that will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the benefits of the Limited Warranty.

The following is a description of the arbitration process:

A. Mail a Notice of Dispute to Ninebot. Prior to initiating arbitration against Ninebot, you must first notify Ninebot of your dispute. Please include your contact information, your concerns, and the relief you seek from Ninebot, and any information you believe would be helpful in the resolution of your dispute. Ninebot will review your Notice of Dispute to determine whether Ninebot can satisfy your concerns without the need for arbitration. The notice should be sent by certified mail to Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

B. Wait 30 Days. Ninebot will review your Notice of Dispute within thirty (30) days of Ninebot's receipt of your Notice of Dispute. If you do not hear from Ninebot within thirty (30) days of Ninebot's receipt of your Notice of Dispute, you may proceed with filing an arbitration claim against Ninebot. Should Ninebot provide you a written settlement offer, please keep this settlement offer as Ninebot and you will be required to show this settlement offer to the arbitrator, although such offers cannot be shown to the arbitrator until after the determination of the merits of your claim.

C. Complete a Demand for Arbitration. You can initiate arbitration by completing a Demand for Arbitration that includes a basic statement of the (i) names and addresses and telephone numbers of the parties involved); (ii) your description of the dispute; and (iii) your short statement detailing why you are entitled to relief.

D. Send Ninebot Your Demand for Arbitration. You can send Ninebot your Demand for Arbitration at the following address: Attention: Disputes, Segway Inc., 14 Technology Drive, Bedford, NH 03110. Please keep a copy of your notice for your records.

E. Send AAA Two (2) Copies of Your Demand for Arbitration. The Demand for Arbitration includes the address that you are to send two (2) copies of your Demand for Arbitration. This address is AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. You should also include a copy of this warranty policy, and the appropriate filing fee. Ninebot will promptly reimburse you for this filing fee. If you cannot afford to pay the filing fee, please contact Ninebot, and Ninebot will pay the filing fee for you if your claims seek a remedy less than $75,000. AAA has an online filing option that you can find on its website: www.adr.org.

F. AAA Appointment of Arbitrator. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify you and Ninebot of the arbitrator's name and qualifications. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will inform Ninebot and you. If either you or Ninebot objects to the AAA's choice of arbitrator, we'll have seven (7) days to inform the AAA.

G. Choose the Type of Hearing You Would Like. Unless you and Ninebot agree to have any arbitration hearings somewhere else, the arbitration will take place in the county (or parish) that you purchased the Product. If your claim is for $10,000 or less, you may choose to have the hearing conducted by telephone or in person. Alternatively, you may choose to proceed to conduct the entire arbitration through written correspondence with the arbitrator that doesn't include an interactive hearing. Once the AAA has commenced the arbitration, you have ten (10) days to inform the AAA of your choice of hearing. If you don't make a choice,

the AAA will conduct the arbitration by written correspondence without an interactive hearing. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if your claim exceeds $10,000, but you and Ninebot may agree whether that hearing is in person or by telephone, or whether to instead proceed with written correspondence.

H. Arbitrator's Decision. Within fourteen (14) days from the conclusion of the in-person or telephone hearing, or from the submission of all written evidence to the arbitrator if you have elected to conduct the arbitration through written correspondence, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award. Ninebot will immediately respond to the arbitrator notifying the arbitrator whether, and to what extent, Ninebot will abide by the decision, perform the obligations it has agreed to do. Any decision by the arbitrator may be utilized by any party for any reason.