**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE SEGWAY SCOOTER RECALL
LITIGATION

C.A. No. 25-cv-00369-GBW
CONSOLIDATED

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on November 17, 2025, the documents listed below were electronically filed using the Court's CM/ECF system, which will transmit the documents electronically to all registered participants as identified on the Notice of Electronic Filing.

1.      Segway's Motion to Compel Arbitration and Stay all Deadlines and Proceedings with proposed Order;

2.      Brief in Support of Segway's Motion to Compel Arbitration and Stay all Deadlines and Proceedings; and

4.      Declaration of Wei Zhao.

/s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)

4921-3064-9722\1