**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARTON CICERO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SEGWAY, INC., a Delaware Corporation<br><br>        Defendant. | C.A. No. 25-cv-0369-GBW |
| AARON JOHN SABU and CHRISTOPHER HOLMES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEGWAY, INC., a Delaware Corporation<br><br>        Defendant. | C.A. No. 25-cv-0394-GBW |
| MARY RZEWUSKI and EDWARD STEVEN HEYMER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEGWAY, INC., a Delaware Corporation<br><br>        Defendant. | C.A. No. 25-cv-0463-GBW |

## DECLARATION OF BARTON CICERO

Pursuant to 28 U.S.C. § 1746, I, Barton Cicero, declare and state as follows:

1. I am a Plaintiff in this consolidated action.

2. I have personal knowledge of the matters set forth herein and submit this declaration in response to Defendant's Motion to Compel Arbitration.

3. I am an adult individual residing in Boston, Massachusetts, where I intend to stay.

4. I purchased a Segway Ninebot Max G30P from Amazon.com on April 17, 2023.

5. I did not purchase this product directly from Segway, Inc.

6. Upon receipt of the Product, I received it in its original packaging.

7. I did not see any sticker or other indication on the original packaging of the Product, prior to my opening it, that contained a reference to any arbitration clause.

8. Upon opening the original packaging, I did not see any warranty booklet inside the original packaging pertaining to the Product that I had knowledge of its containing any arbitration clause.

9. I have never seen any arbitration provision as it relates to this Product on Defendant's website or otherwise.

10. I have not now or ever agreed to arbitration with Defendant as it relates to this Product.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 6/17/2025

Signed by:

B225A3A1184148E...

Barton Cicero

2