**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | Case No. 1:25-cv-00369-GBW CONSOLIDATED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission pro hac vice of Mason A. Barney to represent Plaintiffs, Mary Rzewuski and Edward Steven Heymer, in this matter.

Date: December 1, 2025

COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone:  302-984-3800
E-mail: gdick@coochtaylor.com
*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice of Mason A. Barney is granted.

Date:

United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 was paid to the Clerk of the Court upon the filing of this Motion.

Date: December 1, 2025

*/s/ Mason A. Barney*
Mason A. Barney
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY  10151
Telephone: 929-220-2802
E-mail:  mbarney@sirillp.com