

COOCH AND TAYLOR

ATTORNEYS ♦ A PROFESSIONAL ASSOCIATION

**R. Grant Dick IV**
302.984.3867
gdick@coochtaylor.com

February 27, 2026

<u>*Via ECF*</u>
Hon. Gregory B. Williams
United States District Judge
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801-3555
Courtroom 6B

**Re:   Joint Letter Filed Pursuant to February 17, 2026, Order in *In re Segway Scooter Recall Litig.*, Civil Action No. 1:25-cv -00369-GBW.**

Dear Judge Williams:

     On February 17, 2026, the Court ordered that no later than February 27, 2026, the parties in *In re Segway Scooter Recall Litig.*, D. Del. Case No. 1:25-cv -00369-GBW ("*In re Segway*"), and in *Torres v. Segway Inc.*, Civil Action No. 1:26-cv-140-GBW, must file a single joint letter advising whether the parties in both actions agree that the Court should consolidate the actions for purposes of discovery and/or trial.

     All parties agree that both actions should be consolidated for purposes of discovery and/or trial. Additional points by the parties are set forth below.

     <u>The *In re Segway* and *Torres* Plaintiffs</u>: Defendant's original and renewed motion to compel arbitration has now been fully briefed twice and is fully submitted, subject to the Defendant's request for oral argument on the motion. (*See* D.I. 16, 39, 48). The *In re Segway* and *Torres* Plaintiffs' position is that the Court should proceed to a ruling on that motion, and that any further action concerning consolidation, such as the potential filing of a further, amended consolidated complaint, should be held in abeyance until the Court rules on that motion. The outcome of that motion will impact significantly the procedural steps that follow the Court's ruling (e.g., a further consolidated complaint, arbitration, or an appeal), such that the motion should be ruled upon without the complaint being further consolidated at this time.  The *Torres* plaintiff agrees with this approach, and will take no further action to prosecute its case until the Court rules on the motion.

     <u>Defendant Segway</u>: Segway agrees with the *In re Segway* and *Torres* plaintiffs that aside from the Court's consideration of arbitration, no further action to prosecute this case should occur until that issue is resolved.  Segway also refers to the Court's October 6, 2025 Order Granting Plaintiffs' Amended Motion for Consolidation and Appointment of Interim Co-Lead Counsel, *In re Segway Scooter Recall Litig.*, Civil Action No. 1:25-cv -00369-GBW (D.I. 33), stating that

"[a]ll related cases that are subsequently filed in, or transferred to, this District shall be consolidated into this Consolidated Action for all purposes." Segway further provides notice that it has sought transfer of another related case to this Court as well. That case is *Hanson v. Segway Inc.*, 2:25-cv-01436-TL (W.D. Wash.). Segway filed its Motion to Stay or Transfer Venue to the United States District Court for the District of Delaware in the Western District of Washington on December 15, 2025. That Motion is fully briefed and is awaiting decision.

Counsel for all Parties will make themselves available should Your Honor have any questions or concerns regarding the above.

Sincerely,

/s/ *R. Grant Dick IV*
R. Grant Dick IV (#5123)
**COOCH AND TAYLOR P.A.**
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
*Interim Liaison Counsel to In re Segway Plaintiffs*

/s/ *Jeffrey I. Carton*
Jeffrey I. Carton
**DENLEA & CARTON LLP**
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 331-0100
Email: jcarton@denleacarton.com
*Plaintiff's Counsel for Torres*

/s/ *Alessandra Glorioso*
Alessandra Glorioso (#5757)
**DORSEY & WHITNEY (DELAWARE) LLP**
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com
*Counsel for Segway*

Cc:    Joel D. Smith (for *In re Segway* Plaintiffs)
        Yeremey O. Krivoshey (for *In re Segway* Plaintiffs)
        Mason Barney (for *In re Segway* Plaintiffs)