**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-369-GBW CONSOLIDATED |
| Jimmy Torres,<br><br>                    Plaintiff<br><br>v.<br><br>Segway, Inc.,<br><br><br>                    Defendant. | C.A. No. 26-cv-140-GBW |

**[PROPOSED] ORDER OF CONSOLIDATION**

The Court, having considered the *Joint Letter Filed Pursuant to February 17, 2026, Order in In re Segway Scooter Recall Litig., Civil Action No. 1:25-cv -00369-GBW* (the "Letter")[1], hereby **ORDERS**:

1.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and in accordance with the Court's prior Order Granting Plaintiffs' Amended Motion for Consolidation and Appointment of Interim Co-Lead Counsel in *In re Segway Scooter Recall Litig., D. Del. C.A. No. 1:25-cv -369-GBW* (D.I. 33), *Torres v. Segway, Inc.*, C.A. No. 26-cv-140-GBW, shall be consolidated before this Court, under C.A. No. 25-cv-369-GBW (CONSOLIDATED) (the "Consolidated Action").

        SO ORDERED this ___ day of _____, 2026.

                                                    _____
                                                    United States District Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Letter.