**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-369-GBW CONSOLIDATED |

## NOTICE OF SERVICE

I, R. Grant Dick, IV, Esquire, certify that on February 27, 2026, true and correct copies of *Plaintiffs' First Set of Requests for Production of Documents Delivered Pursuant to Fed. R. Civ. P. 26(d)(2)* were served upon the parties below in the manner indicated:

**Via First Class Mail and Email**
Alessandra Glorioso, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Email: glorioso.alessandra@dorsey.com

Dated:  March 2, 2026                    **COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
Kevin D. Levitsky (No. 7228)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 984-3867
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com
         klevitsky@coochtaylor.com

*Attorneys for Plaintiffs*

1