**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-369-GBW CONSOLIDATED |

**NOTICE OF SERVICE**

I, R. Grant Dick, IV, Esquire, certify that on March 13, 2026, true and correct copies of *Plaintiffs' First Set of Interrogatories* and *Plaintiffs' Second Set of Requests for Production of Documents* were served upon the parties below in the manner indicated:

**Via Email**

Alessandra Glorioso, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
glorioso.alessandra@dorsey.com

Adam C. Buck, Esq.
Dorsey & Whitney LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
buck.adam@dorsey.com

Kirk Schuler, Esq.
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309-2790
schuler.kirk@dorsey.com

Anna Boyle, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
boyle.anna@dorsey.com

Dated:  March 24, 2026

**COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
Kevin D. Levitsky (No. 7228)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 984-3867
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com
            klevitsky@coochtaylor.com

*Attorneys for Plaintiffs*

1