**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE SEGWAY SCOOTER RECALL        :    C.A. No. 25-cv-00369-GBW
LITIGATION                         :    CONSOLIDATED
                                   /

**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE**, that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deposition upon oral examination of Defendant, Segway Inc. shall commence at 9:00 a.m. EDT on May 6, 2026 remotely using Zoom or a similar videoconferencing platform, with login and access instructions to be circulated prior to the deposition. The deposition will be recorded stenographically and by video.

**PLEASE TAKE FURTHER NOTICE** that the topics for examination are itemized below. Pursuant to Rule 30(b)(6), Defendant must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf regarding information known or reasonably available to the organization with respect to the topic(s) for examination, and who can provide complete and binding answers on Defendant's behalf.

The deposition, if not completed on the noticed date, shall be continued, if necessary, from day to day thereafter, excluding weekends and holidays, until completed, unless counsel for the noticing party wishes the deposition to be completed at a later date, in which case a mutually agreeable date shall be selected between the counsel for the parties.

**DEFINITIONS**

1.      The term "CHALLENGED PRODUCTS" means each of the products / model numbers listed in Paragraph 22 of the Consolidated Class Action Complaint (D.I. 34) (hereinafter, "Complaint"); or covered by CPSC Recall No. 25-193. If a product meets either description, it is a responsive CHALLENGED PRODUCT.

2.      The term "CLASS PERIOD" means from March 25, 2021, through March 20, 2025.

3.      The term "DEFECT" means the issue with the CHALLENGED PRODUCTS described in Paragraph 23 of the Complaint and in the March 20, 2025 CPSC Recall Notice for Recall No. 25-193 referenced in footnote 1 of the Complaint. If an issue meets either of these descriptions, it is the DEFECT referenced in these discovery requests.

4.      The term "PLAINTIFFS" means Barton Cicero, Aaron John Sabu, Christpher Holmes, Mary Rzewuski, and Edward Steven Heymer, the plaintiffs in this action.

5.      The term "RECALL" means CPSC Recall No. 25-193, as described in Paragraph 2 of the Complaint; CPSC Recall; and the "maintenance recall" described on page 2, line 3 of your motion to compel arbitration (D.I. 16). If a recall meets either definition, it is the RECALL referenced in these discovery requests.

## MATTERS OF EXAMINATION

1.      All evidence Defendant may rely on in support of any argument that any PLAINTIFF in this action is subject to arbitration.

2.      Defendant's policies, procedures, and practices concerning providing notice of arbitration to purchasers of CHALLENGED PRODUCTS within the CLASS PERIOD.

3.      Defendant's policies, procedures, and practices concerning the packaging of the CHALLENGED PRODUCTS during the CLASS PERIOD.

4.      The content of any notice of arbitration provided to, seen by, or displayed for the PLAINTIFFS.

5.      Any acts by PLAINTIFFS evidencing consent to arbitration in this case.

6.      Information and discovery sought by PLAINTIFFS in their Requests for Production 16-35 and Interrogatories 1-3 dated March 13, 2026 and served on that date.

2

Dated: March 24, 2026

**COOCH AND TAYLOR P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

Yeremey O. Krivoshey (Cal. SBN 295032)
SMITH KRIVOSHEY, PC
(*pro hac vice*)
28 Geary Str STE 650 #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
SMITH KRIVOSHEY, PC
(*pro hac vice*)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

Mason A. Barney
(*pro hac vice*)
Leslie L. Pescia
(*pro hac vice*)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Main: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
lpescia@sirillp.com

Kevin Laukaitis
(*pro hac vice*)
Daniel Tomascik
(*pro hac vice*)
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907

3

Phone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

4