**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE SEGWAY SCOOTER RECALL      :    C.A. No. 25-cv-00369-GBW
LITIGATION                                        :    CONSOLIDATED
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, a true and correct copy of *Plaintiffs' Notice of Deposition of Defendant Pursuant to Federal Rule of Civil Procedure 30(B)(6)* was electronically filed using the Court's CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/*R. Grant Dick IV*
R. Grant Dick IV (#5123)