## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF PLAINTIFF TORRES' CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, subject to the approval of the Court, as follows:

In light of the proceedings and orders consolidating the complaint of Plaintiff Jimmy Torres into the above-captioned action (*see* D.I. 52), and to avoid waste of party and judicial resources on duplicative briefing, the parties stipulate and agree (1) that the pending motion to compel arbitration (D.I. 39-41) encompasses Torres' claims, (2) that Torres' claims are subject to the current arbitral discovery period (*see* D.I. 52) and all applicable discovery requests, and (3) that Defendant Segway Inc. has not waived its right to compel arbitration as to any plaintiff in this action (including as to Torres).

Respectfully submitted this 2nd day of April, 2026.

| *Attorneys for Defendant Segway, Inc.:* | *Attorneys for Plaintiffs and the Proposed Class:* |
|---|---|
| **DORSEY & WHITNEY (DELAWARE) LLP** | **COOCH AND TAYLOR P.A.** |
| */s/ Alessandra Glorioso* | */s/ R. Grant Dick IV* |
| Alessandra Glorioso (#5757) | R. Grant Dick IV (#5123) |
| 300 Delaware Avenue, Suite 1010 | 1000 N. West Street, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 425-7166 | Telephone: (302) 984-3800 |

-1-

Facsimile: (302) 261-7419
glorioso.alessandra@dorsey.com

**DORSEY & WHITNEY LLP**

Adam C. Buck (pro hac vice)
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

**DORSEY & WHITNEY LLP**

Kirk Schuler (pro hac vice)
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

**DORSEY & WHITNEY LLP**

Anna Boyle (pro hac vice)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

gdick@coochtaylor.com

**SMITH KRIVOSHEY, P.C**

Yeremey O. Krivoshey (pro hac vice)
28 Geary Street, Suite 650 #1507
San Francisco, CA 94108
Telephone: (415) 839-7077
Facsimile: (888) 410-0418
yeremey@skclassactions.com

**SMITH KRIVOSHEY, P.C**

Joel D. Smith (pro hac vice)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: (617) 377-7404
Facsimile: (888) 410-0415
joel@skclassaction.com

**SIRI | GLIMSTAD LLP**

Mason A. Barney (pro hac vice)
Leslie L. Pescia (pro hac vice)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
Facsimile: (646) 417-5967
mbarney@sirillp.com
lpescia@sirillp.com

**LAUKAITIS LAW LLC**

Kevin Laukaitis (pro hac vice)
Daniel Tomascik (pro hac vice)
954 Avenida Ponce De Leon Suite 205,
#10518 San Juan, Puerto Rico 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorney for Plaintiff Torres*

**DENLEA & CARTON LLP**

Jeffrey Carton (#)
2 Westchester Park Drive, Suite 410

White Plains, NY 10604
Telephone: (914) 331-0100
jcarton@denleacarton.com

SO ORDERED this __ day of _____ 2026.

_____
The Honorable Gregory B. Williams
United States District Judge