

COOCH AND TAYLOR
ATTORNEYS ♦ A PROFESSIONAL ASSOCIATION

**R. Grant Dick IV**
302.984.3867
gdick@coochtaylor.com

April 16, 2026

<u>*Via ECF*</u>

Hon. Gregory B. Williams
United States District Judge
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801-3555
Courtroom 6B

**Re:    Joint Letter Filed Pursuant to April 8, 2026, Order in *In re Segway Scooter Recall Litig.*, Civil Action No. 1:25-cv -00369-GBW.**

Dear Judge Williams:

On April 8, 2026, the Court ordered that no later than April 17, 2026, the parties in *In re Segway Scooter Recall Litig.*, D. Del. Case No. 1:25-cv -00369-GBW ("*In re Segway*") and in *Hanson v. Segway Inc.*, D. Del. Case No. 26-352-GBW ("*Hanson*"), must file a single joint letter advising whether the parties in both actions agree that the Court should consolidate the actions for purposes of discovery and/or trial.

All parties agree that both actions should be consolidated for purposes of discovery and/or trial.

All parties further agree that the pending motion to compel arbitration (D.I. 39-41) encompasses the claims in *Hanson*, that Plaintiff Hanson's claims are subject to the current arbitral discovery period (*see* D.I. 52) and all applicable discovery requests.

The Court's March 10, 2026 Order on arbitration required the parties to conduct limited discovery on the issue of arbitrability for a period of 60 days. While the parties are endeavoring to complete discovery within this timeframe, the parties note that they may need a brief extension of time to complete discovery given that there are now seven putative class representatives, all of whom Segway intends to depose, as well as a Rule 30(b)(6) deposition noticed by Plaintiffs. Should an extension prove necessary, the parties will promptly seek a continuance from the Court.

April 16, 2026
Page 2

Sincerely,

*s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
**Cooch and Taylor P.A.**
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
klevitsky@coochtaylor.com

*Interim Liaison Counsel to In re Segway
Plaintiffs*

/s/ *Zhao Liu*
Zhao (Ruby) Liu (#6436)
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Ste 810
Wilmington, DE 19801
(302) 777-1111
Email: liu@teamrosner.com

*Plaintiff's Counsel for Hanson*

/s/ *Alessandra Glorioso*
Alessandra Glorioso (#5757)
**DORSEY & WHITNEY (DELAWARE) LLP**
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: 302-425-7171
Email: glorioso.alessandra@dorsey.com

*Counsel for Segway*