## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE SEGWAY SCOOTER RECALL
LITIGATION

Civil Action No. 25-369-GBW

CONSOLIDATED

---

PAUL HANSON, individually and on behalf of
others similarly situated,

Civil Action No. 26-352-GBW

Plaintiff,

v.

SEGWAY, INC.,

Defendant.

---

## ORDER OF CONSOLIDATION

AND NOW, this 17th day of April 2026, the Court, having considered the Joint Letter Filed

Pursuant to April 8, 2026 Order in *In re Segway Scooter Recall Litig.*, Civil Action No. 1:25-cv-

00369-GBW (Consolidated) (D.I. 57), HEREBY ORDERS as follows:

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and in accordance with

the Court's prior Order Granting Plaintiffs' Amended Motion for Consolidation and

Appointment of Interim Co-Lead Counsel in *In re Segway Scooter Recall Litig.*, D.Del. C.A. No.

1:25-cv-369 (D.I. 33) and the Court's prior Order consolidating *Torres v. Segway, Inc.*, C.A. No.

26-cv-140-GBW into the consolidated action (*see* D.I. 50-1), *Hanson v. Segway, Inc.*, C.A. No.

2

26-352-GBW, shall be consolidated before this Court for purposes of discovery and trial, under

C.A. No. 25-cv-369-GBW (Consolidated) (the "Consolidated Action"). Going forward, all

filings shall be made in the Consolidated Action.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE