**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | Civil Action No. 1:25-cv-00369-GBW <br><br> CONSOLIDATED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Laurence D. King, Esq. of Kaplan Fox & Kilsheimer LLP to represent Paul Hanson in this matter.

Dated: April 29, 2026
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Zhao Liu*
Zhao (Ruby) Liu (DE 6436)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111

*Counsel for Paul Hanson*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
                                United States District Judge

4906-5033-0270, v. 1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Dated: April 29, 2026

*/s/ Laurence D. King*
Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, California 94612
Phone:  415.772.4700
Email:  LKing@kaplanfox.com

4906-5033-0270, v. 1