**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

**NOTICE OF DEPOSITION OF PLAINTIFF CHRISTOPHER HOLMES**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, counsel for Defendant Segway, Inc. shall take the deposition of Plaintiff Christopher

Holmes on Wednesday, May 6, 2026 beginning at 9:00 a.m. EDT and continuing until

completed, or at another date and time as agreed between counsel, and continuing from day to

day thereafter until such deposition is completed.  The deposition will take place remotely using

Zoom or a similar videoconferencing platform, with login and access instructions to be circulated

prior to the deposition.  The deposition will be recorded stenographically.

This deposition relates solely to the issue of arbitrability pursuant to the Court's Order

dated March 10, 2026 (D.I. 52). Defendant Segway reserves its rights to later conduct a separate

deposition of all plaintiffs for all other purposes relevant to this action.

Dated this 29th day of April, 2026.

By: */s/ Alessandra Glorioso*

Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Fax: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176

Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (pro hac vice)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc*

2