# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 29, 2026, a true and correct copy of Segway, Inc.'s Notices of Depositions of Plaintiffs Edward Steven Heymer, Jimmy Torres, Christopher Holmes, John Sabu, Mary Rzewuski, Barton Cicero, and Paul Hanson and this Notice of Service were served upon counsel using the Court's CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.

Dated this 29th day of April, 2026.

By: */s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Fax: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
801 Grand Avenue, Suite 4100
Des Moines, IA 50309

Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com
Anna Boyle (pro hac vice)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc*

2

4916-3363-3958\1