**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | Civil Action No. 1:25-cv-00369-GBW<br><br>CONSOLIDATED |

### NOTICE OF SERVICE

I, Zhao Liu, hereby certify that, on April 29, 2026, a copy of (i) *Plaintiff Paul Hanson's Responses to Defendant's First Set of Interrogatories* and (ii) *Plaintiff Paul Hanson's Responses to Defendant's First Set of Requests for Production of Documents to All Named Plaintiffs* was served via electronic mail upon the parties listed below:

Alessandra Glorioso, Esq.
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Email: glorioso.alessandra@dorsey.com

-and-

Adam C. Buck, Esq.
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Email: buck.adam@dorsey.com

-and-

Kirk Schuler, Esq.
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Email: schuler.kirk@dorsey.com

-and-

Anna Boyle, Esq.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc.*

R. Grant Dick IV, Esq.
Kevin D. Levitsky, Esq.
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
E-Mail: gdick@coochtaylor.com
klevitsky@coochtaylor.com
-and-

Yeremey O. Krivoshey, Esq.
SMITH KRIVOSHEY, PC
166 Geary Str STE 1500-1507
San Francisco, CA 94108
E-Mail: yeremey@skclassactions.com

-and-

Joel D. Smith, Esq.
SMITH KRIVOSHEY, PC
867 Boylston Street 5th Floor #1520
Boston, MA 02116
E-Mail: joel@skclassactions.com

-and-

Lisa R. Considine, Esq.
Leslie L. Pescia, Esq.

4905-1769-3863, v. 1

KUZYK LAW, LLP
Michael D. Braun, Esq.
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Email: mdb@kuzykclassactions.com

-and-

DENLEA & CARTON LLP
James R. Denlea, Esq.
Jeffrey I. Carton, Esq.
Craig M. Cepler, Esq.
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Email: jdenlea@denleacarton.com
Email: jcarton@denleacarton.com
Email: ccepler@denleacarton.com

*Attorneys for Plaintiff Jimmy Torres*

Date: April 29, 2026
        Wilmington, Delaware

SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
E-Mail: mbarney@sirillp.com
         lconsidine@sirillp.com
         lpescia@sirillp.com

Kevin Laukaitis, Esq.
Daniel Tomascik, Esq.
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
E-Mail: klaukaitis@laukaitislaw.com
         dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs Barton Cicero, Aaron John Sabo, Christopher Holmes, Mary Rzewuski, and Edward Steven Heymer*

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

/s/ Zhao Liu
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com
E-mail: liu@teamrosner.com

-and-

Matthew B. George, Esq. (admitted *pro hac vice*)
Laurence D. King, Esq. (admitted *pro hac vice*)
Clarissa Olivares, Esq. (admitted *pro hac vice*)
Blair E. Reed, Esq. (admitted *pro hac vice*)
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, California 94612
Phone: 415.772.4700
Email: mgeorge@kaplanfox.com
         LKing@kaplanfox.com

4905-1769-3863, v. 1

COlivares@kaplanfox.com
BReed@kaplanfox.com

*Plaintiff's Counsel for Hanson*