**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Barton Cicero, by and through counsel, and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendant

Segway, Inc. without prejudice.

**COOCH AND TAYLOR P.A.**

Dated:  May 4, 2026

*/s/ R. Grant Dick*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email:  gdick@coochtaylor.com
klevitsky@coochtaylor.com

**OF COUNSEL:**

Yeremey O. Krivoshey (admitted *pro hac vice*)
**Smith Krivoshey, PC**
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (admitted *pro hac vice*)
**Smith Krivoshey, PC**
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

1

Mason A. Barney (admitted *pro hac vice)*
Leslie L. Pescia (admitted *pro hac vice*)
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Main: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
lpescia@sirillp.com

Kevin Laukaitis (admitted *pro hac vice*)
Daniel Tomascik (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs and the Proposed Class*