**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE SEGWAY SCOOTER RECALL
LITIGATION

C.A. No. 25-cv-00369-GBW
CONSOLIDATED

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that, on May 4, 2026, a true and correct copy of Segway, Inc.'s

Amended Notices of Depositions of Plaintiffs Edward Steven Heymer and Paul Hanson and this

Notice of Service were served upon counsel using the Court's CM/ECF system, which will

transmit the document electronically to all registered participants as identified on the Notice of

Electronic Filing.

Dated this 4th day of May, 2026.

By: */s/    Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
DORSEY & WHITNEY LLP (DELAWARE)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Fax: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

2

Kirk Schuler (pro hac vice)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc*

2

4930-9656-6440\1