# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Barton Cicero, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendant Segway, Inc. without prejudice.

**COOCH AND TAYLOR P.A.**

Dated: May 4, 2026

/s/ R. Grant Dick
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
       klevitsky@coochtaylor.com

**OF COUNSEL:**

Yeremey O. Krivoshey (admitted *pro hac vice*)
**Smith Krivoshey, PC**
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (admitted *pro hac vice*)
**Smith Krivoshey, PC**
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

SO ORDERED this 6th day of May 2026.

United States District Judge

1

Mason A. Barney (admitted *pro hac vice)*
Leslie L. Pescia (admitted *pro hac vice*)
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Main: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
lpescia@sirillp.com

Kevin Laukaitis (admitted *pro hac vice*)
Daniel Tomascik (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs and the Proposed Class*