**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW<br>CONSOLIDATED |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE Plaintiff Mary Rzewuski ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Segway Scooter ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

**COOCH AND TAYLOR P.A.**

Dated:  May 5, 2026

*/s/ R. Grant Dick*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
        klevitsky@coochtaylor.com

*Attorneys for Plaintiffs and the Proposed Class*

**OF COUNSEL:**

Yeremey O. Krivoshey (admitted *pro hac vice*)
**Smith Krivoshey, PC**
28 Geary Street Suite 650 #1507
San Francisco, CA 94108

1

Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

Joel D. Smith (admitted *pro hac vice*)
**Smith Krivoshey, PC**
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

Mason A. Barney (admitted *pro hac vice)*
Leslie L. Pescia (admitted *pro hac vice*)
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Main: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
lpescia@sirillp.com

Kevin Laukaitis (admitted *pro hac vice*)
Daniel Tomascik (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs and the Proposed Class*

SO ORDERED, this 6th day of May , 20 26

_____
UNITED STATES DISTRICT JUDGE