**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-369-GBW CONSOLIDATED |

### <u>NOTICE OF SERVICE OF DISCOVERY RESPONSES</u>

I, R. Grant Dick, IV, Esquire, certify that on the dates indicated below, true and correct copies of the following were served upon the parties below in the manner indicated:

#### <u>May 4, 2026</u>

1. *Plaintiff Sabu's Responses to Defendant's First Set of Requests for Production of Documents*;

2. *Plaintiff Sabu's Answers to Defendant's First Set of Interrogatories*;

3. *Plaintiff Holmes' Responses to Defendant's First Set of Requests for Production of Documents*; and

4. *Plaintiff Holmes' Answers to Defendant's First Set of Interrogatories*;

#### <u>May 5, 2026</u>

1. *Plaintiff Heymer's Responses to Defendant's First Set of Requests for Production of Documents;*

2. *Plaintiff Heymer's Answers to Defendant's First Set of Interrogatories;*

3. *Plaintiff Torres' Responses to Defendant's First Set of Document Requests; and*

4. *Plaintiff Torres' Responses to Defendant's First Set of Interrogatories*

1

**Manner of Service**

**<u>Via Email</u>**

Alessandra Glorioso, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
glorioso.alessandra@dorsey.com

Adam C. Buck, Esq.
Dorsey & Whitney LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
buck.adam@dorsey.com

Kirk Schuler, Esq.
Dorsey & Whitney LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309-2790
schuler.kirk@dorsey.com

Anna Boyle, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
boyle.anna@dorsey.com

Dated:  May 11, 2026

**COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
Kevin D. Levitsky (No. 7228)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 984-3867
Facsimile: (302) 984-3989
Email:  gdick@coochtaylor.com
           klevitsky@coochtaylor.com

*Interim Liaison Counsel*

2