## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 11, 2026, a true and correct copy of Segway, Inc.'s Amended Answers and Objections to Plaintiffs' First Set of Interrogatories was served via electronic mail upon the parties listed below:

R. Grant Dick IV, Esq.
Kevin D. Levitsky, Esq.
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 984-3800
Email: gdick@coochtaylor.com
Email: klevitsky@coochtaylor.com

    -and-
Yeremey O. Krivoshey, Esq.
SMITH KRIVOSHEY, PC
166 Geary Str STE 1500-1507
San Francisco, CA 94108
(415) 839-7077
Email: yeremey@skclassactions.com

Frederick B. Rosner, Esq.
Zhao (Ruby) Liu, Esq.
THE ROSNER LAW GROUP LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com
Email: liu@teamrosner.com

Matthew B. George, Esq
Laurence D. King, Esq.
Clarissa Olivares, Esq.
Blair E. Reed, Esq.
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Phone: (415) 772-4700
Email: mgeorge@kaplanfox.com
Email: LKing@kaplanfox.com
Email: COlivares@kaplanfox.com
Email: BReed@kaplanfox.com

*Attorneys for Plaintiff Paul Hanson*

Joel D. Smith, Esq.
SMITH KRIVOSHEY, PC
867 Boylston Street 5th Floor #1520
Boston, MA 02116
(617) 377-7404
Email: joel@skclassactions.com

Lisa R. Considine, Esq.
Leslie L. Pescia, Esq.
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091
Email:mbarney@sirillp.com
Email: lconsidine@sirillp.com
Email: lpescia@sirillp.com

Michael D. Braun, Esq.
KUZYK LAW, LLP
2121 Avenue of the Stars, Ste. 800
Los Angeles, CA 90067
(213) 401-4100
Email: mdb@kuzykclassactions.com

James R. Denlea, Esq.
Jeffrey I. Carton, Esq.
Craig M. Cepler, Esq.
DENLEA & CARTON LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 359-3954
Email: jdenlea@denleacarton.com
Email: jcarton@denleacarton.com
Email: ccepler@denleacarton.com

*Attorneys for Plaintiff Jimmy Torres*

Kevin Laukaitis, Esq.
Daniel Tomascik, Esq.
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
(215) 789-4462
Email: klaukaitis@laukaitislaw.com
Email: dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs Barton Cicero, Aaron
John Sabo, Christopher Holmes, Mary
Rzewuski, and Edward Steven Heymer*

Dated this 12th day of May, 2026.

By: */s/    Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
DORSEY & WHITNEY LLP (DELAWARE)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Fax: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

2

Adam C. Buck (pro hac vice)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

Anna Boyle (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc*

4936-9386-9994\1