## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-0036-GBW CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF POST-ARBITRATION DISCOVERY BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, subject to the approval of the Court, as follows:

Presently before the Court is Segway's request to compel arbitration, which was discussed in detail in the Court's March 10, 2026 Memorandum Order. D.I. 52. The Court Ordered as follows: "1. The parties shall conduct limited discovery on the issue of arbitrability for a period of sixty (60) days; 2. By no later than seventy-five (75) days . . . the parties shall submit a joint statement of undisputed and disputed facts, with exhibits for each declaration or item of evidence, that clearly delineates between undisputed or disputed facts pertaining to and the Max G30P Scooter and the Max G30LP Scooter; and 3. By no later than seventy-five (75) days . . . the Parties shall separately file a letter brief (one for Plaintiffs and one for Defendant) no more than three (3) pages in length, applying the appliable law, with citations to relevant cases, to the undisputed and disputed facts." D.I. 52 at 7-8.

Pursuant to the Court's order, the sixty-day discovery period concluded on May 11, 2026, and the deadline to submit (1) a joint statement of undisputed and disputed facts, and (2) letter briefs (one for Plaintiffs and one for Defendant) is now Monday, May 25, 2026.

-1-

By this stipulation, the Parties jointly stipulate and move the Court for an order extending the May 25, 2026, deadline to submit a joint statement of undisputed and disputed facts by 30 days – up to, and including, Wednesday, June 24, 2026.  Additionally, the parties request an additional 14 days thereafter to submit their individual letter briefs, up to, and including, Wednesday, July 8, 2026.

Good cause exists for the Parties' request.  During the course of conducting the Court Ordered discovery, the Parties' engaged in written discovery and depositions.  After completing written discovery, depositions took place between May 5 and 11, 2026.  According to the Court reporters who transcribed the depositions, the turnaround time for deposition transcripts is estimated to be 2-weeks.  Thus, deposition transcripts are not likely to be received prior to the May 25, 2026 deadline.  Additionally, since the Court issued its March 10, 2026 Order, two additional cases have been consolidated into this case, requiring additional discovery.  And to further complicate matters, certain personal issues of a medical nature will result in key counsel for one of the parties being unavailable for an extended period, exacerbating schedules and making this stipulation and an extension of deadlines appropriate and necessary.

Additionally, good cause exists for the Parties' request for an additional 14-days after they prepare a joint statement of undisputed and disputed facts within which to submit their independent letter briefs to the Court.  By including this additional 14-day period, the Parties can first focus their efforts toward providing a concise and agreed upon statement of undisputed facts.  This may make the entire process more efficient for the Parties and the Court, particularly by providing the Parties with ample opportunity to prepare their letter briefs with full knowledge of the scope of disputed and undisputed facts.

Thus, the Parties respectfully request that this Court Order as follows:

(1) The deadline for the Parties to submit a joint statement of disputed and undisputed facts,

4925-8395-7418\1

as discussed in the March 10, 2026, Order is extended to June 24, 2026; and

(2) The deadline for the Parties to submit letter briefs, as discussed in the March 10, 2026, Order, is extended to July 8, 2026.

Respectfully submitted this 12th day of May, 2026.

| *Attorneys for Defendant Segway, Inc.:* | *Attorneys for Plaintiffs and the Proposed Class:* |
|---|---|
| **DORSEY & WHITNEY (DELAWARE) LLP** | **COOCH AND TAYLOR P.A.** |
| /s/ Alessandra Glorioso | /s/ R. Grant Dick |
| Alessandra Glorioso (#5757) | R. Grant Dick IV (#5123) |
| 300 Delaware Avenue, Suite 1010 | 1000 N. West Street, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 425-7166 | Telephone: (302) 984-3800 |
| Facsimile: (302) 261-7419 | gdick@coochtaylor.com |
| glorioso.alessandra@dorsey.com | |
| **DORSEY & WHITNEY LLP** | **SMITH KRIVOSHEY, P.C** |
| Adam C. Buck (pro hac vice) | Yeremey O. Krivoshey (pro hac vice) |
| 111 South Main Street, Suite 2100 | 28 Geary Street, Suite 650 #1507 |
| Salt Lake City, UT 84111-2176 | San Francisco, CA 94108 |
| Telephone: 901-933-7360 | Telephone: (415) 839-7077 |
| Email: buck.adam@dorsey.com | Facsimile: (888) 410-0418 |
| | yeremey@skclassactions.com |
| **DORSEY & WHITNEY LLP** | **SMITH KRIVOSHEY, P.C** |
| Kirk Schuler (pro hac vice) | Joel D. Smith (pro hac vice) |
| 801 Grand Avenue, Suite 4100 | 867 Boylston Street 5th Floor #1520 |
| Des Moines, IA 50309 | Boston, MA 02116 |
| Telephone: (515) 697-3622 | Telephone: (617) 377-7404 |
| Email: schuler.kirk@dorsey.com | Facsimile: (888) 410-0415 |
| | joel@skclassaction.com |
| **DORSEY & WHITNEY LLP** | **SIRI \| GLIMSTAD LLP** |
| Anna Boyle (pro hac vice) | Mason A. Barney (pro hac vice) |
| 50 South Sixth Street, Suite 1500 | Leslie L. Pescia (pro hac vice) |
| Minneapolis, MN 55402 | 745 Fifth Avenue, Suite 500 |
| Telephone: (612) 492-6639 | New York, NY 10151 |
| Email: boyle.anna@dorsey.com | Telephone: (212) 532-1091 |
| | Facsimile: (646) 417-5967 |
| | mbarney@sirillp.com |

-3-

4925-8395-7418\1

lpescia@sirillp.com

**LAUKAITIS LAW LLC**

Kevin Laukaitis (pro hac vice)
Daniel Tomascik (pro hac vice)
954 Avenida Ponce De Leon Suite 205,
#10518 San Juan, Puerto Rico 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

SO ORDERED this __ day of _____ 2026.

_____
The Honorable Gregory B. Williams
United States District Judge

4925-8395-7418\1