# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | Civil Action No. 1:25-cv-00369-GBW<br><br>CONSOLIDATED |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Chan (Cora) Dong and Zichen (Chen) Jiang, Esq. of THE ROSNER LAW GROUP LLC hereby enter appearance as counsel to Plaintiff Paul Hanson and request that all notices given or required to be given and all papers served or required to be serviced in this case, be delivered to and served upon the counsel set forth in the signature block below. Frederick B. Rosner and Zhao (Ruby) Liu of THE ROSNER LAW GROUP LLC, and Matthew B. George, Esq., Laurence D. King, Esq., Clarissa Olivares, Esq., and Blair E. Reed, Esq. of KAPLAN FOX & KILSHEIMER LLP will remain as counsel to Paul Hanson.

Date:  May 20, 2026
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Chan Dong*
Chan (Cora) Dong (DE 7393)
Zichen (Chen) Jiang (DE 7686)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: dong@teamrosner.com
Email: jiang@teamrosner.com

*Counsel for Paul Hanson*

1

4896-4167-0829, v. 1