UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SEGWAY SCOOTER RECALL LITIGATION | C.A. No.: 25-cv-00369-GBW CONSOLIDATED |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Daniel Tomascik of the law firm LAUKAITIS LAW LLC hereby withdraws as counsel of record for Plaintiffs. Plaintiffs will continue to be represented in this action by co-counsel appointed as Interim Lead Counsel that have previously entered appearances in this matter.

DATED: May 26, 2026                    Respectfully submitted,

                                       /s/ *R. Grant Dick IV*
                                       R. Grant Dick IV (#5123)
                                       Kevin D. Levitsky (#7228)
                                       **Cooch and Taylor P.A.**
                                       1000 N. West Street, Suite 1500
                                       Wilmington, DE 19801
                                       T: (302) 984-3800
                                       gdick@coochtaylor.com
                                       klevitsky@coochtaylor.com

                                       *Counsel for Plaintiffs*

**OF COUNSEL:**

Kevin Laukaitis
Daniel Tomascik
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 559-6072
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com