**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF POST-ARBITRATION DISCOVERY BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, subject to the approval of the Court, as follows:

Presently before the Court is Segway's request to compel arbitration, which was discussed in detail in the Court's March 10, 2026 Memorandum Order. D.I. 52. The Court Ordered as follows: "1. The parties shall conduct limited discovery on the issue of arbitrability for a period of sixty (60) days; 2. By no later than seventy-five (75) days . . . the parties shall submit a joint statement of undisputed and disputed facts, with exhibits for each declaration or item of evidence, that clearly delineates between undisputed or disputed facts pertaining to and the Max G30P Scooter and the Max G30LP Scooter; and 3. By no later than seventy-five (75) days . . . the Parties shall separately file a letter brief (one for Plaintiffs and one for Defendant) no more than three (3) pages in length, applying the appliable law, with citations to relevant cases, to the undisputed and disputed facts." D.I. 52 at 7-8.

Pursuant to a prior stipulation of the parties, the Court set June 24, 2026 as the deadline for the Parties to submit their joint statement of undisputed and disputed facts, and July 8, 2026 as the deadline for the Parties to submit their letter briefs (one for Plaintiffs and one for Defendant). *See*

4930-0046-7638\1

D.I. 83; SO ORDERED May 13, 2026.

By this stipulation, the Parties jointly stipulate and move the Court for an order extending the June 24, 2026 and July 8, 2026 deadlines, each by an additional 7 days. Good cause exists for this request, as the parties have now had an opportunity to complete discovery, obtain deposition transcripts, and begin drafting a joint statement of undisputed facts. Nevertheless, due to conflicting and complicated travel schedules of the lawyers for plaintiffs and Segway who are seeking to discuss the joint statement with one another, an additional 7 days are needed to permit them to engage fully in additional written and/or verbal discussion(s) regarding the factual assertions to be included in the Joint Statement. Thus, an extension is appropriate in order to ensure that the process of submitting the Parties' joint statement and their subsequent letter briefs is as efficient for the Court as they can make it.

Thus, the Parties respectfully request that this Court Order as follows:

(1) The deadline for the Parties to submit a joint statement of disputed and undisputed facts, as discussed in the March 10, 2026, Order is extended to July 1, 2026; and

(2) The deadline for the Parties to submit letter briefs, as discussed in the March 10, 2026, Order, is extended to July 15, 2026.

Respectfully submitted this 18th day of June, 2026.

<table>
<tr><td><em>Attorneys for Defendant Segway, Inc.:</em></td><td><em>Attorneys for Plaintiffs and the Proposed Class:</em></td></tr>
<tr><td><strong>DORSEY & WHITNEY (DELAWARE) LLP</strong></td><td><strong>COOCH AND TAYLOR P.A.</strong></td></tr>
<tr><td><em>/s/ Alessandra Glorioso</em><br>Alessandra Glorioso (#5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7166<br>Facsimile: (302) 261-7419<br>glorioso.alessandra@dorsey.com</td><td><em>/s/ R. Grant Dick IV</em><br>R. Grant Dick IV (#5123)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>gdick@coochtaylor.com</td></tr>
</table>

4930-0046-7638\1

**DORSEY & WHITNEY LLP**

Adam C. Buck (pro hac vice)
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com


**DORSEY & WHITNEY LLP**

Kirk Schuler (pro hac vice)
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com


**DORSEY & WHITNEY LLP**

Anna Boyle (pro hac vice)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

**SMITH KRIVOSHEY, P.C**

Yeremey O. Krivoshey (pro hac vice)
28 Geary Street, Suite 650 #1507
San Francisco, CA 94108
Telephone: (415) 839-7077
Facsimile: (888) 410-0418
yeremey@skclassactions.com


**SMITH KRIVOSHEY, P.C**

Joel D. Smith (pro hac vice)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: (617) 377-7404
Facsimile: (888) 410-0415
joel@skclassaction.com


**SIRI | GLIMSTAD LLP**

Mason A. Barney (pro hac vice)
Leslie L. Pescia (pro hac vice)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
Facsimile: (646) 417-5967
mbarney@sirillp.com
lpescia@sirillp.com

**LAUKAITIS LAW LLC**

Kevin Laukaitis (pro hac vice)
Daniel Tomascik (pro hac vice)
954 Avenida Ponce De Leon Suite 205,
#10518 San Juan, Puerto Rico 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

SO ORDERED this __ day of _____ 2026.

_____
The Honorable Gregory B. Williams
United States District Judge

-3-