**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr><td>IN RE SEGWAY SCOOTER RECALL LITIGATION</td><td>C.A. No. 25-cv-00369-GBW<br>CONSOLIDATED</td></tr>
</table>

**JOINT STATEMENT OF UNDISPUTED AND DISPUTED FACTS**

Pursuant to the Court's March 10, 2026, Memorandum Order (D.I. 52), Plaintiffs Edward Steven Heymer, Paul Hanson, Aaron John Sabu, Christopher Holmes, and Jimmy Torres (collectively "Plaintiffs"), and Defendant Segway Inc. hereby submit the following Joint Statement of Undisputed and Disputed Facts regarding Segway's request to compel arbitration:

| **Segway's Statement of Undisputed Facts** | | **Not Disputed or Disputed** |
|---|---|---|
| | | |
| **I.** | **PARTIES AND PURCHASES** | |
| 1. | This case concerns certain allegations by Plaintiffs regarding purchases of Segway Ninebot G30P and/or G30LP KickScooters (hereafter the "G30P KickScooter", the "G30LP KickScooter", or, collectively, the "KickScooters"). *See generally*, Compl. (D.I. 34); *Hanson v. Segway*, Case No. 1:26-cv-00352 (D.I. 1) (consolidated with this action); *Torres v. Segway*, Case No. 1:26-cv-00140 (D.I. 1-1) (consolidated with this action). | Not Disputed. |
| 2 | The Plaintiffs allege they purchased the following KickScooters:<br><br>a. Plaintiff Holmes purchased a G30P KickScooter online at academy.com on June 30, 2021. Holmes' Answer to Def's' | Not Disputed. |

| | | |
|---|---|---|
| | Interrog. 1 (Exhibit 1); HOLMES_000001 (Exhibit 2).<br><br>b.  Plaintiff Sabu purchased a used G30P KickScooter from Amazon.com on June 29, 2024. Sabu's Answer to Def's' Interrog. 1 (Exhibit 3); SABU_000021 (Exhibit 4).<br><br>c.  Plaintiff Heymer purchased a G30LP KickScooter on August 7, 2022 from Best Buy via its website, bestbuy.com. Heymer's Answer to Def's' Interrog. 1 (Exhibit 5); HEYMER0001-2 (Exhibit 6).<br><br>d.  Plaintiff Hanson purchased a G30LP KickScooter on July 3, 2021 on Amazon.com. Hanson's Answer to Def's' Interrog. 1 (Exhibit 7); HANSON000001 (Exhibit 8).<br><br>e.  Plaintiff Torres purchased a G30LP KickScooter on April 27, 2024 from Amazon.com. Torres' Answer to Def's Interrog. 1 (Exhibit 9); TORRES000001 (Exhibit 10) | |
| 3. | Segway is not the manufacturer of the KickScooters but began selling one or both of the KickScooter models in the United States in approximately 2020.  Declaration of Wei Zhao ("Zhao Decl.") (D.I. 41), ¶¶ 4-5. | Not Disputed. |
| II. | **PACKAGING OF SEGWAY NINEBOT KICKSCOOTERS** | |
| 4. | Ninebot (Changzhou) Technology Co., Ltd. ("Ninebot") manufactures the G30P and G30LP KickScooters. Segway 30(b)(6) Dep. 18:19-21 (Excerpts attached as Exhibit 11); Segway's Am. Answer to Pls.' Interrog. 1 (Exhibit 12). | Not Disputed. |
| 5. | Ninebot is responsible for packaging new KickScooters sold in the United States. Segway 30(b)(6) Dep. 19:3-5 (Ex. 11). | Not Disputed. |

| | | |
|---|---|---|
| 6. | As part of the packaging process, Ninebot is responsible for applying stickers to the KickScooter boxes. Segway 30(b)(6) Dep. 20:2-8 (Ex. 11). | Not Disputed. |
| 7. | Segway receives these new products directly from Ninebot. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 8. | Segway and Ninebot have regular contact regarding business collaborations. Segway 30(b)(6) Dep. 22:4-9 (Ex. 11). | Not Disputed. |
| 9. | Segway has obtained hundreds of thousands of products from Ninebot, which is a large manufacturer that manufactures and packages products on a mass production scale. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 10. | Segway employees have visited Ninebot and have seen aspects of its operations. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 11. | During the course of Segway's business relationship with Ninebot, and at least since 2019, the packaging of products by Ninebot has revealed a routine pattern or practice of assembling, packaging, and labeling products in a manner that demonstrates consistency across each given product, including G30P KickScooters. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 12. | In addition, the business relationship between Segway and Ninebot is such that Segway would expect Ninebot to notify Segway of any material changes to the manner in which Ninebot packaged and labeled a given product. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |

| | | |
|---|---|---|
| 13. | As such, Segway can affirmatively state that the products it receives from Ninebot for sale and distribution in the United States, which Segway then sends to retailers or other distributors, are consistent in package and appearance, including with respect to the location of labels, graphics, stickers, and internal contents.  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 14. | In the course of Segway's receipt of products from Ninebot, Segway has, from time to time, inspected, sampled, or otherwise reviewed the contents of packages received, and this has included the G30P KickScooter.  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12); Segway 30(b)(6) Dep. 112:8-11 (Ex. 11). | Not Disputed. |
| 15. | Segway has witnessed consistency in the packaging and contents, demonstrating or suggesting an automated or other routine process for labeling and packaging products sold to Segway.  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12); Segway 30(b)(6) Dep. 116:1-8 (Ex. 11). | Not Disputed. |
| 16. | Ninebot is a mass producer of products, requiring routine and consistent packaging of its products.  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12); Segway 30(b)(6) Dep. 117:10-13, 118:8-17 (Ex. 11). | Not Disputed. |
| III. | **G30P KICKSCOOTERS** | |
| 17. | The exterior box of new Segway G30P scooters contain a sticker on the side of the box stating, "NINEBOT EKICKSCOOTER Max G30P LIMITED WARRANTY AND ARBITRATION AGREEMENT SHALL APPLY AVAILABLE AT https://www.segway.com/max-warranty/".  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12); SEGWAY000176 (Exhibit 13). | Not Disputed. |

| | | |
|---|---|---|
| 18. | Based on the review of G30P KickScooter packaging from time to time by one or more Segway employees, Segway can affirmatively state that the products it received from Ninebot for distribution in the United States, which Segway then sent to retailers and/or distributors, includes the existence and location of a white label on the exterior of the G30P box, approximately 3 ½ to 4 inches wide, with black lettering in a Sans Sarif font that states as follows: "NINEBOT EKICKSCOOTER Max G30P LIMITED WARRANTY AND ARBITRATION AGREEMENT SHALL APPLY AVAILABLE AT: https://www.segway.com/max-warranty/." Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 19. | During the course of Segway's business, including over the course of several years, Segway employees have inspected, sampled, or otherwise reviewed G30P products received from Ninebot, and the depiction of the G30P label disclosing the Arbitration Agreement has been consistently affixed to the exterior of the box on the side of the box. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 20. | If a customer navigated to the referenced URL, the customer could review the G30P Warranty Policy.  Segway 30(b)(6) Dep. 36:14-38:16 (Ex. 11); Zhao Decl. ¶¶ 1-4, 11-12. | Disputed. Objection: foundation, hearsay. Segway 30(b)(6) Dep. at 34:1-44:1 (Ex. 11). |
| 21. | Segway's pattern and routine practice of distributing G30P KickScooters also results in the delivery of arbitration agreements within a limited warranty insert to all purchasers. Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12); SEGWAY000001-000009 (Exhibit 14), SEGWAY000001-000045 (Exhibit 15). | Not Disputed. |

5

| | | |
|---|---|---|
| 22. | With respect to G30P KickScooters sampled, inspected, or otherwise reviewed by one or more employees at Segway, Segway has consistently witnessed and identified a Manufacturer's Limited Warranty (Americas) containing an Arbitration Agreement that is packaged with the G30P KickScooters.  Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 23. | A Manufacturer's Limited Warranty (Americas) agreement is attached to the Declaration of Wei Zhao as Exhibit 1, which contains an arbitration agreement on page 6 of the document under the heading "Claims and Dispute Resolution."  (D.I. 41); *see also* SEGWAY000001-000009 (Ex. 14), SEGWAY000001-000045 (Ex. 15). | Not Disputed. |
| 24. | A Manufacturer's Limited Warranty (Americas) agreement containing the referenced arbitration clause is contained in a packet of documentation in each G30P KickScooter box distributed by Segway to retailers in the United States, and this is consistent across G30P units received and inspected by Segway. Zhao Decl. ¶¶ 13-15, Ex. 1; Segway's Am. Answer to Pls.' Interrog. 1 (Ex. 12). | Not Disputed. |
| 25. | Opening a G30P KickScooter's box distributed by Segway to retailers in the United States reveals a packet containing a tool, fasteners, reflective strips, the KickScooter's Quick Start guide, a User Manual, and the Limited Warranty.  Segway 30(b)(6) Dep. 45:13-46:2 (Ex. 11); Zhao Decl. ¶¶ 13-15; Segway's Am. Answer to Pl.'s Interrog. 1 (Ex. 12). | Not Disputed. |
| 26. | This packet is contained in the very top of G30P KickScooter boxes distributed by Segway and sits on top of or adjacent to the charger for the G30P KickScooter.  Zhao Decl. ¶ 14; Segway's Am. Answer to Pl.'s Interrog. 1 (Ex. 12). | Not Disputed. |

| | | |
|---|---|---|
| 27. | The fasteners included within this packet are used to install the head of the handlebar. Zhao Decl. ¶ 14. | Not Disputed. |
| 28. | A G30P KickScooter distributed by Segway to retailers in the United States cannot ordinarily be removed from its box without also removing the packing material, including the packet containing the Limited Warranty. Zhao Decl. ¶ 15; Segway's Am. Answer to Pl.'s Interrog 1 (Ex. 12). | Not Disputed. |
| a. | **Plaintiff Christopher Holmes** | |
| 29. | Holmes purchased the Segway Ninebot Max G30P online at academy.com on June 30, 2021. Holmes' Answer to Def's' Interrog. 1 (Ex. 1);HOLMES_000001 (Ex. 2). | Not Disputed. |
| 30. | The G30P KickScooter was in its original box and packaging. Holmes' Answer to Def's' Interrog. 3 (Ex. 1). | Not Disputed. |
| 31. | Holmes received a user instruction packet with the scooter. HOLMES_000004 (Exhibit 16). | Not Disputed. |
| 32. | Holmes activated the scooter through an app and reviewed tutorial steps before using it. Holmes Dep. 5:11-19 (Excerpts attached as Exhibit 17). | Not Disputed. |
| 33. | Holmes did not pay attention to any stickers on the G30P KickScooter's box. Holmes Dep. 24:21-22 (Ex. 17). | Not Disputed. |
| 34. | When Holmes opened the G30P KickScooter box, there were instructions on how to assemble it, tools including Allen wrench keys, a charger, and a "booklet." Holmes Dep. 20:23-21:20 (Ex. 17). | Not Disputed. |
| 35. | Holmes left the booklet "inside the plastic." Holmes Dep. 21:21-22 (Ex. 17). | Not Disputed. |
| 36. | Holmes ultimately threw the box and "everything" away. Holmes Dep. 22:3 (Ex. 17). | Not Disputed. |

| | | | |
|---|---|---|---|
| 37. | | Holmes never "contact[ed] Segway to discuss anything related to arbitration." Holmes Dep. 26:4-7 (Ex. 17). | Disputed in part. Not disputed that Holmes did not contact Segway related to arbitration prior to initiating litigation, but disputed that Holmes did not contact Segway through counsel in litigation about arbitration. |
| | b. | **Plaintiff Aaron John Sabu** | |
| 38. | | Sabu purchased a used Segway Ninebot Max G30P from Amazon.com on June 29, 2024. Sabu's Answer to Def's' Interrog. 1 (Ex. 3); Sabu Dep. Ex. 18 (SABU_000021) (Attached within Sabu Dep. excerpts as Exhibit 18). | Not Disputed. |
| 39. | | The serial number is N4GSS2334E0078. Sabu's Answer to Def's' Interrog. 1 (Ex. 3); Sabu Dep. Ex. 18 (SABU_000043-44) (Ex. 18). | Not Disputed. |
| 40. | | Prior to purchasing the scooter, Sabu "looked into the details on Amazon … but [did not] recall any information about the exact details." Sabu Dep. 11:6-8 (Ex. 18). | Not Disputed. |
| 41. | | Ideally, having a warranty on the scooter was important to Sabu. Sabu Dep. 11:1-3 (Ex. 18). | Not Disputed. |
| 42. | | The scooter was mailed to Sabu's apartment building, and he picked it up in the mailroom. Sabu's Answer to Def's' Interrog. 2 (Ex. 3). | Not Disputed. |
| 43. | | The scooter was in its original box and packaging. Sabu's Answer to Def's' Interrog. 3 (Ex. 3); Sabu Dep. Ex. 18 (SABU_000009-20) (Ex. 18); Sabu Dep. 23:8-28:10; 54:15-17 (Ex. 18). | Not Disputed. |
| 44. | | Sabu downloaded and paired the scooter with the Segway app. Sabu Dep. 27:16-23 (Ex. 18). | Not Disputed. |

| | | |
|---|---|---|
| 45. | Sabu did not opt out of the Arbitration Agreement prior to initiating litigation. Sabu Dep. 29:19-30:2 (Ex. 18). | Not Disputed. |
| **IV.** | **G30LP KICKSCOOTERS** | |
| 46. | Plaintiffs Heymer, Hanson, and Torres purchased G30LP KickScooters. | Not Disputed. |
| 47. | When received by Segway, the side of each box containing a G30LP KickScooter, a white label with black lettering in a Sans Sarif font appears and states, "Please visit www.segway.com for further information," amongst other information. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12). | Not Disputed. |
| 48. | Segway's Limited Warranty can be accessed by consumers at https://www.segway.com/warranty/information and https://support.segway.com/service/warranty. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12). | Not Disputed to the extent that this is possible today. Disputed and Objection based on speculation, foundation, and hearsay that this was possible during class period. Segway 30(b)(6) Dep. at 34:14-44:9 (Ex. 11). Images of these websites as they existed during the class period have not been produced. |
| 49. | Segway's and Amazon's websites provide access to the Limited Warranty and Arbitration Agreement prior to checkout when purchasing a G30LP KickScooter. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12); Segway 30(b)(6) Dep. Ex. 13 (Ex. 11). | Disputed. Objection: speculation, foundation, hearsay. Segway 30(b)(6) Dep. at 48:17-21; 74:8-86:5 (Ex. 11). Segway has no knowledge of what the Amazon website looked like during the class period, nor has it produced any evidence to that effect.<br><br>Segway's Response: Regarding the speculation |

9

| | | |
|---|---|---|
| | | and foundation objections, Segway's position is that it has knowledge of its own website, and Segway produced screenshots of Amazon's website that its 30(b)(6) witness personally visited. *See* Segway 30(b)(6) Dep. Ex. 13 (Ex. 11). Regarding hearsay, there is no reference to a statement that could constitute hearsay. |
| 50. | Page 4 of the G30LP KickScooter's User Manual contains a box on the top right of the page with the words "LIMITED WARRANTY" inside. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12). | Not Disputed. |
| 51. | In the mobile app utilized with each KickScooter, the "Help & Feedback" section contains an image with the statement "Warranty Policy," which, if clicked, provides access to the Limited Warranty, which became accessible in 2024 in the mobile app. SEGWAY000171-000173 (Exhibit 19); Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12). | Disputed to the extent it suggests there is any reference to the limited warranty on the front screen of the app. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12); Fact 51; Segway 30(b)(6) Dep. at 104:2-14 (Ex. 11). |
| 52. | G30LP KickScooters produced in 2020 and, according to Segway, possibly 2021 have also included product inserts that included a Limited Warranty, including an Arbitration Agreement. Zhao Decl. ¶ 18. | Not Disputed as to 2020. Disputed that G30LP KickScooters in 2021 contained product inserts that included a Limit Warranty with an Arbitration Agreement. Objection: speculation, foundation, hearsay. Segway 30(b)(6) Dep. at 59:8-62:5 (Ex. 11). |

| | | |
|---|---|---|
| 53. | For early production units of the new G30LP KickScooters (i.e., certain units produced in or about 2020, and, according to Segway 2021), the G30LP packaging included a document styled "Ninebot KickScooter Max Manufacturer's Limited Warranty (Americas)" (hereafter "Limited Warranty Version 1"). Segway 30(b)(6) Dep. 59:12-15 (Ex. 11); *see also* Zhao Decl. ¶ 18 and Ex. 2. | Not Disputed. |
| 54. | During this same period, certain G30LP KickScooters also contained a document styled "Ninebot KickScooter Max Limited Warranty and Dispute Resolution Agreement" (hereafter "Limited Warranty Version 2").  Segway 30(b)(6) Dep. 59:12-15 (Ex. 11); *see also* Zhao Decl. ¶ 18 and Ex. 3. | Not Disputed. |
| 55. | Although early manufactured G30LP KickScooters (2020 and possibly, according to Segway, part of 2021) were likely to include the Limited Warranty Version 1 or Limited Warranty Version 2, Segway's witness testified that he did not believe G30LP KickScooters (2022-to2025) were so equipped. Segway 30(b)(6) Dep. 59:16-19 (Ex. 11). | Not Disputed. |
| 56, | Instead, these G30LP KickScooters sold between 2022-2025 were packaged with a limited warranty that expressly stated the warranty applied to purchases in Europe, the Middle East, and Africa and did not contain an arbitration provision. Zhao Decl. ¶ 19. | Not Disputed |
| 57. | Page 4 of the G30LP KickScooter's User Manual contains a box on the top right of the page with the words "LIMITED WARRANTY" inside and a sticker on side of the exterior of the box states "Please visit www.segway.com for further information," amongst other content.  Zhao Decl., Ex. 5 (D.I. 41). | Not Disputed |

11

| | | |
|---|---|---|
| 58. | A person visiting www.segway.com could, by clicking on an icon called "support" navigate to additional web pages providing access to a Limited Warranty applicable to all Segway KickScooters, including the G30LP KickScooter, at https://www.segway.com/warranty/information and https://support.segway.com/service/warranty. Zhao Decl. ¶ 20; Segway 30(b)(6) Dep. at 68:21-71:14 (Ex. 11). | Not Disputed |
| 59. | The URL https://www.segway.com/warranty/information was active from approximately June 2019 to February 2025 and the URL https://support.segway.com/service/warranty was active from November 2023 to March 2025.  Zhao Decl. ¶ 20. | Not Disputed. |
| 60. | Purchasers could access a copy of a Limited Warranty and Arbitration Agreement applicable to KickScooters from November 2021 through the present at https://store.segway.com/warranty-information.  Zhao Decl. ¶ 20. | Not Disputed. |
| 61. | By navigating to Segway's website, consumers may access and review various Limited Warranty documents, including a Limited Warranty pertaining generally to KickScooters which contained an Arbitration Agreement.  Zhao Decl., Ex. 4. | Disputed. Segway 30(b)(6) Dep. at 68:6-73:6 (Ex. 11). |
| 62. | The Limited Warranty has been available on https://www.segway.com/warranty/information from approximately June 2019 to February 2025 and the URL https://support.segway.com/service/warranty was active from November 2023 to March 2025.  Zhao Decl. ¶ 21. | Not Disputed |
| 63. | At various times, customers may also have received notice of the Limited Warranty and accompanying Arbitration Agreement through | Disputed. Objection: speculation, foundation, hearsay. Segway 30(b)(6) |

12

| | | |
|---|---|---|
| | links or downloads from retailers selling Segway's products.  Zhao Decl. ¶ 22. | Dep. at 48:17-21; 74:8-86:5 (Ex. 11). |
| 64. | Amazon's website, at least at certain times, has provided access to the Limited Warranty and Arbitration Agreement which Segway believed was applicable to the G30LP KickScooter.  Zhao Decl. . ¶ 22, Ex. 6; Segway 30(b)(6) Dep. at 106:3-110:7, Ex. 16 (Ex. 11). | Disputed. Objection: speculation, foundation, hearsay. Segway 30(b)(6) Dep. at 48:17-21; 74:8-86:5 (Ex. 11). |
| 65. | From September 2024 to the present, consumers who purchased the G30LP KickScooter online directly from Segway should encounter, prior to checkout, a notice stating that "Segway's Sales of Goods T&C (including Arbitration & Restocking Fee)," would apply.  Zhao Decl. ¶ 22. | Not Disputed. |
| a. | **Plaintiff Edward Steven Heymer** | |
| 66. | Heymer purchased the scooter on August 7, 2022 from Best Buy via its website, bestbuy.com. Heymer's Answer to Def's' Interrog. 1 (Ex. 5); HEYMER0001-2 (Ex. 6). | Not Disputed. |
| 67. | The serial number is N4DNG2149K1356. Heymer's Answer to Def's' Interrog. 1 (Ex. 5). | Not Disputed. |
| 68. | Before purchasing the scooter, Heymer reviewed Segway's website. Heymer Dep. 10:3-5, 11:3-5 (Excerpts attached as Exhibit 20). | Not Disputed. |
| 69. | The scooter was delivered directly to Heymer by a freight truck operated by UPS. Heymer's Answer to Def's' Interrog. 2 (Ex. 5). | Not Disputed. |
| 70. | The scooter was delivered to Heymer by truck in its original box and packaging. Heymer's Answer to Def's' Interrogs. 2-3 (Ex. 5); HEYMER0012 (Exhibit 21). | Not Disputed. |
| 71. | Heymer received the Ninebot KickScooter User Manual and Limited Warranty for Europe, | Not Disputed. |

| | | |
|---|---|---|
| | Middle East, and Africa. HEYMER0005 (Exhibit 22). | |
| 72. | The documentation Heymer received also stated, "Visit www.segway.com for the latest contact information." HEYMER0005 (Ex. 22); Heymer Dep. 19:20-23 (Ex. 20). | Not Disputed. |
| 73. | Heymer received a package insert with a QR code directing the purchaser to the Segway-Ninebot App. HEYMER0006 (Exhibit 23). | Not Disputed. |
| 74. | Heymer has used the application on his phone. Heymer Dep. 22:14-20 (Ex. 20). | Not Disputed. |
| 75. | At no "point in time" did Heymer "advise Segway that [he was] not interested in participating in an arbitration proceeding instead of a court proceeding." Heymer Dep. 21:24-22:3 (Ex. 20). | Disputed in part. Not disputed that Heymer did not contact Segway related to arbitration prior to litigation, but disputed that Heymer did not contact Segway through counsel in litigation to indicate that he was not interested in arbitration. |
| **b.** | **Plaintiff Paul Hanson** | |
| 76. | Hanson purchased his scooter on July 3, 2021 on Amazon.com. Hanson's Answer to Def's' Interrog. 1 (Ex. 7); HANSON000001 (Ex. 8). | Not Disputed |
| 77. | Hanson claims the serial number is NU365422260. Hanson's Answer to Def's' Interrog. 1 (Ex. 7). | Not Disputed |
| 78. | Hanson received his scooter via Amazon delivery. Hanson's Answer to Def's' Interrog. 2 (Ex. 7). | Not Disputed |
| 79. | Hanson's scooter was in its original box and packaging when he received it. Hanson's Answer to Def's' Interrog. 3 (Ex. 7). | Not Disputed |

14

| | | |
|---|---|---|
| 80. | Hanson utilized the Segway Ninebot mobile application with his G30LP KickScooter. Hanson Dep. 18:21-19:4 (Excerpts attached as Exhibit 24). | Not Disputed |
| 81. | Hanson has never "declined arbitration with any particular company or entity." Hanson Dep. 18:2-4 (Ex. 24). | Disputed in part. Not disputed that Hanson did not contact Segway related to arbitration prior to litigation, but disputed that Hanson did not contact Segway through counsel in litigation to indicate that he was not interested in arbitration. |
| c. | **Plaintiff Jimmy Torres** | |
| 82. | Torres purchased a G30LP KickScooter through Amazon.com on April 27, 2024. Torres Dep. 19:13-16, 24:24-25:1 (Excerpts attached as Exhibit 25); TORRES000001 (Ex. 10). | Not Disputed |
| 83. | Torres reviewed the G30LP on Segway's website before purchasing the scooter. Torres Dep. 20:22-25 (Ex. 25). | Not Disputed |
| 84. | When making a large purchase, Torres ordinarily conducts an investigation and analysis of the product. Torres Dep. 25:6-10 (Ex. 25). | Not Disputed |
| 85. | The activity Torres engaged in before purchasing the G30LP KickScooter was "sort of" typical of what he ordinarily does for large purchases. Torres Dep. 25:11-14 (Ex. 25). | Not Disputed. |
| 86. | For some prior large purchases, Torres has searched for warranty information to see what the warranty terms comprise. Torres Dep. 25:22-26:1 (Ex. 25). | Not Disputed. |
| 87. | Torres admitted that it was possible he looked into warranty information for the G30LP KickScooter but did not remember doing so. Torres Dep. 26:5-7 (Ex. 25). | Not Disputed |

15

| 88. | Torres activated the G30LP KickScooter using the Segway-Ninebot mobile app. Torres Dep. 14:10-14 (Ex. 25). | Not Disputed. |
|---|---|---|
| 89. | Beginning in 2024, the mobile app included a "Help & Feedback" section with an image with the statement "Warranty Policy," which, if clicked, provides access to the Limited Warranty, which became accessible in 2024 in the mobile app.  Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12). | Disputed to the extent it suggests that the image of the Warranty Policy was visible on the front screen of the mobile app, as opposed to only after clicking on the Help & Feedback button starting in 2024. Segway 30(b)(6) Dep. at 104:2-14 (Ex. 11). |
| 90. | Torres did not opt out of the Arbitration Agreement prior to initiating litigation. Torres Dep. 46:22-47:21 (Ex. 25). | Not Disputed |

| Plaintiffs' Statement of Undisputed Facts | Not Disputed or Disputed[1] |
|---|---|
| **Segway Rule 30(b)(6) Witness Background And Preparation** | |
| 91  Segway's Rule 30(b)(6) witness Mr. Wei Zhao is its General Counsel. Segway 30(b)(6) Dep. at 8:5-10:2 (Ex. 11). | Not Disputed |
| 92  Mr. Zhao was designated as Segway's Rule 30(b)(6) witness concerning the following six categories: (1) "All evidence Defendant may rely on in support of any argument that any PLAINTIFF in this action is subject to arbitration."; (2) "Defendant's policies, procedures, and practices concerning providing | Not Disputed |

---

[1] Segway's response, including its response of "Not Disputed," is for purposes of the pending Motion to Compel Arbitration only.  Segway reserves the right to dispute any fact for any appropriate purpose in the future. Plaintiffs do not believe that is a proper way of stipulating to or responding to assertions of facts, and will treat all admissions from Segway as binding for the duration of this case.

| | | |
|---|---|---|
| | notice of arbitration to purchasers of CHALLENGED PRODUCTS within the CLASS PERIOD"; (3) "Defendant's policies, procedures, and practices concerning the packaging of the CHALLENGED PRODUCTS during the CLASS PERIOD."; (4) "The content of any notice of arbitration provided to, seen by, or displayed for the PLAINTIFFS."; (5) "Any acts by PLAINTIFFS evidencing consent to arbitration in this case."; (6) "Information and discovery sought by PLAINTIFFS in their Requests for Production 16-35 and Interrogatories 1-3 dated March 13, 2026 and served on that date." Segway 30(b)(6) Dep. at 16:7-17:12; Ex. 6 (Ex. 11). | |
| 93 | In preparing for the Rule 30(b)(6) deposition, Mr. Zhao testified that he did not talk to any employees at Segway, other than asking "some employees to take some pictures of the product." Segway 30(b)(6) Dep. at 14:12-15:24 (Ex. 11). | Not Disputed |
| 94 | Mr. Zhao prepared all of Segway's discovery responses in this litigation without consulting any employees at Segway, other than asking "some employees to take some pictures of the product," and relying on his "knowledge working at Segway for seven years." Segway 30(b)(6) Dep. at 14:19-15:24 (Ex. 11). | Not Disputed |
| 95 | Mr. Zhao did not talk to anybody at Ninebot to prepare Segway's discovery responses. Segway 30(b)(6) Dep. at 19:18-21 (Ex. 11). | Not Disputed |
| 96 | Mr. Zhao did not talk to anybody at Ninebot to prepare for the Rule 30(b)(6) deposition. Segway 30(b)(6) Dep. at 19:18-21 (Ex. 11). | Not Disputed |
| 97 | Mr. Zhao did not obtain any documents from Ninebot in preparing Segway's discovery responses or preparing for the Rule 30(b)(6) deposition. Segway 30(b)(6) Dep. at 19:22-20:1 (Ex. 11). | Not Disputed |

| | | |
|---|---|---|
| 98 | Mr. Zhao testified that he does not know whether Ninebot has any written policies about the packaging of Segway KickScooters, and has never seen any such policies. Segway 30(b)(6) Dep. at 20:15-21:4 (Ex. 11). | Not Disputed |
| 99 | Mr. Zhao testified that he does not know whether Ninebot has any written policies about any product inserts that go into the boxes of KickScooters, and never asked to see information. Segway 30(b)(6) Dep. at 21:5-14 (Ex. 11). | Not Disputed |
| 100 | Mr. Zhao testified that when a Segway KickScooter is sent from Ninebot, in China, to the United States, Segway does not open those boxes for any reason prior to selling them to downstream consumers. Segway 30(b)(6) Dep. at 23:6-11 (Ex. 11). | Partially disputed. Mr. Zhao further testified that he "personally open[s] many box[es] of different product[s] because we always have samples for American use." Segway 30(b)(6) Dep. 23:19-22 (Ex. 11). |
| 101 | No one at Segway ever opened or examined the inside contents of the box containing the KickScooters sent to the Plaintiffs in this case. Segway 30(b)(6) Dep. at 24:3-25:4 (Ex. 11). | Not Disputed |
| **Segway KickScooter Packaging, Stickers, And Inserts** | | |
| 102 | Stickers on G30P KickScooters boxes that reference arbitration appear on the side of the box, and never on the top, bottom, or front of the box. Segway 30(b)(6) Dep. at 25:15-29:11; Ex. 5 (Ex. 11). | Not Disputed |
| 103 | The boxes containing G30P and G30LP KickScooters stand possibly more than three feet tall and about four feet wide. Segway 30(b)(6) Dep. at 29:12-31:22 (Ex. 11). | Not Disputed |
| 104 | The sticker on the side of the box for G30P scooter does not cover any seam that would be | Not Disputed |

| | | |
|---|---|---|
| | required to open the box. Segway 30(b)(6) Dep. at 31:23-33:5 (Ex. 11). | |
| 105 | Consumers are able to open G30P KickScooter boxes without ever having to tear the arbitration sticker, or cut through it, or otherwise rip it, so that they can get inside the box. Segway 30(b)(6) Dep. at 33:6-10 (Ex. 11). | Not Disputed |
| 106 | Segway has no documentation of any Plaintiffs in this case ever seeing the arbitration sticker on the box of Segway KickScooters. Segway 30(b)(6) Dep. at 33:21-24 (Ex. 11). | Not Disputed |
| 107 | Mr. Zhao did not remember which of the many documents that come within the packet of G30P KickScooters appear on top, i.e., of whether the user manual appears on top, or the quick start guide, or the limited warranty. Segway 30(b)(6) Dep. at 52:21-56:15 (Ex. 11). | Not Disputed |
| 108 | It is possible to take the tools necessary to set up a G30P KickScooter out of the inside package without also retrieving or opening any of the booklets inside the package. Segway 30(b)(6) Dep. at 56:16-57:15 (Ex. 11). | Disputed. When asked "[i]s it possible to remove the tools and the fasteners and reflective strips without removing the other booklets, Mr. Zhao answered "No. You can't because all this materials, the tools, the screws, the fasteners, reflective strips, and the documents they're sealed in one plastic bag. You need to open that bag to get everything out." Segway 30(b)(6) Dep. at 56:22-57:5 (Ex. 11).<br><br>Plaintiff responds that Segway does not actually deny any statement in the statement of fact, and instead |

| | | |
|---|---|---|
| | | states a non sequitur. The statement of fact concerns removal of items from the plastic bag mentioned in Segway's response. |
| 109 | Segway has no documentation of whether any of the Plaintiffs in this case removed any limited warranty out of the packets that came in their KickScooter boxes. Segway 30(b)(6) Dep. at 57:16-21 (Ex. 11). | Not Disputed |
| 110 | A consumer need not read or see the limited warranty to make Segway's G30P and G30LP KickScooters functional. Segway 30(b)(6) Dep. at 58:17-23 (Ex. 11). | Not Disputed |
| 111 | All Segway G30LP KickScooters received by Segway from Ninebot in 2022 and after did not contain a limited warranty with an arbitration provision in the box. Segway 30(b)(6) Dep. at 59:20-62:5 (Ex. 11). | Not Disputed. |
| 112 | The outside of the box for G30LP KickScooters has never identified a limited warranty or an arbitration agreement by name. Segway 30(b)(6) Dep. at 62:15-63:4 (Ex. 11). | Not Disputed |
| 113 | Segway is not aware of anything mentioning a limited warranty or arbitration on the outside of the boxes of G30LP KickScooters. Segway 30(b)(6) Dep. at 63:11-14 (Ex. 11). | Not Disputed |
| 114 | The only mention of the limited warranty in the user manual for G30LPs are on pages 3, 4, and 17. Segway 30(b)(6) Dep. at 63:15-65:10; Ex. 12 (Ex. 11); SEGWAY000218 at ¶ 13 (Exhibit 26); SEGWAY000219 (Exhibit 27); SEGWAY000225 at ¶ 2 (under "Note"). (Exhibit 28) | Not Disputed. |
| 115 | The user manual for G30LPs does not provide a link or URL to the limited warranty. Segway 30(b)(6) Dep. at 65:11-66:6 (Ex. 11). | Not Disputed |

| | | |
|---|---|---|
| 116 | The sticker on G30LP boxes that states "Please visit www.segway.com for further information" has other text on it, and the sentence is about hallway down on the sticker. Segway 30(b)(6) Dep. at 66:7-67:2 (Ex. 11). | Not Disputed |
| 117 | The sticker on G30LP boxes mentioning the segway.com website is on the side of the box, not the front, back, or top, and is not on any seam of the package that a consumer would need to cut through or open to get inside. Segway 30(b)(6) Dep. at 67:3-11 (Ex. 11). | Not Disputed |
| 118 | There is no mention on G30LP boxes that the limited warranty might be on the segway.com website. Segway 30(b)(6) Dep. at 67:22-68:1 (Ex. 11). | Not Disputed |
| 119 | There is no mention on G30LP boxes that an arbitration provision might be on the segway.com website. Segway 30(b)(6) Dep. at 68:2-5 (Ex. 11). | Not Disputed |
| **Segway And Retailer Websites And URLs** | | |
| 120 | Segway has never produced images from the webpage https://www.segway.com/max-warranty/, the URL that appears on the sticker of new Segway G30 KickScooters, in this litigation. Segway 30(b)(6) Dep. at 34:1-11 (Ex. 11). | Disputed. Mr. Zhao testified that although images of the website were not produced, "[t]he website will direct you to a PDF online which is electronic version of the G30P warranty agreement and it is the same version consumer receive paper copy in their package." Segway 30(b)(6) Dep. at 36:14-19 (Ex. 11).<br><br>Plaintiff responds that Segway does not actually dispute the statement as written, but instead states a non sequitur about a |

| | | document that is not an image from the referenced URL based on Mr. Zhao's memory alone, to which Plaintiff objects based on hearsay and foundation. |
|---|---|---|
| 121 | Segway is not in possession of any documentation of what the website https://www.segway.com/max-warranty/ looked like between 2020 through February 2025 outside of Mr. Zhao's personal memory of using the webpage at some points in 2022 and thereafter. Segway 30(b)(6) Dep. at 35:6-40:2 (Ex. 11). | Disputed.  Mr. Zhao testified that although images of the website were not produced, "[t]he website will direct you to a PDF online which is electronic version of the G30P warranty agreement and it is the same version consumer receive paper copy in their package."  Segway 30(b)(6) Dep. at 36:14-19 (Ex. 11).<br><br>Plaintiff responds that Segway does not actually dispute the statement as written, but instead states a non sequitur about a document that is not an image from the referenced URL based on Mr. Zhao's memory alone, to which Plaintiff objects based on hearsay and foundation. |
| 122 | The https://www.segway.com/max-warranty/ was disabled in late February 2025. Segway 30(b)(6) Dep. at 42:20-43:14 (Ex. 11). | Not Disputed |
| 123 | Segway has no evidence that any of the Plaintiffs ever visited https://www.segway.com/max-warranty/, the website mentioned on the arbitration sticker on new G30P KickScooters. Segway 30(b)(6) Dep. at 44:23-45:12 (Ex. 11). | Not Disputed |

22

| | | |
|---|---|---|
| 124 | Mr. Zhao has never purchased either the G30P or G30LP KickScooter from amazon.com. Segway 30(b)(6) Dep. at 48:17-21 (Ex. 11). | Not Disputed |
| 125 | There are no limited warranties or arbitration agreements on segway.com. Rather, a visitor needs to click the support tab at the top of the website. Segway 30(b)(6) Dep. at 68:6-71:14 (Ex. 11). | Disputed.  Mr. Zhao has explained that the Limited Warranty is "[a]ccessible through this website," and that it is accessed beginning at segway.com by clicking additional boxes or links. Zhao Decl. ¶ 17; Segway 30(b)(6) Dep. 68:13-70:22 (Ex. 11).<br><br>Plaintiff responds that Segway does not actually dispute the statement as written. The referenced Limited Warranty is not on segway.com, but rather on different URLs that must be found through the referenced support tab. |
| 126 | Consumers cannot find limited warranties by searching for warranties using the "search bar" function on segway.com. Segway 30(b)(6) Dep. at 71:19-73:6 (Ex. 11). | Disputed, and objection, foundation.  Plaintiff's counsel manipulated a search bar and Mr. Zhao testified that he did not know whether the search function would be the same prior to February 2025. *See* Segway 30(b)(6) Dep. at 72:9-16 (Ex. 11).<br><br>Plaintiff responds that Segway does not actually dispute the statement as written, nor has it introduced |

23

| | | any evidence suggesting that the statement is not true. |
|---|---|---|
| 127 | Mr. Zhao has never been on amazon.com prior to November 2025 to see if there was a warranty or arbitration provision on the website. Segway 30(b)(6) Dep. at 73:17-76:19 (Ex. 11). | Not Disputed |
| 128 | Segway has no knowledge of whether the limited warranty or arbitration were mentioned on amazon.com with regards to G30LP and G30P KickScooters between 2019 until October 2025. Segway 30(b)(6) Dep. at 76:11-77:3 (Ex. 11). | Not Disputed |
| 129 | Segway has no way to know what amazon.com webpage for G30LP KickScooters looked like between 2019 through February 2025. Segway 30(b)(6) Dep. at 79:4-20 (Ex. 11). | Not Disputed |
| 130 | The arbitration agreement on amazon.com for G30LP KickScooters in November 2025 was not visible at the top of the page or during checkout, but rather appeared only if consumers scrolled down the page and clicked on a statement about a Limited Warranty. Segway 30(b)(6) Dep. at 79:21-83:7 (Ex. 11). | Not Disputed |
| 131 | Segway has no knowledge of whether either the limited warranty or an arbitration provision was displayed anywhere on the website of academy.com for consumers buying Segway scooters. Segway 30(b)(6) Dep. at 83:22-84:9 (Ex. 11). | Not Disputed |
| 132 | Segway has no knowledge of whether either the limited warranty or an arbitration provision was displayed anywhere on the website of bestbuy.com for consumers buying Segway scooters. Segway 30(b)(6) Dep. at 83:22-84:12 (Ex. 11). | Not Disputed |
| 133 | None of the Plaintiffs in this case bought the scooters at issue in the litigation from | Not Disputed |

| | | |
|---|---|---|
| | segway.com. Segway 30(b)(6) Dep. at 84:13-18 (Ex. 11). | |
| 134 | Consumers buying Segway KickScooters on segway.com prior to September 2024 would not encounter language concerning Segway's sales and goods terms and conditions or arbitration prior to checkout. Segway 30(b)(6) Dep. at 84:20-85:8 (Ex. 11). | Disputed.  The cited testimony does not stand for the proposition asserted.<br><br>Plaintiff responds that this is not a genuine dispute. The testimony speaks for itself. |
| **Segway's Mobile App** | | |
| 135 | The front screen of the Segway mobile app does not make any mention of the warranty policy or arbitration provision. Segway 30(b)(6) Dep. at 104:2-10; Ex. 15 (Ex. 11). | Not Disputed |
| 136 | A consumer using Segway's mobile app can access the limited warranty within the app by clicking on the help and feedback button on the front screen. Segway 30(b)(6) Dep. at 104:2-13; Ex. 15 (Ex. 11). | Disputed to the extent it suggests that this was possible prior to 2024, or that there is any reference to the limited warranty on the front screen. Segway's Am. Answer to Pls.' Interrog. 2 (Ex. 12); Fact 51; Segway 30(b)(6) Dep. at 104:2-14 (Ex. 11). |
| **Plaintiff Torres** | | |
| 137 | Plaintiff Torres did not conduct any investigation into warranties for the G30LP at issue in this case prior to making his purchase. Torres Dep. at 20:9-21, 21:4-21:8, 22:23-23:3; 25:22-26:4 (Ex. 25). | Not Disputed |
| 138 | Plaintiff Torres has no recollection of seeing anything concerning arbitration regarding the G30LP outside of this litigation. Torres Dep. at 24:8-23 (Ex. 25). | Not Disputed |

| 139 | Plaintiff Torres has no recollection of reading any terms and conditions associated with the purchase of the G30LP on amazon.com. Torres Dep. at 28:8-11 (Ex. 25). | Not Disputed |
|---|---|---|
| 140 | Plaintiff Torres has no recollection of seeing or reading a Limited Warranty inside the packaging of the G30LP he received. Torres Dep. at 29:19-31:9 (Ex. 25). | Not Disputed |
| 141 | Plaintiff Torres has no recollection of seeing anything concerning a warranty within the Segway mobile app. Torres Dep. at 32:11-13 (Ex. 25). | Not Disputed |
| **Plaintiff Sabu** | | |
| 142 | Plaintiff Sabu has no recollection of seeing anything about a warranty on amazon.com when buying the Segway G30P KickScooter at issue in this case. Sabu Dep. at 11:9-16 (Ex. 18). | Not Disputed |
| 143 | Outside of this litigation, Plaintiff Sabu has not read anything about the warranty concerning the Segway G30P KickScooter. Sabu Dep. at 11:17-20 (Ex. 18); 6/17/2025 Sabu Declaration ¶ 9. | Not Disputed |
| 144 | Plaintiff Sabu did not modify the box that his Segway G30P KickScooter was delivered in, and neither did anyone else after delivery of the box. Sabu Dep. at 22:6-10, 22:22-23:7, 42:21-23 (Ex. 18). | Disputed; objection, foundation.  Sabu Dep. at 51:4-54:14 (Ex. 18).<br><br>Plaintiff responds that Sabu testified that he did not modify the box, and that no one had access to the box after it was delivered since it was stored in his apartment and he lives alone. Plaintiff has personal knowledge of those facts, which Segway does not dispute. |

| | | |
|---|---|---|
| 145 | Plaintiff Sabu is still in possession of the box that his Segway G30P KickScooter was delivered in. Sabu Dep. at 22:11-24 (Ex. 18). | Not Disputed |
| 146 | Plaintiff Sabu purchased a "used, like new" G30P KickScooter. Sabu Dep. at 23:18-20, 45:1-13 (Ex. 18). | Not Disputed |
| 147 | Plaintiff Sabu did not see a warranty booklet in the box that his G30P KickScooter came in. Sabu Dep. at 26:7-28:20 (Ex. 18); 6/17/2025 Sabu Declaration ¶ 8. | Disputed, in part. Plaintiff Sabu testified that he did not remember what was in the box, and when asked if it was possible that a warranty booklet was in the box, he testified "I don't remember.". Sabu Dep. 26:24-28:20; 54:24-55:8 (Ex. 18). |
| 148 | The box containing the G30P Segway KickScooter that was delivered to Plaintiff Sabu did not contain a sticker on it mentioning a Limited Warranty or any reference to arbitration. Sabu Ex. 18; SABU_000009-20 (Ex. 18); 6/17/2025 Sabu Declaration ¶ 7. | Disputed. Plaintiff Sabu did not "see" a reference to an arbitration clause on the packaging. 6/17/2025 Sabu Declaration ¶ 7. The image of the packaging produced by Plaintiff Sabu does not include the words "Limited Warranty" or "arbitration" but does refer the customer to segway.com. SABU_000018 (Ex. 18). Plaintiff responds that there is no genuine dispute about the statement, given that Segway does not dispute that there was no sticker on Sabu's box mentioning a Limited Warranty or referencing arbitration. |

| | | |
|---|---|---|
| **Plaintiff Holmes** | | |
| 149 | Plaintiff Holmes did not look into warranty information prior to purchasing the G30P KickScooter. Holmes Dep. at 16:14-16 (Ex. 17). | Not Disputed |
| 150 | Plaintiff Holmes did not see any sticker or other indication on the original packaging of the G30P KickScooter, prior to opening it, that containing a reference to any arbitration clause. Holmes Dep. at 19:16-18, 23:15-24:22 (Ex. 17); 6/17/2025 Holmes Decl. ¶ 7. | Disputed. Plaintiff Holmes testified that he did not "recall" seeing any stickers or labels and "didn't really pay attention" to the packaging. Holmes Dep. 19:16-19 (Ex. 17). |
| 151 | Upon opening the original packaging of the G30P KickScooter, Plaintiff Holmes did not see any warranty booklet inside the original packaging pertaining to the G30P that he had knowledge of its containing any arbitration clause. 6/17/2025 Holmes Decl. ¶ 8. | Not Disputed |
| 152 | Outside of this litigation, Plaintiff Holmes has never seen any arbitration provision as it relates to the G30P on Segway's website or otherwise. 6/17/2025 Holmes Declaration ¶ 9. | Not Disputed |
| 153 | Plaintiff Holmes has not now or ever agreed to arbitration with Segway as it relates to the G30P. 6/17/2025 Holmes Declaration ¶ 10. | Disputed. Improper legal conclusion. |
| 154 | Plaintiff Holmes took the charger out of the packet inside the G30P KickScooter, but not any of the other materials or documents that may have been in the packet. Holmes Dep. at 26:21-27:6 (Ex. 17). | Not Disputed |
| **Plaintiff Heymer** | | |
| 155 | Plaintiff Heymer did not see any sticker or other indication on the original packaging of the Segway G30LP KickScooter, prior to opening it, that contained a reference to any arbitration clause. 6/17/2025 Heymer Declaration ¶ 7. | Not Disputed |

28

| 156 | Plaintiff Heymer did not see or look for warranty information on Segway's website. Heymer Dep. at 11:3-11 (Ex. 20). | Not Disputed |
|---|---|---|
| 157 | Plaintiff Heymer did not see or review any warranty information on Best Buy's website. Heymer Dep. at 12:10-13 (Ex. 20). | Not Disputed |
| 158 | Plaintiff Heymer received the Ninebot KickScooter Limited Warranty for Europe, Middle East, and Africa in the box containing his G30LP KickScooter, which does not contain an arbitration provision. HEYMER0005 (Ex. 22); Segway 30(b)(6) Dep. at 60:5-13, 61:11-62:5 (Ex. 11); Zhao Decl., Ex. 2 at 11-16 (Dkt. 41 at PDF page 61-64). | Not Disputed |
| 159 | Plaintiff Heymer did not read any portion of the Limited Warranty for Europe, Middle East, and Africa ("Manufacturer's Limited Warranty (EMEA)." Heymer Dep. at 18:22-19:14 (Ex. 20). | Not Disputed |
| 160 | Plaintiff Heymer did not read the user manual that came with his G30LP KickScooter. Heymer Dep. at 22:4-7 (Ex. 20). | Not Disputed |
| 161 | Upon opening the original packaging, Plaintiff Heymer did not see any warranty booklet inside the original packaging pertaining to the G30LP that he had knowledge of its containing any arbitration clause. 6/17/2025 Heymer Declaration ¶ 8. | Not Disputed |
| 162 | Outside of this litigation, Plaintiff Heymer has never seen any arbitration provision as it relates to the G30LP on Segway's website or otherwise. 6/17/2025 Heymer Declaration ¶ 9. | Not Disputed |
| 163 | Plaintiff Heymer has not now or ever agreed to arbitration with Segway as it relates to the G30LP. 6/17/2025 Heymer Declaration ¶ 10. | Disputed. Improper legal conclusion. |

| | | |
|---|---|---|
| 164 | Plaintiff Heymer has never gone to the Help & Feedback section of the Segway mobile app. Heymer Dep. at 22:21-24 (Ex. 20). | Disputed. Plaintiff Heymer does not "believe" he has gone to the Help & Feedback section of the app. Heymer Dep. 22:21-24 (Ex. 20).<br><br>Plaintiff responds that Segway has produced no evidence that Heymer has ever gone to the Help & Feedback section, so its dispute is not based in fact. |
| 165 | Plaintiff Heymer has not seen any references to a warranty within Segway's mobile app. Heymer Dep. at 22:25-24:4 (Ex. 20). | Disputed. Plaintiff Heymer does not "believe" he has seen references to a warranty in Segway's app. Heymer Dep. 24:25-25:2 (Ex. 20).<br><br>Plaintiff responds that Segway has produced no evidence that Heymer has seen any references to a warranty within Segway's mobile app, so its dispute is not based in fact. |
| **Plaintiff Hanson** | | |
| 166 | Plaintiff Hanson did not look for or see any warranty information prior to purchasing a Segway G30LP KickScooter. Hanson Dep. at 11:8-12:9, 13:11-18 (Ex. 24). | Not Disputed |
| 167 | Plaintiff Hanson did not go to Segway's website prior to purchasing the Segway G30LP KickScooter. Hanson Dep. at 12:18-20 (Ex. 24). | Not Disputed |
| 168 | Plaintiff Hanson does not recall seeing any documentation inside the box of the G30LP that he purchased. Hanson Dep. at 14:14-15:3 (Ex. 24). | Not Disputed |

30

DATED:  July 1, 2026


Respectfully submitted,

/s/ R. Grant Dick IV

| | |
|---|---|
| R. Grant Dick IV, Esq. | Frederick B. Rosner, Esq. |
| Kevin D. Levitsky, Esq. | Zhao (Ruby) Liu, Esq. |
| COOCH AND TAYLOR P.A. | THE ROSNER LAW GROUP LLC |
| 1000 N. West Street, Suite 1500 | 824 Market Street, Suite 810 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-3800 | Phone: (302) 777-1111 |
| Email: gdick@coochtaylor.com | Email: rosner@teamrosner.com |
| Email: klevitsky@coochtaylor.com | Email: liu@teamrosner.com |

-and-

Yeremey O. Krivoshey, Esq.
SMITH KRIVOSHEY, PC
166 Geary Str STE 1500-1507
San Francisco, CA 94108
(415) 839-7077
Email: yeremey@skclassactions.com

*Attorneys for Plaintiffs*

Matthew B. George, Esq
Laurence D. King, Esq.
Clarissa Olivares, Esq.
Blair E. Reed, Esq.
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Phone: (415) 772-4700
Email: mgeorge@kaplanfox.com
Email: LKing@kaplanfox.com
Email: COlivares@kaplanfox.com
Email: BReed@kaplanfox.com

*Attorneys for Plaintiff Paul Hanson*

| | |
|---|---|
| Joel D. Smith, Esq. | Michael D. Braun, Esq. |
| SMITH KRIVOSHEY, PC | KUZYK LAW, LLP |
| 867 Boylston Street 5th Floor #1520 | 2121 Avenue of the Stars, Ste. 800 |
| Boston, MA 02116 | Los Angeles, CA 90067 |
| (617) 377-7404 | (213) 401-4100 |
| Email: joel@skclassactions.com | Email: mdb@kuzykclassactions.com |

| | |
|---|---|
| Lisa R. Considine, Esq. | James R. Denlea, Esq. |
| Leslie L. Pescia, Esq. | Jeffrey I. Carton, Esq. |
| SIRI \| GLIMSTAD LLP | Craig M. Cepler, Esq. |
| 745 Fifth Avenue, Suite 500 | DENLEA & CARTON LLP |
| New York, NY 10151 | 2 Westchester Park Drive, Suite 410 |

31

(212) 532-1091
Email:mbarney@sirillp.com
Email: lconsidine@sirillp.com
Email: lpescia@sirillp.com

White Plains, NY 10604
(914) 359-3954
Email: jdenlea@denleacarton.com
Email: jcarton@denleacarton.com
Email: ccepler@denleacarton.com

*Attorneys for Plaintiff Jimmy Torres*

Kevin Laukaitis, Esq.
Daniel Tomascik, Esq.
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
(215) 789-4462
Email: klaukaitis@laukaitislaw.com
Email: dtomascik@laukaitislaw.com

*Attorneys for Plaintiffs Barton Cicero, Aaron John Sabo, Christopher Holmes, Mary Rzewuski, and Edward Steven Heymer*

*/s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
DORSEY & WHITNEY LLP (DELAWARE)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Fax: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

Adam C. Buck (pro hac vice)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 901-933-7360
Email: buck.adam@dorsey.com

Kirk Schuler (pro hac vice)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Telephone: (515) 697-3622
Email: schuler.kirk@dorsey.com

32

Anna Boyle (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6639
Email: boyle.anna@dorsey.com

*Attorneys for Defendant Segway Inc*

4920-4122-7962\1