**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

**PLAINTIFFS' MOTION FOR REARGUMENT RE COURT'S JULY 31, 2026
MEMORANDUM ORDER, D.I. 94**

Pursuant to Rule 7.1.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiffs, by and through the undersigned counsel, respectfully request that the Court permit reargument or reconsider the Court's July 31, 2026 Memorandum Order, D.I. 94.

This Motion is based upon Plaintiffs' Brief in Support of Motion for Reargument re Court's July 31, 2026 Memorandum Order, D.I. 94, filed contemporaneously hereto.

Dated:  August 3, 2026

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
**Cooch and Taylor, P.A.**
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
Email: gdick@coochtaylor.com
klevitsky@coochtaylor.com

Yeremey O. Krivoshey (admitted *pro hac vice*)
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
Email: yeremey@skclassactions.com

1

Joel D. Smith (admitted *pro hac vice*)
**Smith Krivoshey, PC**
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
Email: joel@skclassactions.com

Mason A. Barney*
Leslie L. Pescia (admitted *pro hac vice*)
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Main: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
lpescia@sirillp.com

Kevin Laukaitis (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com

* *pro hac vice* forthcoming

*Attorneys for Plaintiffs and the Proposed Class*