**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | C.A. No. 25-cv-00369-GBW CONSOLIDATED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REARGUMENT RE COURT'S JULY 31, 2026 MEMORANDUM ORDER, D.I. 94**

Upon consideration of Plaintiffs' Motion for Reargument re Court's July 31, 2026 Memorandum Order, D.I. 94 (the "Motion") and all related pleadings and argument, it is hereby ordered that Defendant's Motion to Compel Arbitration, D.I. 39, is denied in full.

SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Gregory B. Williams
United States District Court Judge

1