**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE SEGWAY SCOOTER RECALL LITIGATION | Civil Action No. 1:25-cv-00369-GBW<br><br>CONSOLIDATED |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Paul Hanson, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendant Segway, Inc. without prejudice.

Dated: August 21, 2026
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Zhao Liu*
Zhao (Ruby) Liu (DE 6436)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (*pro hac vice*)
Blair E. Reed (*pro hac vice*)
Clarissa R. Olivares (*pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*

*Counsel for Paul Hanson*